**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Goodman Networks, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Goodman Solutions

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   2801     Network Blvd.
   Number     Street

   Suite 300

   Frisco     TX     75034
   City     State     ZIP Code

   Collin
   County

   **Mailing address, if different**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____
   City     State     ZIP Code

Official Form 205           Involuntary Petition Against a Non-Individual           page 1

Debtor  Goodman Networks, Inc.
       Name

Case number (*if known*)_____

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | https://www.goodmansolutions.com/ |

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3:   Report About the Case**

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☐ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **Goodman Networks, Inc.**  
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| JLP Credit Opportunity Master Fund Ltd. | Bonds | $ not less than 18,600 |
| JLP Credit Opportunity IDF Series Interests of the SALI Multi Series Fund, L.P. | Bonds | $ not less than 18,600 |
| JLP Institutional Credit Master Fund LP | Bonds | $ not less than 18,600 |
| | Total of petitioners' claims | $ not less than 18,600 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner  
**JLP Credit Opportunity Master Fund Ltd.**  
Name  
**420 Lexington Avenue, Suite 300**  
Number  Street  
**New York**   **NY**   **10170**  
City   State   ZIP Code

Name and mailing address of petitioner's representative, if any  
**Jeffrey Peskind**  
Name  
**420 Lexington Avenue, Suite 300**  
Number  Street  
**New York**   **NY**   **10170**  
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09 / 02 / 2022**  
MM / DD / YYYY

X _(signed)_  
Signature of petitioner or representative, including representative's title

**Attorneys**

**Philip M. Guffy**  
Printed name  
**Hunton Andrews Kurth, LLP**  
Firm name, if any  
**600 Travis Street, Suite 4200**  
Number  Street  
**Houston**   **TX**   **77002**  
City   State   ZIP Code

Contact phone **713-220-4200**  Email **pguffy@huntonak.com**

Bar number **24113705**

State **Texas**

X _(signed)_  
Signature of attorney

Date signed **9/2/2022**  
MM / DD / YYYY

Official Form 205  Involuntary Petition Against a Non-Individual  page 3

Debtor  Goodman Networks, Inc.  
Case number (if known) _____

### Name and mailing address of petitioner
JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P.  
420 Lexington Avenue, Suite 300  
New York, NY 10170

### Name and mailing address of petitioner's representative, if any
Jeffrey Peskind  
420 Lexington Avenue, Suite 300  
New York, NY 10170

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/02/2022

X _/s/ Jeffrey Peskind_  
Signature of petitioner or representative, including representative's title

Philip M. Guffy  
Hunton Andrews Kurth, LLP  
600 Travis Street, Suite 4200  
Houston, TX 77002  
Contact phone: 713-220-4200  Email: pguffy@huntonak.com  
Bar number: 24113705  
State: Texas

X _/s/ Philip M. Guffy_  
Signature of attorney  
Date signed: 9/2/2022

---

### Name and mailing address of petitioner
JLP Institutional Credit Master Fund LP  
420 Lexington Avenue, Suite 300  
New York, NY 10170

### Name and mailing address of petitioner's representative, if any
Jeffrey Peskind  
420 Lexington Avenue, Suite 300  
New York, NY 10170

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/02/2022

X _/s/ Jeffrey Peskind_  
Signature of petitioner or representative, including representative's title

Philip M. Guffy  
Hunton Andrews Kurth, LLP  
600 Travis Street, Suite 4200  
Houston, TX 77002  
Contact phone: 713-220-4200  Email: pguffy@huntonak.com  
Bar number: 24113705  
State: Texas

X _/s/ Philip M. Guffy_  
Signature of attorney  
Date signed: 9/2/2022

Debtor: **Goodman Networks, Inc.**
Name

Case number (if known) _____

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Alimco Re Ltd. | Bonds | $ not less than 18,600 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ not less than 18,600 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Alimco Re Ltd
2336 SE Ocean Blvd., 400
Stuart  FL  34996

Name and mailing address of petitioner's representative, if any
Jonathan Marcus
2336 SE Ocean Blvd., 400
Stuart  FL  34996

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/02/2022

x _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

Philip M. Guffy
Printed name
Hunton Andrews Kurth, LLP
Firm name, if any
600 Travis Street, Suite 4200
Houston  TX  77002
Contact phone 713-220-4200   Email pguffy@huntonak.com
Bar number 24113705
State Texas

x _[signature]_
Signature of attorney

Date signed 9/2/2022

Official Form 205   Involuntary Petition Against a Non-Individual   page 3