**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |

**STATEMENT OF JONATHAN MARCUS ON BEHALF OF ALIMCO RE LTD.**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)**

I, Jonathan Marcus, state as follows:

1. I am the Chief Executive Officer of Alimco Re Ltd. ("**Petitioning Creditor**"), one of the petitioning creditors in this involuntary chapter 7 filed against Goodman Networks, Inc. (the **Debtor**"). I make this statement on behalf of Petitioning Creditor pursuant to Federal Rule of Bankruptcy Procedure 1003(a).

2. Petitioning Creditor holds claims against the Debtor in the aggregate principal amount of at least $542,335 on account of certain holdings of the 8% Senior Secured Notes (the "**Notes**") due 2022 issued by the Debtor pursuant to an indenture dated May 31, 2017. Petitioning Creditor's claims on account of the Notes that are being relied on for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1) were acquired at various times either as part of a distribution under the confirmed plan of reorganization in the Debtor's prior bankruptcy proceeding, or in open market transactions at market prices for investment purposes and not for the purpose of commencing this bankruptcy case.

1

3. Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes that are also being relied on for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1).

Dated: 09/02/2022

Alimco Re Ltd.

By: _____
Name: Jonathan Marcus
Title: Chief Executive Officer

EMF_US 91233182v1