**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | § |
| | §   Chapter 7 |
| | § |
| GOODMAN NETWORKS, INC., | §   Case No. 22-31641 (MVL) |
| | § |
| Debtor. | § |
| | § |
| | § |

### <u>PARTIAL WAIVER OF CLAIM OF PETITIONING CREDITOR ALIMCO RE LTD.</u>

Alimco Re Ltd. ("**Petitioning Creditor**"), one of the petitioning creditors in this involuntary chapter 7, hereby states as follows:

1.      Petitioning Creditor is one of four petitioning creditors that has signed an involuntary petition filed contemporaneously herewith naming Goodman Networks, Inc. (the "**Debtor**") as an alleged debtor under chapter 7 of the Bankruptcy Code.

2.      The Debtor owes Petitioning Credit not less than $542,335 payment of which is secured by a lien on substantially all the assets of the Debtor.

3.      Petitioning Creditor believes after due inquiry that the assets of the Debtor securing the obligations owed to Petitioning Creditor are insufficient to satisfy Petitioning Creditor's claim in full.  As a result, Petitioning Creditor is undersecured and holds an unsecured deficiency claim against the Debtor.

4.      If, however, there is any question that Petitioning Creditor holds an unsecured claim against the Debtor, it hereby waives its right to its liens on any assets of the Debtor up to, but no more than, the amount of $4,650.

EMF_US 91232679

5.    Each of the other three petitioning creditors commencing this case has waived its

right to any liens on any assets of the Debtor up to, but no more than, the amount of $4,650 such

that the petitioning creditors hold unsecured claims totaling not less than $18,600 in the aggregate.


Dated: ___09/02/2022___

Alimco Re Ltd.


By: _____
Name: Jonathan Marcus
Title: Chief Executive Officer

EMF_US 91232679v1