**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-31641-mvl7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Involuntary Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING MOTION TO DISMISS**

Came on for consideration the Motion filed by Goodman Networks Inc d/b/a Goodman Solutions ("Goodman"), the alleged debtor in the above-captioned involuntary bankruptcy proceeding seeking an order from this Court dismissing the involuntary petition filed by petitioning creditors, JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P., JLP Institutional Credit Master Fund LP, and Alimco Re Ltd. (collectively, the "Petitioners"). The Court, having considered the Motion, is of the opinion that the Motion, should be granted.

It is, therefore, ORDERED that the involuntary petition filed by Petitioners on September 6, 2022 is dismissed.

66633982;1

2

Dated: September 30, 2022

### END OF ORDER ###

**AGREED AND STIPULATED TO:**


 */s/ David W. Parham*
David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
laura.taveras@akerman.com

*ATTORNEYS FOR ALLEGED DEBTORS*