Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Tel: 713-220-4200
Fax: 713-220-4285
Email: pguffy@huntonak.com

 -and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Email: psilverstein@huntonak.com
        brianclarke@huntonak.com

*Counsel for the Petitioning Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on the *Answer to Involuntary Petition and Motion to Dismiss* [Docket Nos. 18 and 19] filed by Goodman Networks, Inc. on **December 19, 2022, at 9:30 a.m. (prevailing Central Time)** before the Honorable Michelle V. Larson at 1100 Commerce Street, 14th Floor Courtroom, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that you may participate in this hearing in-person or via WebEx. (by video or telephone via the Court's WebEx platform). **For WebEx Video**

EMF_US 91530723

**Participation/Attendance**: Link: https://us-courts.webex.com/meet/Larson. **For WebEx Telephonic Only Participation/Attendance**: Dial-In: 1.650.479.3207, Access code: 160 135 6015. A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A**.

Dated: October 4, 2022
      Houston, Texas

Respectfully Submitted,

*/s/ Philip M. Guffy*
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Tel: 713-220-4200
Fax: 713-220-4285
Email: pguffy@huntonak.com

-and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Email: psilverstein@huntonak.com
       brianclarke@huntonak.com

*Counsel for the Petitioning Creditors*