David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:  (214) 720-4300
david.parham@akerman.com
laura.taveras@akerman.com

*Proposed Counsel for alleged Debtor,*
*Goodman Networks, Inc. d/b/a Goodman Solutions*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 22-31641-mvl7** |
| **GOODMAN NETWORKS, INC.,** § | |
| § | **INVOLUNTARY CHAPTER 7** |
| *Alleged Debtor.* § | |
| § | **HEARING DATE: November 2, 2022** |
| § | **HEARING TIME:  9:30 a.m.** |

### GOODMAN NETWORKS, INC.'S WITNESS AND EXHIBIT LIST
### FOR HEARING SCHEDULED FOR NOVEMBER 2, 2022
**[Related to Dkt No. 32]**

**TO ALL INTERESTED PARTIES:**

Alleged Debtor Goodman Networks, Inc. d/b/a Goodman Solutions ("Goodman" and/or "Alleged Debtor"), by and through the undersigned counsel, submit the following Witness and Exhibit List for the hearing on FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE")'s *Motion to Compel Debtor to File a List of Creditors and to Establish Procedures for Other Creditors to Join in the Petition* ("Motion to Compel") [Dkt. 32], as set forth in FSCL's Notice of Hearing [Dkt. 35], presently set for **Wednesday, November 2, 2022 at 9:30 a.m.** before the Honorable Judge Michelle V. Larson.

## WITNESSES

1. Howard Konicov – Managing Director of Restructuring Group at CFGI;
2. Any witness listed by any party; and
3. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## EXHIBITS

Goodman designate the following exhibits that may be admitted, and/or of which Alleged Debtor may ask the Court to take judicial notice:

| EXHIBIT NO(S). | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| Goodman-1 | Texas Secretary of State Filings re GNET ATC, LLC [filed as Exhibit 1 to Goodman's Objection to FSCLE's Motion to Compel, ECF 42-1] | | | | |
| Goodman-2 | Declaration of Howard Konicov [filed as Exhibit A to Goodman's Objection to FSCLE Joinder to the Involuntary Petition, ECF 43-1] | | | | |
| Goodman-3 | Asset Purchase Agreement ("APA") between Goodman Networks Inc and Genesis Networks Telecom Services, LLC d/b/a Genesis-ATC, dated as September 14, 2019 [filed as Exhibit A-1 to Goodman's Objection to FSCLE's Joinder to the Involuntary Petition, ECF 43-1] | | | | |
| Goodman-4 | Assignment and Assumption Agreement ("Assumption") between Goodman Networks Incorporated ("Goodman") and GNET ATC LLC ("GNET") [filed as Exhibit A-2 to Goodman's Objection to FSCLE's Joinder to the Involuntary Petition, ECF 43-1] | | | | |

| EXHIBIT NO(S). | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| Goodman-5 | Master Services Agreement between ATC Logistics & Electronics and Genesis Networks Telecom Services dated January 20, 2014 [filed as Exhibit A-3 to Goodman's Objection to FSCLE's Joinder to the Involuntary Petition, ECF 43-1] | | | | |
| | Any pleadings filed in this case; and | | | | |
| | Any exhibit designated or used by any other party | | | | |

## **RESERVATION OF RIGHTS**

Goodman reserve the right to introduce one or more, or none, o the witnesses above, and reserve the right to call any witness as a rebuttal, whether named herein or not, and to introduce any other documents into evidence as rebuttal / impeachment exhibits, whether or not listed.

Goodman further reserve the right to supplement this list prior to hearing.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: October 31, 2022

Respectfully submitted,

**AKERMAN LLP**

*/s/ David W. Parham*
David W. Parham
State Bar No. 15459500
david.parham@akerman.com
Laura M. Taveras
State Bar No. 24127243
laura.taveras@akerman.com

AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339

*PROPOSED* ATTORNEYS FOR ALLEGED DEBTOR GOODMAN NETWORKS D/B/A GOODMAN SOLUTIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's ECF system for the Northern District of Texas.

*/s/ David W. Parham*
David W. Parham