BTXN 208 (rev. 07/09)

IN RE: Goodman
Networks, Inc.

**DEBTOR**

[32] Motion to compel the Debtor to File a List of Creditors and to Establish Procedures for Other Creditors to Join in the Petition. Filed by Creditor Fedex Supply Chain Logistics & Electronics, Inc.

Case #
22−31641−mvl7

**TYPE OF HEARING**

Goodman
Networks, Inc.

**PLAINTIFF /
MOVANT**

*VS*

**DEFENDANT /
RESPONDENT**

David Parham/
Akerman LLP

**ATTORNEY**

**ATTORNEY**

## EXHIBITS

ALLEGED DEBTOR EXHIBITS 1–5 ADMITTED

Hawaii Jeng

REPORTED BY

11/2/2022

HEARING
DATE

Michelle V. Larson

JUDGE PRESIDING