Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:    713-220-4200
Fax:    713-220-4285
Email:  pguffy@huntonak.com

 -and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel:    (212) 309-1000
Email: psilverstein@huntonak.com
           brianclarke@huntonak.com

*Counsel for the Petitioning Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § § § | Case No. 22-31641 (MVL) |
| Debtor. | § § § | |

### PETITIONING CREDITORS' WITNESS AND EXHIBIT LIST FOR
### HEARING ON NOVEMBER 7, 2022, AT 2:00 P.M. (PREVAILING CENTRAL TIME)

JLP Credit Opportunity Master Fund Ltd., JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P., JLP Institutional Credit Master Fund LP, and Alimco Re Ltd (collectively, the "**Petitioning Creditors**") file this Witness and Exhibit List for the hearing to be held on **November 7, 2022, at 2:00 p.m. (prevailing Central Time)** (the "**Hearing**").

## WITNESSES

The Petitioning Creditors may call any of the following witnesses at the Hearing:

1. Any witness listed by any other party; and
2. Rebuttal witnesses as necessary.

## EXHIBITS

The Petitioning Creditors may offer into evidence any of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | AMRR Form 10-K dated May 27, 2022 | | | | |
| 2. | Secured Promissory Note by and between AMRR and GNET (attached as Exhibit 4.1 to AMRR Form 10-K dated May 27, 2022) | | | | |
| 3. | AMRR Form 8-K dated September 6, 2022 | | | | |
| 4. | AMRR Form 8-K dated October 6, 2022 | | | | |
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal exhibits as necessary | | | | |

The Petitioning Creditors reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

[*Remainder of page intentionally left blank.*]

DMS 300211512v1

Dated: November 4, 2022
       Houston, Texas

Respectfully Submitted,

*/s/ Philip M. Guffy*
Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Tel: 713-220-4200
Fax: 713-220-4285
Email: pguffy@huntonak.com

-and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Email: psilverstein@huntonak.com
          brianclarke@huntonak.com

*Counsel for the Petitioning Creditors*

## CERTIFICATE OF SERVICE

      I certify that on November 4, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Philip M. Guffy*
Philip M. Guffy