BTXN 208 (rev. 07/09)

IN RE: Goodman
Networks, Inc.

[39] Motion to quash and/or limit subpoena to produce documents,
information, or objections or to limit inspection of premises Filed by
Interested Party American Metals Recovery and Recycling Inc.

Case #
22–31641–mvl7

**DEBTOR**

## **TYPE OF HEARING**

Alimco Re Ltd.                                             *VS*

**PLAINTIFF /**                                                                    **DEFENDANT /**
**MOVANT**                                                                          **RESPONDENT**

Philip Guffy/ Hunton
Andrews Kurth LLP

**ATTORNEY**                                                                        **ATTORNEY**

## **EXHIBITS**

PETITIONING CREDITOR EXHIBITS 1–5
(DKT#54

Hawaii Jeng                        11/7/2022                    Michelle V. Larson

REPORTED BY                    HEARING                      JUDGE PRESIDING
                                        DATE