

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 15, 2022**

**United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Goodman Networks, Inc. § Case No.: 22−31641−mvl7
§ Chapter No.: 7
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Ryan J. Sullivan**, to represent ARRIS Solutions, Inc., related to document 61, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:  
Goodman Networks, Inc.  
  Debtor

Case No. 22-31641-mvl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2  
Date Rcvd: Nov 17, 2022     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Ryan J Sullivan, 303 Colorado Street, Suite 3000, Austin, TX 78701-4654 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

**Name**     **Email Address**

Adam M. Langley  
  on behalf of Creditor Fedex Supply Chain Logistics & Electronics  Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com

Candice Marie Carson  
  on behalf of Creditor Fedex Supply Chain Logistics & Electronics  Inc. Candice.Carson@butlersnow.com

David William Parham  
  on behalf of Alleged Debtor Goodman Networks  Inc. david.parham@akerman.com, esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

Iain L. C. Kennedy  
  on behalf of Interested Party Tiger Athletic Foundation ikennedy@nathansommers.com  clemons@nathansommers.com

Jason Michael Hopkins  
  on behalf of Creditor ARRIS Solutions  Inc. jason.hopkins@us.dlapiper.com, jen.westin@dlapiper.com;jason-hopkins-2248@ecf.pacerpro.com

| District/off: 0539-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf012 | Total Noticed: 1 |

Joseph Marse O'Bell
    on behalf of Interested Party James Frinzi marse.obell@yahoo.com

Joseph Marse O'Bell
    on behalf of Interested Party American Metals Recovery and Recycling Inc. marse.obell@yahoo.com

Kathleen Marie LaManna
    on behalf of Interested Party U.S. Bank National Association as Collateral Agent, klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Laura Elizabeth Sixkiller
    on behalf of Creditor ARRIS Solutions Inc. laura.sixkiller@dlapiper.com

Matthias Kleinsasser
    on behalf of Interested Party James Goodman mkleinsasser@winstead.com wkay@winstead.com

Matthias Kleinsasser
    on behalf of Alleged Debtor Goodman Networks Inc. mkleinsasser@winstead.com, wkay@winstead.com

Paul M. Lopez
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR-COLLECTOR bankruptcy@abernathy-law.com

Philip Michael Guffy
    on behalf of Petitioning Creditor Alimco Re Ltd. pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Petitioning Creditor JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund L.P. pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Petitioning Creditor JLP Credit Opportunity Master Fund Ltd. pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Petitioning Creditor JLP Institutional Credit Master Fund LP pguffy@huntonak.com

Robert Campbell Hillyer
    on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. cam.hillyer@butlersnow.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 18