# EXHIBIT 2

## DOCUMENT MARKED CONFIDENTIAL
## SUBMITTED DIRECTLY TO CHAMBERS