# EXHIBIT 4
## TO
## FSCLE OBJECTION TO THE MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 11

**Goodman Networks, Inc.**
**Assets**
**As of 10/31/22**

**(in millions)**

| | | |
|---|---:|---|
| Cash | TBD | |
| Restricted Cash | 4.7 | [a] |
| Trade Accounts Receivable, Net of Allowance for Doubtful Accounts | - | |
| 1,516,519 Class E Preferred Units, Goodman Telecom Holdings, LLC | 3.0 | [b] |
| Due from Related Party - United Field Services, Inc. | - | [c] |
| Claim Against 18920 NW 11th LLC | 13.5 | [d] |
| Net Operating Loss Carryforward | TBD | |
| **Total Assets** | **$ 21.2** | |

[a] Held by a bank and collateralizes obligations of a related party.

[b] Goodman Telecom Holdings, LLC is privately owned.

(c) The Company is due $6.6M pursuant to a transition services agreement with this entity. The amount is fully reserved for on the books and records.

[d] Amount based on gross cash transferred to 18920 NW 11th LLC.

**GNET ATC LLC**
**Multiband Field Services, Inc.**
Assets
As of 10/31/22

| (in millions) | GNET ATC LLC | Multiband Field Services, Inc. |
|---|---|---|
| Cash | TBD | TBD |
| Restricted Cash [a] | 3.8 | 9.5 |
| Trade Accounts Receivable, Net of Allowance for Doubtful Accounts | - | - |
| Loan Receivable - American Metals & Recovery Recycling Inc. | 44.0 | |
| Loan Receivable - Multiband Global Resources | | 4.4 |
| Intercompany Accounts Receivable Due from Parent | Undetermined | Undetermined |
| **Total Assets** | **$ 47.8** | **$ 13.9** |

[a] This amount collateralizes unpaid insurance claims. Of the balance, approximately $4.0 million is in excess of unmatured and/or unpaid claims.