# EXHIBIT 5

## CONFIDENTIAL COVER PAGE