# EXHIBIT 6
## TO
## FSCLE OBJECTION TO THE MOTION TO CONVERT
## CHAPTER 7 CASE TO CHAPTER 11

**From:** Stephanie Elmore <selmore@goodmannetworks.net>
**Sent:** Sunday, December 11, 2022 4:58:16 PM
**To:** John Goodman <jg@goodmannetworks.net>
**Subject:** FW: consulting agreement fee



Stephanie Elmore
**Consultant, Accounting**
**GOODMAN SOLUTIONS**

**From:** John Goodman <jg@goodmannetworks.net>
**Sent:** Friday, November 4, 2022 12:50 PM
**To:** Stephanie Elmore <selmore@goodmannetworks.net>
**Subject:** consulting agreement fee
**Importance:** High

Hi Stephanie,

Please use this email as approval to pay my consulting fee per the attached documents. Please execute wire upon receiving this email. I have attached both fully executed documents for your reference. The signature sheet for the consulting agreement is attached (last page) of the attached MBE Group Resolution.

Bank: Wells Fargo
John Goodman
103 Industrial Loop Suit 1100
Fredericksburg, Texas 78624
Routing and account number attached


Thanks
John

1