# EXHIBIT 15
## TO
## FSCLE OBJECTION TO THE MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 11

| Last Name | First Name | BOD Inform | Job Title | Date Started | Date Terminated |
|---|---|---|---|---|---|
| Debus | John | | CFO & President Shared Services | 6/5/2017 | 12/1/2020 |
| Foster | Pete | | Chief Information Officer | 2/19/2019 | 2/15/2021 |
| Goodman | John | BOD | Executive Chairman | | |
| Goodman | James | BOD | Chairman and CEO | 10/1/2020 | 12/31/2021 |
| Goodman | James | BOD | President Home Services Div | 10/26/2020 | 12/31/2021 |
| Goodman | Jason | | CEO | 3/22/2021 | 12/31/2021 |
| Goodman | Jason | BOD | Board of Directors | 3/22/2021 | 10/20/2021 |
| Grant | Christopher | | President Multiband | 8/27/2015 | 3/11/2021 |
| Green | Marshall | | CHRO | 3/6/2017 | 9/17/2021 |
| Hart | Joseph | | Chief Operating Officer | 8/21/2006 | 9/13/2021 |
| Kozma | Bradley | | CFO | 12/3/2020 | 9/8/2021 |
| Rao | Anthony | Secretary | EVP & General Counsel | 2/10/2014 | 8/2/2021 |
| Goodman | Joseph | | VP Sales Business Development | 1/1/2018 | 12/17/2021 |
| Goodman | Joseph | BOD | Chairman and Interim Secretary | 3/22/2021 | 10/22/2021 |
| Keiffer | Mark | | CEO | 2/24/2020 | 9/10/2020 |
| Frinzi | James | | CEO | 10/20/2021 | 9/4/2022 |

Note:

Date Started is not necessarily the date the employee held their Officer position.  We do not have access to HR records that would indicate any title changes during employment.

BOD information is just a note that the individual was on the BOD at one time.  The start and end dates do not apply to this notation.  We do not have visability to these records that were managed by our legal councel.