**BUTLER SNOW LLP**
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |

**FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON DECEMBER 19, 2022, AT 9:30 A.M. (CT)**

FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE"), by and through its undersigned counsel, hereby designate the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled on December 19 2022, at 9:30 a.m. (CT) (the "Hearing") before the Honorable Michelle V. Larson at the United States Bankruptcy Court for the Northern District of Texas.

**A.    WITNESSES**

    1.    Any rebuttal and/or impeachment witnesses; and

1

67025019.v1

2. Any person listed on the witness list of another party.

**B. EXHIBITS**

FSCLE may offer into evidence any or all of the following documents at the Hearing.

| **FSCLE Exhibits** | **Description of Exhibit** | **Offered** | **Objection** | **Admitted** |
|---|---|---|---|---|
| **1.** | November 28, 2022 Hearing Transcript | | | |
| **2.** | Email Frinzi and Goodman November 2021 [FedEx_075677] **Marked Confidential** | | | |
| **3.** | Chief Judge Stacey G. Jernigan's oral ruling in *Breakwell* | | | |
| **4.** | Debtor's Assets Spreadsheet | | | |
| **5.** | Goodman Networks Board Meeting Presentation, September 6, 2019 [FEDEX_009449] **Marked Confidential** | | | |
| **6.** | John Goodman email authorizing his consulting fee, dated November 4, 2022 | | | |
| **7.** | Howard Konicov Deposition Transcript dated December 12, 2022 | | | |
| **8.** | John Goodman's Consulting Agreement with Goodman MBE Group LP, executed by the Debtor on October 4, 2022 | | | |
| **9.** | *Intentionally omitted* | | | |
| **10.** | Debtor Witten Consent of Shareholders dated December 12, 2022 | | | |
| **11.** | Sondrup Letter | | | |
| **12.** | Consent of Managers of MBE Group dated September 21, 2022 | | | |

67025019.v1

| | | | | |
|---|---|---|---|---|
| 13. | Engagement Letter with Russell F. Nelms dated December 11, 2022 | | | |
| 14. | David Parham and John Goodman Email dated December 7, 2020 | | | |
| 15. | Debtor's sworn Response to FSCLE's Interrogatory No. 5 | | | |
| 16. | Consolidated financial statements for the Debtor, GNET ATC, and Multiband Field Services [Docket No. 80-1] | | | |

FSCLE reserves the right to supplement this Witness and Exhibit List at any time prior to the scheduled hearing(s) and further reserve the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. FSCLE also reserves the right to rely upon and use as evidence (i) any additional documents produced by creditors and/or parties in interest, (ii) exhibits included on the exhibit lists of any other parties in interest or any documents that may be produced by such parties in

67025019.v1

interest, and (iii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned cases.

Dated: December 16, 2022

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ Adam M. Langley*
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
Gadson William Perry (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com
cam.hillyer@butlersnow.com
will.perry@butlersnow.com

Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

*Counsel for FedEx Supply Chain Logistics
& Electronics, Inc.*

67025019.v1

## **CERTIFICATE OF SERVICE**

I, Candice M. Carson, certify that the foregoing Witness and Exhibit List was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically in this case.

Dated: December 16, 2022

*/s/ Candice M. Carson*
CANDICE M. CARSON

67025019.v1