David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:   (214) 720-4300
david.parham@akerman.com
laura.taveras@akerman.com

*Proposed Counsel for Debtor,*
*Goodman Networks, Inc. d/b/a Goodman Solutions*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 22-31641-mvl7** |
| **GOODMAN NETWORKS, INC.,** | § | |
| | § | **INVOLUNTARY CHAPTER 7** |
| *Alleged Debtor.* | § | |
| | § | **HEARING DATE: December 19, 2022** |
| | § | **HEARING TIME:  9:30 a.m.** |

## WITNESS AND EXHIBIT LIST
**[Related to Dkt No. 133]**

**TO ALL INTERESTED PARTIES:**

Debtor Goodman Networks, Inc. d/b/a Goodman Solutions ("Goodman" and/or "Debtor"),

by and through the undersigned counsel, submit the following Witness and Exhibit List for the

hearing on Motion to Convert Chapter 7 Case to Chapter 11 ("Motion to Convert") [Dkt. 133], as

set forth in Debtor's Notice of Hearing [Dkt. 143], presently set for **Monday, December 19, 2022**

**at 9:30 a.m.** before the Honorable Judge Michelle V. Larson.

## WITNESSES

Goodman designates the following witnesses who may called to give testimony:

1. John Goodman;
2. Russell Nelms, as Independent Director of Goodman Networks Incorporated
3. Any witness listed by any party; and

67803361;1

4. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## EXHIBITS

Goodman designate the following exhibits that may be admitted, and/or of which Debtor

may ask the Court to take judicial notice:

| EXHIBIT NO(S). | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1. | Shareholder Agreement consenting to retain Russell F. Nelms as independent director for Goodman Networks Inc | | | | |
| 2. | Resume of Russell F. Nelms | | | | |
| 3. | Engagement Letter re Russell F. Nelms | | | | |
| 4. | Docket | | | | |
| 5. | Call Center Systems LLC's Joinder to the Involuntary Petition against Goodman Networks Inc [ECF 108] | | | | |
| 6. | Frase Protection Inc's Joinder to the Involuntary Petition against Goodman Networks Inc  [ECF 110] | | | | |
| 7. | Glympse Inc's Joinder to the Involuntary Petition against Goodman Networks Inc [ECF 125] | | | | |
| 8. | HCL's Joinder to the Involuntary Petition against Goodman Networks Inc [ECF 123] | | | | |
| 9. | Joinder of Joseph Rexing Jr and Leo Rexing to the Involuntary Petition against Goodman Networks Inc [ECF 111] | | | | |
| | Any pleadings filed in this case; and | | | | |
| | Any exhibit designated or used by any other party | | | | |

67803361;1

## RESERVATION OF RIGHTS

Goodman reserve the right to introduce one or more, or none, o the witnesses above, and

reserve the right to call any witness as a rebuttal, whether named herein or not, and to introduce

any other documents into evidence as rebuttal / impeachment exhibits, whether or not listed.

Goodman further reserve the right to supplement this list prior to hearing.

Dated: December 18, 2022                          Respectfully submitted,

                                                  **AKERMAN LLP**

                                                  */s/ David W. Parham*
                                                  David W. Parham
                                                  State Bar No. 15459500
                                                  david.parham@akerman.com
                                                  Laura M. Taveras
                                                  State Bar No. 24127243
                                                  laura.taveras@akerman.com

                                                  AKERMAN LLP
                                                  2001 Ross Avenue, Suite 3600
                                                  Dallas, Texas 75201
                                                  Telephone: (214) 720-4300
                                                  Facsimile: (214) 981-9339

                                                  *PROPOSED* ATTORNEYS FOR DEBTOR
                                                  GOODMAN NETWORKS D/B/A GOODMAN
                                                  SOLUTIONS

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2022, a true and correct copy of the foregoing
document was served on all parties consenting to electronic service of this case *via* the Court's
ECF system for the Northern District of Texas.

                                                  */s/ David W. Parham*
                                                  David W. Parham

3

67803361;1