**BUTLER SNOW LLP**
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

------------------------------------------

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |

**EXHIBITS TO**
**FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC'S**
**OBJECTION TO THE MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 11**
**[Dkt. #147]**

# EXHIBIT 2

## DOCUMENT MARKED CONFIDENTIAL SUBMITTED DIRECTLY TO CHAMBERS

| From: | Goodman, Jason [jasong@goodmansolutions.com] |
|---|---|
| Sent: | 11/10/2021 3:26:59 PM |
| To: | james.frinzi@gnetatc.com; James Goodman [james.goodman@genesisnet.com]; Joshua@bondsellis.com |
| CC: | Bobby Forshey [bforshey@forsheyprostok.com] |
| Subject: | Re: Confidential - GNET ATC banking |

Jim

Currently Goodman owns ATC. So even if you segregate bank accounts they are still connected.

Get Outlook for iOS

---

**From:** james.frinzi@gnetatc.com <james.frinzi@gnetatc.com>
**Sent:** Wednesday, November 10, 2021 8:42:05 AM
**To:** James Goodman <james.goodman@genesisnet.com>; Joshua@bondsellis.com <Joshua@bondsellis.com>
**Cc:** Goodman, Jason <jasong@goodmansolutions.com>; Bobby Forshey <bforshey@forsheyprostok.com>
**Subject:** RE: Confidential - GNET ATC banking

> [EXTERNAL]: This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Hi,
I spoke with Josh last week and followed up with him last night. He is going to have a discussion with Bobby, and hopefully we can arrive at a plan today.

My understanding is that we need to segregate Goodman and GNET ATC, because the creditors on each side are going to go after the other side. If Goodman Networks controls the bank account of ATC, then I believe it opens the claim that it's all the same company. Similarly, it's hard to say I'm the CEO of ATC if there is no independent authority on spending at any level. I think the goal here is to isolate liability to each respective organization, and not get personally dragged into litigation.

Also, as a practical matter for me, my name is going to be on all of the lawsuits, and I will have to bear the responsibility of settling with creditors. That's fine and what I signed up for the turnaround plan. However, I have no authority settles me with risk, but little domain over my outcome.

First and foremost I want to maintain a plan that protects people with the last name Goodman, and myself from personal liability. Then protect each respective asset, and develop a plan that is reasonable with the bond holders and trade debt creditors.

It might be helpful if we can confer after Bobby and Josh get to confer?

Thanks

---

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Tuesday, November 9, 2021 6:29 PM
**To:** Elmore, Stephanie S. <selmore@goodmansolutions.com>; James Frinzi <james.frinzi@gnetatc.com>; Sondrup, Samantha K. <ssondrup@goodmansolutions.com>; Joshua@bondsellis.com
**Cc:** Madison Goodman <maddi.goodman@hotmail.com>; Goodman, Jason <jasong@goodmansolutions.com>
**Subject:** Re: Confidential - GNET ATC banking

FedEx_075677

No.

Goodman still owns GNET ATC and we have to have someone to remain as a signature on the account or any GNET ATC account.

Or Goodman needs to approve any payment or withdraw.

James Goodman

---

**From:** Elmore, Stephanie S. <selmore@goodmansolutions.com>
**Sent:** Tuesday, November 9, 2021 6:15 PM
**To:** James Frinzi; Sondrup, Samantha K.; Joshua@bondsellis.com; james.goodman
**Cc:** Madison Goodman; Goodman, Jason
**Subject:** RE: Confidential - GNET ATC banking

Jim,

As discussed:

• Prosperity - will remove Jason/James as the signers on accounts *3872 and *4320 and add you as the signer.
• EastWest - will remove Jason/James as the signers on accounts *0690, *4777, *5895 and *5893 and add you as the signer.
• Hold off on making any changes to the Fedex account with Prosperity, *4352, for now. Reminder that this account is tied to Goodman's tax ID number.

Here is a listing of all bank accounts and tax ID numbers that each bank account was set up under.  I'm still waiting to hear back from Texas Partners Bank to find out the tax id for that account.

Tomorrow, I'll reach out to Prosperity and EastWest to find out what paperwork needs to be completed.  Jason and James will need to be part of this process.

| Bank | Account Name | Account number | Company Name | Tax ID# | Type | Notes |
|---|---|---|---|---|---|---|
| Prosperity Bank | GN Notes Collateral Proceeds | *3992 | Goodman Networks | 74-2949460 | Money Market | GN-Mastec funds in this account/Collateral |
| Prosperity Bank | Cash Concentration | *1838 | Goodman Networks | 74-2949460 | Operating | GN-Outgoing wires/ACH |
| Prosperity Bank | GN Collections | *1846 | Goodman Networks | 74-2949460 | Collection | GN collections |
| Prosperity Bank | GN Control Disbursement | *1853 | Goodman Networks | 74-2949460 | Disbursement | GN check payments |
| Prosperity Bank | Service Account | *1887 | GN Services LLC | 46-5158389 | Services | GN-$150k balance |
| Prosperity Bank | ATC Collection | *3872 | GNET ATC | 84-2795422 | Collection | ATC collections |
| Prosperity Bank | GNET ATC Collection Acct | *4352 | Goodman Networks | 74-2949460 | Operating | ATC Collections-Fedex deposits |
| Prosperity Bank | ATC Contol Disbursement | *4320 | GNET ATC | 84-2795422 | Disbursement | ATC check payments |
| Prosperity Bank | MB Collections | *1861 | Multiband Field Services | 61-1391746 | Collection | MB Collections |
| Prosperity Bank | MB Contol Disbursement | *1879 | Multiband Field Services | 61-1391746 | Disbursement | MB check payments |
| Texas Partner Bank/ | Goodman Networks Inc. | *4831 | | | Escrow proceeds | OEM -Escrow release |
| East West Bank | Gnet Atc - Operating | *0690 | GNET ATC | 84-2795422 | Checking | OEM-Outgoing wires to VAR vendors (non escrow) |
| East West Bank | Gnet Atc - Collateral | *4777 | GNET ATC | 84-2795422 | Checking | FRONTIER COMMUN-Incoming collections from forward funding VAR, escrow distributions |
| East West Bank | Goodman Networks Inc. | *5481 | Goodman Networks | 74-2949460 | Checking | GN-DTV collections posted to this account/other GN collections |
| East West Bank | Multiband Field Services | 8462 | Multiband Field Services | 61-1391746 | Checking | MBFS collections |
| East West Bank | Gnet Atc LLC | *5895 | GNET ATC | 84-2795422 | Commerical Loan | no activity |
| East West Bank | GNET ATC-RLOC | *5893 | GNET ATC | 84-2795422 | Commerical Loan | no activity |
| East West Bank | Goodman Networks Inc. | *7067 | Goodman Networks | 74-2949460 | Commerical Loan | no activity |
| East West Bank | Goodman Networks Inc MMA | *7280 | Goodman Networks | 74-2949460 | Money Market | no activity |



**Stephanie Elmore**
**Director Accounts Payable**
GOODMAN SOLUTIONS

T : 972.421.5179    M : 817.688.8300
selmore@goodmansolutions.com
GOODMANSOLUTIONS.COM
2801 Network Blvd, Suite 300, Frisco, TX 75034

---

**From:** James Frinzi <james.frinzi@gnetatc.com>
**Sent:** Tuesday, November 9, 2021 5:34 PM
**To:** Sondrup, Samantha K. <ssondrup@goodmansolutions.com>; Joshua@bondsellis.com; James Goodman <james.goodman@genesisnet.com>; Elmore, Stephanie S. <selmore@goodmansolutions.com>
**Cc:** Madison Goodman <maddi.goodman@hotmail.com>
**Subject:** Re: Confidential - GNET ATC banking

[EXTERNAL]: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Has this progressed today.

James Frinzi
CEO - GNET ATC
James.frinzi@gnetatc.com
202-430-4500

Sent from Outlook for iOS

---

**From:** Sondrup, Samantha K. <ssondrup@goodmansolutions.com>
**Sent:** Tuesday, November 9, 2021 1:21:11 PM
**To:** james.frinzi@gnetatc.com <james.frinzi@gnetatc.com>; Joshua@bondsellis.com <Joshua@bondsellis.com>; James Goodman <james.goodman@genesisnet.com>; Elmore, Stephanie S. <selmore@goodmansolutions.com>
**Cc:** Madison Goodman <maddi.goodman@hotmail.com>
**Subject:** RE: Confidential - GNET ATC banking

+ Elmore

@Elmore, Stephanie S. can you please begin process with banks for this?



Samantha Sondrup

**Chief of Staff**

**GOODMAN SOLUTIONS**

---

**From:** james.frinzi@gnetatc.com <james.frinzi@gnetatc.com>
**Sent:** Tuesday, November 9, 2021 9:07 AM
**To:** Joshua@bondsellis.com; James Goodman <james.goodman@genesisnet.com>

**Cc:** Madison Goodman <maddi.goodman@hotmail.com>; Sondrup, Samantha K. <ssondrup@goodmansolutions.com>
**Subject:** Confidential - GNET ATC banking

[EXTERNAL]: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi,

I am writing to confirm that after conferring with Josh, and James, we are going to separate the signers of the bank accounts.  I am to be the signer on the GNET ATC prosperity account, and Jason or Jody the signer on the Goodman Networks accounts.  Can we please move to execute on this?  I'm not sure who the point of contact is on this at the bank.

Also, we will have more information on how we proceed with FedEx AP/AR by this afternoon.

Thanks


James Frinzi
**CEO - GNET ATC**
james.frinzi@gnetatc.com
Ph. 202-430-4500

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.
CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

# EXHIBIT 5

## DOCUMENT MARKED CONFIDENTIAL SUBMITED DIRECTLY TO CHAMBERS

# Goodman Networks

## BOD Meeting

September 6, 2019







©2019 GNET

*Proprietary & Confidential*

FedEx_009449



**Financial update - YTD**

Strategy review

Financial & fairness opinion

Integration planning

Appendix

©2019 GNET

Confidential Information Subject to Protective Order

FedEx_009450

**Consolidated Income Statement**

**YTD June 30, 2019**

**$'s in thousands**

Income statement - as of June 30

| | Goodman | Genesis ATC | Synergies/Adj. | Proforma Consolidated |
|---|---|---|---|---|
| Revenues | $ 113,737 | $ 9,106 | $ | $ 122,843 |
| Cost of revenues | 95,157 | 5,199 | 0 | 100,356 |
| Gross profit | 18,580 | 3,907 | 0 | 22,487 |
| SG&A | 16,912 | 679 | (1,242) | 16,349 |
| Loss on sales of account receivable | 1,117 | 0 | | 1,117 |
| Depreciation & Amortization | 3,350 | 39 | | 3,389 |
| Restructuring and other transaction costs | 2,444 | 0 | | 2,444 |
| Operating income (loss) | (5,243) | 3,189 | 1,242 | (812) |
| Reorganization loss | 3 | 0 | | 3 |
| Interest expense, net | 4,482 | 1,457 | | 5,939 |
| Income (loss) before income taxes and discontinued operations | (9,728) | 1,732 | 1,242 | (6,754) |
| Income tax expense (benefit) | 35 | 73 | | 108 |
| Income (loss) from continuing operations before discontinued operations | -9,763 | 1,659 | 1,242 | -6,862 |
| Discontinued operations, net of income taxes | -86 | 0 | | -86 |
| Net income (loss) | -9,849 | 1,659 | 1,242 | -6,948 |
| | | | | |
| EBITDA | $ (1,897) | $ 3,228 | $ 1,242 | $ 2,573 |
| Restructure/Reorg expenses | 2,447 | 0 | 0 | 2,447 |
| Loss on Sales of AR | 1,117 | 0 | 0 | 1,117 |
| Adjusted EBITDA | $ 1,667 | $ 3,228 | $ 1,242 | $ 6,137 |

iNET

*Proprietary & Confidential*

Unaudited - Proforma
$'s in thousands

| | Unaudited June 30, 2019 | June 30, 2019 | Goodwill June 30, 2019 | As adjusted June 30, 2019 | Step Two Equity/Debt | Step Two Refinance | Protorma June 30, 2019 |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash | $ 1,332 | $ - | $ - | $ 1,332 | $ - | $ - | $ 1,332 |
| Accounts receivable, net | 17,483 | 200,352 | | 217,835 | | | 217,835 |
| Unbilled revenue | 3,161 | 5,157 | | 8,318 | | | 8,318 |
| Costs in excess of billings | 4,024 | | | 4,024 | | | 4,024 |
| Inventories, net | 4,689 | 31,097 | | 35,786 | | | 35,786 |
| Prepaid expenses and other current assets | 7,928 | 48 | | 7,976 | | | 7,976 |
| Income tax receivable | 166 | | | 166 | | | 166 |
| Total current assets | 38,783 | 236,654 | - | 275,437 | - | - | 275,437 |
| Property and equipment, net | 18,672 | 226 | | 18,898 | | | 18,898 |
| Deposits and other assets | 2,558 | | | 2,558 | | | 2,558 |
| Insurance collateral | 14,591 | | | 14,591 | | | 14,591 |
| Intangible assets, net | 4,826 | | | 4,826 | | | 4,826 |
| Goodwill | 58,648 | | 19,765 | 78,413 | | | 78,413 |
| **Total assets** | $ 138,078 | $ 236,880 | $ 19,765 | $ 394,723 | $ - | $ - | $ 394,723 |
| **Liabilities and Shareholders' Deficit** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Line of credit | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 10,246 | 241,137 | | 251,383 | (14,000) | - | 237,383 |
| Accrued expenses, current | 17,862 | 15,507 | | 33,369 | | | 33,369 |
| Income taxes payable | 28 | | | 28 | | | 28 |
| Billings in excess of costs | 1,034 | | | 1,034 | | | 1,034 |
| Deferred revenue | 2,355 | | | 2,355 | | | 2,355 |
| Liabilities-discontinued operations | 40 | | | 40 | | | 40 |
| Deferred rent, current | 6 | | | 6 | | | 6 |
| Current portion of capital leases and other current liabilities | 963 | | | 963 | | | 963 |
| Total current liabilities | 32,534 | 256,644 | - | 289,178 | (14,000) | - | 275,178 |
| Notes payable, non-current | 106,881 | | | 106,881 | - | (106,881) | - |
| Term Debt Facility | | | | | 47,000 | - | 47,000 |
| Accrued expenses, non-current | 5,937 | | | 5,937 | | | 5,937 |
| Deferred revenue, non-current | 10,340 | | | 10,340 | | | 10,340 |
| Deferred rent, non-current | 391 | | | 391 | | | 391 |
| Total liabilities | 156,083 | 256,644 | - | 412,727 | 33,000 | (106,881) | 338,846 |
| **Shareholders' Deficit** | | | | | | | |
| Common stock | 2 | | | 2 | 1 | | 3 |
| Preferred stock | 1 | | | 1 | - | (1) | - |
| Treasury stock | (11,756) | | | (11,756) | | | (11,756) |
| Additional paid-in capital | 47,837 | | | 47,837 | 39,999 | (17,999) | 69,837 |
| Accumulated deficit | (54,089) | | | (54,089) | - | 51,881 | (2,208) |
| Total shareholders' deficit | (18,005) | | | (18,005) | 40,000 | 33,881 | 55,876 |
| **Total liabilities and shareholders' deficit** | $ 138,078 | $ 256,644 | $ - | $ 394,722 | $ 73,000 | $ (73,000) | $ 394,722 |

Confidential Information Subject to Protective Order

Proprietary & Confidential

FedEx_009452

# Financial update – July

- The company went live with its new D365 ERP on July 1st.  This first close process post go-live was anticipated to take longer than our normal 20-day close process.

- July performed at $1.4M in adjusted EBITDA, slightly higher than the $1.3M expected

| July | Goodman | | Genesis | | Proforma synergies | | Consolidated Proforma | |
|---|---|---|---|---|---|---|---|---|
| **$'s in millions** | | | | | | | | |
| Revenue | $ | 19.1 | $ | 1.3 | | | $ | 20.3 |
| Gross Margin | | 3.6 | | 0.3 | | | | 4.0 |
| Adjusted EBITDA | $ | 0.9 | $ | 0.3 | $ | 0.2 | $ | 1.4 |

- YTD performance is on target, not withstanding:
    1. $4M in costs associated with growth and new program launches (i.e., 5G & Amazon)
    2. Amazon is on-target as forecasted YTD
    3. New business with Dish 53-techs initially
    4. Consumer Electronics division growing
    5. DTV trends unchanged, due to subcontractor mix shift margins are up by ~4%
    6. DTV's price increase going into effect 1/1/2020

©2019 GNET

*Proprietary & Confidential*

Confidential Information Subject to Protective Order

FedEx_009453

# Financial update - Continued

- Q3 will reflect the beginning of the shift in business
  - July performed at $1.4M in adjusted EBITDA, as expected and budgeted
  - August is projected at $2.4M and the total for Q3 $5-6MM

- Q4 results will reflect the positive shift in business from DTV to Amazon and Consumer electronics
  - Projecting a $7-10M adj EBITDA for Q4
  - EBIDTA run rate will be $28M-$40M
  - Projections depend on the speed at which we can ramp –the business is contracted

- The refinance and of the balance sheet will open the company up to significant additional AT&T revenues
  - Buying the bonds for $62MM will create a $40M gain
  - The equity and gain should provide over $50M in positive equity
  - The year is expected to be net income positive with no goodwill write down
  - End the year with only $40M in funded debt

- We are continuing to pivot our field organization as DTV declines, offset by our growth in our new customer base
  - Goodman invested $4M in Q1 and Q2 to support new customer growth (not capitalized)

©2019 GNET

*Proprietary & Confidential*



- Financial update - YTD

- **Strategy review**

- Financial & fairness opinion

- Integration planning

  Appendix

©2019 GNET

Confidential Information Subject to Protective Order

FedEx_009455

# Strategic industry focus



**Market-driven synergies applied to existing and new industry verticals**

| Telecom | e-Commerce/ UDS | Consumer electronics | XX as a Service |
|---|---|---|---|

| Satellite/Cable TV | Wireless |
|---|---|

| $161M — $80M | $63M — $253M | $5M — $176M | $2M — $44M | $2M — $?? |
|---|---|---|---|---|
| Market Size: $6.5B CAGR -8% | Market Size: $9.8B CAGR: +10% | Market Size: $3.5B CAGR: +10% | Market Size: $2.7B CAGR: +5% | Market Size: $18.5B CAGR: +18% |

**Solutions**
- Installs
- Upgrades
- Maintenance

**Solutions**
- 5G build
- Cell Maintenance
- Fixed wireless CPE

**Solutions**
- IoT
- Video
- Over 50lbs

**Solutions**
- Factory warranty
- Extended warranty
- Consumer direct

**Solutions**
Funding the Infrastructure
- DAS
- Generator
- Smart city

**Customers**
DirecTV
Digital Life

**Targets**
T-Mobile/Layer3
Dish

**Customers**
Sprint
Mobilitie
Nokia
Crown Castle
AT&T

**Targets**
Verizon
T-Mobile
Zayo
Extenet

**Customers**
Amazon

**Targets**
Costco
Apple

**Customers**
LG
AIG
Electrolux
Asurion

**Targets**
GE
Assurant
Square Trade

**Customers**
LSU
Macquarie

**Targets**
AT&T
Sprint
T-Mobile
Verizon

*Synergies driving vertical expansion: Skilled Technicians  Business & Consumer Solutions*
*Logistics Infrastructure  Business Processes and Metrics  Geographic Coverage*

Proprietary & Confidential

# Product life cycles



Confidential Information Subject to Protective Order

©2019 GNET
Proprietary & Confidential

FedEx_009457

# What we do – combined view

### unified logistics with last '50-feet' field services



**Closed-loop Logistics**

Equipment supply chain
solutions, from source to
final installed destination,
including forward &
reserve logistics






*techdash*™

in-home & commercial installation &
maintenance services for networking/IoT
devices, consumer electronics and AV



**Mobile Smart Hands**™

Macro, small cell and
in-building wireless
deployments & maintenance

## who we serve



e-retailers



network operators



OEMs

©2019 GNET

Confidential Information Subject to Protective Order

FedEx_009458

# Capabilities required to scale profitably & differentiate our business



There are many strategic capabilities that Goodman Networks offers that are beyond a specific physical task that our Technicians perform in the home or business. With the right recruiting, training and tools, we can leverage many of these corporate capabilities to grow the types of tasks performed while on site.

### Development of outstanding technicians:
- Recruiting (across additional technician categories)
- Training (LMS & classroom for both skills-based learning & customer service)
- Compensation models that attract, retain & incent excellent performance
- Subcontract management (to support seasonality and rural markets)

### Compliance & risk:
- Safety – dedicated department & corporate commitment (for our workforce and customers)
- Licensing & certification mgmt.
- Risk Assessment

### Scale & geographic reach:
- Ability to replicate capabilities, processes and systems to effectively and quickly open new markets (when following customers into new markets)
- North American vision & strategy

### Logistics: GENESIS
- Warehousing, Inventory Mgmt (truck level), staging, kitting, etc.
- Enables a scaled UDS solution for all customers

### Processes & systems:
- Business Intelligence Department (dashboards/KPI's, etc)
- Quality Management System (TL9000) (root cause, corrective actions)
- Systems that measure and ensure consistent performance (see next slide)

*by* 

©2019 GNET

*Proprietary & Confidential*

# Diversifying across new customers & industries (2019 wins)

## Telecom







8 Programs @ $3M
Renewal for 30 months

7 Programs @ $9.7M
Renewal for eng. 12-months

* AT&T upsell – techdash

2 Programs @ $3.2M





## E-Commerce & Consumer electronics











©2019 GNET



- Financial update - YTD

- Strategy review

- **GenesisATC & fairness opinion**

- Integration planning

Appendix

©2019 GNET

Confidential Information Subject to Protective Order

FedEx_009461

# GenesisATC acquisition – Strategic rationale

**Not withstanding the accretive nature of this transaction, we believe this combination allows us to offer a unique unified supply chain solution while fully controlling the customer experience (UDS).**

**Amazon, AT&T, Sprint, Nokia, LG, Electrolux and Dish want to us to have these combined capabilities.**

| | |
|---|---|
| **Large and growing 5G market** | • **Opportunity:** planning, timing and logistics of 5G equipment and material deliveries aligned with the tower/small cell installation crews required to get sites on-air, on-schedule<br>• **Solution:** Genesis provides us the capabilities and experience to stage and manage the equipment and materials to allow our crews to be more effective and efficient, especially important in the emerging small cell category. |
| **Large and growing Smart Home market** | • **Opportunity:** Integrated delivery and installation of smart home devices is a premium service and together Genesis/Goodman removes the cost of delivery by integrating the services with the delivery<br>• **Solution:** Genesis provides us the capabilities and experience to manage a large scale logistics operation and enhances our ability to help us manage logistics in second & third tier cities for Amazon and others |
| **Genesis provides strategic capabilities** | • **Electronics logistics are different:** forward & reverse<br>• **Centralized Kitting/Staging/Software loads** reduces in-field costs & improves quality<br>• **Single-trip efficiency** of a combined delivery & install is less expensive and a premium service offering<br>• **Reverse logistics** of electronics and large/bulky items can simplify a challenging part of the retail experience (including return to manufacture & refurb) |
| **Why now** | • **Both management teams** have contemplated this combination for several years<br>• **Customers expect UDS today:** Amazon, AT&T, Sprint, Nokia, LG, Electrolux & Dish<br>• **Value:** GenesisATC's owner is willing to merge into Goodman via a non-competitive acquisition process. |

©2019 GNET

*Proprietary & Confidential*

# GenesisATC – Acquisition Strategy



©2019 GNET

*Proprietary & Confidential*

Confidential Information Subject to Protective Order

FedEx_009463

# FTI – Fairness opinion discussion

**Discussion of Fairness Opinion report provided by FTI**

©2019 GNET

*Proprietary & Confidential*

Confidential Information Subject to Protective Order



● Financial update - YTD

● Strategy review

● GenesisATC & fairness opinion

● **Integration planning**

Appendix

©2019 GNET

Confidential Information Subject to Protective Order

# Organizing the Integration Plan

- **To manage the integration project to success, Goodman is assembling a multi-functional team comprised of workstream leaders from both Goodman and GenesisATC**
- **Ultimate oversight of the integration project will be vested in an Executive Steering Committee that will report directly to the Goodman's**

**Executive Steering Committee**
*John & James Goodman*

**Integration Mgmt Committee**
*John Debus, Scott Pickett,*
*Joe Hart, Marshall Green, Steve Seago*

Integration Mgmt Committee
Synergy capture planning
Mgmt of Integration
Day one readiness
100-Day Post-closing coordination
Risk Mgmt
Org structure & design
Customer cross-selling

Executive Steering Committee
Provides direction
Monitors progress
Resolves issues

**Work Streams**

**Field Operations**
Garage/Resource – EC Integration

**Supply Chain**
Leadership – UDS
VAR – No change

**SG&A**
Synergies – capture rates
Integration – Finance, HR, IT, etc

**Cultural & HR**
Communication – HR
Integration – Ops
Benefits - HR

**Customer & Cross-sell**
Retention – Sales/Marketing
Cross selling – Sales/Marketing
Assignments – Sales/Marketing

Workstream Integration Teams
Attain Cost Synergies
Attain Functional Process Integration
Reduce Business Disruption
Attain Growth Synergies
Maintain Customer Focus

Enablement of Integration Teams
Assess cultural alignment
Enable change
Address transition issues
Advise on managing expectations
Create communications plans

**Enablers**

*Communication*

*Culture*

©2019 GNET
*Proprietary & Confidential*

Confidential Information Subject to Protective Order

# Integration timeline



**Integration Planning Work-streams:**
- Field Operations – Steve Seago, Joe Hart
- Supply chain/Logistics - Joella Terhesh, Lee Williams, Steve Seago, John Debus
- SG&A – John Debus, Cathy Kincy, Pete Foster, Tony Rao
- Culture & HR - Marshall Green, Lew Walker
- Customer & Cross sell – Scott Pickett, Steve Seago

**Cadence**
- Weekly integration planning team - all hands (Goodman & GenesisATC) planning & status updates
- Monthly Executive reviews with CEO's of Goodman & GenesisATC
- Dashboards to measure synergy capture rates, cross-selling success, turnover rates, etc

**Timeline:**



©2019 GNET

*Proprietary & Confidential*

Confidential Information Subject to Protective Order

FedEx_009467



# Goodman Networks, Inc.



September 5, 2019

# Thank-you.



©2019 GNET

*Proprietary & Confidential*

Confidential Information Subject to Protective Order

FedEx_009468

# EXHIBIT 15
## TO
## FSCLE OBJECTION TO THE MOTION TO CONVERT
## CHAPTER 7 CASE TO CHAPTER 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Case No. 22-31641-mvl7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | Involuntary Chapter 7 |
| | § | |
| *Alleged Debtor.* | § | |

**GOODMAN NETWORKS, INC.'S RESPONSES AND OBJECTIONS TO
FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.'
FIRST SET OF INTERROGATORIES**

TO:   FedEx Supply Chain Logistics & Electronics, Inc., by and through its counsel of record, Butler Snow LLP, Attn: Adam Langley and Candice Carson.

Pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure and Rule 9014 of Federal Rules of Bankruptcy Procedure, Alleged Debtor, Goodman Networks, Inc. d/b/a Goodman Solutions ("Goodman") serves the following responses and objections to FedEx Supply Chain Logistics & Electronics, Inc. ("FedEx" and/or "FSCLE") first set of Interrogatories (the "Requests" or "Interrogatories").

Date: November 30, 2022

Respectfully submitted,

**AKERMAN LLP**

 */s/ David W. Parham*
David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:    (214) 720-4300
Facsimile:    (214) 981-9339
david.parham@akerman.com
laura.taveras@akerman.com

*PROPOSED ATTORNEYS FOR ALLEGED*
*DEBTOR GOODMAN NETWORKS INC.,*
*D/B/A GOODMAN SOLUTIONS*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on November 30, 2022, a true and correct copy of the foregoing document was served via email on the following counsel for FedEx:

Adam M. Langley
Adam M. Langley (admitted pro hac vice)
R. Campbell Hillyer (admitted pro hac vice)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Candice Carson
911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

 */s/ David W. Parham*
David W. Parham

## <u>PRELIMINARY STATEMENT</u>

The answers contained herein are made solely for the purpose of the action set forth in the above-styled cause of action. Each answer is subject to all objections to competence, authenticity, relevance, materiality, propriety, proportionality and any and all other objections and grounds which would or could require or permit the exclusion of any information from evidence, all of which objections and grounds are reserved and may be interposed at the time of trial. Nothing in these answers should be construed as an admission with respect to the proportionality, relevance, or materiality of any fact or document, or of the truth or accuracy of any characterization or statement of any kind contained in FedEx's Requests. Goodman has made a diligent, good faith effort to gather information with which to respond, but has not completed its investigation of the facts relating to this case, its discovery, or its preparation for trial.

For these reasons, all information and/or objections contained herein are based only upon information that is presently available to and specifically known by Goodman. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the answers set forth herein. The following objections and answers are, therefore, made without prejudice to Goodman's right to produce at trial, or otherwise, evidence regarding any subsequently discovered information. Goodman accordingly reserves the right to further supplement, modify, or amend any and all answers herein to the extent required by the Federal Rules of Civil Procedure as research is completed and contentions are made.

## <u>GENERAL OBJECTIONS TO DISCOVERY</u>

1.   Goodman objects to the Requests to the extent they seek the disclosure of information protected by the attorney-client privilege or the work product doctrine. Nothing in this response is intended to be or should be construed as a waiver of the attorney-client privilege or the work product doctrine, protections afforded to proprietary or confidential information, or information protected by any other applicable privilege or protection. Inadvertent production of such protected information is not intended and shall not operate as a waiver of the applicable privilege or production.

2.   Goodman objects to the definitions and instructions to the extent they purport to impose obligations on Goodman beyond those required by the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or any other applicable rule or court order.

3.   Goodman objects to the Requests to the extent they purport to require production of documents and tangible things outside of Goodman's possession, custody or control.

4.   Goodman objects to the Definition of Goodman Networks. Goodman objects to this definition to the extent it seeks documents or information from any other entity other than Goodman Networks, Inc.

5.   Goodman objects to the Requests to the extent they seek the production of documents and tangible things from a source that is more convenient, less burdensome, or less expensive, including documents and tangible things that are publicly available and/or easily or equally obtainable by FedEx or already in FedEx's possession, custody, or control.

6.   Goodman objects to the Requests to the extent they seek confidential or proprietary business documents.  Unless otherwise objectionable, Goodman will produce such documents subject to the entry of an appropriate protective order.

7.   Goodman objects to the Requests to the extent they are not bounded by time.

8.   Goodman objects to Definitions No. 5, 7, 8, and 9 to the extent they seek information or documents from "Affiliates." Here, certain Affiliates are not relevant to the subject matter of this action, or, if relevant, of little or no benefit to FedEx, considering the needs and issues of the case, while placing a wholly unwarranted burden and expense on Goodman in locating, reviewing and producing the requested information and documents.

9.   Goodman objects generally to the Requests to the extent that they are unreasonably overbroad in scope, and thus burdensome and oppressive, in that each such Request seeks information pertaining to items and matters that are not relevant to the subject matter of this action, or, if relevant, so remote therefrom as to make its disclosure of little or no practical benefit to FedEx, while placing a wholly unwarranted burden and expense on Goodman in locating, reviewing and producing the requested information.

10. The foregoing General Objections to Discovery and conditions for responses apply equally to each and every response.  The repetition, in whole or in part, of any General Objections or conditions for response in response to a specific Interrogatory for emphasis shall not be read to limit the applicability of all the General Objections to Discovery and conditions for responses to each and every Request response.

## RESPONSES TO FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 5:** Identify all officers, directors, executives, and board members of Goodman Networks during the Relevant Time Period and include the relevant dates of such positions for each individual identified.

**RESPONSE:** Goodman objects to this Interrogatory on the grounds stated in the General Objections, *supra*.

Without waiving any objections, Goodman responds as follows:

Please see attached **Exhibit 2**.

**INTERROGATORY NO. 6:** Identify all officers, directors, executives, and board members of GNET ATC during the Relevant Time Period and include the relevant dates of such positions for each individual identified.

**RESPONSE:** Goodman objects to this Interrogatory on the grounds stated in the General Objections, *supra*.

Without waiving any objections, Goodman responds as follows:

Please see attached **Exhibit 2**.

## VERIFICATION

I, John A. Goodman, in my capacity as Consultant for Goodman Networks, Inc., have read the foregoing answers to FedEx Supply Chain Logistic & Electronic Inc.'s first set of interrogatories, and they are true according to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29 , 2022.

John A. Goodman
Consultant

# EXHIBIT 2

| Last Name | First Name | BOD Inform | Job Title | Date Started | Date Terminated |
|---|---|---|---|---|---|
| Debus | John | | CFO & President Shared Services | 6/5/2017 | 12/1/2020 |
| Foster | Pete | | Chief Information Officer | 2/19/2019 | 2/15/2021 |
| Goodman | John | BOD | Executive Chairman | | |
| Goodman | James | BOD | Chairman and CEO | 10/1/2020 | 12/31/2021 |
| Goodman | James | BOD | President Home Services Div | 10/26/2020 | 12/31/2021 |
| Goodman | Jason | | CEO | 3/22/2021 | 12/31/2021 |
| Goodman | Jason | BOD | Board of Directors | 3/22/2021 | 10/20/2021 |
| Grant | Christopher | | President Multiband | 8/27/2015 | 3/11/2021 |
| Green | Marshall | | CHRO | 3/6/2017 | 9/17/2021 |
| Hart | Joseph | | Chief Operating Officer | 8/21/2006 | 9/13/2021 |
| Kozma | Bradley | | CFO | 12/3/2020 | 9/8/2021 |
| Rao | Anthony | Secretary | EVP & General Counsel | 2/10/2014 | 8/2/2021 |
| Goodman | Joseph | | VP Sales Business Development | 1/1/2018 | 12/17/2021 |
| Goodman | Joseph | BOD | Chairman and Interim Secretary | 3/22/2021 | 10/22/2021 |
| Keiffer | Mark | | CEO | 2/24/2020 | 9/10/2020 |
| Frinzi | James | | CEO | 10/20/2021 | 9/4/2022 |

Note:

Date Started is not necessarily the date the employee held their Officer position.  We do not have access to HR records that would indicate any title changes during employment.

BOD information is just a note that the individual was on the BOD at one time.  The start and end dates do not apply to this notation.  We do not have visability to these records that were managed by our legal councel.