BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions<br>**DEBTOR** | [133] Motion to convert case from chapter 7 to 11<br><br>**TYPE OF HEARING** | Case # 22−31641−mvl7 |

| | | |
|---|---|---|
| Goodman Networks, Inc.<br>**PLAINTIFF / MOVANT** | *VS* | Trustee Scott M. Seidel; Fedex Supply Chain Logistics & Electronics, Inc.<br>**DEFENDANT / RESPONDENT** |

| | |
|---|---|
| David Parham/ Akerman LLP<br>**ATTORNEY** | Davor Rukavina / Munsch, Hardt, Kopf & Harr; Adam M. Langley / Butler Snow LLP<br>**ATTORNEY** |

## EXHIBITS

| | |
|---|---|
| DEBTOR EXHIBITS 1 AND 3 (SEE DKT 162) | TRUSTEE EXHIBITS A AND C (SEE DKTS 161) |
| | CREDITOR EXHIBITS 8 AND PAGES 47 AND 50−53 OF TRANSCRIPT EXCERPT (SEE DKT#157) |

| | | |
|---|---|---|
| Hawaii Jeng<br>**REPORTED BY** | 12/19/2022<br>**HEARING DATE** | Michelle V. Larson<br>**JUDGE PRESIDING** |