**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-31641-mvl7 |
| **GOODMAN NETWORKS, INC.** § | |
| **D/B/A GOODMAN SOLUTIONS,** § | CHAPTER 7 |
| § | |
| *Debtor*. § | |

*AMENDED*
**VERIFICATION OF MAILING LIST**

The Debtor certifies that the attached mailing list is amended as follows:

☐ is the first mail matrix in this case.

☒ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

Debtor is diligently working towards finalizing Schedules D, E/F, G, and H. Thus, Debtor's review of its records is ongoing; Debtor will amend and/or supplement this list as necessary. In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

| | |
|---|---|
| 12/27/2022 | */s/ David W. Parham* |
| Date | David W. Parham 15459500 |
| | Akerman LLP |
| | 2001 Ross Avenue, Suite 3600 |
| | Dallas, TX 75201 |
| | (214) 720-4300 |
| | david.parham@akerman.com |
| | |
| | * 9460 |
| | Debtor's Social Security/Tax ID No. |

```
1099 Pro LLC
23901 Calabasas Rd
Suite 2080
Calabasas, CA 91302


45700 Twelve Mile LLC
c/o Nicholas J. Bachand
2411 Vinewood
Detroit, MI 482165


Alabama Secretary of State
PO Box 5616
Montgomery, AL 36103-5616


Alabama Dept of Revenue
50 N Ripley St.
Montgomery, AL 36130


Arizona Dept of Revenue
1600 W Monroe St.
Phoenix, AZ 85007


Arizona Secretary of State
400 W Congress St, Ste 141
Tucson, AZ 85701


Birmingham Finance Dept
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203


City of Portland
111 SW Columbia St, Ste. 600
Portland, OR 97201-5840


Connor Lee & Shumaker
609 Castle Ridge Rd., Ste 450
Austin, TX 78746
```

Department of Treasury/IRS
PO Box 1214
Charlotte, NC 28201-1214


Dominion Energy
PO Box 27463
Richmond, VA 23261


Donlen LLC
3000 Lakeside Dr.
2nd floor
Bannockburn, IL 60015


Ferguson Braswell Fraser Kubasta
2500 Dallas Pkwy, Ste 600
Plano, TX 75093


Hall 2801 Network Associates, LLC
6801 Gaylord Pkwy, Ste 406
Frisco, TX 75034


Homer Escamilla
8618 Kallison Arbor
San Antonio, TX 78254


Illinois Dept of Revenue
9511 Harrison St.
Des Plaines, IL 60016


Illinois Secretary of State
213 State Capitol
Springfield, IL 62756


Kansas City Finance Dept
701 N 7th St, Ste 330
Kansas, KS 66101

Kansas Department of Revenue
915 SW Harrison St, Ste 300
Topeka, KS 66612

Kansas Secretary of State
1420 C of E Dr, Ste 6
Emporia, KS 66801

Katz Korin Cunningham
Attorneys at Law
The Emelie Bldg, 334 N Senate Ave
Indianapolis, IN 46204

Kentucky Secretary of State
700 Capital Ave, Ste 152
Frankfort, KY 40601

Kentucky Dept of Revenue
501 High St
Frankfort, KY 40601

Lamont Hanley & Associates
1138 Elm Street
Manchester, NH 03105-0179

Paducah Finance Dept
300 S 5th St
Paducah, KY 42003

Louisiana Secretary of State
3851 Essen Ln
Baton Rouge, LA 70809

Louisiana Dept of Revenue
617 North Third Street
Baton Rouge, LA 70821

Michigan Dept of Revenue  
430 W Allegan St  
Lansing, MI 48933  

Michigan Secretary of State  
7090 Sashabaw Rd  
Clarkston, MI 48348  

Montana Dept of Revenue  
125 N Roberts St  
Helena, MT 59601  

Montana Secretary of State  
1301 E 6th Ave, Ste 2  
Helena, MT 59601  

New Hampshire Dept of Revenue  
109 Pleasant St  
Concord, NH 03301  

New Hampshire Secretary of State  
107 N Main St  
Concord, NH 03301  

New Mexico Dept of Revenue  
1100 South St. Francis Dr.  
Santa Fe, NM 87504-0630  

New Mexico Secretary of State  
325 Don Gaspar Av, Ste 300  
Santa Fe, NM 87501  

New York Dept of Revenue  
One Commerce Plaza  
99 Washington Ave  
Albany, NY 12231-0001

New York Secretary of State
123 William St., Ste 2
New York, NY 10038

Richmond Finance Dept
900 E Broad St, Ste 103
Richmond, VA 23219

New Jersey Dept of Revenue
50 Barrack Street, 1st Floor Lobby
Trenton, NJ 08695

New Jersey Secretary of State
125 W Sate St
Trenton, NJ 08608

Rhode Island Dept of Revenue
1 Capitol View Ave
Providence, RI 02908

Rhode Island Secretary of State
82 Smith St
Providence, RI 02903

Russell F. Nelms
115 Kay Lay
Westworth Village, TX 76114

SG Risk, LLC
1050 Wall Street West, Ste 202
Lyndhurst, NJ 07071

Shelby County, TN
157 Poplar Ave., 2nd Floor
Memphis, TN 38103

South Carolina Secretary of State
1205 Pendleton St, Ste 525
Columbia, SC 29201

State of Texas
105 W 16th
Austin, TX 78701

State of Utah
160 East 300 South, 2nd Floor
Box 146705
Salt Lake City, UT 84114-6701

Stephanie Elmore
2516 Wichita TRL
Sanger, TX 76266

Tennessee Secretary of State
312 Rosa L. Parks Ave
6th Floor, Snodgrass Tower
Nashville, TN 37243-1102

Tennessee Dept of Revenue
500 Deaderick St.
Nashville, TN 37242

Texas Comptroller
6320 Southwest Blvd
Benbrook, TX 76109

Texas Secretary of State
PO Box 13697
Austin, TX 78711-3697

Timothy J McManus
1650 Fillmore Street, Ste 1907
Denver, CO 80206

Uline  
PO Box 88741  
Chicago, IL 60680-1741

Utah State Tax Commission  
210 N 1950 W  
Salt Lake City, UT 84134-0700

Utah Secretary of State  
160 East 300 South, 2nd Floor  
Salt Lake City, UT 84111

Utah Department of Revenue  
210 N 1950 W  
Salt Lake City, UT 84134

Virginia Dept of Revenue  
1957 Westmoreland Street  
Richmond, VA 23230

Virginia State of Corporation  
PO Box 1197  
Richmond, VA 23218

Virginia Secretary of State  
1111 E Broad St., Ste 4  
Richmond, VA 23219

West Virginia Dept of Revenue  
1900 Kanawha Blvd E  
Charleston, WV 25305

```
West Virginia Secretary of State
1900 Kanawha Blvd E,
Rm 1 Ste 175k
Charleston, WV 25305


Xerox Business Solutions
Lockbox Services, #205354
2975 Regent Blvd
Irving, TX 75063
```