# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-31641-mvl7 |
| GOODMAN NETWORKS, INC | § | |
| D/B/A GOODMAN SOLUTIONS, | § | CHAPTER 7 |
| | § | |
| *Debtor*. | § | |

## *AMENDED*
## VERIFICATION OF MAILING LIST

The Debtor certifies that the attached mailing list is amended as follows:

☐ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☒ deletes name(s) and address(es) on previously filed mailing list(s).

Debtor is diligently working towards finalizing Schedules D, E/F, G, and H. Thus, Debtor's review of its records is ongoing; Debtor will amend and/or supplement this list as necessary. In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

| | |
|---|---|
| 12/27/2022 | */s/ David W. Parham* |
| Date | David W. Parham 15459500 |
| | Akerman LLP |
| | 2001 Ross Avenue, Suite 3600 |
| | Dallas, TX 75201 |
| | (214) 720-4300 |
| | david.parham@akerman.com |
| | |
| | * 9460 |
| | Debtor's Social Security/Tax ID no. |

67886183;1

```
Goodman Networks Incorporated
2801 Network Blvd., Ste 300
Frisco, TX 75034


Joe Hart
2801 Network Blvd., Suite 300
Frisco, TX 75034


John Debus
2801 Network Blvd., Suite 300
Frisco, TX 75034
```