David W. Parham, SBN: 15459500
Laura M. Taveras, SBA: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:  (214) 720-4300
Facsimile:  (214) 981-9339
david.parham@akerman.com
laura.taveras@akerman.com

*Proposed Counsel for Debtor,*
*Goodman Networks, Inc. d/b/a Goodman Solutions*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-31641-mvl7 |
| GOODMAN NETWORKS, INC., DBA | § | |
| GOODMAN SOLUTIONS, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND CREDITOR MATRIX

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Debtor Goodman Networks, Inc. dba Goodman Solutions, the debtor in the above-captioned chapter 11 case (the "Debtor" or the "Company"), pending before the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by management of the Debtor, with the assistance of the Debtor's advisors.

Although the Debtor has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred. The Debtor will update, and correct or complete the Schedules and Statements as it becomes aware of new information.

The Schedules and Statements are unaudited and subject to potential adjustment. Because the Schedules and Statements contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Nothing contained in the Schedules and Statements or the Global Notes shall constitute a waiver of any right of the Debtor or an admission with respect to their chapter 7 case (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non bankruptcy laws to recover assets or avoid transfers), and the Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed."

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statement of Financial Affairs and Creditor Matrix* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements and creditor matrix, and should be referred to and considered in connection with any review of the Schedules and Statements and creditor matrix. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

The Schedules and Statements for the Debtor are signed by John Goodman, Consultant of the Debtor. In reviewing and signing the Schedules and Statements, John Goodman relied upon his knowledge of the business, accounting and financial data provided by Debtor's accounting consultants, the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal advisors. John Goodman has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses. Although every reasonable attempt has been made to assign corresponding transactions of the Debtor utilizing the available accounting and finance management systems and data, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor or legal entity.

1.      <u>**Sources of Information Requested and Provided**</u>. In preparing these schedules, the Debtor relied on financial data derived from their books and records that was available at the time of such preparation. The Debtor, and its agents and  attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or their agents or

attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or their agents or attorneys are advised of the possibility of such damages.

2.     **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority" or "unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claims or contracts or leases, the Debtor's setoff or recoupment rights with respect to such Claims, or any other rights of the Debtor related to such Claims.

3.     **Causes of Action**. Despite the Debtor's reasonable efforts to identify all known assets, the Debtor may not have listed all of the Debtor's causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of his rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, credits, or recoupment and any Claim on contracts or leases or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtor and its estate.

## SPECIFIC DISCLOSURES APPLICABLE TO SCHEDULES AND STATEMENTS

**Schedules A/B** –Balance sheet information provided is as of December 29, 2022.

Debtor believes it may hold a number of claims against Debtor's previous CEO, James Frinzi (Frinzi), and companies owned by, controlled by or affiliated with Frinzi related to loans and/or transfers made by the Debtor at his direction. His tenure with the Debtor ended on September 4, 2022.

**Schedule D.** With respect to the Claims listed on Schedule D, reference to any loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves all rights to amend Schedule D.
.

**Schedule E/F**. The Debtor has used reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records, however, inadvertent errors or omissions may have occurred. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose may be an open issue of fact. In addition, the claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits, rebates, recoupment, set-off or allowances due from such creditors to the applicable Debtor.

Claims owing to various taxing and regulatory authorities to which the Debtor may potentially be liable are included on the Debtor's Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtor are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtor has listed all such priority claims as "contingent" and "unliquidated," pending final resolution of on-going audits or other outstanding issues.

Notwithstanding the foregoing, where creditors have yet to provide proper invoices for prepetition goods or services, such amounts may not be reflected on Schedule E/F. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves.

**Schedule G**. While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor reserves the right to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. The contracts, agreements and leases listed on Schedule G may have expired or may have been terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.

**Schedule H - Codebtors**. In the ordinary course of their businesses, the Debtor is involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H. The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases and other such agreements. The Debtor reserves their right, but shall not be required, to amend the Schedules to the extent that guarantees are identified.

**Statement – Question 4 – Payments to or for the Benefit of Insiders**. Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtor does not take any position with respect to (i) such person's influence over the control of the Debtor; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority or such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtor reserves all rights to dispute whether any individual or entity identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, see Questions 28 and 29.

* * * END OF GLOBAL NOTES * * *<br/>
* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

**Fill in this information to identify the case:**

Debtor name   **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **22-31641-mvl7**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 6, 2023**   x _____

Signature of individual signing on behalf of debtor

**John Goodman**
Printed name

**Consultant**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **22-31641-mvl7**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $            0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $      7,551,811.31

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $      7,551,811.31

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     18,202,762.85

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $          5,506.37

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     88,194,601.76

4. Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b

    $    106,402,870.98

**Fill in this information to identify the case:**

Debtor name  **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **22-31641-mvl7**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.

**Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking** | **5481** | $176,989.70 |
| 3.2. | **East West Bank** | **Commercial Loan** | **7067** | $0.00 |
| 3.3. | **East West Bank** | **Money Market** | **7280** | $92.67 |
| 3.4. | **Prosperity Bank** | **Money Market** | **3992** | $0.00 |
| 3.5. | **Prosperity Bank** | **Operating** | **1838** | $0.00 |
| 3.6. | **Prosperity Bank** | **Collection** | **1846** | $0.00 |

Debtor **Goodman Networks Incorporated dba Goodman Solutions**

Case number *(If known)* **22-31641-mvl7**

Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Prosperity Bank** | **Disbursement** | 1853 | **$0.00** |
| 3.8. | **Prosperity Bank** | **Operating** | 4352 | **$0.00** |
| 3.9. | **Texas Partner Bank / BOSA** | **Collection** | 4831 | **$0.00** |
| 3.10. | **Texas Partner Bank / BOSA** | **Escrow** | 7389 | **$0.00** |
| 3.11. | **Wilmington** | **Escrow** | 1427 | **$12,374.20** |
| 3.12. | **San Blas Securities** | **Insured Deposits Accnt.** | 1568 | **$9.77** |
| 3.13. | **BTH Bank** | **Money Market** | 8998 | **$2,273.76** |
| 3.14. | **Prosperity Bank** | **Checking** | | **$4,463,804.68** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$4,655,544.78** |
   |---|

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Retainer to**
   **Hayes & Boone LLP**
   **2323 Victory Ave, Suite 700**
   **Dallas, TX 75219**

   **$50,000.00**

   8.2. **Prepay for Accounting Services to**
   **CFGI Holdings LLC**
   **1 Lincoln St., 13th Floor**

   **$200,000.00**

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(If known)* **22-31641-mvl7** |
|---|---|---|
| | Name | |

Boston, MA 02111

| | | |
|---|---|---:|
| 8.3. | **Prepay for Legal Services to**<br>**Connor Lee & Shumaker PLLC**<br>**609 Castle Ridge Rd., Ste 450**<br>**Austin, TX 78746** | **$500,000.00** |
| 8.4. | **Prepayment for Legal Services to**<br>**Ferguson Braswell Fraser Kubasta PC**<br>**P.O. Box 1581**<br>**Memphis, TN 38101** | **$285,000.00** |
| 8.5. | **Prepayment to**<br>**Katz Korin Cunningham n/k/a**<br>**Stoll Keenon Ogden PLLC**<br>**334 N Senate Ave.**<br>**Indianapolis, IN 46204** | **$10,000.00** |
| 8.6. | **Prepayment to**<br>**The Law Office of Theodore Geiger, PLLC**<br>**85 Broad Street, 18th Flr**<br>**New York, NY 1004** | **$25,000.00** |
| 8.7. | **Retainer**<br>**Alston & Bird LLP**<br>**2200 Ross Ave, Ste 2300**<br>**Dallas, TX 75201** | **$100,000.00** |
| 8.8. | **Prepayment for Travel Pass: James Frinzi to**<br>**American Airlines**<br>**1 Skyview Dr**<br>**Fort Worth, TX 76155** | **$60,000.00** |
| 8.9. | **Prepayment to**<br>**Carpenter Wellington Trust Account**<br>**2025 Guadalupe St., Ste 260**<br>**Austin, TX 78705** | **$50,000.00** |
| 8.10. | **Prepayment for Legal Services to**<br>**David L Hill Attorney at Law IOLTA**<br>**4140 Roswell Rd NE**<br>**Atlanta, GA 30342** | **$51,000.00** |
| 8.11. | **Prepayment to**<br>**Davis Cedillo & Mendoza Inc**<br>**755 E Mulberry Ave., #250**<br>**San Antonio, TX 78212** | **$25,062.50** |
| 8.12. | **Prepayment for Business Development to**<br>**Dr. Borer Consulting**<br>**Seestrass 83**<br>**8800 Thalwi, Switzerland** | **$37,080.00** |

Debtor      **Goodman Networks Incorporated dba Goodman Solutions**                    Case number *(If known)*  **22-31641-mvl7**

Name

| 8.13. | **Prepayment for Business Development to Michael McClure** | **$15,000.00** |
|---|---|---|
| 8.14. | **Prepayment for Accounting Services to Robert C Province CPA 5711 Standing Rock Dr. Austin, TX 78730** | **$50,000.00** |
| 8.15. | **Prepayment to San Blas Securities 3424 Peachtree Rd., Ste 2200 Atlanta, GA 30326** | **$50,000.00** |
| 8.16. | **Prepayment for Valuation Services to Scalar LLC 874 E Pioneer Rd Draper, UT 84020** | **$50,000.00** |
| 8.17. | **Prepayment for Management and Advising to SierraConstellation Partners LLC 355 S Grand Ave., #1450 Los Angeles, CA 90071** | **$248,464.00** |
| 8.18. | **Prepayment to Akerman LLP P.O. Box 4906 Orlando, FL 32802** | **$300,000.00** |

9.       **Total of Part 2.**
         Add lines 7 through 8. Copy the total to line 81.                                   **$2,106,606.50**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old:      **787,558.54**      -      **0.00**      =....      **$787,558.54**

face amount                 doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                        **$787,558.54**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(If known)* | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Name of entity:      % of ownership

| 15.1. | **GNET ATC LLC** | **100%** % | | **$0.00** |
|---|---|---|---|---|
| 15.2. | **Multiband Field Services Incorporated** | **100%** % | | **$0.00** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|---|---|---|---|
| | Describe: | | |

| 17. | **Total of Part 4.** | | **$0.00** |
|---|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | | |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Dell laptop - Latitude 5400 | $0.00 | N/A | $250.00 |
| | Dell laptop - Latitude 5400 | $0.00 | N/A | $250.00 |
| | 23" inch monitor | $0.00 | N/A | $50.00 |

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | | Case number *(If known)* | **22-31641-mvl7** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **23" inch monitor** | $0.00 | N/A | $50.00 |
| **Jabra speaker** | $0.00 | N/A | $15.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $615.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ford Transit-150**<br>**Vehicle #: 726955; VIN**<br>**1FTYE1YM8HKB37771**<br>**(Donlen)** | Unknown | N/A | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Xerox copier; Model: Xerox C605**<br>**Serial#: 5RB755245; Contract#:**<br>**010-0094254-001** | Unknown | N/A | Unknown |
|---|---|---|---|
| **Xerox copier; Model: Xerox C605**<br>**Serial #: 5RB755559; Contract #:**<br>**010-0094254-001** | Unknown | N/A | Unknown |

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | | Case number *(If known)* | **22-31641-mvl7** |
| | Name | | | |

| | | | |
|---|---|---|---|
| **Xerox copier; Model: Xerox C605 Serial#: 5RB755753; Contract #: 010-0094254-001 Consolidated Lease Payment of $1,900.00** | Unknown | N/A | Unknown |
| **Xerox copier; Model: Xerox C605 Serial #: 5RB756127; Contract #: 010-0094254-001** | Unknown | N/A | Unknown |
| **Xerox copier; Model: Xerox C8145 Serial #: EHQ220914; Contract #: 010-0094254-001** | Unknown | N/A | Unknown |
| **Xerox copier; Model: Xerox C8135 Serial #: EKZ338000; Contract #: 010-0094254-001** | Unknown | N/A | Unknown |
| **Xerox copier; Model: Xerox C8135 Serial #: EKZ338676; Contract #: 010-0094254-001** | Unknown | N/A | Unknown |
| **Xerox copier; Model: Xerox C8135; Serial #: EKZ339942; Contract #: 010-0094254-001** | Unknown | N/A | Unknown |

51.　　**Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$0.00** |

52.　　**Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**　　**Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.　　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **Goodman Networks Incorporated dba Goodman Solutions**    Case number *(If known)* **22-31641-mvl7**

Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Advantage Storage**<br>**Property Address:**<br>**3540 Legacy Drive**<br>**Frisco, TX 75034**<br>**Type: Storage unit**<br>**#1006**<br>**month-to-month** | Lease | Unknown | | Unknown |
| 55.2. | **Advantage Storage**<br>**Property Address:**<br>**3540 Legacy Drive**<br>**Frisco, TX 75034**<br>**Type: Storage Unit**<br>**#1011**<br>**month-to-month** | Lease | Unknown | N/A | Unknown |
| 55.3. | **Rexing Land, LLC**<br>**(Joseph Rexing)**<br>**Property Address:**<br>**9631 Hedden Road,**<br>**Evansville, Indiana**<br>**Type: Building**<br>**Contract Terms:**<br>**Lease ends May 2023**<br>**Litigation. Landlord**<br>**notified debtor of**<br>**lease termination**<br>**11/19/21. Debtor no**<br>**longer occupies this**<br>**building** | | Unknown | N/A | Unknown |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | | | Case number *(If known)* **22-31641-mvl7** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | **Trademark Word Mark: G GOODMANNETWORKS NETWORK KNOWLEDGE…DELIVERED.**<br>**Serial #: 77000182**<br>**Reg. #: 3593614**<br>**Status: Live**<br>**Classes: 035: 036: 037: 038: 042** | **Unknown** | **N/A** | **Unknown** |
| | **Trademark Word Mark: GOODMAN NETWORKS**<br>**Serial #: 77000184**<br>**Reg. #: 3518795**<br>**Status: Live**<br>**Classes: 035: 036: 037: 038:** | **Unknown** | **N/A** | **Unknown** |
| 61. | **Internet domain names and websites**<br>**goodmannetworks.com**<br>**Product Name: Standard Wildcard SSL Renewal**<br>**Order Date: 2021-09-17T18:25:26.000Z**<br>**Length: 2 Year** | **Unknown** | **Recent cost** | **$899.98** |
| | **fscp.goodmannetworks.com**<br>**Product Name: Standard SSL Renewal**<br>**Order Date: 2021-03-23T14:29:34.000Z**<br>**Length: 2 years** | **Unknown** | **Recent cost** | **$159.98** |
| | **GOODMANNETWORKS.COM**<br>**Product Name: Full Domain Privacy and Protection**<br>**Order Date: 2021-07-06T15:10:35.000Z**<br>**Length: 4.69 years** | **Unknown** | **Recent cost** | **$46.85** |
| | **GOODMANNETWORKS.NET**<br>**Product Name: Full Domain Privacy and Protection**<br>**Order Date: 2021-07-06T15:10:35.000Z**<br>**Length: 1.542 Year** | **Unknown** | **Recent cost** | **$15.40** |
| | **GOODMANNETWORKS.ORG**<br>**Product Name: Full Domain Privacy and Protection**<br>**Order Date: 2021-07-06T15:10:35.000Z**<br>**Length: 1.542 Year** | **Unknown** | **Recent cost** | **$15.40** |
| | **GOODMANSOLUTIONS.COM**<br>**Product Name: Full Domain Privacy and Protection**<br>**Order Date: 2021-07-06T15:10:35.000Z**<br>**Length: 2.444 Year** | **Unknown** | **Recent cost** | **$24.42** |

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(If known)* | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **GOODMANSOLUTIONS.NET**<br>**Product Name: Full Domain Privacy and Protection**<br>**Order Date: 2021-07-06T15:10:35.000Z**<br>**Length: 1.827 Year** | Unknown | Recent cost | $18.25 |
| **GOODMANSOLUTIONS.TECH**<br>**Product Name: Full Domain Privacy and Protection**<br>**Order Date: 2021-07-06T15:10:35.000Z**<br>**Length: 1.827 Year** | Unknown | Recent cost | $18.25 |
| **www.goodmannetworks.com**<br>**Product Name: Standard SSL Renewal**<br>**Order Date: 2020-12-12T19:07:01.000Z**<br>**Length: 2 Year** | Unknown | Recent cost | $159.98 |
| **www.goodmansolutions.com**<br>**Product Name: Standard SSL**<br>**Order Date: 2020-06-10T13:41:50.000Z**<br>**Length: 2 Year** | Unknown | Recent cost | $127.98 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$1,486.49** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**)**?

    ■ No

    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(If known)* **22-31641-mvl7** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,655,544.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,106,606.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $787,558.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $615.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,486.49 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,551,811.31 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,551,811.31 |

**Fill in this information to identify the case:**

Debtor name      **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF TEXAS

Case number (if known)      **22-31641-mvl7**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**  **Fleet Management Company**
Creditor's Name

Describe debtor's property that is subject to a lien
**2017 Ford Transit-150
Vehicle #: 726955; VIN 1FTYE1YM8HKB37771
(Donlen)**

Amount of claim: **$0.00**     Value of collateral: **Unknown**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  **UMB Bank, N.A. as Bondholder Trustee**
Creditor's Name
**Attn: Julius Zamora
Corporate Trust Services
100 William St., Suite 1850
New York, NY 10038**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**CUSIP NO. 38239HAF2**

Amount of claim: **$12,452,560.79**     Value of collateral: **$21,000,000.00**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

**julius.zamora@umb.com**
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
5/31/2017**

**Last 4 digits of account number
8991**

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **UMB Bank, N.A. as Bondholder Trustee** | Describe debtor's property that is subject to a lien | **$1,942,777.55** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | CUSIP NO. 38239HAG0 | | |

**Attn: Julius Zamora
Corporate Trust Services
100 William St., Suite 1850
New York, NY 10038**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**julius.zamora@umb.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/31/2017**

**Last 4 digits of account number**

**8991**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **UMB Bank, N.A. as Bondholder Trustee** | Describe debtor's property that is subject to a lien | **$3,807,424.51** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | CUSIP NO. 38239HAH8 | | |

**Attn: Julius Zamora
Corporate Trust Services
100 William St., Suite 1850
New York, NY 10038**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**julius.zamora@umb.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/31/2017**

**Last 4 digits of account number**

**8991**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$18,202,762. 85** |
|---|---|---|

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span>  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **22-31641-mvl7**

☐ Check if this is an
     amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**2.1**   Priority creditor's name and mailing address

**Alabama Secretary of State**
**PO Box 5616**
**Montgomery, AL 36103-5616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

**Arizona Department of Revenue**
**1600 W Monroe St.**
**Phoenix, AZ 85007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Arizona Secretary of State** | ☐ Contingent | | |
| | **400 W Congress St, Ste 141** | ☐ Unliquidated | | |
| | **Tucson, AZ 85701** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Birmingham Finance Department** | ☐ Contingent | | |
| | **716 Richard Arrington Jr Blvd N** | ☐ Unliquidated | | |
| | **Birmingham, AL 35203** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,619.00** | **$1,619.00** |
| | **California State Tax** | ☐ Contingent | | |
| | **300 S Spring St, Ste 5704** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90013** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.15** | **$0.15** |
| | **City of Memphis - City Treasury** | ☐ Contingent | | |
| | **PO Box 185** | ☐ Unliquidated | | |
| | **Memphis, TN 38101-0185** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|--------|-----|-----|-----|
| | Name | | |

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.00 | $275.00

**Connecticut-State Tax**
**450 Columbus Blvd., Ste 1**
**Hartford, CT 06103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Illinois Dept of Revenue**
**9511 Harrison St.**
**Des Plaines, IL 60016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Illinois Secretary of State**
**213 State Capitol**
**Springfield, IL 62756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Kansas City Finance Dept**
**701 N 7th St, Ste 330**
**Kansas City, KS 66101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kansas Department of Revenue**
**915 SW Harrison St, Ste 300**
**Topeka, KS 66612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kansas Secretary of State**
**1420 C of E Dr, Ste 6**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**501 High St**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kentucky Secretary of State**
**700 Capital Ave, Ste 152**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**617 North Third Street**
**Baton Rouge, LA 70821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Louisiana Secretary of State**
**3851 Essen Ln**
**Baton Rouge, LA 70809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michigan Department of Revenue**
**430 W Allegan St**
**Lansing, MI 48933**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$226.45** | **$226.45** |
|---|---|---|---|---|

**Michigan Department of Treasury**
**PO Box 30199**
**Lansing, MI 48909-7699**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Michigan Secretary of State**
**7090 Sashabaw Rd**
**Clarkston, MI 48348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Montana Department of Revenue**
**125 N Roberts St**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Montana Secretary of State**
**1301 E 6th Ave, Ste 2**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**New Hampshire Department of Revenue**
**109 Pleasant St**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **New Hampshire Secretary of State**<br>**107 N Main St**<br>**Concord, NH 03301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **New Jersey Department of Revenue**<br>**50 Barrack Street, 1st Flr**<br>**Trenton, NJ 08695** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **New Jersey Secretary of State**<br>**125 W State St**<br>**Trenton, NJ 08608** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.00** | **$495.00** |
|---|---|---|---|---|
| | **New Jersey-State Tax**<br>**PO Box 900**<br>**Trenton, NJ 08646-0900** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Mexico Department of Revenue**
**1100 South St. Francis Dr.,**
**Santa Fe, NM 87504-0630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Mexico Secretary of State**
**325 Don Gaspar Ave, Ste 300**
**Santa Fe, NM 87501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New York Department of Revenue**
**One Commerce Plaza**
**99 Washington Ave**
**Albany, NY 12231-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New York Secretary of State**
**123 William St, Ste 2**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $261.61 | $261.61 |
|---|---|---|---|---|
| | **Ohio Treasurer of State**<br>**150 E Gay Street**<br>**Columbus, OH 43215-3191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150.00 | $150.00 |
|---|---|---|---|---|
| | **Oregon-State Tax**<br>**955 Center Street NE**<br>**Salem, OR 97301-2555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Paducah Finance Dept**<br>**300 S 5th St**<br>**Paducah, KY 42003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Rhode Island Department of Revenue**<br>**1 Capitol View Ave**<br>**Providence, RI 02908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Rhode Island Secretary of State**<br>**82 Smith St**<br>**Providence, RI 02903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Richmond Finance Dept**<br>**900 E Broad St, Ste 103**<br>**Richmond, VA 23219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Shelby County, TN**<br>**157 Poplar Ave, 2nd Flr**<br>**Memphis, TN 38103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **South Carolina Department of Revenue**<br>**300A Outlet Pointe Blvd**<br>**Columbia, SC 29210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**South Carolina Secretary of State**
**1205 Pendleton St, Ste 525**
**Columbia, SC 29201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,700.00** | **$1,700.00** |
|---|---|---|---|---|

**State Corporation Commission**
**1108 E Main St**
**Richmond, VA 23219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Annual Registration**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |
|---|---|---|---|---|

**State of New Jersey**
**PO Box 929**
**Trenton, NJ 08646-0929**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$689.16** | **$689.16** |
|---|---|---|---|---|

**State of Tennessee**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

**2.43**

Priority creditor's name and mailing address

**State of Texas**
**105 W 16th**
**Austin, TX 78701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.44**

Priority creditor's name and mailing address

**State of Utah**
**160 East 300 South, 2nd Floor**
**Box 146705**
**Salt Lake City, UT 84114-6701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.45**

Priority creditor's name and mailing address

**Tennessee Dept of Revenue**
**500 Deaderick St.**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.46**

Priority creditor's name and mailing address

**Tennessee Secretary of State**
**312 Rosa L Parks Ave**
**6th Flr, Snodgrass Tower**
**Nashville, TN 37243-1102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

**2.47** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Texas Comptroller**
**6320 Southwest Blvd, Ste 201**
**Fort Worth, TX 76109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Texas Secretary of State**
**PO Box 13697**
**Austin, TX 78711-3697**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Utah Department of Revenue**
**210 N 1950 W**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Utah Secretary of State**
**160 East 300 South, 2nd Floor**
**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |
| | **Virginia Department of Revenue** **1957 Westmoreland Street** **Charleston, WV 25323** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**   **$10.00** |
| | **Virginia Department of Taxation** **PO Box 1777** **Richmond, VA 23218-1777** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Tax** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |
| | **Virginia Secretary of State** **1111 E Broad St, Ste 4** **Richmond, VA 23219** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |
| | **Virginia State of Corporation** **P.O. Box 1197** **Richmond, VA 23218** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**West Virginia Department of Revenue**
**1900 Kanawha Blvd E**
**Charleston, WV 25305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**West Virginia Secretary of State**
**1900 Kanawha Blvd E, Rm 1 Ste 175K**
**Charleston, WV 25305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Wisconsin-State Tax**
**PO Box 8965**
**Madison, WI 53708-8965**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,144.86 |
|---|---|---|---|

**45700 Twelve Mile LLC**
**c/o Nicholas J. Bachand**
**2411 Vinewood**
**Detroit, MI 48216**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566.00 |
|---|---|---|---|

**Advantange Storage**
**3540 Legacy Dr**
**Frisco, TX 75034**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Storage-Equipment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,741.19** |
|---|---|---|---|

**Airgas USA LLC**
**6055 Rockside Woods Blvd**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,033.12** |
|---|---|---|---|

**AIT Worldwide Logistics**
**P O Box 775379**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amanda Miyashiro**
**c/o Cory D. Britt**
**O'Conner Acciani & Levy LPA**
**600 Vine Street, Ste. 1600**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Amazon.com Services Inc**
**P O Box 84171**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,607.92** |
|---|---|---|---|

**American Stock Transfer & Trust Co, LLC**
**6201 15th Avenue**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,391.92** |
|---|---|---|---|

**Appian Corporation**
**11955 Democracy Drive, Ste 1700**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ARRIS Solutions Inc**
**3871 Lakefield Drive**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation - Unpaid Trade Claim (GNET ATC LLC Claim)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AT&T**
**One AT&T Way**
**Bedminster, NJ 07921**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,089.10** |

**AT&T**
**P O Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,977.58** |

**AT&T Mobility**
**PO Box 9004**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number  **0517**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,735.00** |

**Baker Tilly Virchow Krause LLC**
**2500 Dallas Parkway, Ste 300**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional services-Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Brandon Ray and Chantry Quinney**
**c/o Bob Debes**
**One Riverway, Ste. 1700**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Compensation (Litigation)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.37** |

**Brinks Home Security**
**Dept CH 8628**
**Western Springs, IL 60558-6280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service - Security**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$803.00** |

**Brown & Joseph LLC**
**P O Box 249**
**Itasca, IL 60143-0249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Call Center System LLC**
**321 Venable Rd, Suite 1**
**Winchester, KY 40391**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.11** |
|---|---|---|---|

**Canon Financial Services, Inc**
**14904 Collections Center Dr**
**Chicago, IL 60673-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,010.00** |
|---|---|---|---|

**Capitol Services Inc**
**P O Box 1831**
**Austin, TX 78767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service - Registered Agent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.56** |
|---|---|---|---|

**Ceridian Benefit Services**
**3311 E Old Shakopee**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service - Payroll Processing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CFGI, LLC**
**1 Lincoln St, Ste 1301**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,023.00** |
|---|---|---|---|

**Clark Hill Strasburger LLP**
**901 Main St., Suite 6000**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Click Labs Inc**
**4830 West Kennedy Blvd., Ste 600**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service - Software Maintenance/Support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
**CLM Matrix**
P O Box 732961
Dallas, TX 75373-2961

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service - Software Subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

**$33,828.10**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**CompuCom Systems Inc**
8106 Calvin Hall Rd
Fort Mill, SC 29707

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services - Service Desk Consultants**

Is the claim subject to offset? ☒ No  ☐ Yes

**$48,401.04**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Connor Lee & Shumaker**
609 Castle Ridge Rd, Ste. 450
Austin, TX 78746

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Dominion Energy**
PO Box 27463
Richmond, VA 23261

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ☒ No  ☐ Yes

**$759.26**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103-4196

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,250.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Dunn & Bradstreet**
75 Remittance Dr., Suite 1096
Chicago, IL 60675-1096

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service - Business Risk**

Is the claim subject to offset? ☒ No  ☐ Yes

**$11,086.40**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Enterprise Rent-A-Car**
P O Box 801988
Kansas City, MO 64180

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service - Car Rentals**

Is the claim subject to offset? ☒ No  ☐ Yes

**$99,196.74**

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,401.00** |
|---|---|---|---|

**Experis US Inc**
29973 Network Place
Chicago, IL 60673-1299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Temporary Staff**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$433.00** |
|---|---|---|---|

**Express Information Systems, Inc**
P O Box 691261
San Antonio, TX 78269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Temporary Staff**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FedEx Freight**
P O Box 223125
Pittsburgh, PA 15251-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Shipping Costs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,481,408.86** |
|---|---|---|---|

**FedEx Supply Chain Logistics & Electroni**
3630 Hacks Cross Rd Bldg C, 3rd floor
Memphis, TN 38125

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service Agreement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,575.14** |
|---|---|---|---|

**First Advantage Background Services Corp**
1 Concourse Pkwy NE, Ste 200
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Employ Screening**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$714.00** |
|---|---|---|---|

**Frase Protection Inc**
818 Willow Tree Circle
Cordova, TN 38018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Security**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,384.00** |
|---|---|---|---|

**Genesis Occupational Health**
P O Box 1246
Moline, IL 61266-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Employee WC Screening**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$260,000.00** |

**Glympse Inc**
113 Cherry St, Ste 60215
Seattle, WA 98104-2205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,900.00** |

**Grant Thornton LLP**
1717 Main Street, Ste 1800
Dallas, TX 75201-4657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional services - Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Greater Tech Holdings, Inc.**
103 Industrial Loop
Suite 1000
Fredericksburg, TX 78624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hall 2801 Network Associates, LLC**
6801 Gaylord Pkwy, Ste 406
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,995.00** |

**HCL Technologies Corporate Service Ltd**
Axon Center Church Rd
Egham Surrey-TW209QB
United Kingdon, Vat. No 720-5774-42

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Temporary Staff**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,940.00** |

**iGlass Networks**
P O Box 1265
Cary, NC 27512-1265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional services - Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,882.70** |

**Indeed, Inc**
P O Box 660367
Dallas, TX 75266-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service - Job Employment**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Insurance Company of the West**
2520 Caroline St, 2nd Floor
Houston, TX 77004

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,675.96 |
|---|---|---|---|

**Intrado Digital Media LLC**
11808 Miracle Hills
Omaha, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service - Conference Call**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,946.14 |
|---|---|---|---|

**Intralinks Inc**
P O Box 392134
Pittsburgh, PA 15251-9134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700,000.00 |
|---|---|---|---|

**James Goodman**
103 Tomahawk Trail
San Antonio, TX 78232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unpaid severance, employment separation payments and life insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,591.93 |
|---|---|---|---|

**John A. Goodman**
1008 Middle Creek Road
Fredericksburg, TX 78624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Rexing JR and Leo R. Rexing**
4501 Hitch Peter Rd
Evansville, IN 47711

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katz Korin Cunningham Attorneys at Law**
The Emelie Building
13th Floor
Boston, MA 02111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,654.37**

**Kronos Incorporated**
PO Box 744724
Atlanta, GA 30374-4724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Payroll Processing System**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Lamont Hanley & Associates**
1138 Elm Street
Manchester, NH 03105-0179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Collection Agency**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,340.00**

**Main Street DBAs**
PO Box 1863
West Chester, OH 45071-1863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Database Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,850.00**

**Marsh & McLennan Agency**
PO Box 744833
Atlanta, GA 30374-4833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional services - Consulting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,720.61**

**Microsoft Corporation**
One Microsoft Way
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Storage-Equipment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352,929.34**

**Microsoft Licensing, GP**
One Microsoft Way
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Licensing / Storage Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,432.00**

**NextStep Recruiting LLC**
19111 N Dallas
Dallas, TX 75287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Temporary Staff**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Occupational Health Centers**
PO Box 82730
Hapeville, GA 30354-0730

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee WC Screening__

Is the claim subject to offset? ☑ No ☐ Yes

**$759.25**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Ogletree Deakins Nash Smoak & Stewart PC**
50 International Dr, Ste 200
Greenville, SC 29615

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal__

Is the claim subject to offset? ☑ No ☐ Yes

**$904.07**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**OSS-IM View**
2100 Forbes Street, Unit 8-10
Whitby
Ontario-Canada, L1N-9T3

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __System Software Fees__

Is the claim subject to offset? ☑ No ☐ Yes

**$10,500.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Parks Coffee**
PO Box 110209
Carrollton, TX 75011-0209

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rental Fee__

Is the claim subject to offset? ☑ No ☐ Yes

**$45.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**PayScale, Inc.**
PO Box 207845
Dallas, TX 75320-7845

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __License Fee__

Is the claim subject to offset? ☑ No ☐ Yes

**$9,061.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**PC Connection Sales Corporation**
730 Milford Road
Merrimack, NH 03054

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software Fees__

Is the claim subject to offset? ☑ No ☐ Yes

**$3,347.35**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Penske Truck Leasing Co, LP**
PO Box 827380
Philadelphia, PA 19182-7380

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Equipment Lease__

Is the claim subject to offset? ☑ No ☐ Yes

**$535.58**

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Quisitive, LLC**
**1431 Greenway Drive, Ste 1000**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Temporary Staff**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,975.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Reed Smith LLP**
**1301 K Street NW**
**Ste. 1000 - East Tower**
**Washington, DC 20005-3373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$50,000.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**RSM US LLP**
**13155 Noel Rd, Ste 2200**
**Dallas, TX 75240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$47,250.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Seyfarth Shaw Attorneys**
**233 S. Wacker Drive, Ste 8000**
**Chicago, IL 60606-6448**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal**

Is the claim subject to offset? ☐ No  ☐ Yes

**$310.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**SG Risk, LLC**
**1050 Wall Street West, Ste 202**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Sheakley UniServices, Inc.**
**PO Box 465063**
**Cincinnati, OH 45246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,114.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**SHI International Corp.**
**290 Davidson Ave.**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,949.70**

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|--------|------|------|------|
| | Name | | |

**3.73** | Nonpriority creditor's name and mailing address

**Silkroad Technologies Inc**
100 S Wacker Dr, Ste 201
Chicago, IL 60606

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software Licenses__

Is the claim subject to offset? ■ No ☐ Yes

$25,584.00

---

**3.74** | Nonpriority creditor's name and mailing address

**Skillsoft Corporation**
300 Innovative Way, Ste 201
Nashua, NH 03062

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software Licenses__

Is the claim subject to offset? ■ No ☐ Yes

$32,262.28

---

**3.75** | Nonpriority creditor's name and mailing address

**Stephanie Elmore**
2516 Wichita TRL
Sanger, TX 76266

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expenses__

Is the claim subject to offset? ☐ No ☐ Yes

$360.20

---

**3.76** | Nonpriority creditor's name and mailing address

**The Hartford**
3000 Internet Blvd, Ste 600
Frisco, TX 75034

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

$718,857.83

---

**3.77** | Nonpriority creditor's name and mailing address

**Timothy J McManus**
1650 Fillmore Street #1907
Denver, CO 80206

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.78** | Nonpriority creditor's name and mailing address

**Trustwave Holdings, Inc.**
70 W. Madison, Ste 600
Chicago, IL 60602

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software__

Is the claim subject to offset? ■ No ☐ Yes

$44,994.11

---

**3.79** | Nonpriority creditor's name and mailing address

**TurnOnAccounting Services, Inc.**
PO Box 2281
Keller, TX 76244

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software Development__

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**U.S. Bank National Association**
PO Box 70870
Saint Paul, MN 55170-9690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Filing Fees__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,491.00 |
|---|---|---|---|

**Vedder Price PC**
1925 Century Park East, Ste 1900
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Will Greer**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Xerox Business Solutions**
Lockbox Services, #205354
2975 Regent Blvd
Irving, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,440.07 |
|---|---|---|---|

**Xerox Financial Services LLC**
PO Box 202882
Dallas, TX 75320-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equipment Lease - Printer/Copier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Young Highway Trucking, LLC**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

ZipRecruiter, Inc.
604 Arizona Ave
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ABC/Amega<br>500 Smeca St, Ste 503<br>Buffalo, NY 14204-1963 | Line **3.47**<br><br>☐ Not listed. Explain ___ | **5333** |
| 4.2 | Adam M Langley<br>Butler Snow LLP<br>6057 Poplar Ave., Ste 500<br>Memphis, TN 38119 | Line **3.34**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | Adam M Langley<br>Butler Snow LLP<br>6057 Poplar Ave., Ste 500<br>Memphis, TN 38119 | Line **3.36**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | Adam M Langley<br>Butler Snow LLP<br>6057 Poplar Ave., Ste 500<br>Memphis, TN 38119 | Line **3.38**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | Adam M Langley<br>Butler Snow LLP<br>6057 Poplar Ave., Ste 500<br>Memphis, TN 38119 | Line **3.42**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | Amy L Ruhland<br>DLA Piper LLP<br>303 Colorado St., Ste 3000<br>Austin, TX 78701 | Line **3.9**<br><br>☐ Not listed. Explain ___ | _ |
| 4.7 | Brown & Joseph LLC<br>One Pierce Pl, Ste 700<br>Itasca, IL 60143 | Line **3.76**<br><br>☐ Not listed. Explain ___ | **7124** |
| 4.8 | Candice Carson<br>Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219 | Line **3.34**<br><br>☐ Not listed. Explain ___ | _ |
| 4.9 | Candice Carson<br>Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219 | Line **3.36**<br><br>☐ Not listed. Explain ___ | _ |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.10** **Candice Carson** **Butler Snow LLP** **2911 Turtle Creek Blvd., Ste 1400** **Dallas, TX 75219** | Line  **3.38** ☐ Not listed. Explain ____ | _ |
| **4.11** **Candice Carson** **Butler Snow LLP** **2911 Turtle Creek Blvd., Ste 1400** **Dallas, TX 75219** | Line  **3.42** ☐ Not listed. Explain ____ | _ |
| **4.12** **Eric A Schaffer** **Stonecipher Law Firm** **125 First Avenue** **Pittsburgh, PA 15222-1590** | Line  _ ☐ Not listed. Explain ____ | _ |
| **4.13** **Jason M Hopkins** **DLA Piper LLP** **1900 N Pearl St, Ste 2200** **Dallas, TX 75201** | Line  **3.9** ☐ Not listed. Explain ____ | _ |
| **4.14** **Kathleen M LaManna** **Shipman & Goodman LLP** **One Constitutional Plaza** **Hartford, CT 06103-1919** | Line  **3.80** ☐ Not listed. Explain ____ | _ |
| **4.15** **Laura Sixkiller** **DLA Piper LLP** **2525 E Camelback Rd., Ste 1000** **Phoenix, AZ 85016-4232** | Line  **3.9** ☐ Not listed. Explain ____ | _ |
| **4.16** **McCarthy Burgess & Wolff** **26000 Cannon Rd** **Bedford, OH 44146** | Line  **3.15** ☐ Not listed. Explain ____ | **0177** |
| **4.17** **Paul N Silverstein** **200 Park Avenue** **New York, NY 10166** | Line  _ ☐ Not listed. Explain ____ | _ |
| **4.18** **Philip M Guffy** **Hunton Andrews Kurth LLP** **600 Travis St., Suite 4200** **Houston, TX 77002** | Line  _ ☐ Not listed. Explain ____ | _ |
| **4.19** **Philip M Guffy** **Hunton Andrews Kurth LLP** **600 Travis St., Ste 4200** **Houston, TX 77002** | Line  _ ☐ Not listed. Explain ____ | _ |
| **4.20** **Rex Recovery** **10000 Sagemore Dr., Ste 202** **Marlton, NJ 08053** | Line  **3.29** ☐ Not listed. Explain ____ | **1792** |
| **4.21** **Ryan J Sullivan** **DLA Piper LLP** **303 Colorado St., Ste 3000** **Austin, TX 78701** | Line  **3.9** ☐ Not listed. Explain ____ | _ |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | **22-31641-mvl7** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.22 **Ryan M Schulz**<br>**Kahn Dees Donovan & Kahn LLP**<br>**501 Main St., Ste 305**<br>**Evansville, IN 47708** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **Sam Emerick**<br>**Law Offices of Sam Emerick PC**<br>**18208 Preston Rd, Ste D9-270**<br>**Dallas, TX 75252** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **U.S. Bank Bank, N.A.**<br>**Attn: Steven A Finklea**<br>**8 Greenway Plaza, Ste 1100**<br>**Houston, TX 77046** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 5,506.37 |
| 5b. Total claims from Part 2 | 5b. + | $ | 88,194,601.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 88,200,108.13 |

**Fill in this information to identify the case:**

Debtor name     **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **22-31641-mvl7**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Storage Units #1006 (Monthly Rent $319.00); #1011 (Monthly Rent $247.00); Month-to-Month**<br><br><br><br>**Advantage Storage**<br>**3540 Legacy Drive**<br>**Frisco, TX 75034** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cylinder lease, Lessor**<br><br><br>**Unknown**<br><br>**Airgas USA LLC**<br>**PO Box 93500**<br>**Long Beach, CA 90809-3500** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cylinder lease**<br><br><br>**Unknown**<br><br>**Airgas USA LLC**<br>**6055 Rockside Woods Blvd**<br>**Independence, OH 44131** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Security-Indianapolis, IN**<br><br><br>**Unknown**<br><br>**Brinks Home**<br>**Dept CH 8628**<br>**Palatine, IL 60055-8628** |

| Debtor 1 | Goodman Networks Incorporated dba Goodman Solutions | | Case number *(if known)* | **22-31641-mvl7** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Capitol Services Inc**<br>**P O Box 1831**<br>**Austin, TX 78767** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Legal** | |
|---|---|---|---|
| | State the term remaining | **Active** | **Connor Lee & Shumaker**<br>**609 Castle Ridge Rd, Ste. 450**<br>**Austin, TX 78746** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Fleet Lease, Lessor** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Donlen Trust / Donlen Fleet Mgmt Service**<br>**3000 Lakeside Dr. 2nd Flr**<br>**Deerfield, IL 60015** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Litigation** | |
|---|---|---|---|
| | State the term remaining | **Active** | **Ferguson Braswell Fraser Kubasta PC**<br>**2500 Dallas Pkwy Ste. 600**<br>**Plano, TX 75093** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Software, User** | |
|---|---|---|---|
| | State the term remaining | **08/11/2023** | **Glympse Inc**<br>**113 Cherry St, Ste 60215**<br>**Seattle, WA 98104-2205** |
| | List the contract number of any government contract | | |

| Debtor 1 | Goodman Networks Incorporated dba Goodman Solutions | | Case number (*if known*) | **22-31641-mvl7** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Property Address: 2801 Network Blvd Ste 300 Frisco, TX 75034 Type: Buildng / corporate office Note: Debtor vacated buildng December 2021** | |
|---|---|---|---|
| | State the term remaining | **Lease expires April 2025** | **Hall 2801 Network Associates, LLC 6801 Gaylord Pkwy, Ste 406 Frisco, TX 75034** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Facility lease, Leasor** | |
|---|---|---|---|
| | State the term remaining | **4/30/2025** | **Hall Park 2801 Network Blvd Ste 300 Frisco, TX 75034** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Software, User** | |
|---|---|---|---|
| | State the term remaining | **01/19/2022-07/18/2022** | **Intralinks Inc 685 3rd Avenue 9th Flr New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Security-Houston, TX** | |
|---|---|---|---|
| | State the term remaining | **09/23/2022** | **Johnson Controls PO Box 371967 Pittsburgh, PA 15250-7967** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Facility lease (monthly rent $7,287.00)** | |
|---|---|---|---|
| | State the term remaining | **05/31/2023** | **Rexing Land, LLC 9631 Hedden Road Evansville, IN 47725** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Goodman Networks Incorporated dba Goodman Solutions** | | | Case number *(if known)* | **22-31641-mvl7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Software subscription, User** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Wolters Kluwer**<br>**28 Liberty Ave, 42nd Flr**<br>**New York, NY 10005** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Office Equipment Lease - Lessor Consolidated Lease payments of $1,900 (See SOFA #50.) 11/24/2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Xerox Financial Services LLC**<br>**201 Merritt 7**<br>**Norwalk, CT 06851** |

**Fill in this information to identify the case:**

Debtor name    **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **22-31641-mvl7**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
<strong>12/15</strong>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **GNET ATC LLC** | **2831 Eldorado Pkwy, Ste 103 #453 Frisco, TX 75033** | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **GNET ATC LLC** | **2831 Eldorado Pkwy, Ste 103 #453 Frisco, TX 75033** | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __**2.4**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **GNET ATC, LLC** | **2831 Eldorado Parkway Ste. 103 Frisco, TX 75033** | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Goodman Network Services, LLC** | **2831 Eldorado Parkway Ste. 103 Frisco, TX 75033** | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* | **22-31641-mvl7** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Goodman Network Services, LLC** | 2831 Eldorado Pkwy, Ste 103 #453 Frisco, TX 75033 | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.6 | **Goodman Network Services, LLC** | 2831 Eldorado Pkwy, Ste 103 #453 Frisco, TX 75033 | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Multiband Field Services Inc** | 2831 Eldorado Pkwy, Ste 103 #453 Frisco, TX 75033 | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Multiband Field Services Inc** | 2831 Eldorado Pkwy, Ste 103 #453 Frisco, TX 75033 | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **Multiband Field Services, Inc.** | 2831 Eldorado Parkway Ste. 103 Frisco, TX 75033 | **UMB Bank, N.A. as Bondholder Trustee** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **22-31641-mvl7**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other   **Customers** | $85.80 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Customers** | $15,857,658.80 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Customers** | $41,367,092.03 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Asset Disposition** | $4,611.50 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Fleet Rebate** | $164,595.00 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Rebate** | $1,467.28 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Recycling Rebate** | $6,017.00 |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)* **22-31641-mvl7**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | **Sale of Assets** | **$68,759.54** |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | **Bank Interest** | **$14,784.14** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Baker Tilly Virchow Krause LLC** **PO Box 78975** **Milwaukee, WI 53278-8975** | **08/04/2022** | **$8,085.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Tax consultant** |
| 3.2.  **Bondholders** **[unknown]** | **08/22/2022, 08/24/22** | **$502,760.40** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3.  **CFGI Holdings LLC** **1 Lincoln St, 13th Floor** **Boston, MA 02111** | **08/04/2022** | **$48,914.84** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Financial consultants** |
| 3.4.  **Connor Lee & Shumaker PLLC** **609 Castle Ridge Rd, Ste. 450** **Austin, TX 78746** | **06/17/2022** | **$100,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Legal Retainer - Aris litigation** |
| 3.5.  **Ferguson Braswell Fraser Kubasta PC** **PO Box 1581** **Memphis, TN 38101** | **06/14/2022** | **$50,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Legal Retainer - Aris litigation** |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*  **22-31641-mvl7**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6. | **Genesis Networks, LLC**<br>**600 N Loop 1604 E**<br>**San Antonio, TX 78232** | **06/14/2022** | **$128,420.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal fees-Aris**<br>**litigation** |
| 3.7. | **Hunton Andrews Kurth LLP**<br>**1445 Ross Ave, Ste. 3700**<br>**Dallas, TX 75202** | **07/05/2022** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal**<br>**fees-bondholders** |
| 3.8. | **Intact Services USA LLC**<br>**PO Box 371871**<br>**Pittsburgh, PA 15250-7871** | **06/15/22,**<br>**06/24/2022** | **$22,315.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Business insurance** |
| 3.9. | **NEWCO DE 22, INC.**<br>**10 W. 27th St. #602**<br>**New York, NY 10018** | **08/05/2022** | **$87,746.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Platinum Communications, Inc.**<br>**2019 Clovis Barker Rd. Bldg A, Ste. 100**<br>**San Marcos, TX 78666** | **08/04/2022** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **UIC, Inc**<br>**PO Box 560007**<br>**Montverde, FL 34756** | **07/06/2022** | **$11,577.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* **22-31641-mvl7** |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Frinzi**<br>**American Airlines**<br>**1 Skyview Dr.**<br>**Fort Worth, TX 76155**<br>**Business** | 12/17/2021 | $60,000.00 | **Travel Airpass** |
| 4.2. **James Frinzi**<br>**American Metals Recovery and**<br>**Recycling**<br>**4301 Westbank Dr. B-110**<br>**Austin, TX 78746**<br>**Business** | 1/11/2022;<br>1/12/2022;<br>1/13/2022;<br>1/14/2022;<br>1/18/2022;<br>1/28/2022 | $44,000,000.00 | **Loan-American Metals**<br>**Recovery & Recycling** |
| 4.3. **James Frinzi**<br>**American Metals Recovery and**<br>**Recycling I**<br>**4301 Westbank Dr., Ste B-110**<br>**Austin, TX 78746** | 4/5/2022;<br>5/3/2022;<br>6/2/2022;<br>8/4/2022 | $409,411.79 | **AR invoice paid to Goodman;**<br>**should be paid to AMRR** |
| 4.4. **James Goodman**<br>**Goodman Telecom Services. LLC**<br>**1354 N. Loop 1604 East, Ste. 103**<br>**San Antonio, TX 78232** | 1/14/2022 | $920.00 | **Return of AR Lumen paid**<br>**Debtor in error** |
| 4.5. **James Goodman**<br>**Goodman Telecom Services. LLC**<br>**1354 N. Loop 1604 East, Ste. 103**<br>**San Antonio, TX 78232** | 2/11/2022 | $48,500.00 | **AR invoices for LSU work/travel**<br>**costs** |
| 4.6. **Jason Goodman**<br>**6613 Autumn Mist Cove**<br>**Little Elm, TX 75068**<br>**Relative** | 9/13/2021 | $491,725.00 | **Bonus** |
| 4.7. **Joseph Goodman**<br>**37 Old Fredericksburg Rd**<br>**Boerne, TX 78015**<br>**Relative** | 9/13/2021 | $377,967.39 | **Bonus** |
| 4.8. **Madison Elizabeth Goodman**<br>**9614 Honeysuckle Dr**<br>**Frisco, TX 75035**<br>**Relative** | 9/21/2021 | $86,410.12 | **Bonus** |
| 4.9. **Jake Goodman**<br>**103 Tomahawk Trail**<br>**San Antonio, TX 78232**<br>**Relative** | 1/28/2022 | $125,000.00 | **Consulting** |
| 4.10 **James Frinzi**<br>· **Multiband Global Resources**<br>**4301 Westbank Dr. B-110**<br>**Austin, TX 78746** | 12/30/2021;<br>1/4/2022 | $5,362,000.00 | **Multiband Global Resources** |
| 4.11 **James Goodman**<br>· **People NQ, Inc.**<br>**17460 I35 Ste. 160**<br>**Schertz, TX 78154** | 9/17/2021;<br>10/1/2021;<br>11/12/2021;<br>11/19/2021;<br>12/6/2021;<br>12/13/2021;<br>12/16/2021;<br>12/23/2021 | $540,681.38 | **Consulting** |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**         Case number *(if known)*  **22-31641-mvl7**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12<br>· | **James Goodman<br>Genesis Networks, LLC<br>600 N. Loop<br>1064E<br>San Antonio, TX 78232<br>Banking facility for Goodman Networks** | **9/30/2021;<br>11/1/2021;<br>11/30/2021;<br>12/30/2021;<br>1/31/2022;<br>2/28/2022;<br>3/30/2022;<br>5/2/2022;<br>5/31/2022;<br>6/30/2022;<br>8/1/2022;<br>8/15/2022;<br>8/15/2022** | **$4,752,348.43** | **Genesis Loan** |
| 4.13<br>· | **James Goodman<br>Genesis Networks Global Services,<br>LLC<br>1354 N. Loop 1604 East<br>Ste. 103<br>San Antonio, TX 78232** | **2/3/2022** | **$39,000.00** | **Pitchbook/contract with<br>Genesis<br>The Commercial Collection<br>Corp.<br>34 Seymour Street<br>Tonawanda, NY  14150** |
| 4.14<br>· | **James Goodman<br>Unified Field Services<br>1354 N. Loop 1604 E., Suite 103<br>San Antonio, TX 78232** | **5/23/2022** | **$108,495.59** | **Return of Donlen AR paid in<br>error** |
| 4.15<br>· | **James Frinzi<br>World Conquest LLC<br>3736 Bee Caves Rd Ste. 1-164<br>Austin, TX 78746** | **5/23/2022;<br>9/7/2021;<br>10/4/2021;<br>10/27/2021;<br>10/29/2021;<br>11/5/2021;<br>11/24/2021;<br>12/6/2021;<br>12/6/2021;<br>12/23/2021;<br>12/27/2021;<br>1/10/2022** | **$746,386.88** | **Consultant-CEO** |
| 4.16<br>· | **James Goodman<br>Genesis Networks Global Services LLC<br>1354 N. Loop 1604 East<br>Ste. 103<br>San Antonio, TX 78232** | **6/14/22** | **$128,420.99** | **Legal - Winstead legal invoices** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**    Case number *(if known)*  **22-31641-mvl7**

---

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Arris Solutions, Inc. vs Goodman Networks Inc et al 2021CI24147** | **Other Debt/Contract** | **Bexar County District Court 101 W Nueva, Suite 217 San Antonio, TX 78205-3411** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Call Center Systems, LLC vs Goodman Networks, Inc. d/b/a Goodman Solutions 471-06122-2021** | **Consumer / Commercial / Debt** | **Collin County District Court Russell A. Steindam Courts Building 2100 Bloomdale Rd McKinney, TX 75071** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Young Hwy Trucking LLC and Johnny Lee Bookman vs Frank Stuart Brocato and Goodman Networks, Inc. 429-06974-2021** | **Motor Vehicle** | **Collin County District Court Russell A. Steindam Courts Building 2100 Bloomdale Rd. McKinney, TX 75071** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Will Greer vs Goodman Networks Inc et al 2021CI00524** | **Motor Vehicle Accident** | **Bexar County District Court 101 W Nueva, Suite 217 San Antonio, TX 78205-3411** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Laura Garcia vs Goodman Networks 2021-47481** | **Motor Vehicle Accident** | **Harris County District Court 201 Caroline Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Insurance Company of the West vs Goodman Solutions, Inc. 471-05838-2022** | **Contract / Debt** | **471st District Court Collin County, Texa 2100 Bloomdale Dr. Suite 12132 McKinney, TX 75071** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **AT&T Corp v Goodman Networks Incorporated 4:22-cv-00914-SDJ** | **Contract** | **U.S. District Court, Eastern Dist of TX 7940 Preston Rd., Room 101 Plano, TX 75024** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Joseph Rexing JR and Leo R. Rexing vs Goodman Solutions Inc d/b/a Goodman Solutions 3:22-cv-1** | **Contract** | **US District Court Indiana Southern 46 E Ohio St Indianapolis, IN 46204** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* **22-31641-mvl7** |

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Akerman LLP** <br> **98 Southwest Seventh St., Ste 1100** <br> **Miami, FL 33131** | | **2/3/2022** | **$100,000.00** |
| | **Email or website address** <br> **www.akerman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Akerman LLP** <br> **98 Southwest Seventh St., Ste 1100** <br> **Miami, FL 33131** | | **6/2/2022** | **$100,000.00** |
| | **Email or website address** <br> **www.akerman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*   **22-31641-mvl7**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Forshey & Prostok LLP**<br>**777 Main Street Ste 1550**<br>**Fort Worth, TX 76102** | | **10/13/2021** | **$50,000.00** |
| | **Email or website address**<br>**www.forsheyprostok.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Forshey & Prostok LLP**<br>**777 Main St., Ste 1550**<br>**Fort Worth, TX 76102** | | **12/16/2021** | **$50,000.00** |
| | **Email or website address**<br>**www.forsheyprostok.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Analysia Martinez**<br>**3731 Remington Dr**<br>**Carrollton, TX 75007** | **Trailers** | **5/13/2021** | **$1,250.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Carmelo Campos**<br>**500 Briaroaks Dr.**<br>**Lake Dallas, TX 75065** | **Dell Latitude E7390 & Thinkpad T14 Gen1 & Verizon iphone 8** | **9/30/2021** | **$315.00** |
| | **Relationship to debtor** | | | |

Debtor **Goodman Networks Incorporated dba Goodman Solutions**    Case number *(if known)* **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3. | **Charlotte Oliver**<br>**3013 Big Leaf Drive**<br>**Little Elm, TX 75068**<br><br>Relationship to debtor | **Dell Latitude E5400 (qty 2) & Dell docking<br>station (qty 2)** | **10/12/2021** | **$227.00** |
| 13.4. | **Debra Caldwell**<br>**138 Center St**<br>**Nevada, TX 75173**<br><br>Relationship to debtor | **Dell Latitude E5490 computer & Dell<br>docking station (2 qty)** | **10/12/2021** | **$137.00** |
| 13.5. | **Francis Vidad**<br>**9787 Beckett Dr**<br>**Frisco, TX 75035**<br><br>Relationship to debtor | **Samsung Chromebook (qty 10) & Dell<br>Latitude E5400 (qty 6) & Verizon iphone 8<br>plus** | **10//12/2021** | **$787.50** |
| 13.6. | **Goodman Telecom Services<br>LLC**<br>**103 Industrial Loop, Suite<br>1100**<br>**Fredericksburg, TX 78624**<br><br>Relationship to debtor | **TECH DASH trademark** | **6/9/2022** | **$10,000.00** |
| 13.7. | **Goodman Telecom Services<br>LLC**<br>**103 Industrial Loop, Suite<br>1100**<br>**Fredericksburg, TX 78624**<br><br>Relationship to debtor | **Computer equipment** | **10/12/2021** | **$208.00** |
| 13.8. | **Huntington Bank-Glenn Smith**<br>**1926 Meadows Rd**<br>**Madison, OH 44057**<br><br>Relationship to debtor | **Appliance-Washer, dryer & microwave.** | **9/30/2021** | **$750.00** |
| 13.9. | **Jeff Nelson**<br>**9874 Robinwoods Dr**<br>**Frisco, TX 75035-0351**<br><br>Relationship to debtor | **Microsoft surface Pro 4 & Verizon iPhone<br>8 & Verizon ipad Air2** | **9/30/2021** | **$224.50** |

Debtor  **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)* **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.10. | **Jo Ella Terhesh**<br>**711 Slicers Hole**<br>**San Antonio, TX 78260** | **Dell Latitude E5490 computer & Dell**<br>**docking station (2 qty)** | **10/12/2021** | **$260.74** |
| | Relationship to debtor | | | |
| 13.11. | **Jo Ella Terhesh**<br>**711 Slicers Hole**<br>**San Antonio, TX 78260** | **Verizon Ipad 5th Gen (qty 2)** | **10/12/2021** | **$120.00** |
| | Relationship to debtor | | | |
| 13.12. | **Lee Williams**<br>**8724 Country Glen Xing**<br>**Plano, TX 75024** | **Lost asset, unknown** | **11/13/2020** | **$194.80** |
| | Relationship to debtor | | | |
| 13.13. | **Linda Madrid**<br>**1713 Christopher Creek Rd**<br>**Little Elm, TX 75068** | **Dell Latitude E5400 & Dell docking**<br>**station** | **9/30/2021** | **$113.50** |
| | Relationship to debtor | | | |
| 13.14. | **Lonestar Forklift**<br>**4213 Forest Lane**<br>**Garland, TX 75042** | **Forklift** | **6/7/2021** | **$4,000.00** |
| | Relationship to debtor | | | |
| 13.15. | **MC Appliance Corp**<br>**940 N Central Ave**<br>**Wood Dale, IL 60191** | **Appliances (qty 23)** | **11/13/2020** | **$2,645.00** |
| | Relationship to debtor | | | |
| 13.16. | **Michael Magnia**<br>**821 Dublin Dr, Unit 237**<br>**Richardson, TX 75080** | **Epson Powerlite 1761W LCD Projector** | **11/21/2021** | **$30.00** |
| | Relationship to debtor | | | |
| 13.17. | **New York Community Bank-** | **Appliance-washer, dryer & dishwasher** | **9/30/2021** | **$550.00** |
| | Relationship to debtor | | | |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**     Case number *(if known)*  **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>8. | **New York Community Bank-** | **Appliance-stove** | **9/30/2021** | **$375.00** |
| | Relationship to debtor | | | |
| 13.1<br>9. | **New York Community Bank-** | **Appliance-washer & dryer** | **9/30/2021** | **$325.00** |
| | Relationship to debtor | | | |
| 13.2<br>0. | **Pace Butler<br>5915 NW 23rd St Oklahoma<br>City<br>Oklahoma City, OK 73127** | **Used phones** | **10/12/2021** | **$285.00** |
| | Relationship to debtor | | | |
| 13.2<br>1. | **Pace Butler<br>5915 NW 23rd St Oklahoma<br>City<br>Oklahoma City, OK 73127** | **Used phones** | **12/15/2021** | **$5,467.00** |
| | Relationship to debtor | | | |
| 13.2<br>2. | **Ryan DeGuzman<br>1413 Red Drive<br>Little Elm, TX 75068** | **Dell Latitude E7200 & Dell Precision 5540** | **9/30/2021** | **$352.50** |
| | Relationship to debtor | | | |
| 13.2<br>3. | **Samantha Sondrup<br>2258 White Rock Ln<br>Little Elm, TX 75068** | **Apple ipad Air 2 (Qty 10) & Dell docking<br>station (qty 2)** | **10/12/2021** | **$422.00** |
| | Relationship to debtor<br>**Relative** | | | |
| 13.2<br>4. | **Sold Trailers (Cash)** | **Trailers** | **12/30/2020** | **$12,100.00** |
| | Relationship to debtor | | | |
| 13.2<br>5. | **Stephanie Elmore<br>2516 Wichita TRL<br>Sanger, TX 76266** | **Verizon Ipad 5th Gen (qty 2)** | **10/12/2021** | **$120.00** |
| | Relationship to debtor | | | |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**    Case number *(if known)*  **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>6. | **Stephanie Elmore**<br>**2516 Wichita TRL**<br>**Sanger, TX 76266**<br><br>Relationship to debtor | **3 satellite meter kits** | **1/12/2022** | **$1,500.00** |
| 13.2<br>7. | **STS Electronics Recycling Inc**<br>**402 S Ragsdale Street**<br>**Jacksonville, TX 75766**<br><br>Relationship to debtor | **Recycle computer parts & equipment** | **10/18/2021** | **$17,500.00** |
| 13.2<br>8. | **War Logistics**<br>**PO Box 595**<br>**Southaven, MS 38671**<br><br>Relationship to debtor | **20 warehouse tables, 5 zebra printers, 5<br>file cabinets, 35 wire racks on wheels, 12<br>safety stations, 4 round breakroom<br>tables, 20 rubber mats, 1 blue air<br>compressor, 4 pallets of gray totes, 4<br>banks of lockers, 2 metal detectors, 3<br>office chairs, office supplies** | **9/30/2021** | **$8,500.00** |
| 13.2<br>9. | **18920 NW 11th LLC**<br>**2719 Hollywood Blvd.**<br>**Hollywood, FL 33020**<br><br>Relationship to debtor<br>**Business** | | **3/11/2022** | **$11,474,075.00** |
| 13.3<br>0. | **Carolyn Ming**<br><br>Relationship to debtor | | **1/6/2022** | **$96,000.00** |
| 13.3<br>1. | **Hudson Clean Energy<br>Enterprises**<br>**850 3rd Ave Ste. 1306**<br>**New York, NY 10022**<br><br>Relationship to debtor<br>**Business** | **Bonds-buy back** | **2/3/22** | **$17,032,060.00** |
| 13.3<br>2. | **Mercedes Lafonde**<br><br>Relationship to debtor | | **1/6/2022** | **$120,000.00** |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*   **22-31641-mvl7**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3 3. | **RBC Capital Markets 200 Vesey St., 9th Floor New York, NY 10281** | | **2/24/2022** | **$2,000,000.00** |
| | Relationship to debtor **Bondholder** | | | |
| 13.3 4. | **Stauber Law Office** | **Escrow account used for acquisition of AMRR** | **12/13/2021** | **$500,000.00** |
| | Relationship to debtor | | | |

## Part 7:   Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2801 Network Blvd. Suite 300 Frisco, TX 75034** | **September 2015 - December 2021** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Business Name**
   **Business address**
   **Tax ID Numbers**
   **Phone Numbers**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* **22-31641-mvl7** |
| --- | --- | --- |

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

      ■ No Go to Part 10.
      ☐ Yes. Fill in below:

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Oriental Bank**<br>**PO Box 191429**<br>**San Juan, PR 00919-1429** | **XXXX-2587** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Fees relating to 401K** | **12/31/21** | **$875.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **Advantange Storage**<br>**3540 Legacy Dr**<br>**Frisco, TX 75034** | **John Goodman** | **Company records** | ☐ No<br>■ Yes |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**      Case number *(if known)* **22-31641-mvl7**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **East West Bank**<br>**135 N. Los Robles**<br>**Suite 200**<br>**Pasadena, CA 91101** | **East West Bank**<br>**135 N. Los Robles, Ste 200**<br>**Pasadena, CA 91101** | **Account Name: Goodman Networks Inc's**<br>**Account No. *5481**<br>**Purpose: GN-DTV collections posted to this account** | $176,989.70 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Prosperity Bank** | **Prosperity Bank** | **Account Name: Goodman Networks Inc / Money Market Account**<br>**Account No. *3992**<br>**GN Notes Collateral Proceeds** | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Prosperity Bank** | **Prosperity Bank** | **Account Name: Goodman Networks Inc - Cash Concentration Account**<br>**Account No. *1838**<br>**Outgoing Wires/ACH** | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Prosperity Bank** | **Prosperity Bank** | **Account name: Goodman Networks Inc / Controlled Disbursement Account**<br>**Account No. *4352**<br>**FedEx collections posted to this account** | Unknown |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■  No.
  ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■  No.
  ☐  Yes. Provide details below.

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number *(if known)* 22-31641-mvl7 |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **GNET ATC LLC**<br>**2831 Eldorado Pkwy, Ste. 103**<br>**#453**<br>**Frisco, TX 75033** | | **EIN:**   **84-2795422**<br><br>**From-To**   **August 2019 to Present** |
| 25.2. | **Multiband Field Services, Incorporated**<br>**2831 Eldorado Pkwy, Ste. 103**<br>**#453**<br>**Frisco, TX 75033** | | **EIN:**   **61-1391746**<br><br>**From-To**   **June 2012 to Present** |
| 25.3. | **Goodman Networks Services, LLC**<br>**2831 Eldorado Pkwy, Ste. 103**<br>**#453**<br>**Frisco, TX 75034** | | **EIN:**   **46-5158389**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **John Debus**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **9/6/2020-12/1/2020** |
| 26a.2. | **Brad Kozma**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **12/3/2020-9/8/2021** |
| 26a.3. | **Deborah Southwell**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **11/2020-2/2021** |
| 26a.4. | **David Fortune**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **3/15/2021-9/9/2021** |
| 26a.5. | **Stephanie Elmore**<br>**2831 Eldorado Blvd Ste 103 #453**<br>**Frisco, TX 75033** | **1/1/2022-Present** |
| 26a.6. | **Howard Konicov**<br>**1 Lincoln Street, Suite 1301**<br>**Boston, MA 02111** | **12/27/2021-Present** |

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number (if known) | 22-31641-mvl7 |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **RSM US LLP**<br>**13155 Noel Rd Ste. 2200**<br>**Dallas, TX 75240** | **9/6/2021-9/6/2022** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **John Debus**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **9/6/2020-12/1/2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Brad Kozma**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **12/3/2020-9/8/2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. **Deborah Southwell**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **11/2020-2/2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.5. **David Fortune**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **3/15/2021-9/9/2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.6. **Stephanie Elmore**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **1/1/2022-Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.7. **Howard Konicov**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **12/27/2021-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Stephanie Elmore**<br>**2831 Eldorado Blvd Ste 103 #453**<br>**Frisco, TX 75033** | |
| 26c.2. **Howard Konicov**<br>**1 Lincoln Street, Suite 1301**<br>**Boston, MA 02111** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**      Case number *(if known)*   **22-31641-mvl7**

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Hart IV | 3630 40th Ave W<br>Seattle, WA 98199 | COO | 10/7/2020 -<br>9/13/2021 |
| Anthony Rao | 6 Sprucewood Lane<br>Westport, CT 06880 | EVP & General Counsel | 12/1/2016 -<br>8/2/2021 |
| James Goodman | 103 Tomahawk Trail<br>San Antonio, TX 78232 | Board Member | |
| Jake Goodman | Unknown | Board Member | |
| Brad Kozma | 5897 Willoughby Ln<br>Frisco, TX 75033 | CFO | 12/3/2020 -<br>9/8/2021 |
| Jason Goodman | 6613 Autumn Mist Cove<br>Little Elm, TX 75068 | CEO | 3/22/2021 -<br>12/31/2021 |
| Jason Goodman | 6613 Autumn Mist Cove<br>Little Elm, TX 75068 | Board Member | thru 10/20/2021 |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*  **22-31641-mvl7**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Goodman | 37 Old Fredericksburg Rd Boerne, TX 78015 | VP Sales Business Development | 2/1/2020 - 12/31/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Goodman | 37 Old Fredericksburg Rd Boerne, TX 78015 | Board Member | thru 10/22/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Frinzi | 3736 Bee Cave Rd, Ste. 1164 Austin, TX 78746 | Consultant, CEO | 10/20/2021 - 9/4/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marshall Green | 8 Bishops Grn San Antonio, TX 78257 | Chief HR Officer | 9/14/2020 - 9/17/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jason Goodman 6613 Autumn Mist Cove Little Elm, TX 75068 | 491,725.00 | 9/13/2021 | Bonus |
| | Relationship to debtor Relative | | | |
| 30.2. | Joseph Goodman 37 Old Fredericksburg Rd Boerne, TX 78015 | 377,967.39 | 9/13/2021 | Bonus |
| | Relationship to debtor Relative | | | |
| 30.3. | Madison Elizabeth Goodman 9614 Honeysuckle Dr Frisco, TX 75035 | 86,410.12 | 9/21/2021 | Bonus |
| | Relationship to debtor Relative | | | |
| 30.4. | Jake Goodman 103 Tomahawk Trail San Antonio, TX 78232 | 250,000.00 | 12/31/2021; 1/28/2022 | Consulting |
| | Relationship to debtor Relative | | | |

Debtor **Goodman Networks Incorporated dba Goodman Solutions**    Case number *(if known)* **22-31641-mvl7**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 . | **Genesis Networks LLC**<br>**600 N. Loop**<br>**160E**<br>**San Antonio, TX 78232** | **$4,463,804.68- James Goodman Loan #1087916 - collateral debited from Prosperity account;** | **08/15/22** | |
| | **Relationship to debtor** | | | |
| 30.6 . | **Genesis Network LLC**<br>**600 N. Loop**<br>**1604E**<br>**San Antonio, TX 78232** | **James Goodman Loan Payments - $64,040.00** | **06/30/22 ($26,231.25); 07/06/22 ($11,577.50) and 08/01/22 ($26,231.25) -** | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Goodman Networks Inc** | **EIN: 74-2949460** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Fill in this information to identify the case:**

Debtor name **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **22-31641-mvl7**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 6, 2023__

_____          **John Goodman**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor __Consultant__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes