**Fill in this information to identify the case:**

Debtor name **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **22-31641-mvl7**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other **Customers** | $85.80 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other **Customers** | $15,857,658.80 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other **Customers** | $41,367,092.03 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Asset Disposition** | $4,611.50 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Fleet Rebate** | $164,595.00 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Rebate** | $1,467.28 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Recycling Rebate** | $6,017.00 |

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* **22-31641-mvl7** |
|---|---|---|

|  | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to Filing Date | **Sale of Assets** | **$68,759.54** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to Filing Date | **Bank Interest** | **$14,784.14** |

---

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|
| 3.1. **Baker Tilly Virchow Krause LLC** PO Box 78975 Milwaukee, WI 53278-8975 | 08/04/2022 | $8,085.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Tax consultant** |
| 3.2. **Bondholders** [unknown] | 08/22/2022, 08/24/22 | $502,760.40 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **CFGI Holdings LLC** 1 Lincoln St, 13th Floor Boston, MA 02111 | 08/04/2022 | $48,914.84 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Financial consultants** |
| 3.4. **Connor Lee & Shumaker PLLC** 609 Castle Ridge Rd, Ste. 450 Austin, TX 78746 | 06/17/2022 | $100,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Legal Retainer - Aris litigation** |
| 3.5. **Ferguson Braswell Fraser Kubasta PC** PO Box 1581 Memphis, TN 38101 | 06/14/2022 | $50,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Legal Retainer - Aris litigation** |

Debtor  **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)* **22-31641-mvl7**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6. | **Genesis Networks, LLC**<br>**600 N Loop 1604 E**<br>**San Antonio, TX 78232** | **06/14/2022** | **$128,420.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Legal fees-Aris litigation** |
| 3.7. | **Hunton Andrews Kurth LLP**<br>**1445 Ross Ave, Ste. 3700**<br>**Dallas, TX 75202** | **07/05/2022** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Legal fees-bondholders** |
| 3.8. | **Intact Services USA LLC**<br>**PO Box 371871**<br>**Pittsburgh, PA 15250-7871** | **06/15/22,**<br>**06/24/2022** | **$22,315.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Business insurance** |
| 3.9. | **NEWCO DE 22, INC.**<br>**10 W. 27th St. #602**<br>**New York, NY 10018** | **08/05/2022** | **$87,746.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Platinum Communications, Inc.**<br>**2019 Clovis Barker Rd. Bldg A, Ste. 100**<br>**San Marcos, TX 78666** | **08/04/2022** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **UIC, Inc**<br>**PO Box 560007**<br>**Montverde, FL 34756** | **07/06/2022** | **$11,577.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor  **Goodman Networks Incorporated dba Goodman Solutions**  Case number *(if known)* **22-31641-mvl7**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Frinzi American Airlines 1 Skyview Dr. Fort Worth, TX 76155 Business** | 12/17/2021 | $60,000.00 | **Travel Airpass** |
| 4.2. **James Frinzi American Metals Recovery and Recycling 4301 Westbank Dr. B-110 Austin, TX 78746 Business** | 1/11/2022; 1/12/2022; 1/13/2022; 1/14/2022; 1/18/2022; 1/28/2022 | $44,000,000.00 | **Loan-American Metals Recovery & Recycling** |
| 4.3. **James Frinzi American Metals Recovery and Recycling I 4301 Westbank Dr., Ste B-110 Austin, TX 78746** | 4/5/2022; 5/3/2022; 6/2/2022; 8/4/2022 | $409,411.79 | **AR invoice paid to Goodman; should be paid to AMRR** |
| 4.4. **James Goodman Goodman Telecom Services. LLC 1354 N. Loop 1604 East, Ste. 103 San Antonio, TX 78232** | 1/14/2022 | $920.00 | **Return of AR Lumen paid Debtor in error** |
| 4.5. **James Goodman Goodman Telecom Services. LLC 1354 N. Loop 1604 East, Ste. 103 San Antonio, TX 78232** | 2/11/2022 | $48,500.00 | **AR invoices for LSU work/travel costs** |
| 4.6. **Jason Goodman 6613 Autumn Mist Cove Little Elm, TX 75068 Relative** | 9/13/2021 | $491,725.00 | **Bonus** |
| 4.7. **Joseph Goodman 37 Old Fredericksburg Rd Boerne, TX 78015 Relative** | 9/13/2021 | $377,967.39 | **Bonus** |
| 4.8. **Madison Elizabeth Goodman 9614 Honeysuckle Dr Frisco, TX 75035 Relative** | 9/21/2021 | $86,410.12 | **Bonus** |
| 4.9. **Jake Goodman 103 Tomahawk Trail San Antonio, TX 78232 Relative** | 1/28/2022 | $125,000.00 | **Consulting** |
| 4.10. **James Frinzi Multiband Global Resources 4301 Westbank Dr. B-110 Austin, TX 78746** | 12/30/2021; 1/4/2022 | $5,362,000.00 | **Multiband Global Resources** |
| 4.11. **James Goodman People NQ, Inc. 17460 I35 Ste. 160 Schertz, TX 78154** | 9/17/2021; 10/1/2021; 11/12/2021; 11/19/2021; 12/6/2021; 12/13/2021; 12/16/2021; 12/23/2021 | $540,681.38 | **Consulting** |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*  **22-31641-mvl7**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12. | **James Goodman**<br>**Genesis Networks, LLC**<br>**600 N. Loop**<br>**1064E**<br>**San Antonio, TX 78232**<br>**Banking facility for Goodman Networks** | **9/30/2021;**<br>**11/1/2021;**<br>**11/30/2021;**<br>**12/30/2021;**<br>**1/31/2022;**<br>**2/28/2022;**<br>**3/30/2022;**<br>**5/2/2022;**<br>**5/31/2022;**<br>**6/30/2022;**<br>**8/1/2022;**<br>**8/15/2022;**<br>**8/15/2022** | **$4,752,348.43** | **Genesis Loan** |
| 4.13. | **James Goodman**<br>**Genesis Networks Global Services,**<br>**LLC**<br>**1354 N. Loop 1604 East**<br>**Ste. 103**<br>**San Antonio, TX 78232** | **2/3/2022** | **$39,000.00** | **Pitchbook/contract with**<br>**Genesis**<br>**The Commercial Collection**<br>**Corp.**<br>**34 Seymour Street**<br>**Tonawanda, NY  14150** |
| 4.14. | **James Goodman**<br>**Unified Field Services**<br>**1354 N. Loop 1604 E., Suite 103**<br>**San Antonio, TX 78232** | **5/23/2022** | **$108,495.59** | **Return of Donlen AR paid in**<br>**error** |
| 4.15. | **James Frinzi**<br>**World Conquest LLC**<br>**3736 Bee Caves Rd Ste. 1-164**<br>**Austin, TX 78746** | **5/23/2022;**<br>**9/7/2021;**<br>**10/4/2021;**<br>**10/27/2021;**<br>**10/29/2021;**<br>**11/5/2021;**<br>**11/24/2021;**<br>**12/6/2021;**<br>**12/6/2021;**<br>**12/23/2021;**<br>**12/27/2021;**<br>**1/10/2022** | **$746,386.88** | **Consultant-CEO** |
| 4.16. | **James Goodman**<br>**Genesis Networks Global Services LLC**<br>**1354 N. Loop 1604 East**<br>**Ste. 103**<br>**San Antonio, TX 78232** | **6/14/22** | **$128,420.99** | **Legal - Winstead legal invoices** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Goodman Networks Incorporated dba Goodman Solutions | Case number *(if known)* | 22-31641-mvl7 |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Arris Solutions, Inc. vs Goodman Networks Inc et al 2021CI24147** | **Other Debt/Contract** | **Bexar County District Court 101 W Nueva, Suite 217 San Antonio, TX 78205-3411** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Call Center Systems, LLC vs Goodman Networks, Inc. d/b/a Goodman Solutions 471-06122-2021** | **Consumer / Commercial / Debt** | **Collin County District Court Russell A. Steindam Courts Building 2100 Bloomdale Rd McKinney, TX 75071** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Young Hwy Trucking LLC and Johnny Lee Bookman vs Frank Stuart Brocato and Goodman Networks, Inc. 429-06974-2021** | **Motor Vehicle** | **Collin County District Court Russell A. Steindam Courts Building 2100 Bloomdale Rd. McKinney, TX 75071** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Will Greer vs Goodman Networks Inc et al 2021CI00524** | **Motor Vehicle Accident** | **Bexar County District Court 101 W Nueva, Suite 217 San Antonio, TX 78205-3411** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Laura Garcia vs Goodman Networks 2021-47481** | **Motor Vehicle Accident** | **Harris County District Court 201 Caroline Houston, TX 77002** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. **Insurance Company of the West vs Goodman Solutions, Inc. 471-05838-2022** | **Contract / Debt** | **471st District Court Collin County, Texa 2100 Bloomdale Dr. Suite 12132 McKinney, TX 75071** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. **AT&T Corp v Goodman Networks Incorporated 4:22-cv-00914-SDJ** | **Contract** | **U.S. District Court, Eastern Dist of TX 7940 Preston Rd., Room 101 Plano, TX 75024** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. **Joseph Rexing JR and Leo R. Rexing vs Goodman Solutions Inc d/b/a Goodman Solutions 3:22-cv-1** | **Contract** | **US District Court Indiana Southern 46 E Ohio St Indianapolis, IN 46204** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* **22-31641-mvl7** |
|---|---|---|

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**98 Southwest Seventh St., Ste 1100**<br>**Miami, FL 33131** | | **2/3/2022** | **$100,000.00** |
| | **Email or website address**<br>**www.akerman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Akerman LLP**<br>**98 Southwest Seventh St., Ste 1100**<br>**Miami, FL 33131** | | **6/2/2022** | **$100,000.00** |
| | **Email or website address**<br>**www.akerman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**    Case number *(if known)*  **22-31641-mvl7**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Forshey & Prostok LLP 777 Main Street Ste 1550 Fort Worth, TX 76102** | | **10/13/2021** | **$50,000.00** |
| | **Email or website address www.forsheyprostok.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Forshey & Prostok LLP 777 Main St., Ste 1550 Fort Worth, TX 76102** | | **12/16/2021** | **$50,000.00** |
| | **Email or website address www.forsheyprostok.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Analysia Martinez 3731 Remington Dr Carrollton, TX 75007** | **Trailers** | **5/13/2021** | **$1,250.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Carmelo Campos 500 Briaroaks Dr. Lake Dallas, TX 75065** | **Dell Latitude E7390 & Thinkpad T14 Gen1 & Verizon iphone 8** | **9/30/2021** | **$315.00** |
| | **Relationship to debtor** | | | |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**     Case number *(if known)*  **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3 | **Charlotte Oliver**<br>**3013 Big Leaf Drive**<br>**Little Elm, TX 75068**<br><br>Relationship to debtor | **Dell Latitude E5400 (qty 2) & Dell docking**<br>**station (qty 2)** | **10/12/2021** | **$227.00** |
| 13.4 | **Debra Caldwell**<br>**138 Center St**<br>**Nevada, TX 75173**<br><br>Relationship to debtor | **Dell Latitude E5490 computer & Dell**<br>**docking station (2 qty)** | **10/12/2021** | **$137.00** |
| 13.5 | **Francis Vidad**<br>**9787 Beckett Dr**<br>**Frisco, TX 75035**<br><br>Relationship to debtor | **Samsung Chromebook (qty 10) & Dell**<br>**Latitude E5400 (qty 6) & Verizon iphone 8**<br>**plus** | **10//12/2021** | **$787.50** |
| 13.6 | **Goodman Telecom Services**<br>**LLC**<br>**103 Industrial Loop, Suite**<br>**1100**<br>**Fredericksburg, TX 78624**<br><br>Relationship to debtor | **TECH DASH trademark** | **6/9/2022** | **$10,000.00** |
| 13.7 | **Goodman Telecom Services**<br>**LLC**<br>**103 Industrial Loop, Suite**<br>**1100**<br>**Fredericksburg, TX 78624**<br><br>Relationship to debtor | **Computer equipment** | **10/12/2021** | **$208.00** |
| 13.8 | **Huntington Bank-Glenn Smith**<br>**1926 Meadows Rd**<br>**Madison, OH 44057**<br><br>Relationship to debtor | **Appliance-Washer, dryer & microwave.** | **9/30/2021** | **$750.00** |
| 13.9 | **Jeff Nelson**<br>**9874 Robinwoods Dr**<br>**Frisco, TX 75035-0351**<br><br>Relationship to debtor | **Microsoft surface Pro 4 & Verizon iPhone**<br>**8 & Verizon ipad Air2** | **9/30/2021** | **$224.50** |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**   Case number *(if known)*   **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.10. | **Jo Ella Terhesh<br>711 Slicers Hole<br>San Antonio, TX 78260** | **Dell Latitude E5490 computer & Dell<br>docking station (2 qty)** | **10/12/2021** | **$260.74** |
| | Relationship to debtor | | | |
| 13.11. | **Jo Ella Terhesh<br>711 Slicers Hole<br>San Antonio, TX 78260** | **Verizon Ipad 5th Gen (qty 2)** | **10/12/2021** | **$120.00** |
| | Relationship to debtor | | | |
| 13.12. | **Lee Williams<br>8724 Country Glen Xing<br>Plano, TX 75024** | **Lost asset, unknown** | **11/13/2020** | **$194.80** |
| | Relationship to debtor | | | |
| 13.13. | **Linda Madrid<br>1713 Christopher Creek Rd<br>Little Elm, TX 75068** | **Dell Latitude E5400 & Dell docking<br>station** | **9/30/2021** | **$113.50** |
| | Relationship to debtor | | | |
| 13.14. | **Lonestar Forklift<br>4213 Forest Lane<br>Garland, TX 75042** | **Forklift** | **6/7/2021** | **$4,000.00** |
| | Relationship to debtor | | | |
| 13.15. | **MC Appliance Corp<br>940 N Central Ave<br>Wood Dale, IL 60191** | **Appliances (qty 23)** | **11/13/2020** | **$2,645.00** |
| | Relationship to debtor | | | |
| 13.16. | **Michael Magnia<br>821 Dublin Dr, Unit 237<br>Richardson, TX 75080** | **Epson Powerlite 1761W LCD Projector** | **11/21/2021** | **$30.00** |
| | Relationship to debtor | | | |
| 13.17. | **New York Community Bank-** | **Appliance-washer, dryer & dishwasher** | **9/30/2021** | **$550.00** |
| | Relationship to debtor | | | |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*  **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.18. | **New York Community Bank-** | **Appliance-stove** | **9/30/2021** | **$375.00** |
| | **Relationship to debtor** | | | |
| 13.19. | **New York Community Bank-** | **Appliance-washer & dryer** | **9/30/2021** | **$325.00** |
| | **Relationship to debtor** | | | |
| 13.20. | **Pace Butler**<br>**5915 NW 23rd St Oklahoma City**<br>**Oklahoma City, OK 73127** | **Used phones** | **10/12/2021** | **$285.00** |
| | **Relationship to debtor** | | | |
| 13.21. | **Pace Butler**<br>**5915 NW 23rd St Oklahoma City**<br>**Oklahoma City, OK 73127** | **Used phones** | **12/15/2021** | **$5,467.00** |
| | **Relationship to debtor** | | | |
| 13.22. | **Ryan DeGuzman**<br>**1413 Red Drive**<br>**Little Elm, TX 75068** | **Dell Latitude E7200 & Dell Precision 5540** | **9/30/2021** | **$352.50** |
| | **Relationship to debtor** | | | |
| 13.23. | **Samantha Sondrup**<br>**2258 White Rock Ln**<br>**Little Elm, TX 75068** | **Apple ipad Air 2 (Qty 10) & Dell docking station (qty 2)** | **10/12/2021** | **$422.00** |
| | **Relationship to debtor**<br>**Relative** | | | |
| 13.24. | **Sold Trailers (Cash)** | **Trailers** | **12/30/2020** | **$12,100.00** |
| | **Relationship to debtor** | | | |
| 13.25. | **Stephanie Elmore**<br>**2516 Wichita TRL**<br>**Sanger, TX 76266** | **Verizon Ipad 5th Gen (qty 2)** | **10/12/2021** | **$120.00** |
| | **Relationship to debtor** | | | |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**   Case number *(if known)* **22-31641-mvl7**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>6. | **Stephanie Elmore**<br>**2516 Wichita TRL**<br>**Sanger, TX 76266** | **3 satellite meter kits** | **1/12/2022** | **$1,500.00** |
| | Relationship to debtor | | | |
| 13.2<br>7. | **STS Electronics Recycling Inc**<br>**402 S Ragsdale Street**<br>**Jacksonville, TX 75766** | **Recycle computer parts & equipment** | **10/18/2021** | **$17,500.00** |
| | Relationship to debtor | | | |
| 13.2<br>8. | **War Logistics**<br>**PO Box 595**<br>**Southaven, MS 38671** | **20 warehouse tables, 5 zebra printers, 5 file cabinets, 35 wire racks on wheels, 12 safety stations, 4 round breakroom tables, 20 rubber mats, 1 blue air compressor, 4 pallets of gray totes, 4 banks of lockers, 2 metal detectors, 3 office chairs, office supplies** | **9/30/2021** | **$8,500.00** |
| | Relationship to debtor | | | |
| 13.2<br>9. | **18920 NW 11th LLC**<br>**2719 Hollywood Blvd.**<br>**Hollywood, FL 33020** | | **3/11/2022** | **$11,474,075.00** |
| | Relationship to debtor<br>**Business** | | | |
| 13.3<br>0. | **Carolyn Ming** | | **1/6/2022** | **$96,000.00** |
| | Relationship to debtor | | | |
| 13.3<br>1. | **Hudson Clean Energy**<br>**Enterprises**<br>**850 3rd Ave Ste. 1306**<br>**New York, NY 10022** | **Bonds-buy back** | **2/3/22** | **$17,032,060.00** |
| | Relationship to debtor<br>**Business** | | | |
| 13.3<br>2. | **Mercedes Lafonde** | | **1/6/2022** | **$120,000.00** |
| | Relationship to debtor | | | |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*  **22-31641-mvl7**

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.3<br>3. | **RBC Capital Markets**<br>**200 Vesey St., 9th Floor**<br>**New York, NY 10281** | | **2/24/2022** | **$2,000,000.00** |
| | Relationship to debtor<br>**Bondholder** | | | |
| 13.3<br>4. | **Stauber Law Office** | **Escrow account used for acquisition of**<br>**AMRR** | **12/13/2021** | **$500,000.00** |
| | Relationship to debtor | | | |

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1.  **2801 Network Blvd.**<br>**Suite 300**<br>**Frisco, TX 75034** | **September 2015 - December 2021** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Business Name**
   **Business address**
   **Tax ID Numbers**
   **Phone Numbers**
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**      Case number *(if known)*  **22-31641-mvl7**

---

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

   ☐ No. Go to Part 10.

   ☑ Yes. Does the debtor serve as plan administrator?

   ☑ No Go to Part 10.
   ☐ Yes. Fill in below:

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Oriental Bank**<br>**PO Box 191429**<br>**San Juan, PR 00919-1429** | **XXXX-2587** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Fees relating to 401K** | **12/31/21** | **$875.00** |

---

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Advantange Storage**<br>**3540 Legacy Dr**<br>**Frisco, TX 75034** | **John Goodman** | **Company records** | ☐ No<br>☑ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

---

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**   Case number *(if known)*   **22-31641-mvl7**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **East West Bank**<br>**135 N. Los Robles**<br>**Suite 200**<br>**Pasadena, CA 91101** | **East West Bank**<br>**135 N. Los Robles, Ste**<br>**200**<br>**Pasadena, CA 91101** | **Account Name: Goodman**<br>**Networks Inc's**<br>**Account No. *5481**<br>**Purpose: GN-DTV collections**<br>**posted to this account** | $176,989.70 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Prosperity Bank** | **Prosperity Bank** | **Account Name: Goodman**<br>**Networks Inc / Money Market**<br>**Account**<br>**Account No. *3992**<br>**GN Notes Collateral Proceeds** | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Prosperity Bank** | **Prosperity Bank** | **Account Name: Goodman**<br>**Networks Inc - Cash**<br>**Concentration Account**<br>**Account No. *1838**<br>**Outgoing Wires/ACH** | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Prosperity Bank** | **Prosperity Bank** | **Account name: Goodman**<br>**Networks Inc / Controlled**<br>**Disbursement Account**<br>**Account No. *4352**<br>**FedEx collections posted to**<br>**this account** | Unknown |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**　　Case number *(if known)*  **22-31641-mvl7**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**　Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.　**GNET ATC LLC**<br>**2831 Eldorado Pkwy, Ste. 103 #453**<br>**Frisco, TX 75033** | | EIN:　**84-2795422**<br><br>From-To　**August 2019 to Present** |
| 25.2.　**Multiband Field Services, Incorporated**<br>**2831 Eldorado Pkwy, Ste. 103 #453**<br>**Frisco, TX 75033** | | EIN:　**61-1391746**<br><br>From-To　**June 2012 to Present** |
| 25.3.　**Goodman Networks Services, LLC**<br>**2831 Eldorado Pkwy, Ste. 103 #453**<br>**Frisco, TX 75034** | | EIN:　**46-5158389**<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.　**John Debus**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **9/6/2020-12/1/2020** |
| 26a.2.　**Brad Kozma**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **12/3/2020-9/8/2021** |
| 26a.3.　**Deborah Southwell**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **11/2020-2/2021** |
| 26a.4.　**David Fortune**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **3/15/2021-9/9/2021** |
| 26a.5.　**Stephanie Elmore**<br>**2831 Eldorado Blvd Ste. 103 #453**<br>**Frisco, TX 75033** | **1/1/2022-Present** |
| 26a.6.　**Howard Konicov**<br>**1 Lincoln Street, Suite 1301**<br>**Boston, MA 02111** | **12/27/2021-Present** |

Debtor   **Goodman Networks Incorporated dba Goodman Solutions**                    Case number *(if known)* **22-31641-mvl7**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **RSM US LLP**<br>**13155 Noel Rd Ste. 2200**<br>**Dallas, TX 75240** | **9/6/2021-9/6/2022** |
| Name and address | Date of service From-To |
| 26b.2. **John Debus**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **9/6/2020-12/1/2020** |
| Name and address | Date of service From-To |
| 26b.3. **Brad Kozma**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **12/3/2020-9/8/2021** |
| Name and address | Date of service From-To |
| 26b.4. **Deborah Southwell**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **11/2020-2/2021** |
| Name and address | Date of service From-To |
| 26b.5. **David Fortune**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **3/15/2021-9/9/2021** |
| Name and address | Date of service From-To |
| 26b.6. **Stephanie Elmore**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **1/1/2022-Present** |
| Name and address | Date of service From-To |
| 26b.7. **Howard Konicov**<br>**2801 Network Blvd, Ste. 300**<br>**Frisco, TX 75034** | **12/27/2021-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Stephanie Elmore**<br>**2831 Eldorado Blvd Ste 103 #453**<br>**Frisco, TX 75033** | |
| 26c.2. **Howard Konicov**<br>**1 Lincoln Street, Suite 1301**<br>**Boston, MA 02111** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Debtor | **Goodman Networks Incorporated dba Goodman Solutions** | Case number *(if known)* **22-31641-mvl7** |
| --- | --- | --- |

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Joseph Hart IV** | **3630 40th Ave W Seattle, WA 98199** | **COO** | **10/7/2020 - 9/13/2021** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Anthony Rao** | **6 Sprucewood Lane Westport, CT 06880** | **EVP & General Counsel** | **12/1/2016 - 8/2/2021** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **James Goodman** | **103 Tomahawk Trail San Antonio, TX 78232** | **Board Member** | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Jake Goodman** | **Unknown** | **Board Member** | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Brad Kozma** | **5897 Willoughby Ln Frisco, TX 75033** | **CFO** | **12/3/2020 - 9/8/2021** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Jason Goodman** | **6613 Autumn Mist Cove Little Elm, TX 75068** | **CEO** | **3/22/2021 - 12/31/2021** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Jason Goodman** | **6613 Autumn Mist Cove Little Elm, TX 75068** | **Board Member** | **thru 10/20/2021** |

Debtor  **Goodman Networks Incorporated dba Goodman Solutions**   Case number *(if known)*  **22-31641-mvl7**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Goodman | 37 Old Fredericksburg Rd Boerne, TX 78015 | VP Sales Business Development | 2/1/2020 - 12/31/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Goodman | 37 Old Fredericksburg Rd Boerne, TX 78015 | Board Member | thru 10/22/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Frinzi | 3736 Bee Cave Rd, Ste. 1164 Austin, TX 78746 | Consultant, CEO | 10/20/2021 - 9/4/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marshall Green | 8 Bishops Grn San Antonio, TX 78257 | Chief HR Officer | 9/14/2020 - 9/17/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jason Goodman 6613 Autumn Mist Cove Little Elm, TX 75068 | 491,725.00 | 9/13/2021 | Bonus |
| | Relationship to debtor Relative | | | |
| 30.2. | Joseph Goodman 37 Old Fredericksburg Rd Boerne, TX 78015 | 377,967.39 | 9/13/2021 | Bonus |
| | Relationship to debtor Relative | | | |
| 30.3. | Madison Elizabeth Goodman 9614 Honeysuckle Dr Frisco, TX 75035 | 86,410.12 | 9/21/2021 | Bonus |
| | Relationship to debtor Relative | | | |
| 30.4. | Jake Goodman 103 Tomahawk Trail San Antonio, TX 78232 | 250,000.00 | 12/31/2021; 1/28/2022 | Consulting |
| | Relationship to debtor Relative | | | |

Debtor    **Goodman Networks Incorporated dba Goodman Solutions**          Case number *(if known)*  **22-31641-mvl7**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Genesis Networks LLC**<br>**600 N. Loop**<br>**160E**<br>**San Antonio, TX 78232** | **$4,463,804.68- James Goodman Loan #1087916 - collateral debited from Prosperity account;** | **08/15/22** | |
| | **Relationship to debtor** | | | |
| 30.6. | **Genesis Network LLC**<br>**600 N. Loop**<br>**1604E**<br>**San Antonio, TX 78232** | **James Goodman Loan Payments - $64,040.00** | **06/30/22 ($26,231.25); 07/06/22 ($11,577.50) and 08/01/22 ($26,231.25) -** | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Goodman Networks Inc** | **EIN:    74-2949460** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **Goodman Networks Incorporated dba Goodman Solutions**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **22-31641-mvl7**

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 6, 2023**

Signature of individual signing on behalf of the debtor

**John Goodman**
Printed name

Position or relationship to debtor   **Consultant**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes