**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 22-31641-mvl7** |
| **GOODMAN NETWORKS, INC. D/B/A** | § | |
| **GOODMAN SOLUTIONS,** | § | **CHAPTER 7** |
| | § | |
| *Debtor.* | § | |

*AMENDED*
**VERIFICATION OF MAILING LIST**

The Debtor certifies that the attached mailing list:

☐ as the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☒ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

Debtor's review of its records is ongoing; Debtor will amend and/or supplement this list as necessary. In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

| | |
|---|---|
| January 9, 2023 | */s/ David W. Parham* |
| Date | David W. Parham 15459500 |
| | Akerman LLP |
| | 2001 Ross Avenue, Suite 3600 |
| | Dallas, TX 75201 |
| | (214) 720-4300 |
| | david.parham@akerman.com |
| | |
| | * 9460 |
| | Debtor's Social Security/Tax ID No. |

68151921;1

Brinks Home Security
Dept CH 8628
1990 Wittington Pl
Dallas, TX 75234

Charles J McGuire
McGuire Craddock & Struther PC
500 N Akard St., Ste 2200
Dallas, TX 75201

NextStep Recruiting LLC
4400 State Highway 121, Ste 300
Lewisville, TX 75056-5157

68151921;1