# *David L. Hill*
## Attorney at Law

210 Midland Trail, Post Office Box 506, Hurricane, WV 25526
Phone: 34-562-2274 Fax: 304-562-2055
Email: davidlhill.law@gmail.com

**FILED**

January 23, 2023

JAN 2 7 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Munsch/Hardt
Attn: Davor Rukavina, Esq.
500 N. Ahard Street, Suite 3800
Dallas, TX 75201-6659

David William Parham, Esq.
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX

Scott M. Seidel
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093

Bankruptcy Clerk's Office
1100 Commerce Street, Room 1254
Dallas, TX 75242

    RE:    Goodman Networks, Inc.;
               GNET ATC, LLC; Multiband
               Field Services, Inc., and
               Goodman Network Services LLC
               US Bankruptcy Court for
                   Northern District of Texas
               Case No: 22-31641-mvl7

Dear Mr. Sirs,

       I am responding to a letter dated January 5, 2023 from Davor Rukavina, Esq of the Munsch/Hardt organization regarding requests from the case trustee, I state as follows:

(i) to my knowledge I was never representing the debtor or any of its subsidiaries. I did not receive a list of the debtors subsidiaries and therefore do not know of any such representation.

(ii) I have no account summaries and do not recognize the debtors.

(iii) I have no such invoices.

(iv) I did not have dealings with the debtor.

(v) I do not have any retainer funds or fees, etc escrowed for the debtor, and therefore have nothing to turn over to the trustee.

Further, I don't believe that I have ever heard of the debtor until I received the mentioned letter.

I hope this clarifies my now involvement with the mentioned debtor, however, if you have any additional questions regarding this matter, please advise accordingly.

Sincerely yours,

David L. Hill

DLM/kn