David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:  (214) 720-4300
david.parham@akerman.com
laura.taveras@akerman.com

*Proposed Attorneys for Debtor,*
*Goodman Networks, Inc. d/b/a Goodman Solutions*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO. 22-31641-mvl7** |
| **GOODMAN NETWORKS, INC. D/B/A GOODMAN SOLUTIONS** | § § § § | Chapter 7 |
| *Debtor.* | § § § | |

**AMENDED NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the remainder of the hearing on Goodman Networks Inc d/b/a Goodman Solutions ("Goodman" and/or "Debtor")'s *Motion to Convert Chapter 7 Case to Chapter 11* (the "Motion") [ECF 133] has been continued from Tuesday, February 14-16, 2023 **to Wednesday, February 15, 2023 at 9:30 a.m. (CST) and may continue thru Friday, February 17, 2023**; and will be held before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge, at Courtroom No. 2, 14th Floor, Earl Cabell Federal Building, 1100 Commerce Street, Dalla, Texas 75242.

You may participate in this hearing in-person or via Webex, at the following link:

https://us-courts.webex.com/meet/larson.

WebEx hearing instructions are attached hereto as Exhibit A.

1

68478908;1

Dated: February 1, 2023.                    Respectfully submitted,

                                            **AKERMAN LLP**

                                            */s/ David W. Parham*
                                            David W. Parham
                                            State Bar No. 15459500
                                            david.parham@akerman.com
                                            Laura M. Taveras
                                            State Bar No. 24127243
                                            laura.taveras@akerman.com

                                            2001 Ross Avenue, Suite 3600
                                            Dallas, Texas 75201
                                            Telephone: (214) 720-4300
                                            Facsimile: (214) 981-9339

                                            PROPOSED ATTORNEYS FOR DEBTOR GOODMAN NETWORKS D/B/A GOODMAN SOLUTIONS

## CERTIFICATE OF SERVICE

       I hereby certify that on February 1, 2023, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's ECF system and via First Class Mail, postage prepaid upon all creditors and parties in interest listed on the attached Service List.

                                            */s/ David W. Parham*
                                            David W. Parham

68478908;1

# EXHIBIT A

68478908;1

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2021-06 issued by the Court on June 14, 2021, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance:**

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.** Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF, select "at https://us-

courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Larson's Dallas courtroom as the location for the hearing.