David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
david.parham@akerman.com
laura.taveras@akerman.com

*Proposed Counsel for Debtor,*
*Goodman Networks, Inc. d/b/a Goodman Solutions*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 22-31641-mvl7** |
| **GOODMAN NETWORKS, INC.,** § | |
| § | **INVOLUNTARY CHAPTER 7** |
| *Debtor.* § | |
| § | **HEARING DATE: February 15-17, 2023** |
| § | **HEARING TIME: 9:30 a.m.** |

**WITNESS AND EXHIBIT LIST**
**[Related to Dkt No. 133]**

**TO ALL INTERESTED PARTIES:**

Debtor Goodman Networks, Inc. d/b/a Goodman Solutions ("Goodman" and/or "Debtor"), by and through the undersigned counsel, submit the following Witness and Exhibit List for the hearing on Motion to Convert Chapter 7 Case to Chapter 11 ("Motion to Convert") [Dkt. 133], as set forth in Debtor's Amended Notice of Continued Hearing [Dkt. 198], is presently set to begin **Wednesday, February 15, 2023 at 9:30 a.m.** and may continue through February 17, 2023, before the Honorable Judge Michelle V. Larson.

**WITNESSES**

Goodman designates the following witnesses who may called to give testimony:

1. John Goodman;

2. William Snyder, as Independent Director of Goodman Networks Incorporated
3. Stephanie Elmore
4. Any witness listed by any party; and
5. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## EXHIBITS

Goodman designate the following exhibits that may be admitted, and/or of which Debtor may ask the Court to take judicial notice:

| EXHIBIT NO(S). | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1. | Shareholder Agreement consenting to retain William Snyder as independent director for Goodman Networks Inc | | | | |
| 2. | Resume of William Snyder | | | | |
| 3. | Engagement Letter re William Snyder | | | | |
| 4. | Debtor's Plan with corresponding exhibits | | | | |
| 5. | Shareholder Agreement consenting to retain Russell F. Nelms as independent director for Goodman Networks Inc. | | | | |
| 6. | Resume of Russell F. Nelms | | | | |
| 7. | Engagement letter Russell F. Nelms | | | | |
| 8. | Schedules and Statement of Financial Affairs [Dkt. 184] | | | | |
| 9. | Amendments to Schedules and Statements of Financial Affairs | | | | |
| 10. | Docket | | | | |
| 11. | Goodman MBE Group LP Resolutions dated September 21, 2022 [filed as Exhibit A, Dkt. 177-1] | | | | |
| 12. | Goodman MBE Group LP Consulting Agreement filed as Exhibit B, Dkt. 177-2] | | | | |
| 13. | Goodman Networks Bylaws | | | | |
| 14. | Goodman Networks- Shareholder Agreement | | | | |
| 15. | Goodman Networks Articles of Incorporation | | | | |

68596667;1

| EXHIBIT NO(S). | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 16. | E-Mail Correspondence Re: Payments to John Goodman and IRS 1099 Form | | | | |
| 17. | E-Mail Correspondence Re: W-9 and Prosperity Wire from James Frinzi and Stephanie Elmore | | | | |
| 18. | Consulting Agreements:<br>1. John Goodman<br>2. Jonathan Goodman<br>3. Jason Godman<br>4. James Goodman | | | | |
| 19. | Frinzi Resignation Letter | | | | |
| 20. | AMRR UCC Statement | | | | |
| 21. | AMRR Security Agreement | | | | |
| 22. | AMRR Note | | | | |
| 23. | Depositions taken in relation to Debtor's Motion to Convert<br>1) James Frinzi<br>2) John Goodman<br>3) James Goodman<br>4) Steven Zakharyayer | | | | |
| 24. | Transcripts from Dec. 19th Hearing, and all other hearings in this case | | | | |
| 25. | Any and all previously designated exhibits designated by Debtor in defense of the involuntary petition. | | | | |
| 26. | All exhibits used by any other party in connection to the involuntary petition. | | | | |
| 27. | Any pleadings filed in this case; and | | | | |
| 28. | Any exhibit designated or used by any other party | | | | |

## **RESERVATION OF RIGHTS**

Goodman reserve the right to introduce one or more, or none, o the witnesses above, and reserve the right to call any witness as a rebuttal, whether named herein or not, and to introduce any other documents into evidence as rebuttal / impeachment exhibits, whether or not listed.

Goodman further reserve the right to supplement this list prior to hearing.

68596667;1

Dated: February 10, 2023.

Respectfully submitted,

**AKERMAN LLP**

*/s/ David W. Parham*
David W. Parham
State Bar No. 15459500
david.parham@akerman.com
Laura M. Taveras
State Bar No. 24127243
laura.taveras@akerman.com

2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339

*PROPOSED* ATTORNEYS FOR DEBTOR GOODMAN NETWORKS D/B/A GOODMAN SOLUTIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's ECF system for the Northern District of Texas.

*/s/ David W. Parham*
David W. Parham

68596667;1