Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
drukavina@munsch.com
tberghman@munsch.com

PROPOSED COUNSEL TO
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl7 |
| GOODMAN NETWORKS, INC. | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

COMES NOW, Scott M. Seidel, the duly-appointed chapter 7 trustee for the estate of Goodman Networks, Inc. (the "Debtor") and, in connection with the February 15, 2023 continued hearing on the *Motion to Convert Chapter 7 Case to Chapter 11* filed by the Debtor [Doc. 133], files this his *Witness and Exhibit List* as follows:

### I.    WITNESSES

1. Scott M. Seidel, solely in capacity as Trustee;

2. James Frinzi;

3. any witness designated by any other party; and

4. impeachment and rebuttal witnesses, as appropriate.

## II. EXHIBITS

A. All exhibits designated by any other party; and

B. Rebuttal and impeachment exhibits as appropriate.

RESPECTFULLY SUBMITTED this 10th day of February, 2023.

        MUNSCH HARDT KOPF & HARR P.C.

        By: /s/ Thomas D. Berghman

        Davor Rukavina, Esq.
        Texas Bar No. 24030781
        Thomas D. Berghman, Esq.
        Texas Bar No. 24082683
        500 N. Akard St., Ste. 3800
        Dallas, TX 75201
        214-855-7500
        drukavina@munsch.com
        tberghman@munsch.com

*Proposed Counsel to*
*Scott M. Seidel, Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 10th day of February, 2023, he caused a true and correct copy of this document to be sent via the Court's ECF notification system on all parties entitled to notice thereby.

        By: *Thomas Berghman*
        Thomas D. Berghman, Esq.