**HUNTON ANDREWS KURTH LLP**
Philip M. Guffy
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
pguffy@huntonak.com

and

Paul N. Silverstein
Brian Clarke
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
psilverstein@huntonak.com
brianclarke@huntonak.com

*Counsel for the Original Petitioning Creditors*

**DLA PIPER LLP (US)**
Jason M. Hopkins
Texas Bar No.24059969
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
jason.hopkins@us.dlapiper.com

and

Amy L. Ruhland (Rudd) (*admitted pro hac vice*)
Texas Bar No.24043561
Ryan Sullivan (*admitted pro hac vice*)
Texas Bar No.24102548
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
Amy.Ruhland@us.dlapiper.com
Ryan.Sullivan@us.dlapiper.com

and

Laura Sixkiller (*admitted pro hac vice*)
Arizona Bar No. 022014
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone: (480) 606-5161

**BUTLER SNOW LLP**
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*

1

Facsimile: (480) 323-2419
laura.sixkiller@us.dlapiper.com

*Counsel for ARRIS Solutions, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-31641 (MVL) |

### CREDITOR PARTIES'
### JOINT WITNESS AND EXHIBIT LIST FOR FEBRUARY 15, 2023 HEARING

Original Petitioning Creditors; FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE"); and ARRIS Solutions, Inc. ("ARRIS") (collectively, the "Creditor Parties") jointly designate the following witnesses and exhibits for the hearing scheduled to begin on February 15, 2023 (the "Hearing"). The Creditor Parties reserve the right to amend or supplement this Joint Witness and Exhibit List, as discovery and document production are ongoing.

### I. Witnesses

The Creditor Parties jointly designate the following witnesses, who may be called to testify before the Court:

- Scott M. Seidel, Trustee.
- Goodman Networks, Inc. ("Debtor").
- John Goodman.
- Greater Tech Holdings, Inc.
- James Goodman.

2

- James Frinzi.

- American Metals Recovery and Recycling, Inc. ("AMRR").

- 18920 NW 11th LLC ("18920").

- James Goodman.

- Any witness designated by another party.

II.  **Exhibits**

The Creditor Parties may offer any or all of the following exhibits:

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Goodman Networks, Inc. Assets as of 10/31/22 | | | |
| 2 | Goodman_001933 through 1935 – Konicov email 5/23/2022 | | | |
| 3 | Goodman_006995 through 996 – Prosperity Bank statement 3/31/2022 | | | |
| 4 | Goodman_007522 through 523 – East West Bank Statement March 2022 | | | |
| 5 | Goodman001295 - James G. Resignation 2/1/22 | | | |
| 6 | Goodman000368 - James G. Bond Purchase | | | |
| 7 | Hudson_0067 - Bond Purchase Agreement | | | |
| 8 | Goodman000372 - James G./Shalom Bond Purchase | | | |
| 9 | Goodman000374 - James G. email May 2022 | | | |
| 10 | Goodman000590 - 18920 Share Purchase e-mail | | | |
| 11 | Goodman_000140 - 18920 Preferred Shares Letter | | | |
| 12 | Goodman_000638 - 18920 NW Settlement Agreement | | | |
| 13 | Goodman_007648 - Frinzi Texts re AMRR wires and more | | | |

| No. | Description | Offered | Objection | Admitted |
|-----|-------------|---------|-----------|----------|
| 14 | CFGI Presentation 6/8/22 | | | |
| 15 | Rao e-mail re Goodman Networks Board Members 1/4/23 | | | |
| 16 | FSCLE Ex. 15 - Debtor's Sworn Response to Interrogatory No. 5 | | | |
| 17 | Goodman_002739 - Goodman Networks and Subs Consolidated Financials | | | |
| 18 | Goodman000530 - Goodman Repurchase of Shares of Common Stock | | | |
| 19 | Hudson_0012 Flow of Funds | | | |
| 20 | Acct. No. 4352 Prosperity Bank Statements | | | |
| 21 | AMRR Press Release | | | |
| 22 | James Goodman's Response to ARRIS's First Set of Interrogatories 3/28/22 | | | |
| 23 | 6/30/2020 Asset Purchase Agreement | | | |
| 24 | Amended and Restated Company Agreement of Goodman Tele-com Holdings, LLC | | | |
| 25 | Limited Guaranty | | | |
| 26 | Houlihan Capital valuation letter | | | |
| 27 | Greater Tech Holdings, LLC Amendment, Approval and Release Agreement | | | |
| 28 | Shareholders' Agreement by and among Greater Tech Holdings, Inc. and Each Person Identified on Schedule A | | | |
| 29 | 9/4/2022 Resignation e-mail from James Frinzi | | | |
| 30 | 9/14/2022 letter to Greater Tech Holdings LLC Members | | | |
| 31 | Non-Disclosure and Confidentiality Agreement | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 32 | E-mail exchange between Scott Pickett and Joey O'Bell and others, Subject: LOI for discussion | | | |
| 33 | 10/19/2022 Letter of Intent | | | |
| 34 | 10/29/2022 e-mail from John Goodman to James Goodman and others | | | |
| 35 | 5/31/17 Consulting Agreement | | | |
| 36 | 10/4/2022 Consulting Agreement | | | |
| 37 | Consent of a Majority of the Managers of the General Partner of Good-man MBE Group, LP | | | |
| 38 | East West Bank October 2022 account Statement | | | |
| 39 | 10/29/2022 e-mail from John Goodman to brothers - Subject: Update | | | |
| 40 | 6/19/2020 e-mail from John Goodman to James Goodman - Subject: AR Company Agreement - Good-man Telecom Holdings, LLC | | | |
| 41 | 9/19/2022 - 9/20/2022 e-mail exchange Between John Goodman, Samantha Sondrup and James Frinzi - Subject: Exchange Update | | | |
| 42 | September 2022 e-mail exchange between John Goodman brothers - Subject: Involuntary filed | | | |
| 43 | May and June 2022 e-mail exchange between Scott Pickett, Samantha Sondrup and John Goodman - Subject: TechDash - Domains & Trademarks attaching TechDash Asset Purchase Agreement | | | |
| 44 | 10/10/20 e-mail exchange - John Goodman James Frinzi - Subject: Introduction | | | |
| 45 | 11/3/2022 e-mail exchange between John Goodman and James Frinzi - Subject: $400,000 waiver payment | | | |

5

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 46 | 10/31/22 Assets of Goodman Networks, Inc. and GNET ATC, Multi-band Field Services | | | |
| 47 | Schedules and Statement of Financial Affairs for Goodman Networks, Inc. [Docket No. 184] | | | |
| 48 | 2/2/21 e-mails from Howard Konicov - Subject: 1099 Payments | | | |
| 49 | Goodman Networks, Inc.'s' Responses and Objections to Petitioning Creditors' First Set of Discovery Requests | | | |
| 50 | Verification | | | |
| 51 | October 2022 e-mail exchange with Bater Bates - Subject: Prosperity Bank | | | |
| 52 | October 2022 e-mail exchange with Bater Bates - Subject: Prosperity Bank | | | |
| 53 | 10/29/22 e-mail from John Goodman to brothers - Subject: $44M Note and Security Agreement | | | |
| 54 | FedEx_075677 – Email exchange with James Frinzi and Goodman Networks 11/10/2021 | | | |
| 55 | FRINZI 00001 through 00140 – WhatsApp and Signal messages | | | |
| 56 | FRINZI 00456 – AMRR Note | | | |
| 57 | AMRR_000045 – 8/26/2022 Notice | | | |
| 58 | AMRR_000089 – 9/29/2022 Notice | | | |
| 59 | Goodman_000638 – 18920 NW Settlement Agreement | | | |
| 60 | FRINZI 00470 – James Frinzi email 10/28/2022 | | | |
| 61 | GTH-001124 – GTH Amendment, Approval, and Release Agreement | | | |
| 62 | GTH-001090 – GTH Company Agreement | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 63 | FRINZI 01708 through 01711 – Goodman Networks Inc. Report 11/23/2021 | | | |
| 64 | GNE 0000073 – Unanimous Written Consent of the Board of Directors of Goodman Networks Inc. 10/20/2021 | | | |
| 65 | Hudson_0007 – Funds Flow Memorandum | | | |
| 66 | Hudson_0013 – wire information | | | |
| 67 | Hudson_0078 – James Goodman email 2/3/2022 | | | |
| 68 | Goodman _001011 | | | |
| 69 | Goodman000237 – Alice Lee email 10/12/2022 | | | |
| 70 | Goodman000366 – James Goodman email 1/31/2022 | | | |
| 71 | Goodman000504 | | | |
| 72 | Goodman001341 | | | |
| 73 | Goodman001346 | | | |
| 74 | Goodman006219 | | | |
| 75 | FedEx_075643 | | | |
| 76 | FedEx_067555 | | | |
| 77 | FedEx_068979 | | | |
| 78 | FedEx_009445 | | | |
| 79 | UFS_000246 – LOI to buy assets of Goodman Solutions 4/12/2021 | | | |
| 80 | UFS_000253 – Unsecured Promissory Note – 10/15/2021 | | | |
| 81 | UFS_000464 – Consulting Agreement | | | |
| 82 | UFS_000927 – Unanimous Written Consent of the Board of Directors | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
|  | of Goodman Networks Inc. 1/30/2021 |  |  |  |
| 83 | UFS_000930 – Minutes of a Meeting of the Board of Directors of Goodman Networks Inc. 4/12/2021 |  |  |  |
| 84 | JONATHAN G. 000368 – Letter re: Loan from Network Investments, LLC 2/26/2020 |  |  |  |
| 85 | FRINZI 00681 – Goodman Investment Holdings statement 1/29/2021 |  |  |  |
| 86 | FRINZI 00683 – Goodman Investment Holdings statement 11/30/2020 |  |  |  |
| 87 | Goodman _006995--Prosperity 1838 Statement March 2022 |  |  |  |
| 88 | Goodman_007522--EastWest 0690 Statement March 2022 |  |  |  |
| 89 | [Exhibit] Goodman_000648--Email exchange with Alex McKenzie James Frinzi, Stephanie Elmore, and Howard Konicov 2/24/2022 |  |  |  |
| 90 | Goodman_001542 - Wire Transfer from Goodman Networks to RBC Capital Markets 2/24/2022 |  |  |  |
| 91 | Goodman_001947 - Email exchange with Alex McKenzie and Howard Konicov 5/11/2022 |  |  |  |
| 92 | Goodman_001949 - Letter Authorization, Domestic Wire Transfer 3/15/2022 |  |  |  |
| 93 | 18920-0000065 – Steven Zakharayev email 1/21/2022 |  |  |  |
| 94 | 18920-0000119 – Anthony Rao email 1/28/2022 |  |  |  |
| 95 | 18920-0000291 – James Goodman email 3/9/2022 |  |  |  |
| 96 | 18920-0000194 – Share Purchase Agreement between GDMN Family Investments 2 LLC and 18920 NW 11th LLC |  |  |  |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 97 | 18920-0000208 – Share Purchase Agreement between JJC & People LLC and 18920 NW 11th LLC | | | |
| 98 | 18920-0000222 – Share Purchase Agreement between People NQ Inc. and 18920 NW 11th LLC | | | |
| 99 | 18920-0000022 – Letter from Evelina Pinkhasova 3/9/2022 | | | |
| 100 | 18920-0000303 – James Frinzi email 3/10/2022 | | | |
| 101 | 18920-0000410 – Promissory Note 3/9/2022 | | | |
| 102 | 18920-0000353 – Share Purchase Agreement between Goodman Networks Inc. and 18920 NW 11th LLC | | | |
| 103 | 18920-0000325 – Share Purchase Agreement between Goodman Networks Inc. and 18920 NW 11th LLC | | | |
| 104 | 18920-0000324 – Steven Zakharayev email 3/10/2022 | | | |
| 105 | 18920-0000018 – Settlement Agreement | | | |
| 106 | 18920-0000007 – Amendment to the Settlement Agreement | | | |
| 107 | 18920-0000052 – Goodman Networks Incorporated Summary of Stock Transfer Procedures | | | |
| 108 | Third Amended and Restated Certificate of Formation of Goodman Networks Incorporated | | | |
| 109 | Goodman Networks, Inc.'s Sixth Amended and Restated Certificate of Formation | | | |
| 110 | Goodman000590 – James Goodman email 6/1/2022 | | | |
| 111 | Goodman000639 – James Goodman email 6/8/2022 | | | |
| 112 | American Metals Recovery and Recycling Inc. Form 8-K | | | |
| 113 | Email from William Snyder 2/3/2023 | | | |

In addition, the Creditor Parties may offer any or all of the exhibits offered and/or admitted during the December 19, 2022, hearing in this matter. The Creditor Parties also may offer any exhibit designated by any other party.

The Creditor Parties reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

RESPECTFULLY SUBMITTED this 10th day of February 2023.

/s/ Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
Philip M. Guffy
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
pguffy@huntonak.com

and

Paul N. Silverstein
Brian Clarke
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
psilverstein@huntonak.com
brianclarke@huntonak.com

*Counsel for the Original Petitioning Creditors*

/s/ Candice Carson
**BUTLER SNOW LLP**
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*

/s/ Ryan Sullivan
**DLA PIPER LLP (US)**
Jason M. Hopkins
Texas Bar No.24059969
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
jason.hopkins@us.dlapiper.com

and

Amy L. Ruhland (Rudd) (*admitted pro hac vice*)
Texas Bar No.24043561

Ryan Sullivan (*admitted pro hac vice*)
Texas Bar No.24102548
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
Amy.Ruhland@us.dlapiper.com
Ryan.Sullivan@us.dlapiper.com

and

Laura Sixkiller (*admitted pro hac vice*)
Arizona Bar No. 022014
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
Telephone: (480) 606-5161
Facsimile: (480) 323-2419
laura.sixkiller@us.dlapiper.com

*Counsel for ARRIS Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: February 10, 2023.

                                        */s/ Ryan Sullivan*
                                        Ryan Sullivan