| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 22-31641-mvl7<br>Northern District of Texas<br>Dallas<br>Wed Mar 22 14:28:33 CDT 2023 | Alimco Re Ltd<br>2336 SE Ocean Blvd., 400<br>Stuart, FL 34996-3310 | COLLIN COUNTY TAX ASSESSOR-COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 |
| FedEx Freight, Inc.<br>8285 Tournament Drive<br>Memphis, TN 38125-8862 | Glympse, Inc.<br>113 Cherry Street<br>Suite 60215<br>Seattle, WA 98104-2205 | Goodman Networks, Inc.<br>2801 Networks Blvd.<br>Suite 300<br>Frisco, TX 75034-1881 |
| HCL America, Inc.<br>330 Potrero Avenue<br>Sunnyvale, CA 94085-4194 | Insurance Company of the West<br>Irelan McDaniel, PLLC<br>2520 Caroline Street<br>2nd Floor<br>Houston, TX 77004-1000 | JLP Credit Opportunity IDF Series Interests<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 |
| JLP Credit Opportunity Master Fund Ltd.<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 | JLP Institutional Credit Master Fund LP<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 | Munsch Hardt Kopf<br>500 N. Akard Street<br>Ste 3800<br>Dallas, TX 75201-6659 |
| Texas Comptroller of Public Accounts, Revenu<br>Courtney Hull<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TIGER ATHLETIC FOUNDATION<br>P O BOX 711<br>BATON ROUGE LA 70821-0711 | U.S. Bank National Association, as Collatera<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 |
| UMB Bank, National Association, as indenture<br>Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1590 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 1099 Pro LLC<br>23901 Calabasas Rd<br>Suite 2080<br>Calabasas, CA 91302-4104 |
| 45700 Twelve Mile LLC<br>c/o Nicholas J. Bachand<br>2411 Vinewood<br>Detroit, MI 48216-1062 | ABC/Amega<br>500 Smeca St., Ste 503<br>Buffalo, NY 14204-1963 | AIT Worldwide Logistics<br>P O Box 775379<br>Chicago, IL 60677-5379 |
| ALIMCO RE Ltd<br>c/o Paul N. Silverstein Hunton<br>Andrews Kurth LLP<br>200 Park Avenue<br>New York, NY 10166-0005 | ALIMCO RE Ltd<br>c/o Philip Michael Guffy<br>Hunton Andrews Kurth LLP<br>600 Travis St., Suite 4200<br>Houston, TX 77002-2929 | ARRIS Solutions Inc<br>3871 Lakefield Drive<br>Suwanee, GA 30024-1292 |
| ARRIS Solutions Inc<br>c/o Amy L Ruhland DLA Piper LLP<br>303 Colorado St., Ste 3000<br>Austin, TX 78701-4654 | ARRIS Solutions Inc<br>c/o Jason M Hopkins DLA Piper LLP<br>1900 N Pearl St., Ste 2200<br>Dallas, TX 75201-2482 | ARRIS Solutions Inc<br>c/o Laura Sixkiller DLA Piper LLP<br>2525 E Camelback Rd., Ste 1000<br>Phoenix, AZ 85016-4232 |
| ARRIS Solutions Inc<br>c/o Ryan J Sullivan DLA Piper LLP<br>303 Colorado St., Ste 3000<br>Austin, TX 78701-4654 | AT&T<br>One AT&T Way<br>Bedminster, NJ 07921-2694 | AT&T<br>P O Box 5019<br>Carol Stream, IL 60197-5019 |

```
AT&T Mobility                        Advantage Storage                    Airgas USA LLC
PO Box 9004                          3540 Legacy Dr                       6055 Rockside Woods Blvd
Carol Stream, IL 60197-9004          Frisco, TX 75034-6731                Independence, OH 44131-2301


Alabama Department of Revenue        (p)STATE OF ALABAMA DEPARTMENT OF REVENUE   Alabama Secretary of State
Individual and Corporate Tax Division   P O BOX 320001                    PO Box 5616
Corporate Tax Section                MONTGOMERY AL 36132-0001             Montgomery, AL 36103-5616
P O Box 327430
Montgomery, AL 36132-7430


Amanda Miyashiro                     Amazon.com Services Inc              American Metals Recovery and Recycling I
c/o Cory D Britt                     P O Box 84171                        c/o James O'Bell
O'Connor Acciani & Levy LPA          Seattle, WA 98124-5471               4301 Westbank Dr., Ste B-110
600 Vine St., Ste 1600                                                    Austin, TX 78746-0008
Cincinnati, OH 45202-1133


American Stock Transfer & Trust Co, LLC   Appian Corporation              Arizona Dept of Revenue
6201 15th Avenue                     11955 Democracy Drive, Ste 1700      1600 W Monroe St.
Brooklyn, NY 11219-5441              Reston, VA 20190-5662                Phoenix, AZ 85007-2650


Arizona Secretary of State           Baker Tilly Virchow Krause LLC       Birmingham Finance Dept
400 W Congress St, Ste 141           2500 Dallas Parkway, Ste 300         716 Richard Arrington Jr Blvd N
Tucson, AZ 85701-1352                Plano, TX 75093-4872                 Birmingham, AL 35203-0100


Brandon Ray and Chantry Quinney      Brinks Home Security                 Brown & Joseph LLC
c/o Bob Debes                        Dept CH 8628                         P O Box 249
Shellist Lazarz Slobin, LLP          1990 Wittington Pl                   Itasca, IL 60143-0249
11 Greenway Plaza, Ste. 1515         Dallas, TX 75234-1904
Houston, TX 77046-1108


CFGI Holdings LLC                    CLM Matrix                           COLLIN COUNTY TAX ASSESSOR/COLLECTOR
1 Lincoln St, 13th Floor             P O Box 732961                       Abernathy, Roeder, Boyd & Hullett, P.C.
Boston, MA 02111-2906                Dallas, TX 75373-2961                1700 Redbud Blvd., Suite 300
                                                                          McKinney, Texas 75069-3276


California State Tax                 Call Center System LLC               Call Center Systems LLC
300 S Spring St, Ste 5704            321 Venable Rd, Suite 1              c/o Sam Emerick
Los Angeles, CA 90013-1265           Winchester, KY 40391-9715            Law Offices of Sam Emerick PC
                                                                          18208 Preston Rd., Ste D9-270
                                                                          Dallas, TX 75252-6007


Canon Financial Services, Inc        Capitol Services Inc                 Ceridian Benefit Services
14904 Collections Center Dr          P O Box 1831                         3311 E Old Shakopee
Chicago, IL 60673-0149               Austin, TX 78767-1831                Minneapolis, MN 55425-1640


Charles J McGuire                    (p)CITY OF PORTLAND                  Clark Hill Strasburger LLP
McGuire Craddock & Struther PC       OFFICE OF CITY ATTORNEY              901 Main St., Suite 6000
500 N Akard St., Ste 2200            RM 430                               Dallas, TX 75202-3748
Dallas, TX 75201-3317                1221 SW 4TH AVE
                                     PORTLAND OR 97204-1991
```

| | | |
|---|---|---|
| Click Labs Inc<br>4830 West Kennedy Blvd., Ste 600<br>Tampa, FL 33609-2584 | Collin County Tax Assessor-Collector<br>c/o Paul M Lopez<br>Abertnathy Roeder Boyd & Hullett PC<br>1700 Redbud Blvd., Ste 300<br>McKinney, TX 75069-3276 | CompuCom Systems Inc<br>8106 Calvin Hall Rd<br>Fort Mill, SC 29707-8739 |
| Connecticut-State Tax<br>450 Columbus Blvd., Ste 1<br>Hartford, CT 06103-1837 | Connor Lee & Shumaker<br>609 Castle Ridge Rd., Ste 450<br>Austin, TX 78746-5196 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Dominion Energy<br>PO Box 27463<br>Richmond, VA 23261-7463 | Donlen LLC<br>3000 Lakeside Dr.<br>2nd floor<br>Bannockburn, IL 60015-1229 | Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| Dunn & Bradstreet<br>75 Remittance Dr., Suite 1096<br>Chicago, IL 60675-1096 | Enterprise Rent-A-Car<br>P O Box 801988<br>Kansas City, MO 64180-1988 | Experis US Inc<br>29973 Network Place<br>Chicago, IL 60673-1299 |
| Express Information Systems, Inc<br>P O Box 691261<br>San Antonio, TX 78269-1261 | FedEx Freight<br>P O Box 223125<br>Pittsburgh, PA 15251-2125 | FedEx Supply Chain Logistics & Electroni<br>3630 Hacks Cross Rd Bldg C, 3rd floor<br>Memphis, TN 38125-8800 |
| FedEx Supply Chain Logistics & Electroni<br>c/o Adam M Langley<br>Butler Snow LLP<br>6075 Poplar Ave., Ste 500<br>Memphis, TN 38119-0102 | FedEx Supply Chain Logistics & Electroni<br>c/o Candice Carson<br>Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219-6258 | Fedex Supply Chain Logistics & Electronic, I<br>c/o Candice Carson<br>Butler Snow LLP<br>291 Turtle Creek Blvd., Suite 1400<br>Dallas, TX  75219 |
| Ferguson Braswell Fraser Kubasta<br>2500 Dallas Pkwy, Ste 600<br>Plano, TX 75093-4820 | First Advantage Background Services Corp<br>1 Concourse Pkwy NE, Ste 200<br>Atlanta, GA 30328-5346 | Frase Protection Inc<br>818 Willow Tree Circle<br>Cordova, TN 38018-6376 |
| Frase Protection Inc<br>c/o Adam M Langley Butler Snow LLP<br>6075 Poplar Ave., Ste 500<br>Memphis, TN 38119-0102 | Frase Protection Inc<br>c/o Candice Carson Butler Snow LLP<br>2911 Turtle Creek Blvd, Ste 1400<br>Dallas, TX 75219-6258 | Genesis Occupational Health<br>P O Box 1246<br>Moline, IL 61266-1246 |
| Glympse Inc<br>c/o Adam M Langley Butler Snow LLP<br>6075 Poplar Ave., Ste 500<br>Memphis, TN 38119-0102 | Glympse Inc<br>c/o Candice Carson Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219-6258 | Grant Thornton LLP<br>1717 Main Street, Ste 1800<br>Dallas, TX 75201-4657 |
| Greater Tech Holdings Inc<br>103 Industrial Loop, Ste 1000<br>Fredericksburg, TX 78624-5463 | HCL America Inc and HCL Technologies<br>c/o Adam M Langley<br>Butler Snow LLP<br>Memphis, TN 38119 | HCL American Inc and HCL Technologies<br>c/o Candice Carson<br>Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219-6258 |

```
Hall 2801 Network Associates, LLC        Hall Park                                 Hartford Fire Insurance Company c/o Mark G.
6801 Gaylord Pkwy, Ste 406               2801 Network Blvd., Ste 300               1133 Westchester Ave.
Frisco, TX 75034-5981                    Frisco, TX 75034-1881                     White Plains, NY 10604-3516


Haynes & Boone LLP                       Homer Escamilla                           ICW Group
2323 Victory Ave, Ste 700                8618 Kallison Arbor                       15025 Innovation Drive
Dallas, TX 75219-7673                    San Antonio, TX 78254-4556                San Diego, CA 92128-3456


Illinois Dept of Revenue                 (p)ILLINOIS SECRETARY OF STATE            Indeed, Inc
9511 Harrison St.                        298 HOWLETT BUILDING                      P O Box 660367
Des Plaines, IL 60016-1563               SPRINGFIELD IL 62756-0001                 Dallas, TX 75266-0367


Insurance Company of the West            Internal Revenue Service                  Intrado Digital Media LLC
2520 Caroline St, 2nd Floor              Centralized Insolvency Operation          11808 Miracle Hills
Houston, TX 77004-1000                   Post Office Box 7346                      Omaha, NE 68154-0018
                                         Philadelphia, PA 19101-7346


Intralinks Inc                           JLP Credit Opportunity IDF Series         JLP Credit Opportunity IDF Series
P O Box 392134                           Interests of Sali Multi-Series Fund LP    Interests of Sali Multi-Series Fund LP
Pittsburgh, PA 15251-9134                c/o Paul N Silverstein                    c/o Philip Michael Guffy
                                         200 Park Avenue                           600 Travis St., Suite 4200
                                         New York, NY 10166-0005                   Houston, TX 77002-2929


JLP Credit Opportunity Master Fund Ltd   JLP Credit Opportunity Master Fund Ltd    JLP Institutional Credit Master Fund LP
c/o Paul N. Silverstein                  c/o Philip Michael Guffy                  c/o Paul N Silverstein
Hunton Andrews Kurth LLP                 Hunton Andrews Kurth LLP                  Hunton Andrews Kurth LLP
200 Park Avenue                          600 Travis St., Ste 4200                  200 Park Avenue
New York, NY 10166-0005                  Houston, TX 77002-2929                    New York, NY 10166-0005


JLP Institutional Credit Master Fund LP  James Frinzi                              James Goodman
c/o Philip Michael Guffy                 c/o James O'Bell                          c/o Matthias Kleinsasser Winstead PC
Hunton Andrews Kurth LLP                 4301 Westbank Dr., Ste B-110              300 Throckmorton St., Ste 1700
600 Travis St., Ste 4200                 Austin, TX 78746-0008                     Fort Worth, TX 76102-2928
Houston, TX 77002-2929


John A Goodman                           Johnson Controls                          Joseph L Rexing Jr & Leo Rexing
1008 Middle Creek Rd                     PO Box 371967                             c/o Ryan M Schulz
Fredericksburg, TX 78624-7009            Pittsburgh, PA 15250-7967                 Kahn Dees Donovan & Kahn LLP
                                                                                   501 Main St, Ste 305
                                                                                   Evansville, IN 47708-1631


Joseph Rexing JR and Leo R. Rexing       Kansas City Finance Dept                  (p)KANSAS DEPARTMENT OF REVENUE
4501 Hitch Peter Rd                      701 N 7th St, Ste 330                     PO BOX 12005
Evansville, IN 47711-2834                Kansas, KS 66101-3070                     TOPEKA KS 66601-3005


Kansas Secretary of State                Katz Korin Cunningham                     Kentucky Department of Revenue
1420 C of E Dr, Ste 6                    Attorneys at Law                          P O Box 5222
Emporia, KS 66801-2585                   The Emelie Bldg, 334 N Senate Ave         Frankfort, KY 40602-5222
                                         Indianapolis, IN 46204
```

| | | |
|---|---|---|
| Kentucky Dept of Revenue<br>501 High St<br>Frankfort, KY 40601-2103 | Kentucky Secretary of State<br>700 Capital Ave, Ste 152<br>Frankfort, KY 40601-3490 | Kronos Incorporated<br>PO Box 744724<br>Atlanta, GA 30374-4724 |
| Lamont Hanley & Associates<br>1138 Elm Street<br>Manchester, NH 03101-1531 | Louisiana Department of Revenue<br>Bankruptcy Section<br>P.O. BOX 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Dept of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 |
| Louisiana Secretary of State<br>3851 Essen Ln<br>Baton Rouge, LA 70809-2137 | Main Street DBAs<br>PO Box 1863<br>West Chester, OH 45071-1863 | Marsh & McLennan Agency<br>PO Box 744833<br>Atlanta, GA 30374-4833 |
| Matthias Kleinsasser and Sahrish Soleja<br>Winstead PC<br>300 Throckmorton Street, Suite 1700<br>Fort Worth, Texas 76102-2928 | McCarthy Burgess & Wolff<br>26000 Cannon Rd<br>Bedford, OH 44146-1807 | Michele D Ross Reed Smith LLP<br>1301 K Street, NW, Ste 1000<br>East Tower<br>Washington, DC 20005-3373 |
| Michigan Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 | Michigan Dept of Revenue<br>430 W Allegan St<br>Lansing, MI 48933-1592 | Michigan Secretary of State<br>7090 Sashabaw Rd<br>Clarkston, MI 48348-4736 |
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052-8300 | Microsoft Licensing, GP<br>One Microsoft Way<br>Redmond, WA 98052-8300 | Monika Singh Sanford<br>Haynes and Boone LLP<br>2323 Victory Ave., Ste 700<br>Dallas, TX 75219-7673 |
| Montana Dept of Revenue<br>125 N Roberts St<br>Helena, MT 59601-4558 | Montana Secretary of State<br>1301 E 6th Ave, Ste 2<br>Helena, MT 59601-3896 | New Hampshire Dept of Revenue<br>109 Pleasant St<br>Concord, NH 03301-3852 |
| New Hampshire Secretary of State<br>107 N Main St<br>Concord, NH 03301-4989 | New Jersey Dept of Revenue<br>50 Barrack Street, 1st Floor Lobby<br>Trenton, NJ 08695-0001 | New Jersey Secretary of State<br>125 W Sate St<br>Trenton, NJ 08608-1101 |
| New Jersey-State Tax<br>PO Box 900<br>Trenton, NJ 08646-0900 | New Mexico Dept of Revenue<br>1100 South St. Francis Dr.<br>Santa Fe, NM 87505-4147 | New Mexico Secretary of State<br>325 Don Gaspar Av, Ste 300<br>Santa Fe, NM 87501-4401 |
| New York Dept of Revenue<br>One Commerce Plaza<br>99 Washington Ave<br>Albany, NY 12210-2822 | New York Secretary of State<br>123 William St., Ste 2<br>New York, NY 10038-3811 | NextStep Recruiting LLC<br>4400 State Highway 121, Ste 300<br>Lewisville, TX 75056-5157 |

| | | |
|---|---|---|
| Occupational Health Centers<br>PO Box 82730<br>Hapeville, GA 30354-0730 | Ogletree Deakins Nash Smoak<br>& Stewart PC<br>50 International Dr, Ste 200<br>Greenville, SC 29615-4832 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O.Box 530<br>Columbus, OH 43216-0530 |
| Ohio Treasurer of State<br>150 E Gay Street<br>Columbus, OH 43215-3130 | Oregon-State Tax<br>955 Center Street NE<br>Salem, OR 97301-2555 | Oriental Bank<br>PO Box 191429<br>San Juan, PR 00919-1429 |
| PC Connection Sales Corporation<br>730 Milford Road<br>Merrimack, NH 03054-4612 | Paducah Finance Dept<br>300 S 5th St<br>Paducah, KY 42003-1527 | Parks Coffee<br>PO Box 110209<br>Carrollton, TX 75011-0209 |
| PayScale, Inc.<br>PO Box 207845<br>Dallas, TX 75320-7845 | Penske Truck Leasing Co, LP<br>PO Box 827380<br>Philadelphia, PA 19182-7380 | Quisitive, LLC<br>1431 Greenway Drive, Ste 1000<br>Irving, TX 75038-2476 |
| RSM US LLP<br>13155 Noel Rd, Ste 2200<br>Dallas, TX 75240-5205 | Reed Smith LLP<br>1301 K Street NW Ste. 1000<br>East Tower<br>Washington, DC 20005-3373 | Rex Recovery<br>10000 Sagemore Dr., Ste 202<br>Marlton, NJ 08053-3944 |
| Rexing Land LLC<br>9631 Hedden Road<br>Evansville, IN 47725-8901 | Rhode Island Dept of Revenue<br>1 Capitol View Ave<br>Providence, RI 02908 | Rhode Island Secretary of State<br>82 Smith St<br>Providence, RI 02903-1199 |
| Richmond Finance Dept<br>900 E Broad St, Ste 103<br>Richmond, VA 23219-1907 | Russell F. Nelms<br>115 Kay Lay<br>Westworth Village, TX 76114-3533 | Russell T Jackson<br>Thomas J Henry Law PLLC<br>5711 University Heights, Ste 101<br>San Antonio, TX 78249-3555 |
| SG Risk, LLC<br>1050 Wall Street West, Ste 202<br>Lyndhurst, NJ 07071-3615 | SHI International Corp.<br>290 Davidson Ave.<br>Somerset, NJ 08873-4145 | Seyfarth Shaw Attorneys<br>233 S. Wacker Drive, Ste 8000<br>Chicago, IL 60606-6448 |
| Sheakley UniServices, Inc.<br>PO Box 465063<br>Cincinnati, OH 45246 | Shelby County, TN<br>157 Poplar Ave., 2nd Floor<br>Memphis, TN 38103-1948 | Silkroad Technologies Inc<br>100 S Wacker Dr, Ste 201<br>Chicago, IL 60606-4006 |
| Skillsoft Corporation<br>300 Innovative Way, Ste 201<br>Nashua, NH 03062-5746 | South Carolina Dept of Revenue<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210-5666 | South Carolina Secretary of State<br>1205 Pendleton St, Ste 525<br>Columbia, SC 29201-3745 |

| | | |
|---|---|---|
| State Corporation Commission<br>1108 E Main St<br>Richmond, VA 23219-3539 | State of New Jersey<br>PO Box 929<br>Trenton, NJ 08646-0929 | State of Tennessee<br>500 Deaderick Street<br>Nashville, TN 37242-0001 |
| State of Texas<br>105 W 16th<br>Austin, TX 78701 | State of Utah<br>160 East 300 South, 2nd Floor<br>Box 146705<br>Salt Lake City, UT 84111-2305 | Stephanie C Sparks<br>Vedder Price PC<br>100 Crescent Court, Ste 350<br>Dallas, TX 75201-2348 |
| Stephanie Elmore<br>2516 Wichita TRL<br>Sanger, TX 76266-4014 | Tennessee Dept of Revenue<br>500 Deaderick St.<br>Nashville, TN 37242-0002 | Tennessee Secretary of State<br>312 Rosa L. Parks Ave<br>6th Floor, Snodgrass Tower<br>Nashville, TN 37243-1102 |
| Texas Comptroller<br>6320 Southwest Blvd<br>Benbrook, TX 76109-6961 | Texas Secretary of State<br>PO Box 13697<br>Austin, TX 78711-3697 | The Hartford<br>3000 Internet Blvd, Ste 600<br>Frisco, TX 75034-2775 |
| Tiger Athletic Foundation<br>c/o Iaian I C Kennedy<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd, 61st Floor<br>Houston, TX 77056-6131 | Timothy J McManus<br>1650 Fillmore Street, Ste 1907<br>Denver, CO 80206-1593 | Treasurer, City of Memphis<br>PO Box 185<br>Memphis, TN 38101-0185 |
| Trustwave Holdings, Inc.<br>70 W. Madison, Ste 600<br>Chicago, IL 60602-4210 | TurnOnAccounting Services, Inc.<br>PO Box 2281<br>Keller, TX 76244-2281 | U.S Bank Trust Company, as Collateral Agent<br>Kathleen LaManna, Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 |
| U.S. Bank<br>PO Box 70870<br>Saint Paul, MN 55170-9690 | U.S. Bank National Association<br>Attn: Steven A Finklea<br>8 Greenway Plaza, Ste 1100<br>Houston, TX 77046-0892 | U.S. Bank National Association<br>c/o Kathleen M LaManna<br>Shipman & Goodman LLP<br>One Constitutional Plaza<br>Hartford, CT 06103-1919 |
| UMB Bank N.A.<br>P.O. Box 414589<br>Kansas City, MO 64141-4589 | UMB Bank National Association<br>c/o Eric A Schaffer Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1590 | UMB Bank, N.A. as Bondholder Trustee<br>Attn: Julius Zamora<br>Corporate Trust Services<br>100 William St., Suite 1850<br>New York, NY 10038-4545 |
| UMB Bank, National Association<br>REED SMITH LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201-2617 | Uline<br>12575 Uline Dr.<br>Pleasant Prairie, WI 53158-3686 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Utah Department of Revenue<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Utah Secretary of State<br>160 East 300 South, 2nd Floor<br>Salt Lake City, UT 84111-2305 |

| | | |
|---|---|---|
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-0700 | Vedder Price PC<br>1925 Century Park East, Ste 1900<br>Los Angeles, CA 90067-2754 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 |
| Virginia Dept of Revenue<br>1957 Westmoreland Street<br>Richmond, VA 23230-3225 | Virginia Secretary of State<br>1111 E Broad St., Ste 4<br>Richmond, VA 23219-1936 | Virginia State of Corporation<br>PO Box 1197<br>Richmond, VA 23218-1197 |
| West Virginia Dept of Revenue<br>1900 Kanawha Blvd E<br>Charleston, WV 25305-0800 | West Virginia Secretary of State<br>1900 Kanawha Blvd E,<br>Rm 1 Ste 175k<br>Charleston, WV 25305-0001 | Wisconsin-State Tax<br>PO Box 8965<br>Madison, WI 53708-8965 |
| Wolters Kluwer<br>28 Liberty Ave., 42nd Flr<br>New York, NY 10005-1448 | Xerox Business Solutions<br>Lockbox Services, #205354<br>2975 Regent Blvd<br>Irving, TX 75063-3155 | Xerox Financial Services LLC<br>PO Box 202882<br>Dallas, TX 75320-2882 |
| ZipRecruiter, Inc.<br>604 Arizona Ave<br>Santa Monica, CA 90401-1610 | Zurich American Insurance<br>PO Box 68549<br>Schaumburg, IL 60168-0549 | iGlass Networks<br>P O Box 1265<br>Cary, NC 27512-1265 |
| David L. Hill<br>Attorney at Law<br>210 Midland Trail, P.O. Box 506<br>Hurricane, WV 25526-0506 | David William Parham<br>Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201-2938 | Joseph Rexing Jr.<br>4501 Hitch Peter Rd<br>Evansville, IN 47711-2834 |
| Leo Rexing<br>4501 Hitch Peter Rd<br>Evansville, IN 47711-2834 | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Tiger Athletic Foundation<br>P.O. Box 711<br>Baton Rouge, LA 70821 | Alabama Dept of Revenue<br>50 N Ripley St.<br>Montgomery, AL 36130 | City of Portland<br>111 SW Columbia St, Ste. 600<br>Portland, OR 97201-5840 |
| (d)City of Portland<br>Portland Office of the City Attorney<br>1221 SW 4th Avenue, Room 430<br>Portland, OR 97204 | Department of Treasury/IRS<br>PO Box 1214<br>Charlotte, NC 28201-1214 | (d)IRS<br>1100 COMMERCE ST<br>MC 5026DAL, Dallas, TX 75242 |

Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Kansas Department of Revenue
915 SW Harrison St, Ste 300
Topeka, KS 66612

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ARRIS Solutions, Inc.

(u)American Metals Recovery and Recycling Inc

(u)Call Center Systems, LLC

(u)Fedex Supply Chain Logistics & Electronics

(u)Frase Protection, Inc.

(u)GNET ATC LLC

(u)Goodman Networks Inc d/b/a Goodman Solutio

(u)Greater Tech Holdings Inc.

(u)MBG Holdings fka American Metals Recovery

(u)The Majority Noteholder Group

(u)Wistron Neweb Corporation

(d)Glympse Inc
113 Cherry St, Ste 60215
Seattle, WA 98104-2205

(u)HCL Technologies Corporate Service Ltd
Axon Center Church Rd
Egham Surrey-TW209QB
United Kingdon, Vat. No 720-5774-42

(u)OSS-IM View
2100 Forbes Street, Unit 8-10
Whitby
Ontario-Canada, L1N-9T3

(u)Brandon Ray

(u)Chantry Quinney

(u)James Frinzi

(u)James Goodman

(u)John Goodman

End of Label Matrix
Mailable recipients    229
Bypassed recipients     19
Total                  248