BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions<br><br>DEBTOR | [214] Motion to compromise controversy with Debtor, John Goodman, and Goodman MBE Group, LP. Filed by Trustee Scott M. Seidel | Case #<br>22−31641−mvl7 |

## TYPE OF HEARING

| Trustee Scott M. Seidel | VS | |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| | | |
| Davor Rukavina | | |
| **ATTORNEY** | | **ATTORNEY** |

### EXHIBITS

TRUSTEE EXHIBIT A (SEE DKT#224)

| Hawaii Jeng | 3/24/2023 | Michelle V. Larson |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |