Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| GOODMAN NETWORKS, INC., § | |
| § | Case No. 22-31641-mvl-7 |
| Debtor. § | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

COMES NOW Scott M. Seidel, Trustee, and files this his *Witness and Exhibit List* for the April 26, 2023 hearing on the *Trustee's Expedited Motion for Order Directing Rule 2004 Examination of MBG Holdings, Inc. f/k/a American Metals Recovery and Recycling Inc.*, including any continuation thereof, as follows:

### I. WITNESSES

A. Scott M. Seidel

B. John Goodman

C. James Frinzi (live or depositon)

D. Davor Rukavina (solely for authentication)

E. impeachment witnesses as appropriate

### II. EXHIBITS

A. Secured Promissory Note

B. Security Agreement

C. UCC Financing Statement (Texas)

TRUSTEE'S WITNESS AND EXHIBIT LIST—Page 1

D. UCC Financing Statement (Nevada)

E. Settlement Agreement

F. 2/28/2023 e-mail with NDA

G. 3/8/2023 e-mail with NDA

H. 3/24/2023 e-mail with draft forbearance agreement (redacted)

I. 3/29/2023 e-mail

J. Form 8-K

K. Form 12b-25

L. Form 8-K

M. Notice of Default and Intent to Accelerate

N. 2/8/2023 deposition to James Frinzi (authentication only)

O. Impeachment exhibits as appropriate.

RESPECTFULLY SUBMITTED this 21st day of April, 2023.

                                           **MUNSCH HARDT KOPF & HARR, P.C.**

                                           By: /s/ Davor Rukavina
                                              Davor Rukavina, Esq.
                                              Texas Bar No. 24030781
                                              Thomas D. Berghman, Esq.
                                              Texas Bar No. 24082683
                                              3800 Ross Tower
                                              500 N. Akard Street
                                              Dallas, Texas 75201
                                              Telephone: (214) 855-7500
                                              Facsimile: (214) 855-7584

                                        **ATTORNEYS FOR SCOTT M. SEIDEL,**
                                        **TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 21st day of April, 2023, he caused true and correct copies of this document, with all exhibits, to be served by e-mail on Matthew Okin, Esq., and James W. Bartlett, Esq., both counsel for MBG Holdings, Inc., at mokin@okinadams.com and jbartlett@okinadams.com.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.