Matthew S. Okin
Texas Bar No. 00784695
James W. Bartlett, Jr.
Texas Bar No. 00795238
Edward A. Clarkson, III
Texas Bar No. 24059118
Okin Adams Bartlett Curry LLP
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158
mokin@okinadams.com
jbartlett@okinadams.com
eclarkson@okinadams.com

ATTORNEYS FOR MBG HOLDINGS INC.,
F/K/A AMERICAN METALS RECOVERY AND RECYCLING INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| **GOODMAN NETWORKS, INC.,** | § | |
| | § | Case No. 22-31641 (MVL) |
| Debtor. | § | |

**MBG HOLDINGS INC., F/K/A AMERICAN METALS RECOVERY**
**AND RECYCLING INC.'S WITNESS AND EXHIBIT LIST**
[Related Docket Nos. 234, 242]

MBG Holdings Inc., f/k/a American Metals Recovery and Recycling Inc. ("**MBGH**"), files this *Witness and Exhibit List* for the May 18, 2023 hearing on the *Trustee's Expedited Motion for Order Directing Rule 2004 Examination of MGB Holdings, Inc. f/k/a American Metals Recovery and Recycling In*c. [Docket No. 234], MBGH's Objection to such Motion [Docket No. 242] including any continuation thereof, the *Subpoena*, dated April 28, 2023, and MBGH's Objections and Responses to the Goodman Trustee's Request for Production, as follows:

## WITNESSES

1. James W. Bartlett, Jr. (for authentication purposes);

2. Any witness designated by any other party; and

3. Any rebuttal or impeachment witness.

## EXHIBITS

| Exhibit No. | Document |
|---|---|
| 1. | Email dated April 28, 2023 attaching subpoena |
| 2. | Email chain from May 4, 2023—May 11, 2023 regarding interim 2004 order and revised exhibits to protective order |
| 3. | Email dated May 11, 2023 attaching objections and responses to document requests |
| 4. | MBG Holdings, Inc., f/k/a American Metals Recovery and Recycling Inc.'s Objections and Responses to the Goodman Trustee's Request for Production. |
| 5. | Email dated May 11, 2023 tendering document production |
| 6. | Email chain from May 4, 2023—May 12, 2023 regarding interim 2004 order and revised exhibits to protective order |
| 7. | Email dated May 12, 2023 tendering document production |
| 8. | Email dated May 12, 2023 tendering document production |
| 9. | Email dated May 12, 2023 offering to discuss document production |
| 10. | Original Complaint |
|  | Any exhibit designated by any other party. |
|  | Any additional rebuttal or impeachment exhibits. |

Respectfully submitted this 15th day of May, 2023.

**OKIN ADAMS BARTLETT CURRY LLP**

By:  /s/ *James W. Bartlett, Jr.*
Matthew S. Okin
Texas Bar No. 00784695
James W. Bartlett, Jr.
Texas Bar No. 00795238
Edward A. Clarkson, III
Texas Bar No. 24059118
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: (713) 228-4100
Fax: (346) 247-7158
Email: jbartlett@okinadams.com

**ATTORNEYS FOR MBG HOLDINGS INC., F/K/A AMERICAN METALS RECOVERY AND RECYCLING INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a true and correct copy of this document, with all exhibits, was served via email on Davor Rukavina, drukavina@munsch.com, Brenda Funk, bfunk@munsch.com, and Thomas Bergman, tbergman@munsch.com, all counsel for Scott Seidel, trustee for the above-captioned bankruptcy case, and the Court's CM/ECF system to all parties consenting to service through the same.

By:  */s/ James W. Bartlett, Jr.*
James W. Bartlett, Jr.