| | |
|---|---|
| **From:** | James W. Bartlett, Jr. |
| **Sent:** | Thursday, May 11, 2023 7:20 PM |
| **To:** | tberghman@munsch.com; 'Guffy, Philip'; Adam Langley |
| **Cc:** | Edward Clarkson; Matthew Okin |
| **Subject:** | Initial Production |
| **Attachments:** | Attachments.txt |

Thomas/Philip/Adam, as indicated in a prior email, below please find a link to download our initial production. More documents to follow tomorrow.

**NOTE - We need to get the amended protective order exhibits finalized BEFORE anyone required to execute them sees anything in MBGH's production marked "confidential" or "attorneys' eyes only."**

Thanks.

Jim

| **ShareFile Attachments** | Expires June 10, 2023 |
|---|---:|
| MBGH - 2004 Prod 00001-MBGH - 2004 Pr...005.pdf | 9.5 MB |
| MBGH - 2004 Prod 00006-MBGH - 2004 Pr...006.pdf | 371.6 KB |
| MBGH - 2004 Prod 00007-MBGH - 2004 Pr...008.pdf | 417.1 KB |
| MBGH - 2004 Prod 00009-MBGH - 2004 Pr...012.pdf | 235.8 KB |
| MBGH - 2004 Prod 00013-MBGH - 2004 Pr...013.pdf | 146.3 KB |
| MBGH - 2004 Prod 00014-MBGH - 2004 Pr...021.pdf | 9.8 MB |
| MBGH - 2004 Prod 00022-MBGH - 2004 Pr...037.pdf | 623.7 KB |
| MBGH - 2004 Prod 00038-MBGH - 2004 Pr...050.pdf | 1.4 MB |
| MBGH - 2004 Prod 00051-MBGH - 2004 Pr...051.pdf | 146.3 KB |
| MBGH - 2004 Prod 00052-MBGH - 2004 Pr...057.pdf | 356.7 KB |
| MBGH - 2004 Prod 00058-MBGH - 2004 Pr...066.pdf | 5.9 MB |
| MBGH - 2004 Prod 00067-MBGH - 2004 Pr...073.pdf | 7.5 MB |
| MBGH - 2004 Prod 00074-MBGH - 2004 Pr...074.pdf | 201.7 KB |
| MBGH - 2004 Prod 00075-MBGH - 2004 Pr...078.pdf | 235.8 KB |
| MBGH - 2004 Prod 00079-MBGH - 2004 Pr...079.pdf | 146.3 KB |

| File | Size |
|---|---|
| MBGH - 2004 Prod 00080-MBGH - 2004 Pr...086.pdf | 7.6 MB |
| MBGH - 2004 Prod 00087-MBGH - 2004 Pr...095.pdf | 5.9 MB |
| MBGH - 2004 Prod 00096-MBGH - 2004 Pr...102.pdf | 7.5 MB |
| MBGH - 2004 Prod 00103-MBGH - 2004 Pr...110.pdf | 9.8 MB |
| MBGH - 2004 Prod 00111-MBGH - 2004 Pr...111.pdf | 240.3 KB |
| MBGH - 2004 Prod 00112-MBGH - 2004 Pr...112.pdf | 241.7 KB |
| MBGH - 2004 Prod 00113-MBGH - 2004 Pr...113.pdf | 187.6 KB |
| MBGH - 2004 Prod 00114-MBGH - 2004 Pr...114.pdf | 148.6 KB |
| MBGH - 2004 Prod 00115-MBGH - 2004 Pr...115.pdf | 162.7 KB |
| MBGH - 2004 Prod 00116-MBGH - 2004 Pr...117.pdf | 211 KB |
| MBGH - 2004 Prod 00118-MBGH - 2004 Pr...118.pdf | 110.2 KB |
| MBGH - 2004 Prod 00119-MBGH - 2004 Pr...126.pdf | 387.7 KB |
| MBGH - 2004 Prod 00127-MBGH - 2004 Pr...134.pdf | 523.1 KB |
| MBGH - 2004 Prod 00135-MBGH - 2004 Pr...169.pdf | 13.6 MB |
| MBGH - 2004 Prod 00170-MBGH - 2004 Pr...202.pdf | 14.3 MB |
| MBGH - 2004 Prod 00203-MBGH - 2004 Pr...241.pdf | 16.3 MB |
| MBGH - 2004 Prod 00242-MBGH - 2004 Pro...-K).pdf | 1.5 MB |
| MBGH - 2004 Prod 00271-MBGH - 2004 Pr...289.pdf | 596.7 KB |
| MBGH - 2004 Prod 00290-MBGH - 2004 Pr...310.pdf | 416.6 KB |
| MBGH - 2004 Prod 00311-MBGH - 2004 Pr...335.pdf | 2.5 MB |
| MBGH - 2004 Prod 00336-MBGH - 2004 Pr...356.pdf | 481.5 KB |
| MBGH - 2004 Prod 00357-MBGH - 2004 Pr...359.pdf | 248.3 KB |
| MBGH - 2004 Prod 00360-MBGH - 2004 Pr...362.pdf | 278.2 KB |
| MBGH - 2004 Prod 00363-MBGH - 2004 Pr...428.pdf | 2.9 MB |
| MBGH - 2004 Prod 00429-MBGH - 2004 Pr...438.pdf | 1.1 MB |
| MBGH - 2004 Prod 00439-MBGH - 2004 Pr...482.pdf | 2.5 MB |
| MBGH - 2004 Prod 00483-MBGH - 2004 Pr...489.pdf | 622.4 KB |
| MBGH - 2004 Prod 00490-MBGH - 2004 Pr...505.pdf | 1.1 MB |

| | |
|---|---:|
| MBGH - 2004 Prod 00506-MBGH - 2004 Pr...508.pdf | 454.5 KB |
| MBGH - 2004 Prod 00509-MBGH - 2004 Pr...513.pdf | 659 KB |
| MBGH - 2004 Prod 00514-MBGH - 2004 Pr...514.pdf | 230.2 KB |
| MBGH - 2004 Prod 00515-MBGH - 2004 Pr...515.pdf | 201.6 KB |
| MBGH - 2004 Prod 00516-MBGH - 2004 Pr...516.pdf | 203.6 KB |
| MBGH - 2004 Prod 00517-MBGH - 2004 Pr...580.pdf | 1.4 MB |
| MBGH - 2004 Prod 00581-MBGH - 2004 Pr...581.pdf | 219.1 KB |

**Download Attachments**

James Bartlett uses ShareFile to share documents securely.



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.