**From:** Rukavina, Davor [drukavina@munsch.com]
**Sent:** Friday, May 12, 2023 1:48 PM
**To:** James W. Bartlett, Jr. [jbartlett@okinadams.com]; Clarke, Brian [BrianClarke@andrewskurth.com]; Adam Langley [Adam.Langley@butlersnow.com]; Guffy, Philip [PGuffy@hunton.com]; Silverstein, Paul [PaulSilverstein@andrewskurth.com]; Funk, Brenda [bfunk@munsch.com]; Berghman, Thomas [tberghman@munsch.com]; Matthew Okin [mokin@okinadams.com]; Edward Clarkson [eclarkson@okinadams.com]; Cam Hillyer [Cam.Hillyer@butlersnow.com]
**Subject:** RE: Interim Order on 2004 Motion

James, I am good with these documents.

Thank you

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 11, 2023 4:55 PM
**To:** Clarke, Brian <BrianClarke@andrewskurth.com>; Adam Langley <Adam.Langley@butlersnow.com>; Guffy, Philip <PGuffy@hunton.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Funk, Brenda <bfunk@munsch.com>; Rukavina, Davor <drukavina@munsch.com>; Berghman, Thomas <tberghman@munsch.com>; Matthew Okin <mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion
**Importance:** High

**External Email: Use caution with links and attachments.**

All, attached are updated amended redlined versions of Exhibits A, B, and C to the protective order.

Goodman Trustee counsel, I will ask again, any comments?

Thanks.

Jim



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** James W. Bartlett, Jr.
**Sent:** Thursday, May 11, 2023 1:13 PM
**To:** Clarke, Brian <BrianClarke@andrewskurth.com>; Adam Langley <Adam.Langley@butlersnow.com>;
Guffy, Philip <PGuffy@hunton.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Funk,
Brenda <bfunk@munsch.com>; drukavina@munsch.com; tberghman@munsch.com; Matthew Okin
<mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer
<Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Sounds good, thanks for the response Brian.

Jim

**From:** Clarke, Brian <BrianClarke@andrewskurth.com>
**Sent:** Thursday, May 11, 2023 1:11 PM
**To:** James W. Bartlett, Jr. <jbartlett@okinadams.com>; Adam Langley
<Adam.Langley@butlersnow.com>; Guffy, Philip <PGuffy@hunton.com>; Silverstein, Paul
<PaulSilverstein@andrewskurth.com>; Funk, Brenda <bfunk@munsch.com>; drukavina@munsch.com;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

**GRAPHUS**
**Warning:** Sender @BrianClarke@andrewskurth.com is not yet trusted by your organization.
Please be careful before replying or clicking on the URLs.
Report Phishing Remove Banner
powered by Graphus®

Hi, Jim.  Philip and I are both tied up and will respond asap to confirm we are good.

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 11, 2023 2:04 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; Guffy, Philip <PGuffy@hunton.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Funk, Brenda <bfunk@munsch.com>; drukavina@munsch.com; tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Caution: This email originated from outside of the firm.

Okay, I'm beginning to feel like I'm being gaslighted. We are really working hard to move this process along.

Thanks.

Jim



**James W. Bartlett, Jr.**
*Okin Adams Bartlett Curry LLP*
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (-> urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** James W. Bartlett, Jr.
**Sent:** Thursday, May 11, 2023 12:19 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; Guffy, Philip <PGuffy@hunton.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Funk,

Brenda <[bfunk@munsch.com](mailto:bfunk@munsch.com)>; [drukavina@munsch.com](mailto:drukavina@munsch.com); [tberghman@munsch.com](mailto:tberghman@munsch.com); Matthew Okin <[mokin@okinadams.com](mailto:mokin@okinadams.com)>; Edward Clarkson <[eclarkson@okinadams.com](mailto:eclarkson@okinadams.com)>; Cam Hillyer <[Cam.Hillyer@butlersnow.com](mailto:Cam.Hillyer@butlersnow.com)>
**Subject:** RE: Interim Order on 2004 Motion

Any other comments?

Thanks.

Jim

---

**From:** James W. Bartlett, Jr.
**Sent:** Thursday, May 11, 2023 11:49 AM
**To:** Adam Langley <[Adam.Langley@butlersnow.com](mailto:Adam.Langley@butlersnow.com)>; Guffy, Philip <[PGuffy@hunton.com](mailto:PGuffy@hunton.com)>; Silverstein, Paul <[PaulSilverstein@andrewskurth.com](mailto:PaulSilverstein@andrewskurth.com)>; Clarke, Brian <[BrianClarke@andrewskurth.com](mailto:BrianClarke@andrewskurth.com)>; Funk, Brenda <[bfunk@munsch.com](mailto:bfunk@munsch.com)>; [drukavina@munsch.com](mailto:drukavina@munsch.com); [tberghman@munsch.com](mailto:tberghman@munsch.com); Matthew Okin <[mokin@okinadams.com](mailto:mokin@okinadams.com)>; Edward Clarkson <[eclarkson@okinadams.com](mailto:eclarkson@okinadams.com)>; Cam Hillyer <[Cam.Hillyer@butlersnow.com](mailto:Cam.Hillyer@butlersnow.com)>
**Subject:** RE: Interim Order on 2004 Motion

That's fine. I just included that because it was in the original rider. But I am fine with deleting that.

Thanks.

Jim

---

**From:** Adam Langley <[Adam.Langley@butlersnow.com](mailto:Adam.Langley@butlersnow.com)>
**Sent:** Thursday, May 11, 2023 11:47 AM
**To:** James W. Bartlett, Jr. <[jbartlett@okinadams.com](mailto:jbartlett@okinadams.com)>; Guffy, Philip <[PGuffy@hunton.com](mailto:PGuffy@hunton.com)>; Silverstein, Paul <[PaulSilverstein@andrewskurth.com](mailto:PaulSilverstein@andrewskurth.com)>; Clarke, Brian <[BrianClarke@andrewskurth.com](mailto:BrianClarke@andrewskurth.com)>; Funk,

Brenda <bfunk@munsch.com>; drukavina@munsch.com; tberghman@munsch.com; Matthew Okin
<mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer
<Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Jim,

These look good, except I propose deleting the last sentence of Exhibit A: "The Joining Party
acknowledges that the violation of any term of the Protective Order or the Interim 2004 Order could
subject the Joining Party to sanctions or punishment for contempt of Court." This acknowledgment isn't
needed and doesn't change anything.

Adam

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 11, 2023 11:37 AM
**To:** Guffy, Philip <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>; Silverstein,
Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Funk,
Brenda <bfunk@munsch.com>; drukavina@munsch.com; tberghman@munsch.com; Matthew Okin

<mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer
<Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Just following up. Does anyone have any comments to these documents?

Thanks.

Jim



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (-> urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** James W. Bartlett, Jr.
**Sent:** Wednesday, May 10, 2023 10:00 AM
**To:** Guffy, Philip <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>; Silverstein,
Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Funk,
Brenda <bfunk@munsch.com>; drukavina@munsch.com; tberghman@munsch.com; Matthew Okin
<mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer
<Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Just following up on the attached, thanks.

Jim

---

**From:** James W. Bartlett, Jr.
**Sent:** Monday, May 8, 2023 11:56 AM
**To:** Guffy, Philip <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>; Silverstein,
Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Funk,
Brenda <bfunk@munsch.com>; drukavina@munsch.com; tberghman@munsch.com; Matthew Okin
<mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer
<Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

All:

For everyone's review and comment, attached are revised Exhibits A-C to the protective order, as
directed by the interim 2004 order.

Thanks.

Jim

---

**From:** Guffy, Philip <PGuffy@hunton.com>
**Sent:** Thursday, May 4, 2023 3:08 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; James W. Bartlett, Jr.
<jbartlett@okinadams.com>
**Cc:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian
<BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Fine here.

**Philip M. Guffy | Hunton Andrews Kurth LLP**

713.220.3802 | [pguffy@huntonak.com](mailto:pguffy@huntonak.com)

600 Travis St., Ste. 4200, Houston, TX 77002

---

**From:** Adam Langley <[Adam.Langley@butlersnow.com](mailto:Adam.Langley@butlersnow.com)>
**Sent:** Thursday, May 4, 2023 3:05 PM
**To:** 'James W. Bartlett, Jr.' <[jbartlett@okinadams.com](mailto:jbartlett@okinadams.com)>; Guffy, Philip <[PGuffy@hunton.com](mailto:PGuffy@hunton.com)>
**Cc:** Silverstein, Paul <[PaulSilverstein@andrewskurth.com](mailto:PaulSilverstein@andrewskurth.com)>; Clarke, Brian
<[BrianClarke@andrewskurth.com](mailto:BrianClarke@andrewskurth.com)>; [drukavina@munsch.com](mailto:drukavina@munsch.com); Funk, Brenda <[bfunk@munsch.com](mailto:bfunk@munsch.com)>;
[tberghman@munsch.com](mailto:tberghman@munsch.com); Matthew Okin <[mokin@okinadams.com](mailto:mokin@okinadams.com)>; Edward Clarkson
<[eclarkson@okinadams.com](mailto:eclarkson@okinadams.com)>; Cam Hillyer <[Cam.Hillyer@butlersnow.com](mailto:Cam.Hillyer@butlersnow.com)>
**Subject:** RE: Interim Order on 2004 Motion

Caution: This email originated from outside of the firm.

Nothing further from FedEx.

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

[Adam.Langley@butlersnow.com](mailto:Adam.Langley@butlersnow.com) | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 2:54 PM
**To:** Guffy, Philip <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>
**Cc:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian
<BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Okay, latest draft is attached. I fixed a handful of nits and adjusted some language in a paragraph so that
it flows better. If anyone has an issue with any of my edits, please let me know.

Thanks.

Jim



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (-> urldefense.proofpoint.com)
(-> urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** Guffy, Philip <PGuffy@hunton.com>
**Sent:** Thursday, May 4, 2023 2:17 PM
**To:** James W. Bartlett, Jr. <jbartlett@okinadams.com>; Adam Langley
<Adam.Langley@butlersnow.com>

**Cc:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian
<BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Thanks, Jim. We're fine with the order subject to Brenda's change.

**Philip M. Guffy | Hunton Andrews Kurth LLP**

713.220.3802 | pguffy@huntonak.com

600 Travis St., Ste. 4200, Houston, TX 77002

---

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 2:11 PM
**To:** Guffy, Philip <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>
**Cc:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian
<BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Caution: This email originated from outside of the firm.

Yes, the financials will include the subsidiaries. Sorry for the delayed response.

Jim



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (-> urldefense.proofpoint.com)
(-> urldefense.proofpoint.com) (->
urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** Guffy, Philip <PGuffy@hunton.com>
**Sent:** Thursday, May 4, 2023 12:53 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; James W. Bartlett, Jr.
<jbartlett@okinadams.com>
**Cc:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke, Brian
<BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

To confirm, AMRR/MBG is planning to produce financials related to the subsidiaries, correct? If we're
not getting financial information about the actual operating entities, this is all a waste of time.

**Philip M. Guffy | Hunton Andrews Kurth LLP**

713.220.3802 | pguffy@huntonak.com

600 Travis St., Ste. 4200, Houston, TX 77002

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Thursday, May 4, 2023 12:32 PM
**To:** 'James W. Bartlett, Jr.' <jbartlett@okinadams.com>
**Cc:** Guffy, Philip <PGuffy@hunton.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Clarke,

Brian <BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda
<bfunk@munsch.com>; tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward
Clarkson <eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Caution: This email originated from outside of the firm.

Yes.

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 12:31 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>
**Cc:** Guffy, Philip <PGuffy@hunton.com>; paulsilverstein@huntonak.com; Clarke, Brian
<BrianClarke@andrewskurth.com>; drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** Re: Interim Order on 2004 Motion

Are you okay with Brenda's phrase?

Jim



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (-> urldefense.proofpoint.com)
(-> urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

On May 4, 2023, at 12:17 PM, Adam Langley <Adam.Langley@butlersnow.com> wrote:

I agree that subsection (a) is speaking to use, so hopefully the change is a non-issue. The
scope of the requests include subsidiaries.

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Adam.Langley@butlersnow.com | vCard | Bio


Twitter | LinkedIn | Facebook | YouTube

---

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 11:31 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Guffy, Philip'
<PGuffy@hunton.com>; paulsilverstein@HuntonAK.com; Clarke, Brian
<BrianClarke@andrewskurth.com>
**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion


I think subsection (a) just speaks to use, not the scope of the requests.


<image003.png>**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Thursday, May 4, 2023 11:21 AM
**To:** James W. Bartlett, Jr. <jbartlett@okinadams.com>; 'Guffy, Philip' <PGuffy@hunton.com>; paulsilverstein@HuntonAK.com; Clarke, Brian <BrianClarke@andrewskurth.com>
**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>; tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson <eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

I understand the legal position, but I'm not sure it relates to the Rule 2004 examination. Creditors/Trustee are going to want to know the consolidated enterprise value if there are going to be real discussions on monetizing the claims against AMRR. If AMRR is not going to participate in real monetization discussions on consolidated enterprise value based on objective information obtained through a Rule 2004 examination, please tell us.

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 11:11 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Guffy, Philip' <PGuffy@hunton.com>; paulsilverstein@HuntonAK.com; Clarke, Brian <BrianClarke@andrewskurth.com>

**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Well, I need to give that some thought. Because our position, among other things, is that neither the Estate nor GNET has any interest in the assets of MBG's subs.

<image003.png>**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Thursday, May 4, 2023 11:03 AM
**To:** James W. Bartlett, Jr. <jbartlett@okinadams.com>; 'Guffy, Philip'
<PGuffy@hunton.com>; paulsilverstein@HuntonAK.com; Clarke, Brian
<BrianClarke@andrewskurth.com>
**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Intent to is be clear we are looking at the value of AMRR as a consolidated enterprise, not just as a standalone holding company or other shell.

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 10:58 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Guffy, Philip'
<PGuffy@hunton.com>; paulsilverstein@HuntonAK.com; Clarke, Brian
<BrianClarke@andrewskurth.com>
**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion

Adam, I think the idea is the FedEx will be an MBG-authorized recipient under this Order, but will confirm today.

If I may ask, what is the reason for your edits to the last part of subsection (a)?

Thanks.


Jim



<image003.png>**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the
individual or entity to which it is addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not
the named addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please notify the sender
immediately by e-mail and delete all copies of the message.

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Thursday, May 4, 2023 10:52 AM
**To:** James W. Bartlett, Jr. <jbartlett@okinadams.com>; 'Guffy, Philip'
<PGuffy@hunton.com>; paulsilverstein@HuntonAK.com>; Clarke, Brian
<BrianClarke@andrewskurth.com>
**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Interim Order on 2004 Motion



One small change on page 3, subsection (a) shown in the above redline. Otherwise,
FedEx approves.



Please confirm that FedEx will be a MBG-authorized recipient based on the agreement
that FedEx is not seeking requests beyond the scope of the Trustee's Rule 2004 motion

at this time with FedEx reserving its right to seek its own Rule 2004 examination at a later time and MBG reserving its right to object to any future 2004 examination by FedEx.

**Adam M. Langley**

**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201

6075 Poplar Avenue, Suite 500, Memphis, TN 38119

P.O. Box 171443, Memphis, TN 38187-1443

Adam.Langley@butlersnow.com| vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** James W. Bartlett, Jr. <jbartlett@okinadams.com>
**Sent:** Thursday, May 4, 2023 10:16 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Guffy, Philip'
<PGuffy@hunton.com>; paulsilverstein@HuntonAK.com; Clarke, Brian
<BrianClarke@andrewskurth.com>
**Cc:** drukavina@munsch.com; Funk, Brenda <bfunk@munsch.com>;
tberghman@munsch.com; Matthew Okin <mokin@okinadams.com>; Edward Clarkson
<eclarkson@okinadams.com>
**Subject:** RE: Interim Order on 2004 Motion

For context, attached is the existing protective order with highlighting corresponding the provisions modified by the interim 2004 order.

Thanks.

Jim

<image003.png>**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com) (->
urldefense.proofpoint.com)
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** James W. Bartlett, Jr.
**Sent:** Thursday, May 4, 2023 9:55 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Guffy, Philip' <PGuffy@hunton.com>; paul.silverstein@andrewskurth.com>; Clarke, Brian <BrianClarke@andrewskurth.com>
**Cc:** Davor Rukavina <drukavina@munsch.com>; Funk, Brenda <bfunk@munsch.com>; Thomas Berghman <tberghman@munsch.com>; Matthew S. Okin <mokin@okinadams.com>; Edward A. Clarkson III <eclarkson@okinadams.com>
**Subject:** Interim Order on 2004 Motion

All, attached please find the proposed interim order on the Trustee's 2004 motion. This draft has been approved by MBG and the Trustee.

Any comments before we file?

Thanks.


Jim

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and
protected by legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If
you have received this e-mail in error, please notify us immediately by replying to the
sender and deleting this copy and the reply from your system. Thank you for your
cooperation.


Links contained in this email have been replaced. If you click on a link in the email
above, the link will be analyzed for known threats. If a known threat is found, you will
not be able to proceed to the destination. If suspicious content is detected, you will see
a warning.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and
protected by legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If
you have received this e-mail in error, please notify us immediately by replying to the
sender and deleting this copy and the reply from your system. Thank you for your
cooperation.


Links contained in this email have been replaced. If you click on a link in the email
above, the link will be analyzed for known threats. If a known threat is found, you will
not be able to proceed to the destination. If suspicious content is detected, you will see
a warning.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and
protected by legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If

you have received this e-mail in error, please notify us immediately by replying to the
sender and deleting this copy and the reply from your system. Thank you for your
cooperation.

Links contained in this email have been replaced. If you click on a link in the
email above, the link will be analyzed for known threats. If a known threat is
found, you will not be able to proceed to the destination. If suspicious content is
detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and
protected by legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If
you have received this e-mail in error, please notify us immediately by replying to the
sender and deleting this copy and the reply from your system. Thank you for your
cooperation.

Links contained in this email have been replaced. If you click on a link in the email
above, the link will be analyzed for known threats. If a known threat is found, you will
not be able to proceed to the destination. If suspicious content is detected, you will see
a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal
privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us
immediately by replying to the sender and deleting this copy and the reply from your system. Thank you
for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be
analyzed for known threats. If a known threat is found, you will not be able to proceed to the
destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be
analyzed for known threats. If a known threat is found, you will not be able to proceed to the
destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.