| From: | James W. Bartlett, Jr. |
|---|---|
| Sent: | Friday, May 12, 2023 3:18 PM |
| To: | tberghman@munsch.com; drukavina@munsch.com |
| Cc: | Matthew Okin; Edward Clarkson |
| Subject: | RE: MBGH's Second 2004 Production |

Thomas/Davor, if you would like to talk over the weekend about this production, I can make myself available.

Thanks.

Jim



**James W. Bartlett, Jr.**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8851
Main: (713) 228-4100
Fax: (346) 247-7158
jbartlett@okinadams.com
www.okinadams.com
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** James W. Bartlett, Jr.
**Sent:** Friday, May 12, 2023 2:53 PM
**To:** Thomas Berghman <tberghman@munsch.com>; Davor Rukavina <drukavina@munsch.com>; 'Guffy, Philip' <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>
**Cc:** Matthew S. Okin <mokin@okinadams.com>; Edward A. Clarkson III <eclarkson@okinadams.com>
**Subject:** FW: MBGH's Second 2004 Production

Adding Davor at his request. Davor, the link below should allow you to download yesterday's and today's productions.

Thanks.

Jim

| **ShareFile Attachments** | Expires June 11, 2023 |
|---|---|
| MBGH - 2004 Prod 00001-MBGH - 2004 Pr...005.pdf | 9.5 MB |
| MBGH - 2004 Prod 00006-MBGH - 2004 Pr...006.pdf | 371.6 KB |

| File | Size |
|---|---|
| MBGH - 2004 Prod 00007-MBGH - 2004 Pr...008.pdf | 417.1 KB |
| MBGH - 2004 Prod 00009-MBGH - 2004 Pr...012.pdf | 235.8 KB |
| MBGH - 2004 Prod 00013-MBGH - 2004 Pr...013.pdf | 146.3 KB |
| MBGH - 2004 Prod 00014-MBGH - 2004 Pr...021.pdf | 9.8 MB |
| MBGH - 2004 Prod 00022-MBGH - 2004 Pr...037.pdf | 623.7 KB |
| MBGH - 2004 Prod 00038-MBGH - 2004 Pr...050.pdf | 1.4 MB |
| MBGH - 2004 Prod 00051-MBGH - 2004 Pr...051.pdf | 146.3 KB |
| MBGH - 2004 Prod 00052-MBGH - 2004 Pr...057.pdf | 356.7 KB |
| MBGH - 2004 Prod 00058-MBGH - 2004 Pr...066.pdf | 5.9 MB |
| MBGH - 2004 Prod 00067-MBGH - 2004 Pr...073.pdf | 7.5 MB |
| MBGH - 2004 Prod 00074-MBGH - 2004 Pr...074.pdf | 201.7 KB |
| MBGH - 2004 Prod 00075-MBGH - 2004 Pr...078.pdf | 235.8 KB |
| MBGH - 2004 Prod 00079-MBGH - 2004 Pr...079.pdf | 146.3 KB |
| MBGH - 2004 Prod 00080-MBGH - 2004 Pr...086.pdf | 7.6 MB |
| MBGH - 2004 Prod 00087-MBGH - 2004 Pr...095.pdf | 5.9 MB |
| MBGH - 2004 Prod 00096-MBGH - 2004 Pr...102.pdf | 7.5 MB |
| MBGH - 2004 Prod 00103-MBGH - 2004 Pr...110.pdf | 9.8 MB |
| MBGH - 2004 Prod 00111-MBGH - 2004 Pr...111.pdf | 240.3 KB |
| MBGH - 2004 Prod 00112-MBGH - 2004 Pr...112.pdf | 241.7 KB |
| MBGH - 2004 Prod 00113-MBGH - 2004 Pr...113.pdf | 187.6 KB |
| MBGH - 2004 Prod 00114-MBGH - 2004 Pr...114.pdf | 148.6 KB |
| MBGH - 2004 Prod 00115-MBGH - 2004 Pr...115.pdf | 162.7 KB |
| MBGH - 2004 Prod 00116-MBGH - 2004 Pr...117.pdf | 211 KB |
| MBGH - 2004 Prod 00118-MBGH - 2004 Pr...118.pdf | 110.2 KB |
| MBGH - 2004 Prod 00119-MBGH - 2004 Pr...126.pdf | 387.7 KB |
| MBGH - 2004 Prod 00127-MBGH - 2004 Pr...134.pdf | 523.1 KB |
| MBGH - 2004 Prod 00135-MBGH - 2004 Pr...169.pdf | 13.6 MB |
| MBGH - 2004 Prod 00170-MBGH - 2004 Pr...202.pdf | 14.3 MB |

| | |
|---|---|
| MBGH - 2004 Prod 00203-MBGH - 2004 Pr...241.pdf | 16.3 MB |
| MBGH - 2004 Prod 00242-MBGH - 2004 Pro...-K).pdf | 1.5 MB |
| MBGH - 2004 Prod 00271-MBGH - 2004 Pr...289.pdf | 596.7 KB |
| MBGH - 2004 Prod 00290-MBGH - 2004 Pr...310.pdf | 416.6 KB |
| MBGH - 2004 Prod 00311-MBGH - 2004 Pr...335.pdf | 2.5 MB |
| MBGH - 2004 Prod 00336-MBGH - 2004 Pr...356.pdf | 481.5 KB |
| MBGH - 2004 Prod 00357-MBGH - 2004 Pr...359.pdf | 248.3 KB |
| MBGH - 2004 Prod 00360-MBGH - 2004 Pr...362.pdf | 278.2 KB |
| MBGH - 2004 Prod 00363-MBGH - 2004 Pr...428.pdf | 2.9 MB |
| MBGH - 2004 Prod 00429-MBGH - 2004 Pr...438.pdf | 1.1 MB |
| MBGH - 2004 Prod 00439-MBGH - 2004 Pr...482.pdf | 2.5 MB |
| MBGH - 2004 Prod 00483-MBGH - 2004 Pr...489.pdf | 622.4 KB |
| MBGH - 2004 Prod 00490-MBGH - 2004 Pr...505.pdf | 1.1 MB |
| MBGH - 2004 Prod 00506-MBGH - 2004 Pr...508.pdf | 454.5 KB |
| MBGH - 2004 Prod 00509-MBGH - 2004 Pr...513.pdf | 659 KB |
| MBGH - 2004 Prod 00514-MBGH - 2004 Pr...514.pdf | 230.2 KB |
| MBGH - 2004 Prod 00515-MBGH - 2004 Pr...515.pdf | 201.6 KB |
| MBGH - 2004 Prod 00516-MBGH - 2004 Pr...516.pdf | 203.6 KB |
| MBGH - 2004 Prod 00517-MBGH - 2004 Pr...580.pdf | 1.4 MB |
| MBGH - 2004 Prod 00581-MBGH - 2004 Pr...581.pdf | 219.1 KB |
| MBGH - 2004 Prod 00582-MBGH - 2004 Pr...582.pdf | 249.8 KB |
| MBGH - 2004 Prod 00583-MBGH - 2004 Pr...583.pdf | 359.1 KB |
| MBGH - 2004 Prod 00584-MBGH - 2004 Pr...587.pdf | 1.8 MB |
| MBGH - 2004 Prod 00588-MBGH - 2004 Pr...590.pdf | 305.1 KB |
| MBGH - 2004 Prod 00591-MBGH - 2004 Pr...593.pdf | 302.8 KB |
| MBGH - 2004 Prod 00594-MBGH - 2004 Pr...594.pdf | 273.1 KB |
| MBGH - 2004 Prod 00595-MBGH - 2004 Pr...597.pdf | 1.2 MB |
| MBGH - 2004 Prod 00598-MBGH - 2004 Pr...598.pdf | 190.5 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00599-MBGH - 2004 Pr...600.pdf | 222.7 KB |
| MBGH - 2004 Prod 00601-MBGH - 2004 Pr...603.pdf | 314.3 KB |
| MBGH - 2004 Prod 00604-MBGH - 2004 Pr...605.pdf | 423.2 KB |
| MBGH - 2004 Prod 00606-MBGH - 2004 Pr...606.pdf | 288.7 KB |
| MBGH - 2004 Prod 00607-MBGH - 2004 Pr...609.pdf | 300.9 KB |
| MBGH - 2004 Prod 00610-MBGH - 2004 Pr...612.pdf | 386.4 KB |
| MBGH - 2004 Prod 00613-MBGH - 2004 Pr...613.pdf | 228.2 KB |
| MBGH - 2004 Prod 00614-MBGH - 2004 Pr...614.pdf | 265.8 KB |
| MBGH - 2004 Prod 00615-MBGH - 2004 Pr...616.pdf | 255.7 KB |
| MBGH - 2004 Prod 00617-MBGH - 2004 Pr...617.pdf | 210.6 KB |
| MBGH - 2004 Prod 00618-MBGH - 2004 Pr...618.pdf | 264.6 KB |
| MBGH - 2004 Prod 00619-MBGH - 2004 Pr...620.pdf | 218.1 KB |
| MBGH - 2004 Prod 00621-MBGH - 2004 Pr...622.pdf | 244 KB |
| MBGH - 2004 Prod 00623-MBGH - 2004 Pr...625.pdf | 763.4 KB |
| MBGH - 2004 Prod 00626-MBGH - 2004 Pr...626.pdf | 585.4 KB |
| MBGH - 2004 Prod 00627-MBGH - 2004 Pr...627.pdf | 267.2 KB |
| MBGH - 2004 Prod 00628-MBGH - 2004 Pr...631.pdf | 2.3 MB |
| MBGH - 2004 Prod 00632-MBGH - 2004 Pr...634.pdf | 551.8 KB |
| MBGH - 2004 Prod 00635-MBGH - 2004 Pr...637.pdf | 2.7 MB |
| MBGH - 2004 Prod 00638-MBGH - 2004 Pr...638.pdf | 380.5 KB |
| MBGH - 2004 Prod 00639-MBGH - 2004 Pr...641.pdf | 639.4 KB |
| MBGH - 2004 Prod 00642-MBGH - 2004 Pr...643.pdf | 1021.2 KB |
| MBGH - 2004 Prod 00644-MBGH - 2004 Pr...646.pdf | 1 MB |
| MBGH - 2004 Prod 00647-MBGH - 2004 Pr...647.pdf | 299 KB |
| MBGH - 2004 Prod 00648-MBGH - 2004 Pr...649.pdf | 478 KB |
| MBGH - 2004 Prod 00650-MBGH - 2004 Pr...650.pdf | 446 KB |
| MBGH - 2004 Prod 00651-MBGH - 2004 Pr...651.pdf | 431.6 KB |
| MBGH - 2004 Prod 00652-MBGH - 2004 Pr...652.pdf | 427.8 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00653-MBGH - 2004 Pr...655.pdf | 1.2 MB |
| MBGH - 2004 Prod 00656-MBGH - 2004 Pr...656.pdf | 584.1 KB |
| MBGH - 2004 Prod 00657-MBGH - 2004 Pr...661.pdf | 616.7 KB |
| MBGH - 2004 Prod 00662-MBGH - 2004 Pr...665.pdf | 2.3 MB |
| MBGH - 2004 Prod 00666-MBGH - 2004 Pr...666.pdf | 675.2 KB |
| MBGH - 2004 Prod 00667-MBGH - 2004 Pr...669.pdf | 573.2 KB |
| MBGH - 2004 Prod 00670-MBGH - 2004 Pr...670.pdf | 468.8 KB |
| MBGH - 2004 Prod 00671-MBGH - 2004 Pr...673.pdf | 2.7 MB |
| MBGH - 2004 Prod 00674-MBGH - 2004 Pr...674.pdf | 435.7 KB |
| MBGH - 2004 Prod 00675-MBGH - 2004 Pr...677.pdf | 646.6 KB |
| MBGH - 2004 Prod 00678-MBGH - 2004 Pr...679.pdf | 1002.9 KB |
| MBGH - 2004 Prod 00680-MBGH - 2004 Pr...683.pdf | 858.7 KB |
| MBGH - 2004 Prod 00684-MBGH - 2004 Pr...686.pdf | 1 MB |
| MBGH - 2004 Prod 00687-MBGH - 2004 Pr...687.pdf | 358.4 KB |
| MBGH - 2004 Prod 00688-MBGH - 2004 Pr...690.pdf | 1.6 MB |
| MBGH - 2004 Prod 00691-MBGH - 2004 Pr...692.pdf | 550.1 KB |
| MBGH - 2004 Prod 00693-MBGH - 2004 Pr...697.pdf | 881.9 KB |
| MBGH - 2004 Prod 00698-MBGH - 2004 Pr...698.pdf | 519.2 KB |
| MBGH - 2004 Prod 00699-MBGH - 2004 Pr...699.pdf | 310.5 KB |
| MBGH - 2004 Prod 00700-MBGH - 2004 Pr...700.pdf | 430.5 KB |
| MBGH - 2004 Prod 00701-MBGH - 2004 Pr...701.pdf | 429.8 KB |
| MBGH - 2004 Prod 00702-MBGH - 2004 Pr...704.pdf | 1.3 MB |
| MBGH - 2004 Prod 00705-MBGH - 2004 Pr...705.pdf | 582.7 KB |
| MBGH - 2004 Prod 00706-MBGH - 2004 Pr...710.pdf | 609.8 KB |
| MBGH - 2004 Prod 00711-MBGH - 2004 Pr...712.pdf | 271.5 KB |
| MBGH - 2004 Prod 00713-MBGH - 2004 Pr...716.pdf | 2.3 MB |
| MBGH - 2004 Prod 00717-MBGH - 2004 Pr...717.pdf | 338.4 KB |
| MBGH - 2004 Prod 00718-MBGH - 2004 Pr...718.pdf | 314.9 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00719-MBGH - 2004 Pr...719.pdf | 679.1 KB |
| MBGH - 2004 Prod 00720-MBGH - 2004 Pr...722.pdf | 578.2 KB |
| MBGH - 2004 Prod 00723-MBGH - 2004 Pr...723.pdf | 527 KB |
| MBGH - 2004 Prod 00724-MBGH - 2004 Pr...726.pdf | 2.7 MB |
| MBGH - 2004 Prod 00727-MBGH - 2004 Pr...727.pdf | 373.2 KB |
| MBGH - 2004 Prod 00728-MBGH - 2004 Pr...729.pdf | 548.4 KB |
| MBGH - 2004 Prod 00730-MBGH - 2004 Pr...732.pdf | 649.7 KB |
| MBGH - 2004 Prod 00733-MBGH - 2004 Pr...734.pdf | 989.1 KB |
| MBGH - 2004 Prod 00735-MBGH - 2004 Pr...735.pdf | 255.8 KB |
| MBGH - 2004 Prod 00736-MBGH - 2004 Pr...737.pdf | 532.9 KB |
| MBGH - 2004 Prod 00738-MBGH - 2004 Pr...738.pdf | 264.3 KB |
| MBGH - 2004 Prod 00739-MBGH - 2004 Pr...742.pdf | 861.7 KB |
| MBGH - 2004 Prod 00743-MBGH - 2004 Pr...745.pdf | 1 MB |
| MBGH - 2004 Prod 00746-MBGH - 2004 Pr...746.pdf | 1.6 MB |
| MBGH - 2004 Prod 00747-MBGH - 2004 Pr...747.pdf | 464.8 KB |
| MBGH - 2004 Prod 00748-MBGH - 2004 Pr...748.pdf | 364.3 KB |
| MBGH - 2004 Prod 00749-MBGH - 2004 Pr...750.pdf | 474.6 KB |
| MBGH - 2004 Prod 00751-MBGH - 2004 Pr...751.pdf | 394.9 KB |
| MBGH - 2004 Prod 00752-MBGH - 2004 Pr...755.pdf | 750.6 KB |
| MBGH - 2004 Prod 00756-MBGH - 2004 Pr...756.pdf | 453.4 KB |
| MBGH - 2004 Prod 00757-MBGH - 2004 Pr...757.pdf | 430.6 KB |
| MBGH - 2004 Prod 00758-MBGH - 2004 Pr...758.pdf | 364.3 KB |
| MBGH - 2004 Prod 00759-MBGH - 2004 Pr...761.pdf | 1.2 MB |
| MBGH - 2004 Prod 00762-MBGH - 2004 Pr...762.pdf | 586.2 KB |
| MBGH - 2004 Prod 00763-MBGH - 2004 Pr...767.pdf | 609.9 KB |
| MBGH - 2004 Prod 00768-MBGH - 2004 Pr...771.pdf | 2.3 MB |
| MBGH - 2004 Prod 00772-MBGH - 2004 Pr...774.pdf | 555.7 KB |
| MBGH - 2004 Prod 00775-MBGH - 2004 Pr...777.pdf | 2.7 MB |

| | |
|---|---|
| MBGH - 2004 Prod 00778-MBGH - 2004 Pr...778.pdf | 434.6 KB |
| MBGH - 2004 Prod 00779-MBGH - 2004 Pr...780.pdf | 545.9 KB |
| MBGH - 2004 Prod 00781-MBGH - 2004 Pr...783.pdf | 629.1 KB |
| MBGH - 2004 Prod 00784-MBGH - 2004 Pr...785.pdf | 1018.2 KB |
| MBGH - 2004 Prod 00786-MBGH - 2004 Pr...787.pdf | 802.7 KB |
| MBGH - 2004 Prod 00788-MBGH - 2004 Pr...788.pdf | 343.1 KB |
| MBGH - 2004 Prod 00789-MBGH - 2004 Pr...789.pdf | 295.8 KB |
| MBGH - 2004 Prod 00790-MBGH - 2004 Pr...791.pdf | 484.7 KB |
| MBGH - 2004 Prod 00792-MBGH - 2004 Pr...796.pdf | 863.6 KB |
| MBGH - 2004 Prod 00797-MBGH - 2004 Pr...797.pdf | 358 KB |
| MBGH - 2004 Prod 00798-MBGH - 2004 Pr...799.pdf | 534.9 KB |
| MBGH - 2004 Prod 00800-MBGH - 2004 Pr...800.pdf | 431.8 KB |
| MBGH - 2004 Prod 00801-MBGH - 2004 Pr...801.pdf | 201.2 KB |
| MBGH - 2004 Prod 00802-MBGH - 2004 Pr...804.pdf | 1.2 MB |
| MBGH - 2004 Prod 00805-MBGH - 2004 Pr...805.pdf | 247.3 KB |
| MBGH - 2004 Prod 00806-MBGH - 2004 Pr...810.pdf | 706.2 KB |
| MBGH - 2004 Prod 00811-MBGH - 2004 Pr...811.pdf | 589.9 KB |
| MBGH - 2004 Prod 00812-MBGH - 2004 Pr...813.pdf | 431.1 KB |
| MBGH - 2004 Prod 00814-MBGH - 2004 Pr...815.pdf | 390 KB |
| MBGH - 2004 Prod 00816-MBGH - 2004 Pr...819.pdf | 2.1 MB |
| MBGH - 2004 Prod 00820-MBGH - 2004 Pr...820.pdf | 183.9 KB |
| MBGH - 2004 Prod 00821-MBGH - 2004 Pr...822.pdf | 237.2 KB |
| MBGH - 2004 Prod 00823-MBGH - 2004 Pr...825.pdf | 326.8 KB |
| MBGH - 2004 Prod 00826-MBGH - 2004 Pr...827.pdf | 454.6 KB |
| MBGH - 2004 Prod 00828-MBGH - 2004 Pr...830.pdf | 416.9 KB |
| MBGH - 2004 Prod 00831-MBGH - 2004 Pr...831.pdf | 208.8 KB |
| MBGH - 2004 Prod 00832-MBGH - 2004 Pr...833.pdf | 258.2 KB |
| MBGH - 2004 Prod 00834-MBGH - 2004 Pr...837.pdf | 368.2 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00838-MBGH - 2004 Pr...838.pdf | 245.8 KB |
| MBGH - 2004 Prod 00839-MBGH - 2004 Pr...840.pdf | 215.8 KB |
| MBGH - 2004 Prod 00841-MBGH - 2004 Pr...841.pdf | 230.9 KB |
| MBGH - 2004 Prod 00842-MBGH - 2004 Pr...842.pdf | 217.3 KB |
| MBGH - 2004 Prod 00843-MBGH - 2004 Pr...845.pdf | 798.8 KB |
| MBGH - 2004 Prod 00846-MBGH - 2004 Pr...846.pdf | 584.4 KB |
| MBGH - 2004 Prod 00847-MBGH - 2004 Pr...851.pdf | 609.7 KB |
| MBGH - 2004 Prod 00852-MBGH - 2004 Pr...852.pdf | 588 KB |
| MBGH - 2004 Prod 00853-MBGH - 2004 Pr...856.pdf | 2.3 MB |
| MBGH - 2004 Prod 00857-MBGH - 2004 Pr...859.pdf | 1.1 MB |
| MBGH - 2004 Prod 00860-MBGH - 2004 Pr...862.pdf | 571.2 KB |
| MBGH - 2004 Prod 00863-MBGH - 2004 Pr...863.pdf | 536.1 KB |
| MBGH - 2004 Prod 00864-MBGH - 2004 Pr...866.pdf | 2.7 MB |
| MBGH - 2004 Prod 00867-MBGH - 2004 Pr...867.pdf | 376.9 KB |
| MBGH - 2004 Prod 00868-MBGH - 2004 Pr...869.pdf | 482.5 KB |
| MBGH - 2004 Prod 00870-MBGH - 2004 Pr...872.pdf | 640.3 KB |
| MBGH - 2004 Prod 00873-MBGH - 2004 Pr...874.pdf | 1016 KB |
| MBGH - 2004 Prod 00875-MBGH - 2004 Pr...875.pdf | 783.3 KB |
| MBGH - 2004 Prod 00876-MBGH - 2004 Pr...878.pdf | 764.9 KB |
| MBGH - 2004 Prod 00879-MBGH - 2004 Pr...882.pdf | 858.5 KB |
| MBGH - 2004 Prod 00883-MBGH - 2004 Pr...885.pdf | 1 MB |
| MBGH - 2004 Prod 00886-MBGH - 2004 Pr...886.pdf | 384.9 KB |
| MBGH - 2004 Prod 00887-MBGH - 2004 Pr...887.pdf | 1.6 MB |
| MBGH - 2004 Prod 00888-MBGH - 2004 Pr...888.pdf | 344.5 KB |
| MBGH - 2004 Prod 00889-MBGH - 2004 Pr...889.pdf | 296.7 KB |
| MBGH - 2004 Prod 00890-MBGH - 2004 Pr...891.pdf | 487.7 KB |
| MBGH - 2004 Prod 00892-MBGH - 2004 Pr...892.pdf | 391.7 KB |
| MBGH - 2004 Prod 00893-MBGH - 2004 Pr...897.pdf | 870.2 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00898-MBGH - 2004 Pr...898.pdf | 449.7 KB |
| MBGH - 2004 Prod 00899-MBGH - 2004 Pr...899.pdf | 433.8 KB |
| MBGH - 2004 Prod 00900-MBGH - 2004 Pr...900.pdf | 499.8 KB |
| MBGH - 2004 Prod 00901-MBGH - 2004 Pr...902.pdf | 448.5 KB |
| MBGH - 2004 Prod 00903-MBGH - 2004 Pr...903.pdf | 317.1 KB |
| MBGH - 2004 Prod 00904-MBGH - 2004 Pr...906.pdf | 1.2 MB |
| MBGH - 2004 Prod 00907-MBGH - 2004 Pr...907.pdf | 247.9 KB |
| MBGH - 2004 Prod 00908-MBGH - 2004 Pr...912.pdf | 1.5 MB |
| MBGH - 2004 Prod 00913-MBGH - 2004 Pr...913.pdf | 586.7 KB |
| MBGH - 2004 Prod 00914-MBGH - 2004 Pr...917.pdf | 2.2 MB |
| MBGH - 2004 Prod 00918-MBGH - 2004 Pr...920.pdf | 296.8 KB |
| MBGH - 2004 Prod 00921-MBGH - 2004 Pr...923.pdf | 255.3 KB |
| MBGH - 2004 Prod 00924-MBGH - 2004 Pr...924.pdf | 183.9 KB |
| MBGH - 2004 Prod 00925-MBGH - 2004 Pr...926.pdf | 211.7 KB |
| MBGH - 2004 Prod 00927-MBGH - 2004 Pr...929.pdf | 314.9 KB |
| MBGH - 2004 Prod 00930-MBGH - 2004 Pr...931.pdf | 992.8 KB |
| MBGH - 2004 Prod 00932-MBGH - 2004 Pr...934.pdf | 401.6 KB |
| MBGH - 2004 Prod 00935-MBGH - 2004 Pr...935.pdf | 209.7 KB |
| MBGH - 2004 Prod 00936-MBGH - 2004 Pr...936.pdf | 203 KB |
| MBGH - 2004 Prod 00937-MBGH - 2004 Pr...938.pdf | 258.2 KB |
| MBGH - 2004 Prod 00939-MBGH - 2004 Pr...942.pdf | 368.2 KB |
| MBGH - 2004 Prod 00943-MBGH - 2004 Pr...943.pdf | 312.4 KB |
| MBGH - 2004 Prod 00944-MBGH - 2004 Pr...945.pdf | 216.3 KB |
| MBGH - 2004 Prod 00946-MBGH - 2004 Pr...947.pdf | 247.8 KB |
| MBGH - 2004 Prod 00948-MBGH - 2004 Pr...948.pdf | 216.8 KB |
| MBGH - 2004 Prod 00949-MBGH - 2004 Pr...951.pdf | 831.5 KB |
| MBGH - 2004 Prod 00952-MBGH - 2004 Pr...952.pdf | 263.1 KB |
| MBGH - 2004 Prod 00953-MBGH - 2004 Pr...957.pdf | 1.5 MB |

| | |
|---|---|
| MBGH - 2004 Prod 00958-MBGH - 2004 Pr...958.pdf | 357.2 KB |
| MBGH - 2004 Prod 00959-MBGH - 2004 Pr...962.pdf | 2.2 MB |
| MBGH - 2004 Prod 00963-MBGH - 2004 Pr...965.pdf | 291.2 KB |
| MBGH - 2004 Prod 00966-MBGH - 2004 Pr...968.pdf | 258 KB |
| MBGH - 2004 Prod 00969-MBGH - 2004 Pr...969.pdf | 194.8 KB |
| MBGH - 2004 Prod 00970-MBGH - 2004 Pr...970.pdf | 237.1 KB |
| MBGH - 2004 Prod 00971-MBGH - 2004 Pr...973.pdf | 323.6 KB |
| MBGH - 2004 Prod 00974-MBGH - 2004 Pr...975.pdf | 429.3 KB |
| MBGH - 2004 Prod 00976-MBGH - 2004 Pr...977.pdf | 357.1 KB |
| MBGH - 2004 Prod 00978-MBGH - 2004 Pr...978.pdf | 149.9 KB |
| MBGH - 2004 Prod 00979-MBGH - 2004 Pr...979.pdf | 148.7 KB |
| MBGH - 2004 Prod 00980-MBGH - 2004 Pr...981.pdf | 274 KB |
| MBGH - 2004 Prod 00982-MBGH - 2004 Pr...982.pdf | 184.9 KB |
| MBGH - 2004 Prod 00983-MBGH - 2004 Pr...986.pdf | 227 KB |
| MBGH - 2004 Prod 00987-MBGH - 2004 Pr...987.pdf | 223.1 KB |
| MBGH - 2004 Prod 00988-MBGH - 2004 Pr...988.pdf | 218.4 KB |
| MBGH - 2004 Prod 00989-MBGH - 2004 Pr...989.pdf | 273.4 KB |
| MBGH - 2004 Prod 00990-MBGH - 2004 Pr...990.pdf | 860.6 KB |
| MBGH - 2004 Prod 00991-MBGH - 2004 Pr...993.pdf | 308.2 KB |
| MBGH - 2004 Prod 00994-MBGH - 2004 Pr...994.pdf | 241.6 KB |
| MBGH - 2004 Prod 00995-MBGH - 2004 Pr...995.pdf | 202.6 KB |
| MBGH - 2004 Prod 00996-MBGH - 2004 Pr...000.pdf | 678.4 KB |
| MBGH - 2004 Prod 01001-MBGH - 2004 Pr...001.pdf | 246.3 KB |
| MBGH - 2004 Prod 01002-MBGH - 2004 Pr...005.pdf | 2.2 MB |
| MBGH - 2004 Prod 01006-MBGH - 2004 Pr...006.pdf | 187.9 KB |
| MBGH - 2004 Prod 01007-MBGH - 2004 Pr...007.pdf | 442.2 KB |
| MBGH - 2004 Prod 01008-MBGH - 2004 Pr...008.pdf | 263.1 KB |
| MBGH - 2004 Prod 01009-MBGH - 2004 Pr...011.pdf | 296.5 KB |

| | |
|---|---|
| MBGH - 2004 Prod 01012-MBGH - 2004 Pr...012.pdf | 269.2 KB |
| MBGH - 2004 Prod 01013-MBGH - 2004 Pr...015.pdf | 1.8 MB |
| MBGH - 2004 Prod 01016-MBGH - 2004 Pr...016.pdf | 184 KB |
| MBGH - 2004 Prod 01017-MBGH - 2004 Pr...018.pdf | 232 KB |
| MBGH - 2004 Prod 01019-MBGH - 2004 Pr...021.pdf | 315.1 KB |
| MBGH - 2004 Prod 01022-MBGH - 2004 Pr...023.pdf | 428.2 KB |
| MBGH - 2004 Prod 01024-MBGH - 2004 Pr...026.pdf | 229.3 KB |
| MBGH - 2004 Prod 01027-MBGH - 2004 Pr...029.pdf | 401.3 KB |
| MBGH - 2004 Prod 01030-MBGH - 2004 Pr...030.pdf | 228.9 KB |
| MBGH - 2004 Prod 01031-MBGH - 2004 Pr...031.pdf | 318.9 KB |
| MBGH - 2004 Prod 01032-MBGH - 2004 Pr...032.pdf | 208.9 KB |
| MBGH - 2004 Prod 01033-MBGH - 2004 Pr...033.pdf | 203.3 KB |
| MBGH - 2004 Prod 01034-MBGH - 2004 Pr...035.pdf | 258 KB |
| MBGH - 2004 Prod 01036-MBGH - 2004 Pr...040.pdf | 226.1 KB |
| MBGH - 2004 Prod 01041-MBGH - 2004 Pr...041.pdf | 263 KB |
| MBGH - 2004 Prod 01042-MBGH - 2004 Pr...043.pdf | 216.7 KB |
| MBGH - 2004 Prod 01044-MBGH - 2004 Pr...045.pdf | 251.2 KB |
| MBGH - 2004 Prod 01046-MBGH - 2004 Pr...047.pdf | 244.3 KB |
| MBGH - 2004 Prod 01048-MBGH - 2004 Pr...050.pdf | 838.1 KB |
| MBGH - 2004 Prod 01051-MBGH - 2004 Pr...051.pdf | 245.3 KB |
| MBGH - 2004 Prod 01052-MBGH - 2004 Pr...052.pdf | 220.9 KB |
| MBGH - 2004 Prod 01053-MBGH - 2004 Pr...057.pdf | 692.2 KB |
| MBGH - 2004 Prod 01058-MBGH - 2004 Pr...058.pdf | 357.6 KB |
| MBGH - 2004 Prod 01059-MBGH - 2004 Pr...064.pdf | 5 MB |
| MBGH - 2004 Prod 01065-MBGH - 2004 Pr...066.pdf | 288.8 KB |
| MBGH - 2004 Prod 01067-MBGH - 2004 Pr...069.pdf | 295.7 KB |
| MBGH - 2004 Prod 01070-MBGH - 2004 Pr...072.pdf | 1.8 MB |
| MBGH - 2004 Prod 01073-MBGH - 2004 Pr...074.pdf | 229.5 KB |

| | |
|---|---|
| MBGH - 2004 Prod 01075-MBGH - 2004 Pr...077.pdf | 312.8 KB |
| MBGH - 2004 Prod 01078-MBGH - 2004 Pr...079.pdf | 430.3 KB |
| MBGH - 2004 Prod 01080-MBGH - 2004 Pr...083.pdf | 330.7 KB |
| MBGH - 2004 Prod 01084-MBGH - 2004 Pr...086.pdf | 400 KB |
| MBGH - 2004 Prod 01087-MBGH - 2004 Pr...087.pdf | 209.8 KB |
| MBGH - 2004 Prod 01088-MBGH - 2004 Pr...088.pdf | 202.8 KB |
| MBGH - 2004 Prod 01089-MBGH - 2004 Pr...090.pdf | 257.1 KB |
| MBGH - 2004 Prod 01091-MBGH - 2004 Pr...094.pdf | 369.4 KB |
| MBGH - 2004 Prod 01095-MBGH - 2004 Pr...095.pdf | 292 KB |
| MBGH - 2004 Prod 01096-MBGH - 2004 Pr...096.pdf | 208.1 KB |
| MBGH - 2004 Prod 01097-MBGH - 2004 Pr...097.pdf | 226.8 KB |
| MBGH - 2004 Prod 01098-MBGH - 2004 Pr...098.pdf | 213.5 KB |
| MBGH - 2004 Prod 01099-MBGH - 2004 Pr...101.pdf | 806.6 KB |
| MBGH - 2004 Prod 01102-MBGH - 2004 Pr...102.pdf | 247.7 KB |
| MBGH - 2004 Prod 01103-MBGH - 2004 Pr...107.pdf | 695.7 KB |
| MBGH - 2004 Prod 01108-MBGH - 2004 Pr...108.pdf | 358.7 KB |
| MBGH - 2004 Prod 01109-MBGH - 2004 Pr...114.pdf | 5 MB |
| MBGH - 2004 Prod 01115-MBGH - 2004 Pr...116.pdf | 289.4 KB |
| MBGH - 2004 Prod 01117-MBGH - 2004 Pr...119.pdf | 295.1 KB |
| MBGH - 2004 Prod 01120-MBGH - 2004 Pr...122.pdf | 1.8 MB |
| MBGH - 2004 Prod 01123-MBGH - 2004 Pr...124.pdf | 229.4 KB |
| MBGH - 2004 Prod 01125-MBGH - 2004 Pr...127.pdf | 312.8 KB |
| MBGH - 2004 Prod 01128-MBGH - 2004 Pr...129.pdf | 426.3 KB |
| MBGH - 2004 Prod 01130-MBGH - 2004 Pr...132.pdf | 399.7 KB |
| MBGH - 2004 Prod 01133-MBGH - 2004 Pr...133.pdf | 208.5 KB |
| MBGH - 2004 Prod 01134-MBGH - 2004 Pr...134.pdf | 203.7 KB |
| MBGH - 2004 Prod 01135-MBGH - 2004 Pr...136.pdf | 257.7 KB |
| MBGH - 2004 Prod 01137-MBGH - 2004 Pr...141.pdf | 411 KB |

| | |
|---|---|
| MBGH - 2004 Prod 01142-MBGH - 2004 Pr...142.pdf | 295.8 KB |
| MBGH - 2004 Prod 01143-MBGH - 2004 Pr...144.pdf | 214.2 KB |
| MBGH - 2004 Prod 01145-MBGH - 2004 Pr...145.pdf | 226.4 KB |
| MBGH - 2004 Prod 01146-MBGH - 2004 Pr...146.pdf | 213 KB |
| MBGH - 2004 Prod 01147-MBGH - 2004 Pr...149.pdf | 799.3 KB |
| MBGH - 2004 Prod 01150-MBGH - 2004 Pr...158.pdf | 631.8 KB |
| MBGH - 2004 Prod 01159-MBGH - 2004 Pr...180.pdf | 4.6 MB |
| MBGH - 2004 Prod 01181-MBGH - 2004 Pr...242.pdf | 6.1 MB |
| MBGH - 2004 Prod 01243-MBGH - 2004 Pr...244.pdf | 1.7 MB |
| MBGH - 2004 Prod 01245-MBGH - 2004 Pr...248.pdf | 1.2 MB |
| MBGH - 2004 Prod 01249-MBGH - 2004 Pr...249.pdf | 201 KB |
| MBGH - 2004 Prod 01250-MBGH - 2004 Pr...253.pdf | 499.4 KB |
| MBGH - 2004 Prod 01254-MBGH - 2004 Pr...256.pdf | 392 KB |
| MBGH - 2004 Prod 01257-MBGH - 2004 Pr...257.pdf | 147.9 KB |

**Download Attachments**

James Bartlett uses ShareFile to share documents securely.

---

**From:** James W. Bartlett, Jr.
**Sent:** Friday, May 12, 2023 2:10 PM
**To:** Thomas Berghman <tberghman@munsch.com>; 'Guffy, Philip' <PGuffy@hunton.com>; Adam Langley <Adam.Langley@butlersnow.com>
**Cc:** Matthew S. Okin <mokin@okinadams.com>; Edward A. Clarkson III <eclarkson@okinadams.com>
**Subject:** MBGH's Second 2004 Production

All:

Below please find a link to download MBGH's second production of documents in response to the Goodman Trustee's 2004 document requests.

**NOTES:**

1)   Yesterday's production was Bates-labeled MBGH – 2004 Prod 00001-00581.

2)   Today's production is Bates-labeled MBGH – 2004 Prod 00582-01257.

3)  There is a specific procedure that must be followed under the existing protective order, as modified and augmented by the interim 2004 order (both are attached to this email) before anyone required to execute Exhibit A, B, or C to the protective order (I will circulate the final amended versions of those shortly as required by the interim 2004 order) is permitted to view any materials designated as "Confidential Information" or "Confidential Attorney Eyes Only Information." <span style="color:red">MBGH expects strict compliance with these orders with respect to MBGH's 2004 productions, including, without limitation, Paragraphs 10 and 11 of the protective order, as modified by the interim 2004 order</span>.

4)  A handful of pages in the financials are hard to see without zooming in. However, the data is clear once you zoom in. If this is a problem, I have some ideas and we can discuss.

5)  The draft 10-K we produced yesterday was just that – a draft. Another draft may be created before it goes final. If that happens, I will produce it.

Thanks.

Jim

| **ShareFile Attachments** | Expires June 11, 2023 |
|---|---|
| MBGH - 2004 Prod 00582-MBGH - 2004 Pr...582.pdf | 249.8 KB |
| MBGH - 2004 Prod 00583-MBGH - 2004 Pr...583.pdf | 359.1 KB |
| MBGH - 2004 Prod 00584-MBGH - 2004 Pr...587.pdf | 1.8 MB |
| MBGH - 2004 Prod 00588-MBGH - 2004 Pr...590.pdf | 305.1 KB |
| MBGH - 2004 Prod 00591-MBGH - 2004 Pr...593.pdf | 302.8 KB |
| MBGH - 2004 Prod 00594-MBGH - 2004 Pr...594.pdf | 273.1 KB |
| MBGH - 2004 Prod 00595-MBGH - 2004 Pr...597.pdf | 1.2 MB |
| MBGH - 2004 Prod 00598-MBGH - 2004 Pr...598.pdf | 190.5 KB |
| MBGH - 2004 Prod 00599-MBGH - 2004 Pr...600.pdf | 222.7 KB |
| MBGH - 2004 Prod 00601-MBGH - 2004 Pr...603.pdf | 314.3 KB |
| MBGH - 2004 Prod 00604-MBGH - 2004 Pr...605.pdf | 423.2 KB |
| MBGH - 2004 Prod 00606-MBGH - 2004 Pr...606.pdf | 288.7 KB |
| MBGH - 2004 Prod 00607-MBGH - 2004 Pr...609.pdf | 300.9 KB |
| MBGH - 2004 Prod 00610-MBGH - 2004 Pr...612.pdf | 386.4 KB |
| MBGH - 2004 Prod 00613-MBGH - 2004 Pr...613.pdf | 228.2 KB |
| MBGH - 2004 Prod 00614-MBGH - 2004 Pr...614.pdf | 265.8 KB |
| MBGH - 2004 Prod 00615-MBGH - 2004 Pr...616.pdf | 255.7 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00617-MBGH - 2004 Pr...617.pdf | 210.6 KB |
| MBGH - 2004 Prod 00618-MBGH - 2004 Pr...618.pdf | 264.6 KB |
| MBGH - 2004 Prod 00619-MBGH - 2004 Pr...620.pdf | 218.1 KB |
| MBGH - 2004 Prod 00621-MBGH - 2004 Pr...622.pdf | 244 KB |
| MBGH - 2004 Prod 00623-MBGH - 2004 Pr...625.pdf | 763.4 KB |
| MBGH - 2004 Prod 00626-MBGH - 2004 Pr...626.pdf | 585.4 KB |
| MBGH - 2004 Prod 00627-MBGH - 2004 Pr...627.pdf | 267.2 KB |
| MBGH - 2004 Prod 00628-MBGH - 2004 Pr...631.pdf | 2.3 MB |
| MBGH - 2004 Prod 00632-MBGH - 2004 Pr...634.pdf | 551.8 KB |
| MBGH - 2004 Prod 00635-MBGH - 2004 Pr...637.pdf | 2.7 MB |
| MBGH - 2004 Prod 00638-MBGH - 2004 Pr...638.pdf | 380.5 KB |
| MBGH - 2004 Prod 00639-MBGH - 2004 Pr...641.pdf | 639.4 KB |
| MBGH - 2004 Prod 00642-MBGH - 2004 Pr...643.pdf | 1021.2 KB |
| MBGH - 2004 Prod 00644-MBGH - 2004 Pr...646.pdf | 1 MB |
| MBGH - 2004 Prod 00647-MBGH - 2004 Pr...647.pdf | 299 KB |
| MBGH - 2004 Prod 00648-MBGH - 2004 Pr...649.pdf | 478 KB |
| MBGH - 2004 Prod 00650-MBGH - 2004 Pr...650.pdf | 446 KB |
| MBGH - 2004 Prod 00651-MBGH - 2004 Pr...651.pdf | 431.6 KB |
| MBGH - 2004 Prod 00652-MBGH - 2004 Pr...652.pdf | 427.8 KB |
| MBGH - 2004 Prod 00653-MBGH - 2004 Pr...655.pdf | 1.2 MB |
| MBGH - 2004 Prod 00656-MBGH - 2004 Pr...656.pdf | 584.1 KB |
| MBGH - 2004 Prod 00657-MBGH - 2004 Pr...661.pdf | 616.7 KB |
| MBGH - 2004 Prod 00662-MBGH - 2004 Pr...665.pdf | 2.3 MB |
| MBGH - 2004 Prod 00666-MBGH - 2004 Pr...666.pdf | 675.2 KB |
| MBGH - 2004 Prod 00667-MBGH - 2004 Pr...669.pdf | 573.2 KB |
| MBGH - 2004 Prod 00670-MBGH - 2004 Pr...670.pdf | 468.8 KB |
| MBGH - 2004 Prod 00671-MBGH - 2004 Pr...673.pdf | 2.7 MB |
| MBGH - 2004 Prod 00674-MBGH - 2004 Pr...674.pdf | 435.7 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00675-MBGH - 2004 Pr...677.pdf | 646.6 KB |
| MBGH - 2004 Prod 00678-MBGH - 2004 Pr...679.pdf | 1002.9 KB |
| MBGH - 2004 Prod 00680-MBGH - 2004 Pr...683.pdf | 858.7 KB |
| MBGH - 2004 Prod 00684-MBGH - 2004 Pr...686.pdf | 1 MB |
| MBGH - 2004 Prod 00687-MBGH - 2004 Pr...687.pdf | 358.4 KB |
| MBGH - 2004 Prod 00688-MBGH - 2004 Pr...690.pdf | 1.6 MB |
| MBGH - 2004 Prod 00691-MBGH - 2004 Pr...692.pdf | 550.1 KB |
| MBGH - 2004 Prod 00693-MBGH - 2004 Pr...697.pdf | 881.9 KB |
| MBGH - 2004 Prod 00698-MBGH - 2004 Pr...698.pdf | 519.2 KB |
| MBGH - 2004 Prod 00699-MBGH - 2004 Pr...699.pdf | 310.5 KB |
| MBGH - 2004 Prod 00700-MBGH - 2004 Pr...700.pdf | 430.5 KB |
| MBGH - 2004 Prod 00701-MBGH - 2004 Pr...701.pdf | 429.8 KB |
| MBGH - 2004 Prod 00702-MBGH - 2004 Pr...704.pdf | 1.3 MB |
| MBGH - 2004 Prod 00705-MBGH - 2004 Pr...705.pdf | 582.7 KB |
| MBGH - 2004 Prod 00706-MBGH - 2004 Pr...710.pdf | 609.8 KB |
| MBGH - 2004 Prod 00711-MBGH - 2004 Pr...712.pdf | 271.5 KB |
| MBGH - 2004 Prod 00713-MBGH - 2004 Pr...716.pdf | 2.3 MB |
| MBGH - 2004 Prod 00717-MBGH - 2004 Pr...717.pdf | 338.4 KB |
| MBGH - 2004 Prod 00718-MBGH - 2004 Pr...718.pdf | 314.9 KB |
| MBGH - 2004 Prod 00719-MBGH - 2004 Pr...719.pdf | 679.1 KB |
| MBGH - 2004 Prod 00720-MBGH - 2004 Pr...722.pdf | 578.2 KB |
| MBGH - 2004 Prod 00723-MBGH - 2004 Pr...723.pdf | 527 KB |
| MBGH - 2004 Prod 00724-MBGH - 2004 Pr...726.pdf | 2.7 MB |
| MBGH - 2004 Prod 00727-MBGH - 2004 Pr...727.pdf | 373.2 KB |
| MBGH - 2004 Prod 00728-MBGH - 2004 Pr...729.pdf | 548.4 KB |
| MBGH - 2004 Prod 00730-MBGH - 2004 Pr...732.pdf | 649.7 KB |
| MBGH - 2004 Prod 00733-MBGH - 2004 Pr...734.pdf | 989.1 KB |
| MBGH - 2004 Prod 00735-MBGH - 2004 Pr...735.pdf | 255.8 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00736-MBGH - 2004 Pr...737.pdf | 532.9 KB |
| MBGH - 2004 Prod 00738-MBGH - 2004 Pr...738.pdf | 264.3 KB |
| MBGH - 2004 Prod 00739-MBGH - 2004 Pr...742.pdf | 861.7 KB |
| MBGH - 2004 Prod 00743-MBGH - 2004 Pr...745.pdf | 1 MB |
| MBGH - 2004 Prod 00746-MBGH - 2004 Pr...746.pdf | 1.6 MB |
| MBGH - 2004 Prod 00747-MBGH - 2004 Pr...747.pdf | 464.8 KB |
| MBGH - 2004 Prod 00748-MBGH - 2004 Pr...748.pdf | 364.3 KB |
| MBGH - 2004 Prod 00749-MBGH - 2004 Pr...750.pdf | 474.6 KB |
| MBGH - 2004 Prod 00751-MBGH - 2004 Pr...751.pdf | 394.9 KB |
| MBGH - 2004 Prod 00752-MBGH - 2004 Pr...755.pdf | 750.6 KB |
| MBGH - 2004 Prod 00756-MBGH - 2004 Pr...756.pdf | 453.4 KB |
| MBGH - 2004 Prod 00757-MBGH - 2004 Pr...757.pdf | 430.6 KB |
| MBGH - 2004 Prod 00758-MBGH - 2004 Pr...758.pdf | 364.3 KB |
| MBGH - 2004 Prod 00759-MBGH - 2004 Pr...761.pdf | 1.2 MB |
| MBGH - 2004 Prod 00762-MBGH - 2004 Pr...762.pdf | 586.2 KB |
| MBGH - 2004 Prod 00763-MBGH - 2004 Pr...767.pdf | 609.9 KB |
| MBGH - 2004 Prod 00768-MBGH - 2004 Pr...771.pdf | 2.3 MB |
| MBGH - 2004 Prod 00772-MBGH - 2004 Pr...774.pdf | 555.7 KB |
| MBGH - 2004 Prod 00775-MBGH - 2004 Pr...777.pdf | 2.7 MB |
| MBGH - 2004 Prod 00778-MBGH - 2004 Pr...778.pdf | 434.6 KB |
| MBGH - 2004 Prod 00779-MBGH - 2004 Pr...780.pdf | 545.9 KB |
| MBGH - 2004 Prod 00781-MBGH - 2004 Pr...783.pdf | 629.1 KB |
| MBGH - 2004 Prod 00784-MBGH - 2004 Pr...785.pdf | 1018.2 KB |
| MBGH - 2004 Prod 00786-MBGH - 2004 Pr...787.pdf | 802.7 KB |
| MBGH - 2004 Prod 00788-MBGH - 2004 Pr...788.pdf | 343.1 KB |
| MBGH - 2004 Prod 00789-MBGH - 2004 Pr...789.pdf | 295.8 KB |
| MBGH - 2004 Prod 00790-MBGH - 2004 Pr...791.pdf | 484.7 KB |
| MBGH - 2004 Prod 00792-MBGH - 2004 Pr...796.pdf | 863.6 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00797-MBGH - 2004 Pr...797.pdf | 358 KB |
| MBGH - 2004 Prod 00798-MBGH - 2004 Pr...799.pdf | 534.9 KB |
| MBGH - 2004 Prod 00800-MBGH - 2004 Pr...800.pdf | 431.8 KB |
| MBGH - 2004 Prod 00801-MBGH - 2004 Pr...801.pdf | 201.2 KB |
| MBGH - 2004 Prod 00802-MBGH - 2004 Pr...804.pdf | 1.2 MB |
| MBGH - 2004 Prod 00805-MBGH - 2004 Pr...805.pdf | 247.3 KB |
| MBGH - 2004 Prod 00806-MBGH - 2004 Pr...810.pdf | 706.2 KB |
| MBGH - 2004 Prod 00811-MBGH - 2004 Pr...811.pdf | 589.9 KB |
| MBGH - 2004 Prod 00812-MBGH - 2004 Pr...813.pdf | 431.1 KB |
| MBGH - 2004 Prod 00814-MBGH - 2004 Pr...815.pdf | 390 KB |
| MBGH - 2004 Prod 00816-MBGH - 2004 Pr...819.pdf | 2.1 MB |
| MBGH - 2004 Prod 00820-MBGH - 2004 Pr...820.pdf | 183.9 KB |
| MBGH - 2004 Prod 00821-MBGH - 2004 Pr...822.pdf | 237.2 KB |
| MBGH - 2004 Prod 00823-MBGH - 2004 Pr...825.pdf | 326.8 KB |
| MBGH - 2004 Prod 00826-MBGH - 2004 Pr...827.pdf | 454.6 KB |
| MBGH - 2004 Prod 00828-MBGH - 2004 Pr...830.pdf | 416.9 KB |
| MBGH - 2004 Prod 00831-MBGH - 2004 Pr...831.pdf | 208.8 KB |
| MBGH - 2004 Prod 00832-MBGH - 2004 Pr...833.pdf | 258.2 KB |
| MBGH - 2004 Prod 00834-MBGH - 2004 Pr...837.pdf | 368.2 KB |
| MBGH - 2004 Prod 00838-MBGH - 2004 Pr...838.pdf | 245.8 KB |
| MBGH - 2004 Prod 00839-MBGH - 2004 Pr...840.pdf | 215.8 KB |
| MBGH - 2004 Prod 00841-MBGH - 2004 Pr...841.pdf | 230.9 KB |
| MBGH - 2004 Prod 00842-MBGH - 2004 Pr...842.pdf | 217.3 KB |
| MBGH - 2004 Prod 00843-MBGH - 2004 Pr...845.pdf | 798.8 KB |
| MBGH - 2004 Prod 00846-MBGH - 2004 Pr...846.pdf | 584.4 KB |
| MBGH - 2004 Prod 00847-MBGH - 2004 Pr...851.pdf | 609.7 KB |
| MBGH - 2004 Prod 00852-MBGH - 2004 Pr...852.pdf | 588 KB |
| MBGH - 2004 Prod 00853-MBGH - 2004 Pr...856.pdf | 2.3 MB |

| File | Size |
|------|------|
| MBGH - 2004 Prod 00857-MBGH - 2004 Pr...859.pdf | 1.1 MB |
| MBGH - 2004 Prod 00860-MBGH - 2004 Pr...862.pdf | 571.2 KB |
| MBGH - 2004 Prod 00863-MBGH - 2004 Pr...863.pdf | 536.1 KB |
| MBGH - 2004 Prod 00864-MBGH - 2004 Pr...866.pdf | 2.7 MB |
| MBGH - 2004 Prod 00867-MBGH - 2004 Pr...867.pdf | 376.9 KB |
| MBGH - 2004 Prod 00868-MBGH - 2004 Pr...869.pdf | 482.5 KB |
| MBGH - 2004 Prod 00870-MBGH - 2004 Pr...872.pdf | 640.3 KB |
| MBGH - 2004 Prod 00873-MBGH - 2004 Pr...874.pdf | 1016 KB |
| MBGH - 2004 Prod 00875-MBGH - 2004 Pr...875.pdf | 783.3 KB |
| MBGH - 2004 Prod 00876-MBGH - 2004 Pr...878.pdf | 764.9 KB |
| MBGH - 2004 Prod 00879-MBGH - 2004 Pr...882.pdf | 858.5 KB |
| MBGH - 2004 Prod 00883-MBGH - 2004 Pr...885.pdf | 1 MB |
| MBGH - 2004 Prod 00886-MBGH - 2004 Pr...886.pdf | 384.9 KB |
| MBGH - 2004 Prod 00887-MBGH - 2004 Pr...887.pdf | 1.6 MB |
| MBGH - 2004 Prod 00888-MBGH - 2004 Pr...888.pdf | 344.5 KB |
| MBGH - 2004 Prod 00889-MBGH - 2004 Pr...889.pdf | 296.7 KB |
| MBGH - 2004 Prod 00890-MBGH - 2004 Pr...891.pdf | 487.7 KB |
| MBGH - 2004 Prod 00892-MBGH - 2004 Pr...892.pdf | 391.7 KB |
| MBGH - 2004 Prod 00893-MBGH - 2004 Pr...897.pdf | 870.2 KB |
| MBGH - 2004 Prod 00898-MBGH - 2004 Pr...898.pdf | 449.7 KB |
| MBGH - 2004 Prod 00899-MBGH - 2004 Pr...899.pdf | 433.8 KB |
| MBGH - 2004 Prod 00900-MBGH - 2004 Pr...900.pdf | 499.8 KB |
| MBGH - 2004 Prod 00901-MBGH - 2004 Pr...902.pdf | 448.5 KB |
| MBGH - 2004 Prod 00903-MBGH - 2004 Pr...903.pdf | 317.1 KB |
| MBGH - 2004 Prod 00904-MBGH - 2004 Pr...906.pdf | 1.2 MB |
| MBGH - 2004 Prod 00907-MBGH - 2004 Pr...907.pdf | 247.9 KB |
| MBGH - 2004 Prod 00908-MBGH - 2004 Pr...912.pdf | 1.5 MB |
| MBGH - 2004 Prod 00913-MBGH - 2004 Pr...913.pdf | 586.7 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00914-MBGH - 2004 Pr...917.pdf | 2.2 MB |
| MBGH - 2004 Prod 00918-MBGH - 2004 Pr...920.pdf | 296.8 KB |
| MBGH - 2004 Prod 00921-MBGH - 2004 Pr...923.pdf | 255.3 KB |
| MBGH - 2004 Prod 00924-MBGH - 2004 Pr...924.pdf | 183.9 KB |
| MBGH - 2004 Prod 00925-MBGH - 2004 Pr...926.pdf | 211.7 KB |
| MBGH - 2004 Prod 00927-MBGH - 2004 Pr...929.pdf | 314.9 KB |
| MBGH - 2004 Prod 00930-MBGH - 2004 Pr...931.pdf | 992.8 KB |
| MBGH - 2004 Prod 00932-MBGH - 2004 Pr...934.pdf | 401.6 KB |
| MBGH - 2004 Prod 00935-MBGH - 2004 Pr...935.pdf | 209.7 KB |
| MBGH - 2004 Prod 00936-MBGH - 2004 Pr...936.pdf | 203 KB |
| MBGH - 2004 Prod 00937-MBGH - 2004 Pr...938.pdf | 258.2 KB |
| MBGH - 2004 Prod 00939-MBGH - 2004 Pr...942.pdf | 368.2 KB |
| MBGH - 2004 Prod 00943-MBGH - 2004 Pr...943.pdf | 312.4 KB |
| MBGH - 2004 Prod 00944-MBGH - 2004 Pr...945.pdf | 216.3 KB |
| MBGH - 2004 Prod 00946-MBGH - 2004 Pr...947.pdf | 247.8 KB |
| MBGH - 2004 Prod 00948-MBGH - 2004 Pr...948.pdf | 216.8 KB |
| MBGH - 2004 Prod 00949-MBGH - 2004 Pr...951.pdf | 831.5 KB |
| MBGH - 2004 Prod 00952-MBGH - 2004 Pr...952.pdf | 263.1 KB |
| MBGH - 2004 Prod 00953-MBGH - 2004 Pr...957.pdf | 1.5 MB |
| MBGH - 2004 Prod 00958-MBGH - 2004 Pr...958.pdf | 357.2 KB |
| MBGH - 2004 Prod 00959-MBGH - 2004 Pr...962.pdf | 2.2 MB |
| MBGH - 2004 Prod 00963-MBGH - 2004 Pr...965.pdf | 291.2 KB |
| MBGH - 2004 Prod 00966-MBGH - 2004 Pr...968.pdf | 258 KB |
| MBGH - 2004 Prod 00969-MBGH - 2004 Pr...969.pdf | 194.8 KB |
| MBGH - 2004 Prod 00970-MBGH - 2004 Pr...970.pdf | 237.1 KB |
| MBGH - 2004 Prod 00971-MBGH - 2004 Pr...973.pdf | 323.6 KB |
| MBGH - 2004 Prod 00974-MBGH - 2004 Pr...975.pdf | 429.3 KB |
| MBGH - 2004 Prod 00976-MBGH - 2004 Pr...977.pdf | 357.1 KB |

| | |
|---|---|
| MBGH - 2004 Prod 00978-MBGH - 2004 Pr...978.pdf | 149.9 KB |
| MBGH - 2004 Prod 00979-MBGH - 2004 Pr...979.pdf | 148.7 KB |
| MBGH - 2004 Prod 00980-MBGH - 2004 Pr...981.pdf | 274 KB |
| MBGH - 2004 Prod 00982-MBGH - 2004 Pr...982.pdf | 184.9 KB |
| MBGH - 2004 Prod 00983-MBGH - 2004 Pr...986.pdf | 227 KB |
| MBGH - 2004 Prod 00987-MBGH - 2004 Pr...987.pdf | 223.1 KB |
| MBGH - 2004 Prod 00988-MBGH - 2004 Pr...988.pdf | 218.4 KB |
| MBGH - 2004 Prod 00989-MBGH - 2004 Pr...989.pdf | 273.4 KB |
| MBGH - 2004 Prod 00990-MBGH - 2004 Pr...990.pdf | 860.6 KB |
| MBGH - 2004 Prod 00991-MBGH - 2004 Pr...993.pdf | 308.2 KB |
| MBGH - 2004 Prod 00994-MBGH - 2004 Pr...994.pdf | 241.6 KB |
| MBGH - 2004 Prod 00995-MBGH - 2004 Pr...995.pdf | 202.6 KB |
| MBGH - 2004 Prod 00996-MBGH - 2004 Pr...000.pdf | 678.4 KB |
| MBGH - 2004 Prod 01001-MBGH - 2004 Pr...001.pdf | 246.3 KB |
| MBGH - 2004 Prod 01002-MBGH - 2004 Pr...005.pdf | 2.2 MB |
| MBGH - 2004 Prod 01006-MBGH - 2004 Pr...006.pdf | 187.9 KB |
| MBGH - 2004 Prod 01007-MBGH - 2004 Pr...007.pdf | 442.2 KB |
| MBGH - 2004 Prod 01008-MBGH - 2004 Pr...008.pdf | 263.1 KB |
| MBGH - 2004 Prod 01009-MBGH - 2004 Pr...011.pdf | 296.5 KB |
| MBGH - 2004 Prod 01012-MBGH - 2004 Pr...012.pdf | 269.2 KB |
| MBGH - 2004 Prod 01013-MBGH - 2004 Pr...015.pdf | 1.8 MB |
| MBGH - 2004 Prod 01016-MBGH - 2004 Pr...016.pdf | 184 KB |
| MBGH - 2004 Prod 01017-MBGH - 2004 Pr...018.pdf | 232 KB |
| MBGH - 2004 Prod 01019-MBGH - 2004 Pr...021.pdf | 315.1 KB |
| MBGH - 2004 Prod 01022-MBGH - 2004 Pr...023.pdf | 428.2 KB |
| MBGH - 2004 Prod 01024-MBGH - 2004 Pr...026.pdf | 229.3 KB |
| MBGH - 2004 Prod 01027-MBGH - 2004 Pr...029.pdf | 401.3 KB |
| MBGH - 2004 Prod 01030-MBGH - 2004 Pr...030.pdf | 228.9 KB |

| | |
|---|---|
| MBGH - 2004 Prod 01031-MBGH - 2004 Pr...031.pdf | 318.9 KB |
| MBGH - 2004 Prod 01032-MBGH - 2004 Pr...032.pdf | 208.9 KB |
| MBGH - 2004 Prod 01033-MBGH - 2004 Pr...033.pdf | 203.3 KB |
| MBGH - 2004 Prod 01034-MBGH - 2004 Pr...035.pdf | 258 KB |
| MBGH - 2004 Prod 01036-MBGH - 2004 Pr...040.pdf | 226.1 KB |
| MBGH - 2004 Prod 01041-MBGH - 2004 Pr...041.pdf | 263 KB |
| MBGH - 2004 Prod 01042-MBGH - 2004 Pr...043.pdf | 216.7 KB |
| MBGH - 2004 Prod 01044-MBGH - 2004 Pr...045.pdf | 251.2 KB |
| MBGH - 2004 Prod 01046-MBGH - 2004 Pr...047.pdf | 244.3 KB |
| MBGH - 2004 Prod 01048-MBGH - 2004 Pr...050.pdf | 838.1 KB |
| MBGH - 2004 Prod 01051-MBGH - 2004 Pr...051.pdf | 245.3 KB |
| MBGH - 2004 Prod 01052-MBGH - 2004 Pr...052.pdf | 220.9 KB |
| MBGH - 2004 Prod 01053-MBGH - 2004 Pr...057.pdf | 692.2 KB |
| MBGH - 2004 Prod 01058-MBGH - 2004 Pr...058.pdf | 357.6 KB |
| MBGH - 2004 Prod 01059-MBGH - 2004 Pr...064.pdf | 5 MB |
| MBGH - 2004 Prod 01065-MBGH - 2004 Pr...066.pdf | 288.8 KB |
| MBGH - 2004 Prod 01067-MBGH - 2004 Pr...069.pdf | 295.7 KB |
| MBGH - 2004 Prod 01070-MBGH - 2004 Pr...072.pdf | 1.8 MB |
| MBGH - 2004 Prod 01073-MBGH - 2004 Pr...074.pdf | 229.5 KB |
| MBGH - 2004 Prod 01075-MBGH - 2004 Pr...077.pdf | 312.8 KB |
| MBGH - 2004 Prod 01078-MBGH - 2004 Pr...079.pdf | 430.3 KB |
| MBGH - 2004 Prod 01080-MBGH - 2004 Pr...083.pdf | 330.7 KB |
| MBGH - 2004 Prod 01084-MBGH - 2004 Pr...086.pdf | 400 KB |
| MBGH - 2004 Prod 01087-MBGH - 2004 Pr...087.pdf | 209.8 KB |
| MBGH - 2004 Prod 01088-MBGH - 2004 Pr...088.pdf | 202.8 KB |
| MBGH - 2004 Prod 01089-MBGH - 2004 Pr...090.pdf | 257.1 KB |
| MBGH - 2004 Prod 01091-MBGH - 2004 Pr...094.pdf | 369.4 KB |
| MBGH - 2004 Prod 01095-MBGH - 2004 Pr...095.pdf | 292 KB |

| | |
|---|---|
| MBGH - 2004 Prod 01096-MBGH - 2004 Pr...096.pdf | 208.1 KB |
| MBGH - 2004 Prod 01097-MBGH - 2004 Pr...097.pdf | 226.8 KB |
| MBGH - 2004 Prod 01098-MBGH - 2004 Pr...098.pdf | 213.5 KB |
| MBGH - 2004 Prod 01099-MBGH - 2004 Pr...101.pdf | 806.6 KB |
| MBGH - 2004 Prod 01102-MBGH - 2004 Pr...102.pdf | 247.7 KB |
| MBGH - 2004 Prod 01103-MBGH - 2004 Pr...107.pdf | 695.7 KB |
| MBGH - 2004 Prod 01108-MBGH - 2004 Pr...108.pdf | 358.7 KB |
| MBGH - 2004 Prod 01109-MBGH - 2004 Pr...114.pdf | 5 MB |
| MBGH - 2004 Prod 01115-MBGH - 2004 Pr...116.pdf | 289.4 KB |
| MBGH - 2004 Prod 01117-MBGH - 2004 Pr...119.pdf | 295.1 KB |
| MBGH - 2004 Prod 01120-MBGH - 2004 Pr...122.pdf | 1.8 MB |
| MBGH - 2004 Prod 01123-MBGH - 2004 Pr...124.pdf | 229.4 KB |
| MBGH - 2004 Prod 01125-MBGH - 2004 Pr...127.pdf | 312.8 KB |
| MBGH - 2004 Prod 01128-MBGH - 2004 Pr...129.pdf | 426.3 KB |
| MBGH - 2004 Prod 01130-MBGH - 2004 Pr...132.pdf | 399.7 KB |
| MBGH - 2004 Prod 01133-MBGH - 2004 Pr...133.pdf | 208.5 KB |
| MBGH - 2004 Prod 01134-MBGH - 2004 Pr...134.pdf | 203.7 KB |
| MBGH - 2004 Prod 01135-MBGH - 2004 Pr...136.pdf | 257.7 KB |
| MBGH - 2004 Prod 01137-MBGH - 2004 Pr...141.pdf | 411 KB |
| MBGH - 2004 Prod 01142-MBGH - 2004 Pr...142.pdf | 295.8 KB |
| MBGH - 2004 Prod 01143-MBGH - 2004 Pr...144.pdf | 214.2 KB |
| MBGH - 2004 Prod 01145-MBGH - 2004 Pr...145.pdf | 226.4 KB |
| MBGH - 2004 Prod 01146-MBGH - 2004 Pr...146.pdf | 213 KB |
| MBGH - 2004 Prod 01147-MBGH - 2004 Pr...149.pdf | 799.3 KB |
| MBGH - 2004 Prod 01150-MBGH - 2004 Pr...158.pdf | 631.8 KB |
| MBGH - 2004 Prod 01159-MBGH - 2004 Pr...180.pdf | 4.6 MB |
| MBGH - 2004 Prod 01181-MBGH - 2004 Pr...242.pdf | 6.1 MB |
| MBGH - 2004 Prod 01243-MBGH - 2004 Pr...244.pdf | 1.7 MB |

| | |
|---|---|
| MBGH - 2004 Prod 01245-MBGH - 2004 Pr...248.pdf | 1.2 MB |
| MBGH - 2004 Prod 01249-MBGH - 2004 Pr...249.pdf | 201 KB |
| MBGH - 2004 Prod 01250-MBGH - 2004 Pr...253.pdf | 499.4 KB |
| MBGH - 2004 Prod 01254-MBGH - 2004 Pr...256.pdf | 392 KB |
| MBGH - 2004 Prod 01257-MBGH - 2004 Pr...257.pdf | 147.9 KB |

Download Attachments

James Bartlett uses ShareFile to share documents securely.