

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed July 12, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Goodman Networks, Inc., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |
| | § | |
| | § | |

### ORDER GRANTING MOTION OF FORMER OFFICERS
### DEEMING PROOFS OF CLAIM AS TIMELY FILED

CAME ON FOR CONSIDERATION the *Motion of Former Officers for an Order Deeming Proofs of Claim as Timely Filed* (the "Motion")[1] of the Former Officers, pursuant to Bankruptcy Rule 3002(c)(6); and the Court having subject matter jurisdiction to consider and determine the Motion, and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

appearing that due and sufficient notice of the Motion has been given; and upon the record of the hearings on the Motion and all of the proceedings had before this Court; and all objections to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Proofs of Claim (*i.e.*, the Debus Proof of Claim No. 52; Debus Proof of Claim No. 53; the Hart Proof of Claim No. 54; the Keiffer Proof of Claim No. 55; and the Rao Proof of Claim No. 56) are deemed timely filed without prejudice to the rights of any party to contest the merits of such claims; it is further

ORDERED that this Order shall be enforceable and effective immediately upon its entry; it is further

ORDERED that this Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Order.

# # # END OF ORDER # # #

**Order Approved and Submitted By:**

ALSTON & BIRD LLP
Jared M. Slade
Texas State Bar No. 24060618
220 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Jared.Slade@alston.com

-and-

James J. Vincequerra (admitted *pro hac vice*)
Dylan S. Cassidy (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com
Email: Dylan.Cassidy@alston.com

*Attorneys for the Former Officers*

1

LEGAL02/43009078v5