**DLA PIPER LLP (US)**
James Muenker
Texas Bar No. 24002659
Noah M. Schottenstein
Texas Bar No. 24100661
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
james.muenker@us.dlapiper.com
noah.schottenstein@us.dlapiper.com

*Counsel for*
*ARRIS Solutions, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| GOODMAN NETWORKS, INC., | Case No. 22-31641 (MVL) |
| Debtor. | |

**AGREED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Noah M. Schottenstein hereby moves the Court to permit existing counsel of record for Defendant ARRIS Solutions, Inc., Amy L. Ruhland, Ryan Sullivan, Jason Hopkins, and Laura Sixkiller to withdraw and to substitute counsel of record, and would respectfully show this Court as follows:

1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 157(b)(2)(A). Local Bankruptcy Rule 2091-1 provides the legal predicate for the relief sought. Venue is proper in this Court under 28 U.S.C. § 1409.

2. ARRIS Solutions, Inc. wish to substitute counsel in this matter. Amy L. Ruhland and Ryan Sullivan have left DLA Piper US and will no longer represent ARRIS Solutions, Inc.

in this case. In addition, Laura Sixkiller and Jason Hopkins, of DLA Piper US, who has previously entered an appearance for ARRIS Solutions, Inc., in this case, wish to withdraw their appearance in this case.

3. Accordingly, ARRIS Solutions, Inc., moves to withdraw Amy L. Ruhland and Ryan Sullivan, now of Reichman Jorgensen Lehman & Feldberg LLP, and Laura Sixkiller and Jason Hopkins, of DLA Piper US, as counsel for ARRIS Solutions, Inc., and James Muenker (Texas Bar No. 24002659) of DLA Piper US will serve as substitute counsel for ARRIS Solutions, Inc.

4. Substitution of counsel will not delay this matter in any way, and ARRIS Solutions, Inc. approve of this substitution.

5. The contact information for substitute counsel is as follows:

>James Muenker
>Texas Bar No. 24002659
>1900 N. Pearl Street, Suite 2200
>Dallas, Texas 75201
>Telephone: (214) 743-4500
>Facsimile: (214) 743-4545
>Email: james.muenker@us.dlapiper.com

WHEREFORE, the ARRIS Solutions, Inc. move the Court to enter an order (1) permitting Amy L. Ruhland, Ryan Sullivan, Jason Hopkins, and Laura Sixkiller to withdraw as counsel of record; (2) allowing James Muenker of DLA Piper US to substitute as counsel of record; and (3) for all other relief, legal or equitable, that would be appropriate.

[*Signature Page Follows*]

Dated: August 22, 2023          Respectfully submitted,

By: */s/ Noah M. Schottenstein*
    **DLA PIPER LLP (US)**
    James Muenker
    Texas Bar No. 24002659
    Noah M. Schottenstein
    Texas Bar No. 24100661
    1900 N. Pearl Street, Suite 2200
    Dallas, Texas 75201
    Telephone: (214) 743-4500
    Facsimile: (214) 743-4545
    Email: james.muenker@us.dlapiper.com
            noah.schottenstein@us.dlapiper.com

*Counsel for*
*ARRIS Solutions, Inc.*


*/s/ Amy Ruhland*
Amy Ruhland
Texas Bar No. 24043561
Ryan Sullivan
Texas State Bar No. 24102548
Reichman Jorgensen Lehman & Feldberg LLP
901 S. Mopac Expressway
Building 1, Suite 300
Austin, Texas 78746
Telephone: (512) 739-6420
Email: aruhland@reichmanjorgensen.com
       rsullivan@reichmanjorgensen.com