**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 22nd day of August 2023, he personally caused to be served true and correct copies of this document and the proposed order hereon, electronically through the Court's ECF system on parties entitled to notice thereof.

*/s/ Noah M. Schottenstein*
Noah M. Schottenstein