**DLA PIPER LLP (US)**
James Muenker
Texas Bar No. 24002659
Noah M. Schottenstein
Texas Bar No. 24100661
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile:  (214) 743-4545
james.muenker@us.dlapiper.com
noah.schottenstein@us.dlapiper.com

*Counsel for*
*ARRIS Solutions, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| GOODMAN NETWORKS, INC., | Case No. 22-31641 (MVL) |
| Debtor. | |

## AGREED ORDER GRANTING MOTION TO WITHDRAW
## AND SUBSTITUTE COUNSEL OF RECORD

Came on for consideration ARRIS Solutions, Inc.'s Motion to Withdraw and Substitute Counsel of Record (the "Motion") filed by Noah M. Schottenstein in this matter, seeking and order of the Court permitting Amy L. Ruhland, Ryan Sullivan, Laura Sixkiller, and Jason Hopkins to withdraw as attorneys of record for ARRIS Solutions, Inc. and to substitute James Muenker of DLA Piper US as counsel for ARRIS Solutions, Inc. The Court having considered the Motion, finding that the Motion complies with the requirements of Local Bankruptcy Rule 2091-1, and finding that there is just cause for granting the relief requested therein, hereby ORDERS as follows:

1. Amy L. Ruhland, Ryan Sullivan, Laura Sixkiller, and Jason Hopkins are permitted to withdraw as attorneys of record for ARRIS Solutions, Inc.

2. ARRIS Solutions, Inc. may substitute James Muenker of DLA Piper US as its counsel in this matter.

# # # END OF ORDER # # #