| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 22-31641-mvl7<br>Northern District of Texas<br>Dallas<br>Mon Aug 28 16:04:13 CDT 2023 | Alimco Re Ltd.<br>2336 SE Ocean Blvd., 400<br>Stuart, FL 34996-3310 | COLLIN COUNTY TAX ASSESSOR-COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 |
| CR3 Partners, LLC<br>13355 Noel Road<br>Suite 2005<br>Dallas, TX 75240-6635 | FedEx Freight, Inc.<br>8285 Tournament Drive<br>Memphis, TN 38125-8862 | Glympse, Inc.<br>113 Cherry Street<br>Suite 60215<br>Seattle, WA 98104-2205 |
| Goodman Networks, Inc.<br>2801 Networks Blvd.<br>Suite 300<br>Frisco, TX 75034-1881 | HCL America, Inc.<br>330 Potrero Avenue<br>Sunnyvale, CA 94085-4194 | Insurance Company of the West<br>Irelan McDaniel, PLLC<br>2520 Caroline Street<br>2nd Floor<br>Houston, TX 77004-1000 |
| JLP Credit Opportunity IDF Series Interests<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 | JLP Credit Opportunity Master Fund Ltd.<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 | JLP Institutional Credit Master Fund LP<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 |
| Munsch Hardt Kopf<br>500 N. Akard Street<br>Ste 3800<br>Dallas, TX 75201-6659 | Prosperity Bank<br>217 E. FM 1382<br>Cedar Hill, TX 75104-2147 | Texas Comptroller of Public Accounts, Revenu<br>Courtney Hull<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| (p)TIGER ATHLETIC FOUNDATION<br>P O BOX 711<br>BATON ROUGE LA 70821-0711 | U.S. Bank National Association, as Collatera<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | UMB Bank, National Association, as indenture<br>Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1590 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 1099 Pro LLC<br>23901 Calabasas Rd<br>Suite 2080<br>Calabasas, CA 91302-4104 | 45700 Twelve Mile LLC<br>c/o Nicholas J. Bachand<br>2411 Vinewood<br>Detroit, MI 48216-1062 |
| ABC/Amega<br>500 Smeca St., Ste 503<br>Buffalo, NY 14204-1963 | AIT Worldwide Logistics<br>P O Box 775379<br>Chicago, IL 60677-5379 | ALIMCO RE Ltd<br>c/o Paul N. Silverstein Hunton<br>Andrews Kurth LLP<br>200 Park Avenue<br>New York, NY 10166-0005 |
| ALIMCO RE Ltd<br>c/o Philip Michael Guffy<br>Hunton Andrews Kurth LLP<br>600 Travis St., Suite 4200<br>Houston, TX 77002-2929 | ARRIS Solutions Inc<br>3871 Lakefield Drive<br>Suwanee, GA 30024-1292 | ARRIS Solutions Inc<br>c/o Amy L Ruhland DLA Piper LLP<br>303 Colorado St., Ste 3000<br>Austin, TX 78701-4654 |
| ARRIS Solutions Inc<br>c/o Jason M Hopkins DLA Piper LLP<br>1900 N Pearl St., Ste 2200<br>Dallas, TX 75201-2482 | ARRIS Solutions Inc<br>c/o Laura Sixkiller DLA Piper LLP<br>2525 E Camelback Rd., Ste 1000<br>Phoenix, AZ 85016-4232 | ARRIS Solutions Inc<br>c/o Ryan J Sullivan DLA Piper LLP<br>303 Colorado St., Ste 3000<br>Austin, TX 78701-4654 |

ARRIS Solutions, Inc.
c/o Ryan Sullivan
DLA Piper LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4654

AT&T
One AT&T Way
Bedminster, NJ 07921-2694

AT&T
P O Box 5019
Carol Stream, IL 60197-5019

AT&T Corp. and its affiliates
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2693

AT&T Mobility
PO Box 9004
Carol Stream, IL 60197-9004

Advantange Storage
3540 Legacy Dr
Frisco, TX 75034-6731

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Alabama Department of Revenue
Individual and Corporate Tax Division
Corporate Tax Section
P O Box 327430
Montgomery, AL 36132-7430

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Alabama Secretary of State
PO Box 5616
Montgomery, AL 36103-5616

Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387

Amanda Miyashiro
c/o Cory D Britt
O'Connor Acciani & Levy LPA
600 Vine St., Ste 1600
Cincinnati, OH 45202-1133

Amazon.com Services Inc
P O Box 84171
Seattle, WA 98124-5471

Amazon.com Services LLC
c/o K&L Gates LLP
ATTN: Brian T. Peterson
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158

American Metals Recovery and Recycling I
c/o James O'Bell
4301 Westbank Dr., Ste B-110
Austin, TX 78746-0008

American Stock Transfer & Trust Co, LLC
6201 15th Avenue
Brooklyn, NY 11219-5441

Anthony Rao
6 Sprucewood Lane
Westport, CT 06880-4021

Appian Corporation
11955 Democracy Drive, Ste 1700
Reston, VA 20190-5661

Arizona Dept of Revenue
1600 W Monroe St.
Phoenix, AZ 85007-2650

Arizona Secretary of State
400 W Congress St, Ste 141
Tucson, AZ 85701-1352

Baker Tilly US, LLP
Paul Margala
4807 Innovate Lane
Madison, WI 53718-9405

Baker Tilly Virchow Krause LLC
2500 Dallas Parkway, Ste 300
Plano, TX 75093-4872

Birmingham Finance Dept
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203-0100

Brandon Ray and Chantry Quinney
c/o Bob Debes
Shellist Lazarz Slobin, LLP
11 Greenway Plaza, Ste. 1515
Houston, TX 77046-1108

Brian Lohan
250 W 55th Street
New York, NY 10019-9710

Brinks Home Security
Dept CH 8628
1990 Wittington Pl
Dallas, TX 75234-1904

Brown & Joseph LLC
P O Box 249
Itasca, IL 60143-0249

CFGI Holdings LLC
1 Lincoln St, 13th Floor
Boston, MA 02111-2906

CLM Matrix
P O Box 732961
Dallas, TX 75373-2961

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069-3276

California State Tax
300 S Spring St, Ste 5704
Los Angeles, CA 90013-1265

Call Center System LLC
321 Venable Rd, Suite 1
Winchester, KY 40391-9715

Call Center Systems LLC
c/o Sam Emerick
Law Offices of Sam Emerick PC
18208 Preston Rd., Ste D9-270
Dallas, TX 75252-6007

Canon Financial Services, Inc
14904 Collections Center Dr
Chicago, IL 60673-0149

Capitol Services Inc
P O Box 1831
Austin, TX 78767-1831

Ceridian Benefit Services
3311 E Old Shakopee
Minneapolis, MN 55425-1640

Ceridian HCM, Inc.
3311 E. Old Shakopee Road
Minneapolis, MN 55425-1640

Charles J McGuire
McGuire Craddock & Struther PC
500 N Akard St., Ste 2200
Dallas, TX 75201-3317

City of Birmingham, Alabama
710 20th Street North
Suite 600
Birmingham, AL 35203-2281

(p)CITY OF PORTLAND
OFFICE OF CITY ATTORNEY
RM 430
1221 SW 4TH AVE
PORTLAND OR 97204-1991

Clark Hill Strasburger LLP
901 Main St., Suite 6000
Dallas, TX 75202-3748

Click Labs Inc
4830 West Kennedy Blvd., Ste 600
Tampa, FL 33609-2584

Collin County Tax Assessor-Collector
c/o Paul M Lopez
Abertnathy Roeder Boyd & Hullett PC
1700 Redbud Blvd., Ste 300
McKinney, TX 75069-3276

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

CompuCom Systems Inc
8106 Calvin Hall Rd
Fort Mill, SC 29707-8739

Connecticut-State Tax
450 Columbus Blvd., Ste 1
Hartford, CT 06103-1837

Connor Lee & Shumaker
609 Castle Ridge Rd., Ste 450
Austin, TX 78746-5196

Debes Law Firm
c/o Robert R Debes, Jr.
11 Greenway Plaza, Suite 1515
Houston, Texas 77046-1108

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dominion Energy
PO Box 27463
Richmond, VA 23261-7463

Donlen LLC
3000 Lakeside Dr.
2nd floor
Bannockburn, IL 60015-1229

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Dunn & Bradstreet
75 Remittance Dr., Suite 1096
Chicago, IL 60675-1096

Enterprise Rent-A-Car
P O Box 801988
Kansas City, MO 64180-1988

Experis US Inc
29973 Network Place
Chicago, IL 60673-1299

Express Information Systems, Inc
P O Box 691261
San Antonio, TX 78269-1261

FedEx Freight
P O Box 223125
Pittsburgh, PA 15251-2125

FedEx Supply Chain Logistics & Electroni
3630 Hacks Cross Rd Bldg C, 3rd floor
Memphis, TN 38125-8800

FedEx Supply Chain Logistics & Electroni
c/o Adam M Langley
Butler Snow LLP
6075 Poplar Ave., Ste 500
Memphis, TN 38119-0102

FedEx Supply Chain Logistics & Electroni
c/o Candice Carson
Butler Snow LLP
2911 Turtle Creek Blvd., Ste 1400
Dallas, TX 75219-6258

| | | |
|---|---|---|
| FedEx Supply Chain Logistics & Electronics,<br>145 Lt. George W. Lee Avenue<br>Memphis, TN 38103-4025 | Fedex Supply Chain Logistics & Electronic, I<br>c/o Candice Carson<br>Butler Snow LLP<br>291 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219 | Ferguson Braswell Fraser Kubasta<br>2500 Dallas Pkwy, Ste 600<br>Plano, TX 75093-4820 |
| First Advantage Background Services Corp<br>1 Concourse Pkwy NE, Ste 200<br>Atlanta, GA 30328-5346 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Frase Protection Inc<br>818 Willow Tree Circle<br>Cordova, TN 38018-6376 |
| Frase Protection Inc<br>c/o Adam M Langley Butler Snow LLP<br>6075 Poplar Ave., Ste 500<br>Memphis, TN 38119-0102 | Frase Protection Inc<br>c/o Candice Carson Butler Snow LLP<br>2911 Turtle Creek Blvd, Ste 1400<br>Dallas, TX 75219-6258 | Genesis Occupational Health<br>P O Box 1246<br>Moline, IL 61266-1246 |
| Glympse Inc<br>c/o Adam M Langley Butler Snow LLP<br>6075 Poplar Ave., Ste 500<br>Memphis, TN 38119-0102 | Glympse Inc<br>c/o Candice Carson Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219-6258 | Grant Thornton LLP<br>1717 Main Street, Ste 1800<br>Dallas, TX 75201-4657 |
| Greater Tech Holdings Inc<br>103 Industrial Loop, Ste 1000<br>Fredericksburg, TX 78624-5463 | Greater Tech Holdings, Inc.<br>c/o Jarom J. Yates<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Ste 700<br>Dallas, TX 75219-7673 | HCL America Inc and HCL Technologies<br>c/o Adam M Langley<br>Butler Snow LLP<br>Memphis, TN 38119 |
| HCL American Inc and HCL Technologies<br>c/o Candice Carson<br>Butler Snow LLP<br>2911 Turtle Creek Blvd., Ste 1400<br>Dallas, TX 75219-6258 | Hall 2801 Network Associates, LLC<br>6801 Gaylord Pkwy, Ste 406<br>Frisco, TX 75034-5981 | Hall Park<br>2801 Network Blvd., Ste 300<br>Frisco, TX 75034-1881 |
| Hartford Fire Insurance Company c/o Mark G.<br>1133 Westchester Ave.<br>White Plains, NY 10604-3516 | Haynes & Boone LLP<br>2323 Victory Ave, Ste 700<br>Dallas, TX 75219-7673 | Homer Escamilla<br>8618 Kallison Arbor<br>San Antonio, TX 78254-4556 |
| ICW Group<br>15025 Innovation Drive<br>San Diego, CA 92128-3456 | Illinois Dept of Revenue<br>9511 Harrison St.<br>Des Plaines, IL 60016-1563 | (p)ILLINOIS SECRETARY OF STATE<br>298 HOWLETT BUILDING<br>SPRINGFIELD IL 62756-0001 |
| Indeed, Inc<br>P O Box 660367<br>Dallas, TX 75266-0367 | Insurance Company of the West<br>2520 Caroline St, 2nd Floor<br>Houston, TX 77004-1000 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Intrado Digital Media LLC<br>11808 Miracle Hills<br>Omaha, NE 68154-4403 | Intralinks Inc<br>P O Box 392134<br>Pittsburgh, PA 15251-9134 | JLP Credit Opportunity IDF Series<br>Interests of Sali Multi-Series Fund LP<br>c/o Paul N Silverstein<br>200 Park Avenue<br>New York, NY 10166-0005 |

```
JLP Credit Opportunity IDF Series         JLP Credit Opportunity Master Fund Ltd    JLP Credit Opportunity Master Fund Ltd
Interests of Sali Multi-Series Fund LP    c/o Paul N. Silverstein                   c/o Philip Michael Guffy
c/o Philip Michael Guffy                  Hunton Andrews Kurth LLP                  Hunton Andrews Kurth LLP
600 Travis St., Suite 4200                200 Park Avenue                           600 Travis St., Ste 4200
Houston, TX 77002-2929                    New York, NY 10166-0005                   Houston, TX 77002-2929


JLP Institutional Credit Master Fund LP   JLP Institutional Credit Master Fund LP   James Frinzi
c/o Paul N Silverstein                    c/o Philip Michael Guffy                  c/o James O'Bell
Hunton Andrews Kurth LLP                  Hunton Andrews Kurth LLP                  4301 Westbank Dr., Ste B-110
200 Park Avenue                           600 Travis St., Ste 4200                  Austin, TX 78746-0008
New York, NY 10166-0005                   Houston, TX 77002-2929


James Frinzi                              James Goodman                             James Goodman
c/o Wick Phillips Attn: Scott Lawrence    301 Tomahawk Trail                        c/o Matthias Kleinsasser Winstead PC
3131 McKinney Ave., Suite 500             San Antonio, TX 78232-3615                300 Throckmorton St., Ste 1700
Dallas, TX 75204-2441                                                               Fort Worth, TX 76102-2928


John A Goodman                            John A. Goodman                           John Debus
1008 Middle Creek Rd                      c/o Jarom J. Yates                        4221 Beaverbroook Pl
Fredericksburg, TX 78624-7009             Haynes and Boone, LLP                     Dallas, TX 75229-5352
                                          2323 Victory Avenue, Ste 700
                                          Dallas, TX 75219-7673


Johnson Controls                          Joseph Hart IV                            Joseph L Rexing Jr & Leo Rexing
PO Box 371967                             3630 40th Ave W                           c/o Ryan M Schulz
Pittsburgh, PA 15250-7967                 Seattle, WA 98199-1925                    Kahn Dees Donovan & Kahn LLP
                                                                                    501 Main St, Ste 305
                                                                                    Evansville, IN 47708-1631


Joseph Rexing JR and Leo R. Rexing        Kansas City Finance Dept                  (p)KANSAS DEPARTMENT OF REVENUE
4501 Hitch Peter Rd                       701 N 7th St, Ste 330                     PO BOX 12005
Evansville, IN 47711-2834                 Kansas, KS 66101-3070                     TOPEKA KS 66601-3005


Kansas Secretary of State                 Katz Korin Cunningham                     Katz Korin Cunningham, n/k/a Stoll Keenon Od
1420 C of E Dr, Ste 6                     Attorneys at Law                          Stoll Keenon Ogden, PLLC
Emporia, KS 66801-2585                    The Emelie Bldg, 334 N Senate Ave         Attn: Brooke Smith
                                          Indianapolis, IN 46204                    334 N. Senate Avenue
                                                                                    Indianapolis, IN 46204-1708


Kenneth N Hickox Jr                       Kentucky Department of Revenue            Kentucky Dept of Revenue
1345 N Loop 1604 E, Suite 103             P O Box 5222                              501 High St
Dallas, TX 78232                          Frankfort, KY 40602-5222                  Frankfort, KY 40601-2103


Kentucky Secretary of State               Kronos Incorporated                       Lamont Hanley & Associates
700 Capital Ave, Ste 152                  PO Box 744724                             1138 Elm Street
Frankfort, KY 40601-3490                  Atlanta, GA 30374-4724                    Manchester, NH 03101-1531


Louisiana Department of Revenue           Louisiana Dept of Revenue                 Louisiana Secretary of State
Bankruptcy Section                        617 North Third Street                    3851 Essen Ln
P.O. BOX 66658                            Baton Rouge, LA 70802-5432                Baton Rouge, LA 70809-2137
Baton Rouge, LA 70896-6658
```

| | | |
|---|---|---|
| Main Street DBAs<br>PO Box 1863<br>West Chester, OH 45071-1863 | Mark Keiffer<br>3021 Ridge Road, Suite A281<br>Rockwall, TX 75032-5830 | Marsh & McLennan Agency<br>PO Box 744833<br>Atlanta, GA 30374-4833 |
| MasTec North America<br>800 Douglas Road, 12th Floor<br>Coral Gables, FL 33134-3125 | Matthias Kleinsasser and Sahrish Soleja<br>Winstead PC<br>300 Throckmorton Street, Suite 1700<br>Fort Worth, Texas 76102-2928 | McCarthy Burgess & Wolff<br>26000 Cannon Rd<br>Bedford, OH 44146-1807 |
| Michele D Ross Reed Smith LLP<br>1301 K Street, NW, Ste 1000<br>East Tower<br>Washington, DC 20005-3373 | Michigan Department of Treasury<br>Bankruptcy Unit, P.O. Box 30168<br>Lansing, MI 48909-7668 | Michigan Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 |
| Michigan Dept of Revenue<br>430 W Allegan St<br>Lansing, MI 48933-1592 | Michigan Secretary of State<br>7090 Sashabaw Rd<br>Clarkston, MI 48348-4736 | Microsoft Corporation and Microsoft Licensi<br>Fox Rothschild LLP<br>Attn: Maria A. Milano<br>1001 4th Ave. Suite 4500<br>Seattle, WA 98154-1192 |
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052-8300 | Microsoft Licensing, GP<br>One Microsoft Way<br>Redmond, WA 98052-8300 | Monika Singh Sanford<br>Haynes and Boone LLP<br>2323 Victory Ave., Ste 700<br>Dallas, TX 75219-7673 |
| Montana Dept of Revenue<br>125 N Roberts St<br>Helena, MT 59601-4558 | Montana Secretary of State<br>1301 E 6th Ave, Ste 2<br>Helena, MT 59601-3896 | National Union Fire Insurance Co of Pittsbur<br>28 Liberty Street, Floor 22<br>New York, NY 10005-1495 |
| New Hampshire Department of Revenue Administ<br>NH-DRA Legal Bureau<br>P.O. Box 457<br>Concord, NH 03302-0457 | New Hampshire Dept of Revenue<br>109 Pleasant St<br>Concord, NH 03301-3852 | New Hampshire Secretary of State<br>107 N Main St<br>Concord, NH 03301-4989 |
| New Jersey Dept of Revenue<br>50 Barrack Street, 1st Floor Lobby<br>Trenton, NJ 08695-0001 | New Jersey Secretary of State<br>125 W Sate St<br>Trenton, NJ 08608-1101 | New Jersey-State Tax<br>PO Box 900<br>Trenton, NJ 08646-0900 |
| New Mexico Dept of Revenue<br>1100 South St. Francis Dr.<br>Santa Fe, NM 87505-4147 | New Mexico Secretary of State<br>325 Don Gaspar Av, Ste 300<br>Santa Fe, NM 87501-4401 | New York Dept of Revenue<br>One Commerce Plaza<br>99 Washington Ave<br>Albany, NY 12210-2822 |
| New York Secretary of State<br>123 William St., Ste 2<br>New York, NY 10038-3811 | NextStep Recruiting LLC<br>4400 State Highway 121, Ste 300<br>Lewisville, TX 75056-5157 | Occupational Health Centers<br>PO Box 82730<br>Hapeville, GA 30354-0730 |

| | | |
|---|---|---|
| Ogletree Deakins Nash Smoak<br>& Stewart PC<br>50 International Dr, Ste 200<br>Greenville, SC 29615-4832 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O.Box 530<br>Columbus, OH 43216-0530 | Ohio Treasurer of State<br>150 E Gay Street<br>Columbus, OH 43215-3130 |
| Oregon-State Tax<br>955 Center Street NE<br>Salem, OR 97301-2553 | Oriental Bank<br>PO Box 191429<br>San Juan, PR 00919-1429 | PC Connection Sales Corporation<br>730 Milford Road<br>Merrimack, NH 03054-4612 |
| Paducah Finance Dept<br>300 S 5th St<br>Paducah, KY 42003-1527 | Parks Coffee<br>PO Box 110209<br>Carrollton, TX 75011-0209 | PayScale, Inc.<br>PO Box 207845<br>Dallas, TX 75320-7845 |
| Penske Truck Leasing Co, LP<br>PO Box 827380<br>Philadelphia, PA 19182-7380 | Quisitive, LLC<br>1431 Greenway Drive, Ste 1000<br>Irving, TX 75038-2476 | RSM US LLP<br>13155 Noel Rd, Ste 2200<br>Dallas, TX 75240-5205 |
| Reed Smith LLP<br>1301 K Street NW Ste. 1000<br>East Tower<br>Washington, DC 20005-3373 | Rex Recovery<br>10000 Sagemore Dr., Ste 202<br>Marlton, NJ 08053-3944 | Rexing Land LLC<br>9631 Hedden Road<br>Evansville, IN 47725-8901 |
| Rexing Properties<br>P.O. Box 23039<br>Evansville, IN 47724-1039 | Rhode Island Dept of Revenue<br>1 Capitol View Ave<br>Providence, RI 02908 | Rhode Island Secretary of State<br>82 Smith St<br>Providence, RI 02903-1199 |
| Richmond Finance Dept<br>900 E Broad St, Ste 103<br>Richmond, VA 23219-1907 | Russell F Nelms<br>115 Kay Lane<br>Westworth Village, TX 76114-3533 | Russell F. Nelms<br>115 Kay Lay<br>Westworth Village, TX 76114-3533 |
| Russell T Jackson<br>Thomas J Henry Law PLLC<br>5711 University Heights, Ste 101<br>San Antonio, TX 78249-3555 | SG Risk, LLC<br>1050 Wall Street West, Ste 202<br>Lyndhurst, NJ 07071-3615 | SHI International Corp.<br>290 Davidson Ave.<br>Somerset, NJ 08873-4145 |
| Seyfarth Shaw Attorneys<br>233 S. Wacker Drive, Ste 8000<br>Chicago, IL 60606-6448 | Sheakley UniServices, Inc.<br>PO Box 465063<br>Cincinnati, OH 45246 | Shelby County, TN<br>157 Poplar Ave., 2nd Floor<br>Memphis, TN 38103-1948 |
| Silkroad Technologies Inc<br>100 S Wacker Dr, Ste 201<br>Chicago, IL 60606-4006 | Skillsoft Corporation<br>300 Innovative Way, Ste 201<br>Nashua, NH 03062-5746 | South Carolina Dept of Revenue<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210-5666 |

| | | |
|---|---|---|
| South Carolina Secretary of State<br>1205 Pendleton St, Ste 525<br>Columbia, SC 29201-3745 | State Corporation Commission<br>1108 E Main St<br>Richmond, VA 23219-3539 | State of New Jersey<br>PO Box 929<br>Trenton, NJ 08646-0929 |
| (p)STATE OF NEW JERSEY DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | State of Tennessee<br>500 Deaderick Street<br>Nashville, TN 37242-0001 | State of Texas<br>105 W 16th<br>Austin, TX 78701 |
| State of Utah<br>160 East 300 South, 2nd Floor<br>Box 146705<br>Salt Lake City, UT 84111-2305 | Stephanie C Sparks<br>Vedder Price PC<br>100 Crescent Court, Ste 350<br>Dallas, TX 75201-2348 | Stephanie Elmore<br>2516 Wichita TRL<br>Sanger, TX 76266-4014 |
| Tennessee Dept of Revenue<br>500 Deaderick St.<br>Nashville, TN 37242-0002 | Tennessee Secretary of State<br>312 Rosa L. Parks Ave<br>6th Floor, Snodgrass Tower<br>Nashville, TN 37243-1102 | Texas Comptroller<br>6320 Southwest Blvd<br>Benbrook, TX 76109-6961 |
| Texas Secretary of State<br>PO Box 13697<br>Austin, TX 78711-3697 | The Hartford<br>3000 Internet Blvd, Ste 600<br>Frisco, TX 75034-2775 | Tiger Athletic Foundation<br>c/o Iaian I C Kennedy<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd, 61st Floor<br>Houston, TX 77056-6131 |
| Timothy J McManus<br>1650 Fillmore Street, Ste 1907<br>Denver, CO 80206-1593 | Treasurer, City of Memphis<br>PO Box 185<br>Memphis, TN 38101-0185 | Trustwave Holdings, Inc.<br>70 W. Madison, Ste 600<br>Chicago, IL 60602-4210 |
| TurnOnAccounting Services, Inc.<br>PO Box 2281<br>Keller, TX 76244-2281 | U.S Bank Trust Company, as Collateral Agent<br>Kathleen LaManna, Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | U.S. Bank<br>PO Box 70870<br>Saint Paul, MN 55170-9690 |
| U.S. Bank National Association<br>Attn: Steven A Finklea<br>8 Greenway Plaza, Ste 1100<br>Houston, TX 77046-0892 | U.S. Bank National Association<br>c/o Kathleen M LaManna<br>Shipman & Goodman LLP<br>One Constitutional Plaza<br>Hartford, CT 06103-1919 | UMB Bank N.A.<br>P.O. Box 414589<br>Kansas City, MO 64141-4589 |
| UMB Bank National Association<br>c/o Eric A Schaffer Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1590 | UMB Bank, N.A. as Bondholder Trustee<br>Attn: Julius Zamora<br>Corporate Trust Services<br>100 William St., Suite 1850<br>New York, NY 10038-4545 | UMB Bank, National Association<br>REED SMITH LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201-2617 |
| Uline<br>12575 Uline Dr.<br>Pleasant Prairie, WI 53158-3686 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | Unified Field Services, Inc.<br>1345 N Loop 1604 E, Suite 103<br>San Antonio, TX 78232 |

| | | |
|---|---|---|
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Utah Department of Revenue<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Utah Secretary of State<br>160 East 300 South, 2nd Floor<br>Salt Lake City, UT 84111-2305 |
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-0700 | Vedder Price PC<br>1925 Century Park East, Ste 1900<br>Los Angeles, CA 90067-2754 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 |
| Virginia Dept of Revenue<br>1957 Westmoreland Street<br>Richmond, VA 23230-3225 | Virginia Secretary of State<br>1111 E Broad St., Ste 4<br>Richmond, VA 23219-1936 | Virginia State of Corporation<br>PO Box 1197<br>Richmond, VA 23218-1197 |
| West Virginia Dept of Revenue<br>1900 Kanawha Blvd E<br>Charleston, WV 25305-0800 | West Virginia Secretary of State<br>1900 Kanawha Blvd E,<br>Rm 1 Ste 175k<br>Charleston, WV 25305-0001 | Wisconsin-State Tax<br>PO Box 8965<br>Madison, WI 53708-8965 |
| Wolters Kluwer<br>28 Liberty Ave., 42nd Flr<br>New York, NY 10005-1448 | Wolters Kluwer ELM Solutions, Inc.<br>P.O. Box 732961<br>Dallas, TX 75373-2961 | Xerox Business Solutions<br>Lockbox Services, #205354<br>2975 Regent Blvd<br>Irving, TX 75063-3155 |
| Xerox Financial Services LLC<br>PO Box 202882<br>Dallas, TX 75320-2882 | ZipRecruiter, Inc.<br>604 Arizona Ave<br>Santa Monica, CA 90401-1610 | Zurich American Insurance<br>PO Box 68549<br>Schaumburg, IL 60168-0549 |
| iGlass Networks<br>P O Box 1265<br>Cary, NC 27512-1265 | David L. Hill<br>Attorney at Law<br>210 Midland Trail, P.O. Box 506<br>Hurricane, WV 25526-0506 | David William Parham<br>Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201-2938 |
| Joseph Rexing Jr.<br>4501 Hitch Peter Rd<br>Evansville, IN 47711-2834 | Leo Rexing<br>4501 Hitch Peter Rd<br>Evansville, IN 47711-2834 | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Tiger Athletic Foundation<br>P.O. Box 711<br>Baton Rouge, LA 70821 | Alabama Dept of Revenue<br>50 N Ripley St.<br>Montgomery, AL 36130 | City of Portland<br>111 SW Columbia St, Ste. 600<br>Portland, OR 97201-5840 |

| | | |
|---|---|---|
| (d)City of Portland<br>Portland Office of the City Attorney<br>1221 SW 4th Avenue, Room 430<br>Portland, OR 97204 | Department of Treasury-IRS<br>PO Box 1214<br>Charlotte, NC 28201-1214 | (d)IRS<br>1100 COMMERCE ST<br>MC 5026DAL, Dallas, TX 75242 |
| Illinois Secretary of State<br>213 State Capitol<br>Springfield, IL 62756 | Kansas Department of Revenue<br>915 SW Harrison St, Ste 300<br>Topeka, KS 66612 | State of New Jersey - Division of Taxation<br>PO Box 245 - 3 John Fitch Way, 5th Floor<br>Trenton, NJ 08695 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ARRIS Solutions, Inc. | (u)American Metals Recovery and Recycling Inc | (u)Call Center Systems, LLC |
| (u)Fedex Supply Chain Logistics & Electronics | (u)Frase Protection, Inc. | (u)GNET ATC LLC |
| (u)Goodman Networks Inc d/b/a Goodman Solutio | (u)Greater Tech Holdings Inc. | (u)MBG Holdings fka American Metals Recovery |
| (u)The Majority Noteholder Group | (u)Wistron Neweb Corporation | (d)Glympse Inc<br>113 Cherry St, Ste 60215<br>Seattle, WA 98104-2205 |
| (d)HCL America, Inc.<br>330 Potrero Avenue<br>Sunnyvale CA 94085-4194 | (u)HCL Technologies Corporate Service Ltd<br>Axon Center Church Rd<br>Egham Surrey-TW209QB<br>United Kingdon, Vat. No 720-5774-42 | (u)OSS-IM View<br>2100 Forbes Street, Unit 8-10<br>Whitby<br>Ontario-Canada, L1N-9T3 |
| (d)U.S. Bank National Association, as Collate<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | (u)Adam Bedoian | (u)Anthony Rao |
| (u)Brandon Ray | (u)Chantry Quinney | (u)James Frinzi |

| | | |
|---|---|---|
| (u)James Goodman | (u)John Debus | (u)John Goodman |
| (u)Joseph Hart IV | (u)Leila Bedoian | (u)Mark Keiffer |
| (u)Russell F Nelms | | |

End of Label Matrix
Mailable recipients   263
Bypassed recipients    28
Total                 291