Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:     713-220-4200
Email:  pguffy@huntonak.com

 -and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel:     (212) 309-1000
Email: psilverstein@huntonak.com
            brianclarke@huntonak.com

*Special Counsel to UMB Bank, National Association, as Indenture Trustee, and Counsel to the Majority Noteholder Group*

Eric A. Schaffer
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
Tel:     412-391-8510
Email: eschaffer@stonecipherlaw.com

*Counsel to UMB Bank, National Association, as Indenture Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641 (MVL) |
| Debtor. | § § § | **Relates to Docket No. 324** |

**UMB BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, AND MAJORITY NOTEHOLDER GROUP'S WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 7, 2023, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

1

UMB Bank, National Association, as indenture trustee (the "**Indenture Trustee**") and Majority Noteholder Group[1] (together, the "**Bondholders**") file this Witness and Exhibit List for the hearing to be held on **September 7, 2023, at 2:00 p.m. (prevailing Central Time)** (the "**Hearing**").

## WITNESSES

The Bondholders may call any of the following witnesses at the Hearing:

1. Gavin Wilkinson
2. Any witness listed or called by any other party; and
3. Rebuttal witnesses as necessary.

## EXHIBITS

The Bondholders may offer into evidence any of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Indenture | | | | |
| 2. | Pledge and Security Agreement | | | | |
| 3. | GNET Pledge Supplement | | | | |
| 4. | Filed Financing Statement (GNET) | | | | |
| 5. | AMRR Note | | | | |
| 6. | AMRR Security Agreement | | | | |
| 7. | Notice under Section 9-607 of the UCC to AMRR dated 8/26/2022 | | | | |
| 8. | Notice of Default and Demand for Payment to AMRR dated 9/29/2022 | | | | |
| 9. | Filed Financing Statement (AMRR) | | | | |
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit introduced by any other party | | | | |

---

[1] The Majority Noteholder Group consists of investment advisers or managers of funds that hold (with such investment advisers and managers acting on behalf of such holders), or are beneficial holders of, a majority of the 8% Senior Secured Notes due 2022 issued by Goodman Networks, Inc., and include JLP Credit Opportunity Master Fund Ltd., JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P., JLP Institutional Credit Master Fund LP, Alimco Re Ltd., Marli B. Miller Trust A4, Miller Family Education and Medical Trust, Susan F Miller Spousal IRA, Susan F. Miller Spousal Trust A4, DuPont Pension Trust, and Hilltop Securities, Inc.

DMS 303712891

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Rebuttal exhibits as necessary |  |  |  |  |

The Indenture Trustee and the Majority Noteholder Group reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated:  September 6, 2023

Respectfully submitted,

/s/  Philip M. Guffy
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:     713-220-4200
Fax:    713-220-4285
Email: pguffy@huntonak.com

-and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel:     (212) 309-1000
Email: psilverstein@huntonak.com
brianclarke@huntonak.com

*Special Counsel to UMB Bank, National Association, as Indenture Trustee, and Counsel to the Majority Noteholder Group*

Eric A. Schaffer
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
Tel:     412-391-8510
Email: eschaffer@stonecipherlaw.com

*Counsel to UMB Bank, National Association, as Indenture Trustee*

## CERTIFICATE OF SERVICE

      I certify that on September 6, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                      */s/ Philip M. Guffy*
                                                      Philip M. Guffy

DMS 303712891