**US bank.**

American Metals Recovery & Recycling
4301 West Bank Drive
Suite 110B
Austin, Texas 78746

Global Corporate Trust
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

usbank.com

Attention: James Frinzi, CEO

August 26, 2022

## Notice under Section 9-607 of the Uniform Commercial Code ("UCC")

RE: Goodman Network Incorporated (the Company") 8% Senior Secured Notes due 2022 (the "Notes") issued under the Indenture (the "Indenture"), dated May 31, 2017, by and among the Company, UMB Bank National Association, as Trustee (the "Trustee"), and U.S. Bank National Association, as Collateral Agent (the "Collateral Agent"); and Pledge and Security Agreement (the "Security Agreement"), dated May 31, 2017, by and among the Company, the Collateral Agent and each of the Grantors from time to time party thereto

Dear Mr. Frinzi:

In your capacity as a present or former officer or director of the Company and/or related entities, you are aware that the Company and related entities defaulted on their payment obligations under the Notes. All amounts owed under or evidenced by the Notes and the Indenture, including without limitation principal in the amount of $18,018,554.00, plus interest, fees, expenses, and other amounts due thereunder, are immediately due and payable. Notice of such default is hereby given to American Metals Recovery & Recycling a/k/a Multiband Global ("AMRR").

Pursuant to that certain secured Promissory Note dated January 21, 2022 (the "AMRR Note"), AMRR is obligated to GNET ATC in the principal amount of $44 million. Under the terms of the Note, the first payment is due on September 23, 2022. Under the terms of the Indenture and the Security Agreement, GNET ATC unconditionally guaranteed all obligations owed to the Trustee and the Collateral Agent. GNET ATC further pledged all its assets as collateral for such obligations, including the AMRR Note.

You are further notified that, in accordance with the Security Agreement and UCC Section 9-607, all payments upon or relating to the AMRR Note or any note, or any other loan or other documents relating thereto (collectively, the "Loan") owed to GNET ATC or any related entity (the "AMRR Payments") must be made to U.S. Bank National Association, as Collateral Agent.

We hereby direct you and AMRR make all AMRR Payments, including, without limitation, all interest and principal payments into the following account:

    UMB Bank N.A.
    Kansas City, MO
    **ABA No:** 101-000-695
    **Acct No:** 98-0000-6823
    **Acct Name:** Trust Clearance

Further Credit: Account # 145899.5/UMB Bk as Trustee FBO USB as Coll Agt
ATTN: Zamora/Ram

Please acknowledge receipt of this notice by email to:

susan.jacobsen2@usbank.com at U.S. Bank National Association

michael.doty@usbank.com at U.S. Bank National Association

Gavin.Wilkinson@umb.com at UMB Bank, National Association


Very truly yours,

U.S. Bank National Association, as Collateral Agent


By: _____

    Name:  Michael Doty

    Title:  Vice President


cc:

UMB Bank, National Association, as Trustee
Gavin Wilkinson