Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
|---|---|---|
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S EXHIBITS IN SUPPORT OF HIS
EXPEDITED MOTION TO APPROVE TRANSACTION WITH AMRR
AND ALLIANCE GLOBAL SOLUTIONS, LLC**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel (the "Trustee"), the duly appointed trustee for the estate (the "Estate") of Goodman Networks, Inc. (the "Debtor") in the above-styled bankruptcy case (the "Bankruptcy Case") and files this his Exhibits for the hearing on the *Trustee's Expedited Motion to Approve Transaction with AMRR and Alliance Global Solutions, LLC*.

| **Exhibit** | **Description** |
|---|---|
| A | Secured Promissory Note |
| B | Security Agreement |
| C | UCC Financing Statement |
| D | Asset Purchase Agreement |
| E | Limited Liability Company Agreement |
| F | Secured Promissory Note |
| G | Bank Statement |
| H | Settlement Agreement |
| I | UCC Financing Statement |
| J | Track-Change of Limited Liability Company Agreement |

RESPECTFULLY SUBMITTED this 7th day of September, 2023.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 7th day of September, 2023, true and correct copies of this document, with all exhibits thereto, were served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Bondholders, FedEx, and 18920.

By: /s/ Davor Rukavina
Davor Rukavina