# PROSPERITY BANK®

| | |
|---|---|
| Statement Date | 1/31/2022 |
| Account No | ****4352 |
| | Page 1 of 1 |

GOODMAN NETWORKS INC
CONTROLLED DISBURSEMENT ACCOUNT
2801 NETWORK BLVD STE 300
FRISCO TX 75034

20708

## STATEMENT SUMMARY                                             TX Account Analysis Account No ****4352

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/01/2022 | Beginning Balance | | | $54,601,003.19 |
| | 5  Deposits/Other Credits | | + | $10,055,100.33 |
| | 6  Checks/Other Debits | | - | $44,000,000.00 |
| 01/31/2022 | Ending Balance | 31 | Days in Statement Period | $20,656,103.52 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/05/2022 | ACH Deposit FEDEX SUPPLY CHA 010422ACHU 2192940 11100002 | $2,592,207.41 |
| 01/10/2022 | ACH Deposit FEDEX SUPPLY CHA 010722ACHU 2207047 11100002 | $1,133,205.56 |
| 01/12/2022 | ACH Deposit FEDEX SUPPLY CHA 011122ACHU 2221636 11100002 | $2,382,534.92 |
| 01/19/2022 | ACH Deposit FEDEX SUPPLY CHA 011822ACHU 2245596 11100002 | $2,725,387.45 |
| 01/26/2022 | ACH Deposit FEDEX SUPPLY CHA 012522ACHU 2274462 11100002 | $1,221,764.99 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/11/2022 | CM Wire Domestic WIRE OUT American Metals Recovery & Recyclin | $8,000,000.00 |
| 01/12/2022 | CM Wire Domestic WIRE OUT American Metals Recovery and Recycl | $8,000,000.00 |
| 01/13/2022 | CM Wire Domestic WIRE OUT American Metals Recovery and Recycl | $8,000,000.00 |
| 01/14/2022 | CM Wire Domestic WIRE OUT American Metals Recovery and Recycl | $7,925,000.00 |
| 01/18/2022 | CM Wire Domestic WIRE OUT American Metals Recovery and Recycl | $8,000,000.00 |
| 01/28/2022 | CM Wire Domestic WIRE OUT American Metals Recovery and Recycl | $4,075,000.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01-01 | $54,601,003.19 | 01-12 | $44,708,951.08 | 01-19 | $23,509,338.53 |
| 01-05 | $57,193,210.60 | 01-13 | $36,708,951.08 | 01-26 | $24,731,103.52 |
| 01-10 | $58,326,416.16 | 01-14 | $28,783,951.08 | 01-28 | $20,656,103.52 |
| 01-11 | $50,326,416.16 | 01-18 | $20,783,951.08 | | |



101281 : 02070801

MEMBER FDIC                                                                          NYSE Symbol "PB"

EXHIBIT G