IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>**GOODMAN NETWORKS, INC.** and **GOODMAN NETWORKS, INC.** *dba* **Goodman Solutions**<br><br>DEBTOR. | §<br>§<br>§  CASE NO:  22-31641-mvl-7<br>§<br>§   Chapter 7<br>§<br>§ |

### **TRUSTEE'S INTERIM REPORT**

The Trustee wishes to advise the Court, creditors, and parties in interest that litigation is ongoing.

 

Respectfully Submitted,

   */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE