## Exhibit List

Exhibits will be provided to the Court by hard copy or secure electronic mail, and any party of interest may request a copy by emailing Objectors' counsel.

1. Seidel Transcript (rough).
2. Prosperity000001
3. Prosperity000023
4. Prosperity000029
5. Prosperity000151
6. Prosperity000169
7. Prosperity000175
8. Prosperity000184
9. Prosperity000238
10. FRINZI01708
11. Prosperity000123
12. Prosperity000119
13. FedEx_000631
14. Prosperity Transcript: 56:2-6; 145:22-146:8; 86:22-89:7; 126:3-128:14; 123:10-124:12.
15. Prosperity017076
16. Prosperity000387
17. Prosperity000418
18. Prosperity000420
19. Prosperity017060
20. Prosperity012474
21. Prosperity015367
22. Prosperity015369
23. Prosperity015989
24. Prosperity016117
25. Prosperity016486
26. Trustee_Prosperity_000016
27. Trustee_Prosperity_000039
28. Trustee_Propserity_000020
29. Trustee_Prosperity_000040
30. Trustee_Prosperity_000069
31. Collective - Trustee_Prosperity_000073 to Trustee_Prosperity_000339.
32. Trustee_Prosperity_000341
33. Trustee_Prosperity_000390
34. Trustee_Prosperity_000409
35. Trustee_Prosperity_000424
36. Trustee_Prosperity_000425
37. Trustee_Prosperity_000444
38. Trsutee_Prosperity_000450
39. Trustee_Prosperity_000461
40. Trustee_Prosperity_000463
41. Trustee_Prosperity_000465
42. Trustee_Prosperity_000470
43. Trustee_Prosperity_000472

44. Trustee_Prosperity_000481
45. Trustee_Prosperity_000513
46. Trustee_Prosperity_000516
47. Trustee_Prosperity_000538
48. Trustee_Prosperity_000534
49. Trustee_Prosperity_000550
50. Trustee_Prosperity_000555
51. Prosperity016491
52. Prosperity016492
53. Prosperity016494
54. Prosperity016495
55. B. Funk email to C. Hillyer, dated March 22, 2023.
56. Trustee_Prosperity_001035
57. Trustee_Prosperity_001108
58. C. Hillyer email to D. Rukavina, dated April 7, 2023.
59. Trustee_Prosperity_001124
60. Trustee_Prosperity_001128
61. Trustee_Prosperity_001131
62. Trustee_Prosperity_001134
63. Trustee_Prosperity_001138
64. Trustee_Prosperity_001139
65. Trustee_Prosperity_001140
66. Trustee_Prosperity_001142
67. Trustee_Prosperity_001150
68. Trustee_Prosperity_001159
69. Trustee_Prosperity_001160
70. Trustee_Prosperity_001164
71. Trustee_Propsierty_001166
72. Trustee_Prosperity_001176
73. Trustee_Prosperity_001188
74. Trustee_Prosperity_001202
75. Trustee_Prosperity_001235
76. Trustee_Prosperity_001294
77. Trustee_Prosperity_001301
78. Trustee_Prosperity_001296
79. Trustee Responses to RFA Nos. 3, 5, 6.
80. Trustee Responses to Interrogatory Nos. 1, 6, 7.
81. Bondholders Responses to RFA No. 1, 3, 4, 6, 7, 8, 10, 11, 12.

82588580.v1