

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Michelle V. Larson*
_____
**United States Bankruptcy Judge**

**Signed September 26, 2023**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**ORDER DENYING JOINT MOTION TO COMPEL TESTIMONY BY TRUSTEE OR IN THE ALTERNATIVE TO EXCLUDE TRUSTEE TESTIMONY AT HEARING**

CAME ON FOR HEARING on the 22d day of September, 2023, the *Joint Motion to Compel Testimony by Trustee or in the Alternative to Exclude Trustee Testimony at Hearing* [docket no. 355] (the "Motion").  Having considered the Motion, the objection thereto filed by the Chapter 7 trustee, the evidence, and the arguments of counsel, and for the reasons stated on the record of said hearing, it is hereby:

ORDERED that the Motion is DENIED.

# # #  END OF ORDER  # # #

4860-3331-1874v.1 013229.00016