

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed October 2, 2023**

United States Bankruptcy Judge

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Goodman Networks, Inc. §   Case No.:  22–31641–mvl7
Goodman Networks Inc d/b/a Goodman Solutions §   Chapter No.:  7
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Shelby V. Saxon**, to represent Hudson Clean Energy Enterprises, LLC, related to document 383, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 22-31641-mvl |
| Goodman Networks, Inc. | Chapter 7 |
| Goodman Networks Inc d/b/a Goodman Solut | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Shelby V. Saxon, Baker Botts L.L.P., 2001 Ross Avenue, Suite 900, Dallas, TX 75201-2917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M. Langley | on behalf of Creditor Glympse Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com |
| Adam M. Langley | on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com |
| Adam M. Langley | on behalf of Creditor HCL America Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com |
| Beau H. Butler | on behalf of Creditor Prosperity Bank bbutler@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Bruce J. Ruzinsky | |

Case 22-31641-mvl7  Doc 396  Filed 10/05/23  Entered 10/05/23 23:20:31  Desc
Imaged Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 5 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Prosperity Bank bruzinsky@jw.com msalinas@jw.com |
| Candice Marie Carson | |
| | on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. Candice.Carson@butlersnow.com |
| Candice Marie Carson | |
| | on behalf of Creditor Frase Protection Inc. Candice.Carson@butlersnow.com |
| Conor White | |
| | on behalf of Trustee Scott M. Seidel cwhite@munsch.com |
| Courtney Jane Hull | |
| | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov |
| David William Parham | |
| | on behalf of Interested Party GNET ATC LLC david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com |
| David William Parham | |
| | on behalf of Interested Party John Goodman david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com |
| David William Parham | |
| | on behalf of Debtor Goodman Networks Inc. david.parham@akerman.com, esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com |
| David William Parham | |
| | on behalf of Debtor Goodman Networks Inc d/b/a Goodman Solutions david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com |
| Davor Rukavina | |
| | on behalf of Plaintiff Multiband Field Services Inc. drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Plaintiff GNET ATC LLC drukavina@munsch.com |
| Davor Rukavina | |
| | on behalf of Trustee Scott M. Seidel drukavina@munsch.com |
| Dawn Kahle Doherty | |
| | on behalf of Creditor FedEx Freight Inc. dawn.doherty@fedex.com |
| Dean John Siotos | |
| | on behalf of Creditor Insurance Company of the West Dsiotos@IMTexasLaw.com HWarner@IMTexasLaw.com |
| Derek D. Rollins | |
| | on behalf of Creditor Scot Brunke drollins@shackelford.law jthorn@shackelford.law;jbabin@shackelford.law |
| Derek D. Rollins | |
| | on behalf of Creditor Brad Kozma drollins@shackelford.law jthorn@shackelford.law;jbabin@shackelford.law |
| Edward A. Clarkson, III | |
| | on behalf of Interested Party MBG Holdings fka American Metals Recovery and Recycling Inc. edwardclarkson@huntonAK.com |
| Edward A. Clarkson, III | |
| | on behalf of Interested Party American Metals Recovery and Recycling Inc. edwardclarkson@huntonAK.com |
| Eric A. Schaffer | |
| | on behalf of Creditor UMB Bank National Association, as indenture trustee eschaffer@stonecipherlaw.com, jdearment@stonecipherlaw.com |
| Eric M. English | |
| | on behalf of Interested Party 18920 NW 11th LLC eenglish@porterhedges.com emoreland@porterhedges.com;mwebb@porterhedges.com;egarfias@porterhedges.com |
| Eric Thomas Haitz | |
| | on behalf of Interested Party Hudson Clean Energy Enterprises LLC ehaitz@gibsondunn.com, skoller@gibsondunn.com |
| Gadson William Perry | |
| | on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. will.perry@butlersnow.com |
| Garrick Chase Smith | |
| | on behalf of Trustee Scott M. Seidel gsmith@munsch.com |
| Iain L. C. Kennedy | |
| | on behalf of Interested Party Tiger Athletic Foundation ikennedy@nathansommers.com clemons@nathansommers.com |
| Jacob M Stephens | |
| | on behalf of Creditor Insurance Company of the West jstephens@imtexaslaw.com dhall@imtexaslaw.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| James Vincequerra | on behalf of Creditor Joseph Hart IV james.vincequerra@alston.com |
| James Vincequerra | on behalf of Creditor Anthony Rao james.vincequerra@alston.com |
| James Vincequerra | on behalf of Creditor Mark Keiffer james.vincequerra@alston.com |
| James Vincequerra | on behalf of Creditor John Debus james.vincequerra@alston.com |
| James P. Muenker | on behalf of Creditor ARRIS Solutions Inc. james.muenker@us.dlapiper.com, james-muenker-0904@ecf.pacerpro.com |
| James William Bartlett, Jr | on behalf of Interested Party MBG Holdings fka American Metals Recovery and Recycling Inc. jbartlett@okinadams.com |
| Jared M. Slade | on behalf of Creditor Joseph Hart IV jared.slade@alston.com, Melanie.Mizrahie@alston.com |
| Jared M. Slade | on behalf of Creditor Anthony Rao jared.slade@alston.com Melanie.Mizrahie@alston.com |
| Jared M. Slade | on behalf of Creditor Mark Keiffer jared.slade@alston.com Melanie.Mizrahie@alston.com |
| Jared M. Slade | on behalf of Creditor John Debus jared.slade@alston.com Melanie.Mizrahie@alston.com |
| Jarom Joseph Yates | on behalf of Interested Party John Goodman jarom.yates@haynesboone.com kim.morzak@haynesboone.com |
| Jarom Joseph Yates | on behalf of Interested Party Greater Tech Holdings Inc. jarom.yates@haynesboone.com kim.morzak@haynesboone.com |
| Jason M. Rudd | on behalf of Defendant James Frinzi jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Defendant Frinzi Family Trust jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com |
| Jiangang Ou | on behalf of Creditor HCL America Inc. jou@archerlaw.com |
| Joseph Marse O'Bell | on behalf of Interested Party James Frinzi marse.obell@yahoo.com |
| Joseph Marse O'Bell | on behalf of Interested Party American Metals Recovery and Recycling Inc. marse.obell@yahoo.com |
| Joseph Webster Golinkin, II | on behalf of Defendant Evelina Pinkhasova jgolinkin@jlcfirm.com |
| Joseph Webster Golinkin, II | on behalf of Defendant Steven Zakharyayev jgolinkin@jlcfirm.com |
| Joseph Webster Golinkin, II | on behalf of Defendant 18920 NW 11th LLC jgolinkin@jlcfirm.com |
| Julian Preston Vasek | on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com |
| Kathleen Marie LaManna | on behalf of Interested Party U.S. Bank National Association as Collateral Agent, klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Keith Miles Aurzada | on behalf of Creditor UMB Bank National Association, as indenture trustee kaurzada@reedsmith.com, anixon@reedsmith.com;mcooley@reedsmith.com;lrobin@reedsmith.com;ahinson@reedsmith.com |
| Leslie Sara Hyman | on behalf of Interested Party James Goodman lhyman@pulmanlaw.com dvanoutryve@pulmanlaw.com;mvilla@pulmanlaw.com |
| Matthew S. Okin | on behalf of Interested Party American Metals Recovery and Recycling Inc. mokin@okinadams.com teaston@okinadams.com |
| Matthias Kleinsasser | on behalf of Defendant Goodman Networks Inc. d/b/a Goodman Solutions mkleinsasser@winstead.com, wkay@winstead.com |
| Matthias Kleinsasser | on behalf of Plaintiff ARRIS Solutions Inc. mkleinsasser@winstead.com, wkay@winstead.com |

Case 22-31641-mvl7   Doc 396   Filed 10/05/23   Entered 10/05/23 23:20:31   Desc
Imaged Certificate of Notice   Page 5 of 6

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 4 of 5 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Michael Conway
    on behalf of Creditor Wistron Neweb Corporation mconway@lpgmlaw.com

Noah Mariano Schottenstein
    on behalf of Creditor ARRIS Solutions Inc. noah.schottenstein@us.dlapiper.com

Noah Mariano Schottenstein
    on behalf of Defendant James Goodman noah.schottenstein@us.dlapiper.com

Noah Mariano Schottenstein
    on behalf of Plaintiff ARRIS Solutions Inc. noah.schottenstein@us.dlapiper.com

Noah Mariano Schottenstein
    on behalf of Defendant Goodman Networks Inc. d/b/a Goodman Solutions noah.schottenstein@us.dlapiper.com

Paul M. Lopez
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR-COLLECTOR bankruptcy@abernathy-law.com

Paul N Silverstein
    on behalf of Creditor Alimco Re Ltd. paulsilverstein@huntonak.com

Paul N Silverstein
    on behalf of Creditor JLP Credit Opportunity Master Fund Ltd. paulsilverstein@huntonak.com

Paul N Silverstein
    on behalf of Creditor JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund L.P.
    paulsilverstein@huntonak.com

Paul N Silverstein
    on behalf of Creditor JLP Institutional Credit Master Fund LP paulsilverstein@huntonak.com

Paul T. Elkins
    on behalf of Defendant James Frinzi paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com

Paul T. Elkins
    on behalf of Defendant Frinzi Family Trust paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com

Philip Michael Guffy
    on behalf of Creditor JLP Institutional Credit Master Fund LP pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Creditor Alimco Re Ltd. pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Creditor JLP Credit Opportunity Master Fund Ltd. pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Creditor The Majority Noteholder Group pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Creditor JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund L.P. pguffy@huntonak.com

Philip Michael Guffy
    on behalf of Creditor UMB Bank National Association, as indenture trustee pguffy@huntonak.com

Randall A. Pulman
    on behalf of Interested Party James Goodman rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman
    on behalf of Defendant James Goodman rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Robert Campbell Hillyer
    on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. cam.hillyer@butlersnow.com

Robert R Debes, Jr
    on behalf of Creditor Chantry Quinney bdebes@eeoc.net

Robert R Debes, Jr
    on behalf of Creditor Brandon Ray bdebes@eeoc.net

Sahrish Khan Soleja
    on behalf of Defendant James Goodman ssoleja@winstead.com wkay@winstead.com

Sarah M. Cox
    on behalf of Creditor Leila Bedoian sarah@spectorcox.com
    sarah@ecf.courtdrive.com,ahawkins@spectorcox.com,sshank@spectorcox.com,spectorcox@jubileebk.net

Sarah M. Cox
    on behalf of Creditor Adam Bedoian sarah@spectorcox.com
    sarah@ecf.courtdrive.com,ahawkins@spectorcox.com,sshank@spectorcox.com,spectorcox@jubileebk.net

Scott M. Seidel
    scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

District/off: 0539-3 | User: admin | Page 5 of 5
Date Rcvd: Oct 03, 2023 | Form ID: pdf012 | Total Noticed: 1

Scott M. Seidel
    on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Susan B. Hersh
    on behalf of Creditor Russell F Nelms susan@susanbhershpc.com assistant@susanbhershpc.com

Thomas Daniel Berghman
    on behalf of Trustee Scott M. Seidel tberghman@munsch.com amays@munsch.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Victoria N Argeroplos
    on behalf of Creditor Prosperity Bank vargeroplos@jw.com kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com;steso@jw.com

TOTAL: 89