| | |
|---|---|
| Philip M. Guffy<br>**HUNTON ANDREWS KURTH LLP**<br>600 Travis Street, Suite 4200<br>Houston, Texas 77002<br>Tel: 713-220-4200<br>Email: pguffy@huntonak.com | Eric A. Schaffer<br>**STONECIPHER LAW FIRM**<br>125 First Avenue<br>Pittsburgh, PA 15222<br>Tel: 412-391-8510<br>Email: eschaffer@stonecipherlaw.com |

-and-

*Counsel to UMB Bank, National Association, as Indenture Trustee*

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel:   (212) 309-1000
Email: psilverstein@huntonak.com
       brianclarke@huntonak.com

*Special Counsel to UMB Bank, National Association, as Indenture Trustee, and Counsel to the Majority Noteholder Group*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641 (MVL) |
| Debtor. | § § § | |

**UMB BANK, NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE, AND THE MAJORITY NOTEHOLDER
GROUP'S WITNESS AND EXHIBIT LIST FOR HEARING BEGINNING
ON OCTOBER 10, 2023, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

DMS 304091561

UMB Bank, National Association, as indenture trustee (the "**Indenture Trustee**") and Majority Noteholder Group[1] (together, the "**Bondholders**") file this Witness and Exhibit List for the hearing to begin on **October 10, 2023, at 9:30 p.m. (prevailing Central Time)** (the "**Hearing**").

## WITNESSES

The Bondholders may call any of the following witnesses at the Hearing:

1. Scott Seidel
2. Lawrence "Bater" Bates
3. David Montgomery
4. Any witness listed or called by any other party; and
5. Rebuttal witnesses as necessary.

## EXHIBITS

The Bondholders may offer into evidence any of the following exhibits at the Hearing:

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Indenture for Goodman Networks, Inc. 8.000% Senior Secured Notes Due 2022 [UMB-000001 - UMB-000274] | | | | |
| 2. | Pledge and Security Agreement [UMB-000275 - UMB-000353] | | | | |
| 3. | Trademark Security Agreement [UMB-000354 - UMB-000359] | | | | |
| 4. | Global Note [UMB-000360 - UMB-000371] | | | | |
| 5. | Intercreditor Agreement [UMB-000372 - UMB-000418] | | | | |

---

[1] The Majority Noteholder Group consists of investment advisers or managers of funds that hold (with such investment advisers and managers acting on behalf of such holders), or are beneficial holders of, a majority of the 8% Senior Secured Notes due 2022 issued by Goodman Networks, Inc., and include JLP Credit Opportunity Master Fund Ltd., JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P., JLP Institutional Credit Master Fund LP, Alimco Re Ltd., Marli B. Miller Trust A4, Miller Family Education and Medical Trust, Susan F Miller Spousal IRA, Susan F. Miller Spousal Trust A4, DuPont Pension Trust, and Hilltop Securities, Inc.

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 6. | Stock Power Agreement (Multiband) [UMB-000474] | | | | |
| 7. | Filed UCC Financing Statement for Goodman Networks (TX) [UMB-000514 - UMB-000516] | | | | |
| 8. | DACA for BTH Bank Account No. 8998 [UMB-000523 - UMB-000536] | | | | |
| 9. | DACA for Prosperity Account No. 1846 [UMB-000550 - UMB-000563] | | | | |
| 10. | DACA for Prosperity Account No. 1861 [UMB-000564 - UMB-000577] | | | | |
| 11. | DACA for Prosperity Account No. 2205 [UMB-000578 - UMB-000590] | | | | |
| 12. | DACA for Prosperity Account No. 5294 [UMB-000591 - UMB-000603] | | | | |
| 13. | DACA for Prosperity Account No. 1838 [UMB-000604 - UMB-000616] | | | | |
| 14. | DACA for Prosperity Account No. 1853 [UMB-000617 - UMB-000629] | | | | |
| 15. | DACA for Prosperity Account No. 1887 [UMB-000630 - UMB-000642] | | | | |
| 16. | DACA for Prosperity Account No. 1879 [UMB-000643 - UMB-000655] | | | | |
| 17. | Lien Sharing and Priority Confirmation Joinder [UMB-000656 - UMB-000658] | | | | |
| 18. | First Supplemental Indenture [UMB-000475 - UMB-000478] | | | | |
| 19. | Second Supplemental Indenture [UMB-000479 - UMB-000485] | | | | |
| 20. | Third Supplemental Indenture [UMB-000486 - UMB-000490] | | | | |
| 21. | GNET Joinder Agreement [UMB-000491 - UMB-000492] | | | | |
| 22. | GNET Notation of Guarantee [UMB-000493 - UMB-000494] | | | | |
| 23. | GNET Pledge Supplement [UMB-000495 - UMB-000502] | | | | |
| 24. | Updated Schedule 5.2 to Pledge and Security Agreement [UMB-000509 - UMB-000513] | | | | |

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 25. | Filed UCC Financing Statement for GNET (TX) [UMB-000517 - UMB-000517] | | | | |
| 26. | Amended and Restated Intercreditor Agreement [UMB-000419 - UMB-000473] | | | | |
| 27. | Fourth Supplemental Indenture [UMB-000503 - UMB-000508] | | | | |
| 28. | Filed UCC Continuation for Goodman Networks (DE) [UMB-000519 - UMB-000521] | | | | |
| 29. | Filed UCC Continuation for Goodman Networks (TX) [UMB-000522] | | | | |
| 30. | CFGI Financial Presentation for Goodman Networks dated August 3, 2022 [UMB-000715 - UMB-000725] | | | | |
| 31. | Change Notice to BTH Bank [UMB-000659 - UMB-000660] | | | | |
| 32. | Change Notice to Prosperity Bank [UMB-000661 - UMB-000663] | | | | |
| 33. | Notice of Exclusive Control re Prosperity Account No. 1846 [UMB-000664 - UMB-000666] | | | | |
| 34. | Notice of Exclusive Control re Prosperity Account No. 3992 [UMB-000667 - UMB-000670] | | | | |
| 35. | Notice of Exclusive Control re Prosperity Account No. 1838 [UMB-000671 - UMB-000674] | | | | |
| 36. | Notice of Exclusive Control re Prosperity Account No. 1853 [UMB-000675 - UMB-000678] | | | | |
| 37. | Notice of Exclusive Control re Prosperity Account No. 1861 [UMB-000679 - UMB-000682] | | | | |
| 38. | Notice of Exclusive Control re Prosperity Account No. 1879 [UMB-000683 - UMB-000686] | | | | |

DMS 304091561

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 39. | Notice of Exclusive Control re Prosperity Account No. 1887 [UMB-000687 - UMB-000690] | | | | |
| 40. | Notice of Exclusive Control re Prosperity Account No. 2205 [UMB-000691 - UMB-000694] | | | | |
| 41. | Notice of Exclusive Control re Prosperity Account No. 5294 [UMB-000695 - UMB-000698] | | | | |
| 42. | Notice of Exclusive Control re BTH Bank Account No. 8998 [UMB-000699 - UMB-000701] | | | | |
| 43. | 3992 Account Transaction Statement [UMB-000702] | | | | |
| 44. | Email from M. Doty to J. Yenne RE: Prosperity Bank Contact, Aug. 10, 2022 [Prosperity017061 - Prosperity017062] | | | | |
| 45. | DACA for Prosperity Account No. 3992 [Prosperity017076 - Prosperity017088] | | | | |
| 46. | Email from M. Doty to J. Yenne RE: Prosperity Bank Contact, Aug. 10, 2022 [Prosperity012245 - Prosperity012246] | | | | |
| 47. | Email from J. Yenne to M. Doty RE: Key123 - Prosperity Bank Contact, Aug. 11, 2022 [UMB-000703] | | | | |
| 48. | Email from B. Bates to M. Ross RE: Important Updated Contact Information Needed, Aug. 11, 2022 [Prosperity012267 - Prosperity012271] | | | | |
| 49. | Email from John G. to B. Bates RE: credit facility, Aug. 12, 2022 [Prosperity014432 - Prosperity014434] | | | | |
| 50. | Email from B. Bates to James G. Re: EXTERNAL: RE: New LOC, Aug. 12, 2022 [Prosperity012297 - Prosperity012298] | | | | |
| 51. | Email from James G. to A. McCollum RE: EXTERNAL: New account request for Goodman Networks, Aug. 13, 2022 [Prosperity012299 - Prosperity012300] | | | | |

DMS 304091561

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 52. | Email from K. LaManna to J. Yenne, B. Bates Re: Immediate Attention: Notice of Exclusive Control - Account []3992, Aug. 16, 2022 [Prosperity014706] | | | | |
| 53. | Notice of Exclusive Control re Prosperity Account No. 3992 [Prosperity014707 - Prosperity014710] | | | | |
| 54. | Email from M. Ross to B. Bates, J. Yenne RE: Goodman DACAs, Aug. 18, 2022 [Prosperity012314 - Prosperity012315] | | | | |
| 55. | Email from B. Bates to S. Elmore Re: Goodman Networks, Inc., Aug. 18, 2022 [Prosperity012317] | | | | |
| 56. | Email from M. Ross to J. Yenne, B. Bates RE: Goodman DACAs, Aug. 19, 2022 [Prosperity012330 - Prosperity012333] | | | | |
| 57. | Email from H. Konicov to S. Elmore Re: Prosperity, Aug. 23, 2022 [Goodman_002021] | | | | |
| 58. | Email from J. Mattson to M. Ross RE: Goodman DACAs, Aug. 26, 2022 [Prosperity012335 - Prosperity012339] | | | | |
| 59. | Email from J. Freedson to M. Ross RE: Goodman Networks, Aug. 31, 2022 [Prosperity012457 - Prosperity012458] | | | | |
| 60. | August 31, 2022 Letter from J. Freedson to M. Ross and E. Schaffer Re: Goodman Networks DACA Transaction Requests Prosperity012459 - Prosperity012462 | | | | |
| 61. | Email from M. Ross to J. Freedson, J. Mattson Re: Goodman Networks, Aug. 31, 2022 [Prosperity012474] | | | | |
| 62. | August 2022 Bank Statement for Prosperity Account No. 3992 [Goodman_007008 - Goodman_007009] | | | | |

6

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 63. | Email from A. McCollum to James G. RE: Goodman Networks - signer changes requests, Sept. 12, 2022 [Goodman_000613 - Goodman_000615] | | | | |
| 64. | Email from B. Bates to S. Elmore Re: Loan pmt, Oct. 12, 2022 [Prosperity015230] | | | | |
| 65. | Email from B. Bates to Z. Wiebe [no subejct], Oct. 19, 2022 [Prosperity015338] | | | | |
| 66. | Email from B. Bates to John G. RE: Goodman - Extension Instructions of D&O Coverage, Oct. 31, 2022 [Prosperity015367 - Prosperity015368] | | | | |
| 67. | Email from B. Bates to John G. Re: Prosperity Funds, Dec. 11, 2022 [Prosperity015542] | | | | |
| 68. | Email from B. Bates to John G. Re: Goodman Networks cash at Prosperity, Dec. 26, 2022 [Prosperity015885] | | | | |
| 69. | Email from D. Montgomery to James G. RE: EXTERNAL: Prosperity Bank - Notice of Default, Mar. 24, 2023 [Prosperity016495 - Prosperity016596] | | | | |
| 70. | Prosperity Bank Business Records Affidavit | | | | |
| 71. | Transcript of Deposition of James Goodman | | | | |
| 72. | Transcript of Deposition of David Montgomery, Corporate Representative of Prosperity Bank | | | | |
| 73. | Transcript of Deposition of Scott Seidel Day 1 | | | | |
| 74. | Transcript of Deposition of Scott Seidel Day 2 | | | | |
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal exhibits as necessary | | | | |

DMS 304091561

The Bondholders reserve the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated: October 6, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Philip M. Guffy* <br> Philip M. Guffy (TX Bar No. 24113705) <br> **HUNTON ANDREWS KURTH LLP** <br> 600 Travis Street, Suite 4200 <br> Houston, Texas 77002 <br> Tel: 713-220-4200 <br> Fax: 713-220-4285 <br> Email: pguffy@huntonak.com | Eric A. Schaffer <br> **STONECIPHER LAW FIRM** <br> 125 First Avenue <br> Pittsburgh, PA 15222 <br> Tel: 412-391-8510 <br> Email: eschaffer@stonecipherlaw.com <br><br> *Counsel to UMB Bank, National Association, as Indenture Trustee* |

-and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Email: psilverstein@huntonak.com
brianclarke@huntonak.com

*Special Counsel to UMB Bank, National Association, as Indenture Trustee, and Counsel to the Majority Noteholder Group*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Philip M. Guffy*
Philip M. Guffy

8

DMS 304091561