## STOCK POWER

FOR VALUE RECEIVED, the undersigned hereby sells, transfers, assigns, conveys and delivers to _____, 1,000 shares of common stock, having no par value, of Multiband Field Services, Incorporated, a Delaware corporation (the "*Company*"), represented by Certificate No. 001, and does hereby irrevocably constitute and appoint _____ as the undersigned's true and lawful attorney, to transfer said shares of common stock on the books of the Company with full power of substitution in the premises.

Dated as of _____.

**Goodman Networks Incorporated**

By: _____
Name:  John Debus
Title:   Interim Chief Financial Officer

16171691_1

EXHIBIT
BH 6

UMB-000474