

# Goodman Networks et al.
# Financial Presentation

August 3, 2022

**EXHIBIT BH 30**

Disclaimer: The information contained herein is presented in conjunction with an oral presentation. This report is incomplete and should not be relied upon without the accompanying oral content.  CFGI makes no representations or assurances over the realization of the amounts presented herein.

UMB-000715

# Index

- Consolidating Statement of Financial Condition as of July 31, 2022

- Financial Statements for the Years Ended December 31, 2021 and 2020

- Cash Flows – January 1, 2022 through July 31, 2022

- Trade Accounts Receivable

- Trade Accounts Payable

UMB-000716

# Consolidating Statement of Financial Condition as of July 31, 2022

| (in millions) | Goodman Networks | Multiband Field Services | GNET ATC | Eliminations | Consolidated | Ref |
|---|---|---|---|---|---|---|
| Cash | $ 0.2 | $ - | $ - | $ - | $ 0.2 | |
| Trade Accounts Receivable, Net of $9.6 Million in Allowance for Doubtful Accounts | - | - | - | - | - | |
| Loan Receivable - American Metals & Recovery Recycling Inc. | - | - | 22.0 | - | 22.0 | [A] |
| Due from Unified Field Services | | | | | - | [B] |
| Restricted Cash and Investments | 4.7 | 9.5 | 3.8 | - | 18.0 | [C] |
| Class E Preferred Units, Goodman Telecom Holdings, LLC | 8.0 | - | - | - | 8.0 | [D] |
| Intercompany Receivable | | - | 86.1 | (86.1) | - | |
| Net Operating Loss Carryforward | TBD | - | - | - | TBD | [E] |
| **Total Assets** | $ 12.9 | $ 9.5 | $ 111.9 | $ (86.1) | $ 48.2 | |
| Liabilities: | | | | | | |
| Secured Liabilities: | | | | | | |
| Senior Secured Notes Payable | $ 18.0 | $ - | $ - | $ - | $ 18.0 | |
| Total Secured Liabilities | 18.0 | - | - | - | 18.0 | |
| Unsecured Liabilities: | | | | | | |
| Trade Creditors | 3.6 | 1.3 | 149.0 | - | 153.9 | |
| Intercompany Payable | 102.2 | - | - | (102.2) | - | |
| Other Unsecured Liabilities (Estimate) | 5.0 | - | - | - | 5.0 | |
| Total Unsecured Liabilities | 110.8 | 1.3 | 149.0 | (102.2) | 158.9 | |
| **Total Liabilities** | 128.8 | 1.3 | 149.0 | (102.2) | 176.9 | |
| **Total Stockholder's Equity/(Deficit)** | (115.9) | 8.2 | (37.1) | 16.1 | (128.7) | |
| **Total Liabilities and Stockholder's Equity/(Deficit)** | $ 12.9 | $ 9.5 | $ 111.9 | $ (86.1) | $ 48.2 | |

See Notes on the following slides

3

UMB-000717

# Notes to Financial Condition

A. <u>Loan Receivable, American Metals & Recovery Recycling Inc.</u>- The Company issued $44 million in loans to related party American Metals & Recovery Recycling Inc. ("AMRR") in January 2022. In connection with a settlement agreement, the Company conveyed $22 million of this amount to a preferred stockholder who held liquidation rights. The note is payable in equal monthly installments beginning in September 2022.

B. <u>Due from Unified Field Service</u>- Receivable from related party Unified Field Services ("UFS") consists of funding provided by the Company on behalf of UFS in the months following the sale of a business line from Goodman Networks to UFS in 2021. UFS has asserted reductions to their amounts owed of approximately $2.9M for various reasons.  Based on representations in connection with UFS's financial condition,  this receivable has been fully reserved.

# Notes to Financial Condition

C. <u>Restricted Cash and Investments</u>- Restricted cash at Prosperity Bank (amounting to $4.7 million) is pledged as collateral in support of certain related party obligations. The balance (or $13.3 million) of restricted cash and investments collateralizes unpaid insurance claims. The Company has requested that the insurer consents to the release of approximately $4.0 million of cash that is in excess of unmatured and/or unpaid claims. The Company's insurance consultant estimates a recovery against this amount of $1.0-$1.5M within 60 days, with the balance 12 months later. To the extent claims are resolved sooner, the recovery date could be accelerated.

D. <u>Class E Preferred Units, Goodman Telecom Holdings, LLC</u>- As part of its sale agreement with related party Goodman Telecom Services, LLC ("GTS") in June 2020, the Company acquired $8.0 million in callable Goodman Telecom Holdings preferred stock, payment for which is guaranteed by John Goodman.

E. <u>Net Operating Loss Carryforward</u>- TBD.

# Financial Statements 12/31/21 and 12/31/20

|  | Year Ended 12/31/21 Consolidated (Unaudited) | Year Ended 12/31/20 Consolidated (Audited) |
|---|---:|---:|
| **Assets** | | |
| *Current Assets* | | |
| Cash | $65,800,213 | $1,936,000 |
| Restricted Cash | 8,718,388 | - |
| Accounts receivable, net | 15,026,552 | 110,183,000 |
| Other Receivables | - | 2,604,000 |
| Unbilled Revenue | - | 842,000 |
| Costs in excess of billings on uncompleted projects | - | 186,000 |
| Inventories | - | 6,785,000 |
| Prepaid expenses and other current assets | 996,762 | 6,214,000 |
| Due From Related Parties | 484,916 | - |
| Income Tax Receivable | 174,943 | 218,000 |
| **Total Current Assets** | **91,201,774** | **128,968,000** |
| | | |
| *Long-Term Assets* | | |
| Property and equipment, net | - | 14,686,000 |
| Deposits and other assets | - | 1,272,000 |
| Insurance Collateral | 9,465,146 | 8,307,000 |
| Non Cur Deferred Tax Asset | - | 5,194,000 |
| Intangibles assets, net | - | 15,217,000 |
| Goodwill | - | 9,010,000 |
| Long-term Assets Held for Sale | - | - |
| Investment in unconsolidated affiliates | 8,000,000 | 8,000,000 |
| Intercompany | (12,500) | - |
| **Total Long-Term Assets** | **17,452,647** | **61,686,000** |
| | | |
| **Total Assets** | **$108,654,421** | **$190,654,000** |

# Financial Statements 12/31/21 and 12/31/20

| | Year Ended 12/31/21 Consolidated (Unaudited) | Year Ended 12/31/20 Consolidated (Audited) |
|---|---:|---:|
| **Liabilties** | | |
| *Current Liabilities* | | |
| Line of Credit | - | $11,269,000 |
| Trade Accounts Payable | 152,340,891 | 131,635,000 |
| Accounts Payable | 1,243,206 | - |
| Accrued expenses | 10,804,810 | 19,857,000 |
| Income Taxes Payable | - | 237,000 |
| Deferred Revenue, Current | - | 2,355,000 |
| Deferred Rent - Short Term | - | 95,000 |
| Current portion of capital leases and other payables | 179,160 | 501,000 |
| Other Current Liabilities | - | 1,315,000 |
| *Total Current Liabilities* | 164,568,067 | 167,264,000 |
| *Long-Term Liabilities* | | |
| Notes Payable | 48,195,190 | 58,195,000 |
| PPP Loan | - | 10,000,000 |
| Accrued liabilities - non-current | - | 3,948,000 |
| Deferred Revenue, non-current | - | 6,808,000 |
| Deferred Rent | - | 516,000 |
| *Total Long-Term Liabilties* | 48,195,190 | 79,467,000 |
| **Total Liabilities** | 212,763,257 | 246,731,000 |
| **Stockholder's Equity** | | |
| Retained earnings (accumulated deficit) | (114,862,276) | (114,862,000) |
| Common Stock | 1,605 | 3,000 |
| Additional Paid-in Capital | 72,836,633 | 72,837,000 |
| Series A Preferred | 991 | 1,000 |
| Treasury stock, at cost | (14,056,125) | (14,056,000) |
| Net Income | (48,029,663) | - |
| **Total Stockholder's Equity** | (104,108,836) | (56,077,000) |
| **Total Liabilties and Stockholder's Equity** | $108,654,421 | $190,654,000 |

# Financial Statements 12/31/21 and 12/31/20

|  | Year Ended 12/31/21 Consolidated (Unaudited) | Year Ended 12/31/20 Consolidated (Audited) |
|---|---:|---:|
| Revenues | $81,106,377 | $124,927,000 |
| Cost of revenues | 6,091,467 | 13,046,181 |
| **Gross profit** | **75,014,910** | **111,880,819** |
|  |  |  |
| Payroll/Benefits | 53,906,589 | 112,950,819 |
| Depreciation Expense | 4,220,425 | 5,013,000 |
| Amortization Expense | 737,778 | 2,087,000 |
| Impairment Expense | 23,488,583 | 61,261,000 |
| SG&A Expenses | 23,118,784 | 32,220,000 |
| **Total SG&A (Includes Depreciation & Amortization)** | **105,472,159** | **213,531,819** |
|  |  |  |
| Loss on sales of account receivable | - | 1,335,000 |
| Bad Debt Expense | 15,844,503 | - |
| Restructuring costs | 743,794 | 3,711,000 |
| **Operating income/(loss)** | **(47,045,546)** | **(106,697,000)** |
|  |  |  |
| (Gain)/loss on disposition of assets | 6,729,785 | - |
| Other expenses/(income) | (10) | - |
| (Gain)/loss on extinguishment of debt | - | (7,797,000) |
| Change in fair value of stock warrant | - | (8,194,000) |
| (Gain) on PPP loan forgiveness | (10,000,000) | - |
| Interest expense, net | 4,238,043 | 6,129,000 |
| PIK Preferred | - | - |
| **Income/(loss) Before Tax Expense** | **(48,013,364)** | **(96,835,000)** |
|  |  |  |
| Income tax expense (benefit) | 16,300 | (8,321,000) |
| **Net Income/(loss) from Continuing Operations** | **(48,029,663)** | **(88,514,000)** |
|  |  |  |
| Discontinued operations, net of income taxes | - | (31,709,000) |
| **Net Income/(loss)** | **$ (48,029,663)** | **$ (56,805,000)** |

8

UMB-000722

# Cash Flows – January 1, 2022 through July 31, 2022

| | | | |
|---|---|---:|---:|
| Unrestricted Cash, January 1, 2022 | | | $ 65,800,213 |
| | | | |
| Cash Receipts: | | | |
|     Accounts Receivable Collections | | $ 15,041,290 | |
|     Other Receipts | | 3,229,148 | 18,270,438 |
| | | | |
| Cash Disbursements: | | | |
|     Loans Issued to AMRR | | 44,000,000 [a] | |
|     Loans Issued to Multiband Global Resources | | 4,400,000 [b] | |
|     Senior Secured Note Repurchases | | 17,032,060 | |
|     Professional and Consulting Fees | | 2,572,308 | |
|     Senior Secured Interest Paid | | 720,743 | |
|     Preferred Stock Retirement | | 13,474,075 [c] | |
|     Other Disbursements | | 1,662,149 | 83,861,334 |
| | | | |
| Unrestricted Cash, July 31, 2022 | | | $ 209,317 |

[a] $22 million of loans receivable were conveyed to the preferred stockholder in March 2022.

[b] The loan receivable due from Multiband Global Resources was conveyed to the preferred stockholder in March 2022.

[c] A third party held preferred stock in the Company, with liquidation rights. The Company repurchased the preferred stock in March 2022 for $13.5 million in cash, plus certain non-cash assets.

# Trade Accounts Receivable

| Customer Name | Comments | Face Value | Reserve For Uncollectible Accounts | Balance, Net of Reserves |
|---|---|---|---|---|
| FedEx Supply Chain Logistics & Electronics, Inc. | Company has a recorded obligation of $83 million to FedEx | $ 1,356,989 | $ (1,356,989) | $ - |
| AT&T Services, Inc. | Customer claims that they paid GNET's vendors directly | 6,842,473 | (6,842,473) | - |
| AT&T Payment Center | | 451,693 | (451,693) | - |
| Tishman Construction Corporation | Company did not complete contract; customer has asserted counterclaims of approximately $1.8 million | 424,491 | (424,491) | - |
| Frontier Communications Corporation | | 157,749 | (157,749) | - |
| Arris Global Services Inc | Company has a recorded obligation of $30 million to Arris Global Services Inc. | 101,203 | (101,203) | - |
| Other | | 294,417 | (294,417) | - |
| | | $ 9,629,015 | $ (9,629,015) | $ - |

UMB-000724

# Trade Accounts Payable

| Creditor | Combined | Goodman Networks | Multiband Field Services | GNET ATC |
|---|---|---|---|---|
| FedEx Supply Chain Logistics & Electronics, Inc. **(Litigation)** | $ 83,021,362 | $ - | $ - | $ 83,021,362 |
| CommScope Technologies LLC/Arris **(Litigation)** | 30,293,887 | - | - | 30,293,887 |
| Humax | 22,188,026 | - | - | 22,188,026 |
| W-Neweb Corporation **(Litigation)** | 9,212,257 | - | - | 9,212,257 |
| Airties | 4,234,598 | - | - | 4,234,598 |
| Microsoft Licensing, GP | 2,168,549 | 2,168,549 | - | - |
| Directv Supply Chain | 1,002,686 | - | 1,002,686 | - |
| Call Center Systems LLC **(Litigation)** | 160,886 | 160,886 | - | - |
| Other (under $500k) | 1,600,938 | 1,301,164 | 305,787 | (6,013) |
| **Grand Total** | **$ 153,883,189** | **$ 3,630,600** | **$ 1,308,472** | **$ 148,944,117** |

UMB-000725