

| | | |
|---|---|---|
| | Statement Date | 10/31/2021 |
| | Account No | ****4352 |
| | | Page 1 of 1 |

GOODMAN NETWORKS INC
CONTROLLED DISBURSEMENT ACCOUNT
2801 NETWORK BLVD STE 300
FRISCO TX 75034

20457

## STATEMENT SUMMARY — TX Account Analysis Account No ****4352

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/01/2021 | Beginning Balance | | | $0.00 |
| | 5 | Deposits/Other Credits | + | $14,091,275.35 |
| | 3 | Checks/Other Debits | − | $4,365,908.22 |
| 10/31/2021 | Ending Balance | 31 | Days in Statement Period | $9,725,367.13 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/06/2021 | ACH Deposit FEDEX SUPPLY CHA 100521ACHU 1859925 11100002 | $2,764,522.14 |
| 10/13/2021 | ACH Deposit FEDEX SUPPLY CHA 101221ACHU 1886063 11100002 | $1,364,502.60 |
| 10/20/2021 | ACH Deposit FEDEX SUPPLY CHA 101921ACHU 1911747 11100002 | $4,131,075.76 |
| 10/22/2021 | ACH Deposit FEDEX SUPPLY CHA 102121ACHU 1921806 11100002 | $1,598,017.40 |
| 10/27/2021 | ACH Deposit FEDEX SUPPLY CHA 102621ACHU 1941631 11100002 | $4,233,157.45 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 10/08/2021 | Internet Trf W/D Transfer to DDA 1838 | $2,764,522.14 |
| 10/14/2021 | Internet Trf W/D Transfer to DDA 1838 | $1,364,502.60 |
| 10/29/2021 | Withdrawal GENESIS 1087915/ COLLATERAL TRANSFER/ YHSA | $236,883.48 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-01 | $0.00 | 10-13 | $1,364,502.60 | 10-22 | $5,729,093.16 |
| 10-06 | $2,764,522.14 | 10-14 | $0.00 | 10-27 | $9,962,250.61 |
| 10-08 | $0.00 | 10-20 | $4,131,075.76 | 10-29 | $9,725,367.13 |



101031 : 02045701

MEMBER FDIC     NYSE Symbol "PB"

FedEx_000631