1           IN THE UNITED STATES BANKRUPTCY COURT

            FOR THE NORTHERN DISTRICT OF TEXAS

2                  DALLAS DIVISION

3

4    In Re:                       )

                            )

5    Goodman Networks, Inc.,      )Case No. 22-31641 (MVL)

                            )

6           Debtor.          )

    _____)

7

8

9

10

11

12

13         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

       CORPORATE REPRESENTATIVE OF PROSPERITY BANK

14

         WITNESS LOCATION:  Houston, Texas

15

          Wednesday, September 6, 2023

16

17

18

19

20

21

22

23

24

25    REPORTED BY:

    Katherine West, LCR No. 791, RPR

                                   Page 1

1              Videotaped videoconference deposition of

2    CORPORATE REPRESENTATIVE OF PROSPERITY BANK, beginning

3    at 9:36 a.m. CDT, and ending at 2:51 p.m. CDT, on

4    Wednesday, September 6, 2023, before Katherine West, LCR

5    No. 791, RPR, reporting remotely via videoconference.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                A P P E A R A N C E S
 2
 3    FOR PROSPERITY BANK:
 4             JACKSON WALKER LLP
               By:  Victoria Argeroplos, Esq.
 5                  (via videoconference)
               1401 McKinney
 6             Suite 1900
               Houston, Texas 77010
 7             713.752.4334
               vargeroplos@jw.com
 8
      FOR FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.:
 9
               BUTLER SNOW LLP
10             By:  R. Campbell Hillyer, Esq.
                    Adam M. Langley, Esq.
11                  (via videoconference)
               6075 Poplar Avenue
12             Suite 500
               Memphis, Tennessee 38119
13             901.680.7316
               cam.hillyer@butlersnow.com
14             adam.langley@butlersnow.com
15    FOR ARRIS SOLUTIONS, INC.:
16             DLA PIPER LLP (US)
               By:  Noah M. Schottenstein, Esq.
17                  (via videoconference)
               1900 North Pearl Street
18             Suite 2200
               Dallas, Texas 75201
19             214.743.4500
               noah.m.schottenstein@us.dlapiper.com
20
      FOR UMB BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE
21    AND THE MAJORITY NOTEHOLDER GROUP:
22             HUNTON ANDREWS KURTH
               By:  Philip M. Guffy, Esq.
23                  (via videoconference)
               600 Travis Street
24             Suite 4200
               Houston, Texas 77002
25             713.220.3802
               pguffy@huntonak.com
```

Page 3

```
1                    A P P E A R A N C E S
                        (continued)
2

3   FOR SCOTT SEIDEL, TRUSTEE:

4              MUNSCH HARDT KOPF & HARR, P.C.
               By:  Davor Rukavina, Esq.
5                   (via videoconference)
               500 North Akard Street
6              Suite 3800
               Dallas, Texas 75201
7              214.855.7587
               drukavina@munsch.com
8

9   ALSO PRESENT VIA VIDEOCONFERENCE:

10             Scott Seidel

11             Charlotte Rasche

12             Domenico Martorello, Videographer

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page 4
```

```
 1                E X A M I N A T I O N
                      I N D E X
 2
 3   WITNESS:  DAVID MONTGOMERY, CORPORATE REPRESENTATIVE OF
                PROSPERITY BANK
 4
 5   EXAMINATION BY:                            PAGE
 6        MR. HILLYER                             9
 7        MR. GUFFY                             134
 8        MS. ARGEROPLOS                        145
 9
10                   E X H I B I T
                      I N D E X
11
     EXHIBIT              DESCRIPTION          PAGE
12
     Exhibit 1      Notice to Take Deposition of    10
13                  Prosperity Pursuant to Fed. R.
                    Civ. P. 26 and Fed. R. Bankr. P.
14                  7030
15   Exhibit 2      Attachment A: Definitions and   11
                    Topics for Examination
16
     Exhibit 3      Prosperity Bank Business Records 14
17                  Affidavit
18   Exhibit 4      Deposit Account Control Agreement 15
19   Exhibit 5      Loan Agreement dated 7/3/2020   22
20   Exhibit 6      Promissory Note dated 7/3/2020  23
21   Exhibit 7      Loan Agreement dated 8/31/2020  24
22   Exhibit 8      Promissory Note dated 8/31/2020 26
23   Exhibit 9      Security Agreement dated        26
                    8/31/2020
24
     Exhibit 10     Security Agreement dated 7/3/2020 28
25
```

Page 5

1                    E X H I B I T
                     I N D E X
2                    (continued)
3

     EXHIBIT            DESCRIPTION              PAGE
4
     Exhibit 11    Pledge and Security Agreement    29
5                  dated 8/31/2020
6    Exhibit 12    Pledge and Security Agreement    31
                   dated 1/8/2021
7
     Exhibit 13    Assignment of Deposit Account    34
8
     Exhibit 14    Prosperity Bank Statement dated  39
9                  10/31/2021
10   Exhibit 15    Prosperity Bank Statement dated  44
                   10/31/2021
11
     Exhibit 16    Letter from Jessica Freedson to  51
12                 Michele Ross and Eric Schaffer
                   dated 8/31/2022
13
     Exhibit 17    Loan Statement for Loan Account  60
14                 1087915
15   Exhibit 18    Notice of Exclusive Control,     64
                   Account Control Agreement, dated
16                 8/16/2022
17   Exhibit 19    Email Chain; Top Email from      65
                   Michele Ross to Jordan Yenne,
18                 Bater Bates, cc: Kathleen
                   LaManna, Susan Jacobsen, Michael
19                 Doty, and Gavin Wilkinson, dated
                   8/19/2022, Subject: "RE: Goodman
20                 DACAs"
21   Exhibit 20    Letter from Michele Ross to      84
                   Prosperity Bank, Attn: Jordan
22                 Yenne, dated 8/22/2022
23
24
25

Alpha Reporting                 800-556-8974
A Veritext Company              www.veritext.com

```
 1                      E X H I B I T
                        I N D E X
 2                      (continued)
 3
       EXHIBIT              DESCRIPTION                PAGE
 4
       Exhibit 21   Prosperity Bank's Reply to the      88
 5                  Joint Response and Objection of
                    FedEx Supply Chain Logistics &
 6                  Electronics, Inc., and ARRIS
                    Solutions, Inc., to Trustee's
 7                  Amended Motion for Approval of
                    Compromise and Settlement with
 8                  Prosperity Bank and UMB Bank,
                    National Association
 9
       Exhibit 22   Email from Michele Ross to          96
10                  Jessica Freedson and Joel
                    Mattson, cc: Eric Schaffer and
11                  Kathleen LaManna  dated
                    8/31/2022, Subject: "Goodman
12                  Networks"
13     Exhibit 23   Email Chain; Top Email from Bater   101
                    Bates to John Goodman, cc: David
14                  Parham and Andrea Hartley, dated
                    10/31/2022, Subject: "RE: Goodman
15                  - Extension Instructions of D&O
                    coverage"
16
       Exhibit 24   Email Chain; Top Email from David   106
17                  Parham to Bater Bates and
                    jg@goodmannetworks.net, cc:
18                  Andrea Hartley, dated 10/31/2022,
                    Subject: "RE: Goodman funds at
19                  Prosperity"
20     Exhibit 25   Email Chain; Top Email from David   106
                    Parham to Bater Bates and
21                  jg@goodmannetworks.net, cc:
                    Andrea Hartley, dated 10/31/2022,
22                  Subject: "RE: Goodman funds at
                    Prosperity" (Re-stamped)
23
       Exhibit 26   Email Chain; Top Email from John    110
24                  Goodman to Bater Bates dated
                    1/4/2023, Subject: "Re:
25                  Prosperity Funds"
```

Page 7

```
1                    E X H I B I T
                      I N D E X
2                    (continued)
3
    EXHIBIT              DESCRIPTION              PAGE
4
```

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 27 | Email from Bater Bates to John Goodman, cc: James Goodman, Zachary Wiebe, and Taylor Burns, dated 1/31/2023, Subject: "Term Loan" | 114 |
| Exhibit 28 | Email Chain; Top Email from David Montgomery to James Goodman and John Goodman dated 3/6/2023, Subject: "Re: EXTERNAL: Endeavor/Goodman - Due Diligence Items" | 117 |
| Exhibit 29 | Email Chain; Top Email from David Montgomery to James Goodman dated 3/24/2023, Subject: "RE: EXTERNAL: Prosperity Bank - Notice of Default" | 120 |
| Exhibit 30 | Prosperity Bank Procedure - Critical Alert Add, Change or Delete | 123 |
| Exhibit 31 | Prosperity Bank Proof Daily Transaction Journal | 124 |
| Exhibit 32 | Prosperity Bank's Responses to FedEx Supply Chain Logistics & Electronics, Inc.'s and ARRIS Solutions, Inc.'s Requests for Admission and Interrogatories | 129 |

Alpha Reporting                     800-556-8974
A Veritext Company                  www.veritext.com

1          HOUSTON, TEXAS; WEDNESDAY, SEPTEMBER 6, 2023

2               9:36 a.m. CDT - 2:51 p.m. CDT

3                    * * * * * * * * * *

4          THE VIDEOGRAPHER:  It's Wednesday,

5     September 6, 2023.  We are on the record at 9:36 a.m.

6          This is the video-recorded deposition of

7     corporate representative of Prosperity Bank, David

8     Montgomery, taken in the matter of In Re:  Goodman

9     Networks, Inc.

10          This deposition is being held remotely via

11     Zoom.  My name is Domenico Martorello.  I'm the

12     videographer representing Veritext.

13          At this time, I'll now turn it over to our

14     court reporter to swear in the witness.

15                         DAVID MONTGOMERY,

16     the witness herein, having been first duly sworn, was

17     examined and testified as follows:

18                         EXAMINATION

19     BY MR. HILLYER:

20     Q    Good morning, Mr. Montgomery.  My name is Cam

21     Hillyer with the law firm of Butler Snow, and I

22     represent FedEx.  I appreciate you making time for us

23     this morning.

24          As an initial matter, I'm going to publish the

25     notice of -- I'm sorry.  It's already published, the

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    discovered that email as well.

2        Q    Okay.  Let me rephrase the question.  What

3    value did Prosperity give Goodman Networks in exchange

4    for that assignment?

5        A    I don't know that there was a direct benefit

6    from Prosperity to Goodman Networks.

7        Q    Thank you.

8            Last -- last question.  Do you know whether

9    assets -- strike that.

10           I believe your previous testimony is it was

11   your understanding that there was a contemplated

12   transfer of Genesis assets to Endeavor.

13           Sitting here today, do you know if Genesis

14   transferred assets that were encumbered by Prosperity to

15   Endeavor?

16       A    Not with certainty, no, but realistically I

17   believe that that did happen.  So, I mean, maybe a

18   little clarity to that point.  Once we're taking this

19   assignment, right, we're -- I think as a bank we're not

20   particularly concerned anymore with what the assets are

21   doing or where they're going.

22           In our mind, our primary collateral was the

23   deposit account.  And not dissimilar to any other loan

24   where we've released collateral, it's, you know, your

25   right as owner to do with it what you may.

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    directions from Company and Controlling Agent with

2    respect to the transfer of funds."

3         A    Yes, sir.

4         Q    Okay.  And so I'll ask you now:  Why did

5    Prosperity put the funds into Account 0188 and not into

6    3992?

7         A    I would say that at this exact moment in time,

8    there were kind of two things happening that informed

9    our action.

10         One, we were trying to confirm to the best of

11    our knowledge that we didn't have a claim on the

12    account.  I think at or around the time of the letter,

13    we were relatively confident that we didn't or at least

14    couldn't produce conflicting information that we did.

15         Separately, at or around this time, the

16    representatives of the debtor itself were seeking for

17    release and for us to allow use of funds for a variety

18    of issues, and so we -- rather than send them one way or

19    the other, we just put them into an account under our

20    legal control until we could, for lack of a better term,

21    get a referee.

22         Q    Okay.  And Account 0188 is a deposit account;

23    correct?

24         A    I don't think it's technically a deposit

25    account.  We have accounts within the GL system of the

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

1   bank that, I mean, you can use to clear transactions or

2   hold funds or that sort of stuff.  So, I mean, it's just

3   an account that's within the company that is subject to

4   the control at the discretion of our legal department.

5        Q    Okay.  Well, I'll ask you again.  Is it -- is

6   0188 a deposit account?

7        A    I can't tell you with certainty if it is or

8   isn't technically styled a deposit account.  It's an

9   account within the bank that we hold funds in.

10       Q    So I can produce it, but it -- would it

11   surprise you if the bank has filed a pleading with the

12   court that says the segregated account is a deposit

13   account and was created for the purpose of segregating

14   the subject funds from other cash held at Prosperity?

15       A    No, sir.  That wouldn't surprise me.

16       Q    Okay.  So is your testimony today that it is

17   or is not a deposit account?

18       A    My personal belief is that whether it is or

19   isn't isn't particularly relevant.  It's an account that

20   we're holding the funds in and segregating.  Like, I

21   don't know why we're stuck on if it's a deposit account.

22   It's not relevant.

23       Q    Well, Mr. Montgomery, you don't get to make an

24   objection.  I'd ask you to answer the question.  It's a

25   yes or no.

Alpha Reporting                          800-556-8974
A Veritext Company                     www.veritext.com

1      A    I've answered the question.

2      Q    Is it a deposit --

3      A    I don't think it is, but I don't know.

4      Q    How do you not know?  You're the bank

5  representative.  You don't know what an account is?

6      A    Can we just exhibit what you're looking at?

7  Let's clear it up that way.

8      Q    Sure.

9      A    Thank you.

10     Q    Sure.

11          MR. HILLYER:  Can you bring up the Prosperity

12  Bank reply?

13          MR. LANGLEY:  Yep.  Just a second.

14          (Exhibit 21 was marked for identification.)

15  BY MR. HILLYER:

16     Q    You should have Exhibit 21.

17     A    Pulling it up now.  We've got that in front of

18  us.

19     Q    Okay.  Look at page 9, paragraph 20.

20     A    Looks like we say it's a deposit account.

21     Q    Is that your testimony today?

22     A    Sure.

23     Q    Okay.  And that deposit account -- you can go

24  back to Exhibit 16.

25     A    I'm sorry.  I'm there.

Page 88

1        Q    Okay.  Go to the attachments past the letter,

2   please.

3        A    Yes, sir.

4        Q    Okay.  And go to -- it will be Prosperity 423.

5   It should be the last page of that.

6        A    Okay.

7        Q    Okay.  And that is an account statement, or

8   what would you describe that as, Mr. Montgomery?

9        A    So, I mean, that's where my comments on is it

10   a deposit account or is it an "an" account,

11   quote-unquote.  I know you didn't like my answer, but

12   the account's styled in our name which is intended to

13   imply it belongs to no one else at the moment.  We've

14   designated that it's held funds per legal related to the

15   Goodman Networks matter, and you can see a couple of

16   entries in the history.

17        Q    Okay.  And, again, that -- my question was is

18   this a screenshot of an account within your internal

19   system?

20        A    Yes, sir.

21        Q    Okay.  And what system would generate this

22   screenshot?

23        A    Our core system we've talked about, you know,

24   an official version of record -- it's out of Precision.

25        Q    Okay.  And the -- who was the account owner of

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  telling him I might look to see if he did illegitimate

2  things is intended to put him on notice that that's

3  where we're going.

4       Q    Okay.  Give me one second.

5            All right.  I'm going to introduce -- it's

6  Prosperity 17056.

7            MR. LANGLEY:  It will be Exhibit 30.

8            (Exhibit 30 was marked for identification.)

9  BY MR. HILLYER:

10      Q    It will be Exhibit 30.  I'll represent to you,

11 Mr. Montgomery, this is an -- a Prosperity document for

12 the procedures for adding critical alerts, and this was

13 produced by your counsel in response to restrictions

14 placed on the 0188 account.

15           Are you familiar with these procedures or --

16      A    Yes.

17      Q    Okay.  And so you go to page 2 that deals with

18 deposit accounts.  Okay?  And it's six -- "Demand

19 Deposit Accounts."  Six events that qualify for critical

20 alerts.

21           If you'll look at the fourth bullet point

22 down, "Legal alerts," is that what is currently on

23 Account 0188?

24      A    Yes, sir.

25      Q    Okay.  And once it's put -- once a legal alert

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    on a deposit account is put in place, who has the

2    authority to take any action on that account?

3        A    I mean, nobody until they're advised by legal

4    what, if anything, to do.

5        Q    Okay.  For -- I don't want to get into

6    hypotheticals but -- so if you call up and say, "Hey,

7    transfer a million dollars of that 0188 to the

8    bondholders."  You can't do that without legal's

9    approval.

10       A    No, sir.

11       Q    Is that correct?

12       A    That's true.

13       Q    Okay.  So -- all right.  Let's put in 17060.

14            MR. LANGLEY:  31.

15            (Exhibit 31 was marked for identification.)

16   BY MR. HILLYER:

17       Q    It should be Exhibit 31.

18       A    I have that in front of me.

19       Q    You have it in front of you?

20       A    Yes, sir.

21       Q    Okay.  So this says it's a proof daily

22   transaction journal.  Is this something that's generated

23   from the core system that you referenced earlier?

24       A    My gut is no because it doesn't look like

25   anything that I would take from the core system, but

Page 124

1    that said, I mean, I don't know if there is, like,

2    behind-the-scenes reporting.  I'm sure there probably

3    is.  And I don't know if this is referencing that or

4    something in our accounting software.  But either way,

5    it's somewhere in that part of the daily processing.

6         Q    Okay.  And, again, I believe we've covered

7    some of this, so this looks like four line entries:

8    two debits, two credits.

9              Would that be correct?

10        A    I don't see anything that notes it as a debit

11   or a credit, so it's hard to answer that, sir.

12        Q    Okay.  Well, I'll say this:  It has two

13   entries for -- with the 7915 and 7916, which are the

14   loans.

15        A    Yes, sir.

16        Q    And they say "Advance."  And then it has a

17   similar line entry with both selection 151 out to the

18   side for deposits into the 0188 account.

19              Am I reading that correctly?

20        A    I mean, I believe that to be true just because

21   of what we've seen prior to this document, but I can't

22   interpret this document as same.  I don't know what

23   "BP."  I'm assuming that's batch processing.  I don't

24   know what 5 and 438 codes are.  I don't -- this is

25   pretty far in the weeds.

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1        Q     That was going to be my next question is do

2   you know what "Sel 151, 501, 517, 151" -- do you know

3   what that means?

4        A     The only thing I would be willing to say with

5   any certainty is "Seq" is sequence, and those are the

6   order that they were ran, potentially.

7              But, I mean, again, this is -- this is

8   probably happening either behind the scenes in our core

9   processing system or in the transition from our core

10  processing system into our general ledger, and I just

11  can't give you a ton of color on what any of that would

12  mean with effect to what's happening behind the scenes.

13       Q     Okay.  So do you know what Y -- "User YECJ"

14  means?

15       A     No, sir.  I mean, I think we have that

16  designation on the deposit accounts, and I don't think I

17  knew then either.  I mean, the time this is running is

18  12:43 a.m., so I mean, that's --

19       Q     Is that a person?

20       A     I just don't know.

21       Q     Okay.  Who would have -- if you don't have the

22  information or do not know the information related to

23  the selections and sequencing on the loan numbers and

24  the 0188 account numbers, who would have that intimate

25  knowledge, information about this transaction journal?

Page 126

1       A     Our IT department.

2       Q     Give me one second.

3             Okay.  So I believe your testimony earlier was

4    so the 0188 account is a deposit account at Prosperity

5    Bank and the account owner is Prosperity Bank; is that

6    correct?

7       A     Just to be clear, the only thing that makes me

8    think it's a deposit account for sure is our letter

9    response, which I think is true.  But, yes, it's an

10   account in the name of Prosperity at Prosperity.

11      Q     Okay.  And we can discuss it as much as you

12   want, Mr. Montgomery, but I'm going to ask you about

13   control.

14            So who has control over that account right

15   now?

16            MS. ARGEROPLOS:  Objection.  Form.

17            THE WITNESS:  The legal department.  That's

18   the whole nature of the hold.

19   BY MR. HILLYER:

20      Q     Okay.  And what is your basis for that

21   knowledge or basis for that statement?

22      A     That one of the previous exhibits we looked at

23   noted it as a legal hold.

24      Q     Okay.

25      A     I think it was a screenshot of the account.

                                          Page 127

1    Q    Okay.  And if that legal hold was lifted on

2  0188, who has control over that account?

3         MS. ARGEROPLOS:  Objection.

4         THE WITNESS:  I don't know the answer to that.

5  I don't think there would be authorized signers or, I

6  mean, presumably there's some level of, like, deposit

7  operations personnel that are senior enough to effect a

8  transaction.

9         But I just -- it's not like a regular deposit

10  account -- right? -- where authorized signers can effect

11  actions or anything like that.  It's an internal

12  Prosperity account, so people that could make entries

13  would be limited to something like, you know, senior

14  deposit operations folks and senior accounting folks.

15  BY MR. HILLYER:

16    Q    Okay.  All of those people are internal at

17  Prosperity; correct?

18    A    Yes, sir.  I don't believe anyone outside of

19  the company would have any ability to transact on this

20  account.

21    Q    Even if the legal hold was not there?

22    A    Yes, sir.

23    Q    Okay.

24    A    Just to be clear, even absent the legal hold

25  could someone outside the company transact on this

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1          MS. ARGEROPLOS:  Okay.  I just have a few

2     questions.

3                          EXAMINATION

4     BY MS. ARGEROPLOS:

5          Q    Okay.  Earlier in your testimony when you were

6     being asked -- sorry.  This is Victoria Argeroplos.

7     Just doing some redirect.

8               Earlier in your testimony, you were asked

9     about whether or not a security agreement existed for

10    the revolving line of credit, and you said, "I don't

11    think all loans need a security agreement."

12              Were you saying that you don't think all loans

13    need a separate document in order to be secured?

14         A    Yeah.  That's right.  I mean, you can cover

15    the same concepts in loan agreements and deed of trusts.

16         Q    Okay.  And talking about the collateral, are

17    these loans -- are the two loans to Genesis -- to the

18    Genesis borrowers, are they cross-collateralized?

19         A    I don't know the answer to that, but the

20    presence of the UCC-1 would be an all-assets filing, so

21    I think we would share assets on the two facilities.

22         Q    Okay.  Fast-forward to the May 2020 conversion

23    from LegacyTexas Bank to Prosperity.  We were talking

24    about the flag of the 3992 account having a DACA

25    attached to it.

Page 145

1        When -- when the account -- when the 3992

2   account was transferred to Prosperity, was that flag

3   attached to the account?

4        A    I don't believe so, no.

5        Q    And so is it your belief that the flag -- the

6   DACA flag dropped off the account while the account was

7   still at LegacyTexas Bank?

8        A    Yes.  I do believe that.

9        Q    Okay.  When the 3992 account was pledged to

10  the Genesis loans, the -- we are looking at the

11  assignment of deposit account document that indicated a

12  hold amount of about 4.6 million.

13       What does the hold mean?  Does that mean a

14  minimum balance?

15       A    Yes.  So whomever a signer is on that account

16  could transact on funds above that level, but any

17  transactions that dropped the balance below the hold

18  level would be rejected.

19       Q    Okay.  I'm just kind of going in order of what

20  the questions were before.

21       After this, we talked about the 4352 account

22  that's a Goodman Networks account, and you were asked

23  about your preparation and your review of the account

24  documents.

25       Did you review and discuss with bank personnel

Page 146