| | |
|---|---|
| Message | |
| From: | Ross, Michele D. [MRoss@ReedSmith.com] |
| Sent: | 8/31/2022 4:56:47 PM |
| To: | Jessica Freedson (Corp) [jessica.freedson@prosperitybankusa.com]; JoelMattson (Corp) [joel.mattson@prosperitybankusa.com] |
| CC: | Eric Schaffer [eschaffer@stonecipherlaw.com]; Lamanna, Kathleen [klamanna@goodwin.com] |
| Subject: | Goodman Networks |

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Dear Jessica and Joel:

Thank you for your letter earlier today. We have a few thoughts, most of which can be addressed later. One point that we want to address today is how the funds should be held, quoting you, "pending resolution of the conflicting instructions, notices, and directions" with respect to the funds. We believe it is appropriate for funds to be held in and not distributed from the original account no. 70173992, subject to the terms of the DACA. We believe your goal is to maintain the status quo pending such resolution. Holding the funds in that account will serve to limit or eliminate any argument that the transfers impaired the rights of U.S. Bank National Association and UMB Bank, National Association.

We would be pleased to discuss this in greater detail next week (appreciating that Monday is a holiday).

Very truly yours,

Michele & Eric

cc: Kathleen LaManna counsel to U.S. Bank National Association

**Michele D. Ross**
Office Phone +1 202 414 - 9297
Cell Phone + 202 250 - 0823
mross@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01