**Message**

**From:** Bater Bates (438) [Bater.Bates@prosperitybankusa.com]
**Sent:** 10/31/2022 9:07:06 AM
**To:** John Goodman [jg@goodmannetworks.net]
**CC:** david.parham@akerman.com; andrea.hartley@akerman.com
**Subject:** RE: Goodman - Extension Instructions of D&O coverage

No I cannot do this John.

Until a credit restructure or repayment is completed, the money is pledged. If we reached a restructure and the money was released, as I informed you on Friday, the money would go back into the account and would be subject to the notice of control by the bondholders (they would pull the funds).

Unless you have gotten something done with the note repurchase, this is not a viable option.

Lawrence (Bater) Bates
Managing Director
Prosperity Bank
5949 Sherry Ln., Suite 600
Dallas, Tx 75225
Phone: (214) 368-8521 | Mobile: (214) 213-9592
Email: bater.bates@prosperitybankusa.com

**From:** John Goodman <jg@goodmannetworks.net>
**Sent:** Friday, October 28, 2022 8:25 PM
**To:** Bater Bates (438) <Bater.Bates@prosperitybankusa.com>
**Subject:** Fwd: Goodman - Extension Instructions of D&O coverage

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Hi Bader. Let's please discuss this is one in one of many invoices that I need to get paid in order to keep the company operating at a bare minimum. We need some capital released out of that account at Prosperity. There isn't any cash inside the company. Can you myself and David from Åkerman speak on Monday morning?

Get Outlook for iOS

**From:** Robert DiRico <rdirico@arcxs.com>
**Sent:** Friday, October 28, 2022 5:45 PM
**To:** John Goodman <jg@goodmannetworks.net>
**Cc:** Howard Konicov <Hkonicov@cfgi.com>
**Subject:** RE: Goodman - Extension Instructions of D&O coverage

Good evening John,

As per our discussion, you have instructed me to proceed with the extension of the Goodman Networks D&O Policy, effective 10/30/2022, for a period of six months at a premium of $175,000.00. I will now proceed to instruct underwriters.

Note that payment is due to ARC PRIOR TO 11/04/2022. I will provide a formal invoice to you Monday, however, our wiring instructions are below so that you can facilitate payment ASAP:

**Bank:** Signature Bank
**ABA#:** 026013576

Exhibit PB 0023

Account#:      1500963294
Company:       ARC Excess & Surplus, LLC

It is imperative we get paid before the due by date as required by the insurer. There is no negotiation with them in this regard. So let's be sure to get this into them so that there may be no issues.

Please also let us know when the wire was given and from whom it is coming from so that we can track and pay. Thank you so much.

Have a great weekend and I will be in Monday should you have any questions.


Best Regards,

Robert DiRico
ARC Excess & Surplus, LLC
113 South Service Road
P.O. Box 9012
Jericho, New York 11753
Phone: (516) 408-5729
Fax: (516) 408-5792
Mobile: (516) 445-1211

