Message

| | |
|---|---|
| From: | david.parham@akerman.com [david.parham@akerman.com] |
| Sent: | 10/31/2022 9:50:23 AM |
| To: | Bater.Bates@prosperitybankusa.com; jg@goodmannetworks.net |
| CC: | andrea.hartley@akerman.com |
| Subject: | RE: Goodman funds at Prosperity |

Bater,

The initial transfer of funds from Goodman Networks to provide security for a loan to Genesis was without consideration to Goodman and thus we believe a fraudulent conveyance and the funds need to be returned.

We understand that you are in the process of restructuring the loan with Genesis and are willing to release Prosperity's security interest once that is accomplished. Can you advise me as to the status of the restructuring and the timing? Goodman has an urgent need to access that money to pay for D&O insurance premiums and to pay various professional fees, including fees that have been charged by the bond trustee and its counsel, and the Ad Hoc Committee of Bond Holders, and we would much prefer to resolve this consensually and without the time and expense of litigation, but you should understand that Goodman may suffer extreme injury if it is not allowed to access this cash immediately. We will work separately with the bond holders to obtain the permissions we need from them to pay Goodman's urgent expenses.

Please advise on expected timing.

vCard | Profile



700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Bater Bates (438) <Bater.Bates@prosperitybankusa.com>
**Sent:** Monday, October 31, 2022 9:02 AM
**To:** John Goodman <jg@goodmannetworks.net>
**Cc:** Parham, David (Ptnr-Dal) <david.parham@akerman.com>; Hartley, Andrea (Ptnr-Mia) <andrea.hartley@akerman.com>
**Subject:** RE: Goodman funds at Prosperity

**[External to Akerman]**

I guess this was written after we talked on the phone?

Funds were used to repay a loan the funds were security for. Bondholders then came in and gave us notice of control and pulled the available funds from all the accounts.
In negotiating with the bondholders counsel, the loan was readvanced and the funds were placed in escrow account (fbo GNet) which still secures our loan.

Exhibit PB 0024

**Lawrence (Bater) Bates**
Managing Director
Prosperity Bank
5949 Sherry Ln., Suite 600
Dallas, Tx 75225
Phone: (214) 368-8521 | Mobile: (214) 213-9592
Email: bater.bates@prosperitybankusa.com

**From:** John Goodman <jg@goodmannetworks.net>
**Sent:** Saturday, October 29, 2022 8:03 AM
**To:** Bater Bates (438) <Bater.Bates@prosperitybankusa.com>
**Cc:** david.parham@akerman.com; andrea.hartley@akerman.com
**Subject:** Goodman funds at Prosperity

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Hi Bater,

Can you please provide an update to Goodman's counsel the status of the funds on deposit with Prosperity.

Last, we spoke I understood that the company requested the funds be moved into escrow and that the BH's were attempting to get control or lock up the funds.

The company has very little cash and is attempting to keep professionals paid as we work through the involuntary ch. 7 filing and needs working capital to do so.


Joh

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.