Message

**From:** John Goodman [jg@goodmannetworks.net]
**Sent:** 1/4/2023 4:01:36 PM
**To:** Bater Bates (438) [Bater.Bates@prosperitybankusa.com]
**Subject:** Re: Prosperity Funds

Bater,

For clarity and as you know, I do not have any "debt" as referred below email. I also had no knowledge that that facility was being secured with GNI funds until you shared that with me.

My previous loan was acquired by Genesis. You/ the bank required that they take over my previous loan, which they did, in order for you to provide them with a new facility.

I do not legally have a loan. Nor have I ever had Goodman Networks secure any personal or business debt on my behalf with company funds.

Having said the above. I have no issue securing and assisting with the old loan due to Genesis resecuring its facility and can only take on a certain amount. I believe you and I had that conversation previously.

John

---

**From:** Bater Bates (438) <Bater.Bates@prosperitybankusa.com>
**Sent:** Sunday, December 11, 2022 2:03 PM
**To:** John Goodman <jg@goodmannetworks.net>
**Subject:** Re: Prosperity Funds

We are not in a position to do that yet. The restructure of the debt was delayed on the genesis side. We hope to have it approved and finish documenting early next week.
The $3mm line that is.
Your debt is later in the week.

Get Outlook for iOS

---

**From:** John Goodman <jg@goodmannetworks.net>
**Sent:** Friday, December 9, 2022 3:06:55 PM
**To:** Bater Bates (438) <Bater.Bates@prosperitybankusa.com>
**Subject:** RE: Prosperity Funds

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Bater,

I hope you are doing well. I would like to request the funds being held at Prosperity be moved to Goodman Networks or to the bond trustee. Can you please provide me a response on Prosperity's ability based on my request.

John
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or

use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Prosperity015990