Message

| | |
|---|---|
| **From:** | David Montgomery (365) [david.montgomery@prosperitybankusa.com] |
| **Sent:** | 3/6/2023 3:25:12 PM |
| **To:** | james . goodman [james.goodman@genesisnet.com]; John Goodman [jg8622@gtholdingsinc.com] |
| **Subject:** | Re: EXTERNAL: Endeavor/Goodman - Due Diligence Items |

We are planning to motion the court to release the cash collateral back to us to satisfy the loan.

David R. Montgomery
Senior Vice President

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Monday, March 6, 2023 2:21:36 PM
**To:** John Goodman <jg8622@gtholdingsinc.com>; David Montgomery (365)
<david.montgomery@prosperitybankusa.com>
**Subject:** Re: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Same with me.

James Goodman

**From:** John Goodman <jg8622@gtholdingsinc.com>
**Sent:** Monday, March 6, 2023 3:03:12 PM
**To:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Cc:** james.goodman <james.goodman@genesisnet.com>
**Subject:** Re: EXTERNAL: Endeavor/Goodman - Due Diligence Items

David

I am prepared to move forward and am waiting on guidance. Please let me know.

Thank you,

John Goodman
Chairman and CEO
210-323-6262

**From:** John Goodman <jg8622@gtholdingsinc.com>
**Sent:** Monday, February 27, 2023 10:00 AM
**To:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** Re: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Hi David,

I don't believe anything was due from me. I spoke with James about this email and was he was contacting Zach. He was not aware items were still outstanding.

John

**From:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Sent:** Monday, February 27, 2023 6:27 AM

Prosperity016486

**To:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>; Taylor Burns (438)
<taylor.burns@prosperitybankusa.com>; John Goodman <jg8622@gtholdingsinc.com>; James Goodman
(james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

NOTICE: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the
sender and know the content is safe.

Thanks for your efforts Zach, but the deadline to consummate this transaction has passed.  The bank will be exploring
other alternatives at this point.

**David R. Montgomery**

Senior Vice President

Phone: 972.461.7254 | Mobile: 512.699.2184

Email: David.Montgomery@prosperitybankusa.com



---

**From:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>
**Sent:** Friday, February 24, 2023 11:04 PM
**To:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>; John Goodman <jg8622@gtholdingsinc.com>; James
Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Taylor –

See attached for the terms.  I'm working on those minutes.

- Zach

---

**From:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>
**Sent:** Tuesday, February 21, 2023 10:07 AM
**To:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>; John Goodman <jg8622@gtholdingsinc.com>; James Goodman
(james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Okay sounds good.

The minutes from November 2, 2022 reference that James Goodman is a director of SOVA, Inc.. Accordingly, we need
the minutes of SOVA, Inc. appointing/electing James Goodman as a director.

---

**From:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>
**Sent:** Tuesday, February 21, 2023 9:26 AM
**To:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>; John Goodman <jg8622@gtholdingsinc.com>; James
Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Prosperity016487

Taylor –

The request was sent over on Friday afternoon, and yesterday was a bank holiday (I believe), so let's give them a little breathing room here if we can.

I'm in Austin today for meetings, but I'll reach out to ANB this afternoon if I haven't heard back.

- Zach

**From:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>
**Sent:** Tuesday, February 21, 2023 9:24 AM
**To:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>; John Goodman <jg8622@gtholdingsinc.com>; James Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Zach,
Received.
Any progress with Amarillo National Bank?

**From:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>
**Sent:** Friday, February 17, 2023 3:28 PM
**To:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>; John Goodman <jg8622@gtholdingsinc.com>; James Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

See attached for the board consents.

Thanks.

- Zach

**From:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>
**Sent:** Friday, February 17, 2023 2:26 PM
**To:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>; John Goodman <jg8622@gtholdingsinc.com>; James Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

Zach
My counsel has reviewed and here is the feedback/support.

1. We still need Minutes of SOVA, Inc. electing the current members of the Board of Directors and officers of SOVA, Inc.
2. Amarillo National Bank has a filing in Delaware on Endeavor Managed Services, Inc. covering inventory, equipment, and accounts. – this needs to be released via UCC-3 termination.
3. Amarillo National Bank has a filing in Pennsylvania on SOVA, Inc. covering inventory, equipment, and accounts. – this needs to be released via UCC-3 termination.

Prosperity016488

ANB provided a UCC-3 for the Texas filing previously. I would get ahold of ANB today and provide these searches as support for immediate action.

Let me know if you have any questions.

---

**From:** Zachary Wiebe <zachary.wiebe@endeavor-ms.com>
**Sent:** Thursday, February 16, 2023 3:52 PM
**To:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>; John Goodman <jg8622@gtholdingsinc.com>; James Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** RE: EXTERNAL: Endeavor/Goodman - Due Diligence Items

*****Security Note: EXTERNAL EMAIL - Please exercise caution
and DO NOT open attachments or click on links from unknown or unexpected emails.

Taylor –

See attached. I believe this is what you were looking for on the below requests. If not please let me know.

Thanks.

- Zach

---

**From:** Taylor Burns (438) <taylor.burns@prosperitybankusa.com>
**Sent:** Thursday, February 16, 2023 2:37 PM
**To:** John Goodman <jg8622@gtholdingsinc.com>; James Goodman (james.goodman@genesisnet.com) <james.goodman@genesisnet.com>; Zachary Wiebe (zachary.wiebe@genesisnet.com) <zachary.wiebe@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>
**Subject:** EXTERNAL: Endeavor/Goodman - Due Diligence Items

Below is list of due diligence items from attorney preparing loan documents.
Once we get these items, we are able to distribute.

1. Minutes of Endeavor Managed Services, Inc. electing the current members of the Board of Directors and officers of Endeavor Managed Services, Inc.
2. Resignation/Removal of Mary Alice Trainor as Vice President, Secretary, and a Director of SOVA, Inc.
3. Certificate of Formation of SOVA, Inc.
4. Minutes of SOVA, Inc. electing the current members of the Board of Directors and officers of SOVA, Inc.
5. UCC Searches are being run, may have a little clean up...

**Taylor E. Burns**
Senior Vice President
Prosperity Bank
5949 Sherry Lane, Suite 600
Dallas, TX 75225
214-217-7019
Taylor.Burns@ProsperityBankUSA.com



This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please report suspicious emails to servicedesk@endeavor-ms.com

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.