| | |
|---|---|
| **From:** | Rukavina, Davor |
| **Sent:** | Thursday, February 16, 2023 8:40 PM CST |
| **To:** | Silverstein, Paul; Scott |
| **CC:** | Clarke, Brian; Guffy, Philip; Berghman, Thomas |
| **Subject:** | RE: Goodman |

Paul, tomorrow will be very tough for me, until the late afternoon/early evening. I am open all Saturday. Monday and Tuesday are out for me.

The Trustee is going to go after the Prosperity Bank money right away. I think the Bank may give it back. As part of the Trustee's negotiation with you and the Bank regarding the funds, he would like to understand the Indenture Trustee's/your claim that the funds transferred/recovered would be your *perfected* collateral. In particular, I understand that the funds, which began in a money market account, were not subject to an account control agreement, and I don't think anyone can have a perfected lien in a Chapter 5 (although maybe TUFTA is a business tort).

We're not looking to pick a fight and are not arguing one way or the other yet; just trying to assess the argument as part of sitting down with you and negotiating something regarding the funds in question.

Thank you


**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>
**Sent:** Thursday, February 16, 2023 6:39 PM
**To:** Rukavina, Davor <drukavina@munsch.com>; Scott <scott@scottseidel.com>
**Cc:** Clarke, Brian <BrianClarke@andrewskurth.com>; Guffy, Philip <PGuffy@hunton.com>
**Subject:** Goodman

**External Email: Use caution with links and attachments.**

Scott/Davor: do you have any time tomorrow (Friday) to discuss above? Let me know when please. Thanks.

Paul N. Silverstein
(212) 850-2819 (office)
(917) 817-4883 (mobile)
PSilverstein@HuntonAK.com

Trustee_Prosperity_000016

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Trustee_Prosperity_000017