| | |
|---|---|
| From: | Funk, Brenda |
| Sent: | Saturday, February 18, 2023 4:16 PM CST |
| To: | Victoria Argeroplos |
| CC: | Scott; Rukavina, Davor |
| Subject: | Goodman: Prosperity escrow |

Victoria,

Thanks again for the call Thursday. Do you have an eta on the documents you are going to send us?

Also, the Ch 7 Trustee, Scott Seidel, and my partner, Davor Rukavina, would like to have a follow-up call on Monday. Do you have some availability?

Regards,
Brenda Funk


Brenda L. Funk

Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 800 / Houston, Texas 77002-2806
Direct: +1.713.222.5832 / bfunk@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.