| | |
|---|---|
| From: | Guffy, Philip |
| Sent: | Saturday, February 18, 2023 3:35 PM CST |
| To: | Rukavina, Davor; 'Scott' |
| CC: | Silverstein, Paul; Clarke, Brian; Eric A. Schaffer (eschaffer@stonecipherlaw.com) |
| Subject: | Goodman--Prosperity DACA |
| Attachments: | Goodman Exit - Executed - DACA (Springing Control) BZ Premium Deposit (N.._ (002).pdf |

Here's the DACA for the 3992 account at Prosperity. It was originally with Legacy Texas Bank, which was acquired by or merged with Prosperity.



**Philip Guffy**
Associate
pguffy@HuntonAK.com
p             713.220.3802

Hunton Andrews Kurth LLP
600 Travis Street
Suite 4200
Houston, TX 77002

HuntonAK.com

Trustee_Prosperity_000020