| | |
|---|---|
| From: | Rukavina, Davor |
| Sent: | Tuesday, March 7, 2023 9:38 AM CST |
| To: | Argeroplos, Victoria |
| CC: | Eric Schaffer; Funk, Brenda |
| Subject: | Goodman/Prosperity |
| Attachments: | Complaint Prosperity.pdf |

Victoria:

We have not heard anything from Prosperity. Therefore, we will be filing the attached tonight. Please let us know right away if Prosperity is prepared to accept the Trustee's settlement offer or if it believes it has any principled defense to the Trustee's claims. We have not heard of one and are not aware of one. Please understand that, if the Trustee is forced to file the attached, the settlement offer is off the table.

Thank you


**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com


Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.