| | |
|---|---|
| From: | Argeroplos, Victoria |
| Sent: | Wednesday, March 8, 2023 12:59 PM CST |
| To: | Funk, Brenda; Rukavina, Davor |
| CC: | Eric Schaffer |
| Subject: | Goodman Networks |

Hi Brenda and Davor,

I have received the green light from Prosperity to proceed with the proposed settlement, subject to global releases between Prosperity, the trustee, the debtor, UMB, US Bank, and anyone else who has an interest in the funds; the preservation of Prosperity's rights against the debtor and any other of Prosperity's borrowers (notwithstanding the previous item); and bankruptcy court approval.  I will circulate a draft 9019 to this effect later this evening.

Thank you,

**Victoria Argeroplos**
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4334 | F: (713) 308-4134 | vargeroplos@jw.com

