| | |
|---|---|
| **From:** | Rukavina, Davor |
| **Sent:** | Wednesday, March 8, 2023 2:19 PM CST |
| **To:** | Scott |
| **CC:** | Funk, Brenda; Berghman, Thomas |
| **Subject:** | FW: Goodman Networks |

Scott, good news on the Prosperity issue.

I will push the Silverstein group to respond to our 506(c) offer.

Thank you

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** Argeroplos, Victoria <vargeroplos@jw.com>
**Sent:** Wednesday, March 8, 2023 12:59 PM
**To:** Funk, Brenda <bfunk@munsch.com>; Rukavina, Davor <drukavina@munsch.com>
**Cc:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Subject:** Goodman Networks

**External Email: Use caution with links and attachments.**

Hi Brenda and Davor,

I have received the green light from Prosperity to proceed with the proposed settlement, subject to global releases between Prosperity, the trustee, the debtor, UMB, US Bank, and anyone else who has an interest in the funds; the preservation of Prosperity's rights against the debtor and any other of Prosperity's borrowers (notwithstanding the previous item); and bankruptcy court approval. I will circulate a draft 9019 to this effect later this evening.

Thank you,

**Victoria Argeroplos**
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4334 | F: (713) 308-4134 | vargeroplos@jw.com



Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall

constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Trustee_Prosperity_000464