| | |
|---|---|
| From: | Rukavina, Davor |
| Sent: | Tuesday, March 14, 2023 1:07 PM CDT |
| To: | Eric Schaffer; Silverstein, Paul |
| CC: | Funk, Brenda |
| Subject: | Call |

Gentlemen, as we advance our negotiations and positions, one issue that will be important as we consider 506(b)'s is the attorney's fees claims of the bondholders, which I expect will be quite large. If you could please walk me through how the individual noteholders would be entitled to postpetition attorney's fees (or prepetition for that matter). This will become an important issue as we discuss AMRR/Prosperity/overall claim to pay.

Thank you

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.