Message

| | |
|---|---|
| From: | Argeroplos, Victoria [vargeroplos@jw.com] |
| Sent: | 3/20/2023 3:09:35 PM |
| To: | james.goodman@genesisnet.com |
| CC: | David Montgomery (365) [david.montgomery@prosperitybankusa.com]; Messick, Monica Pace [mmessick@jw.com] |
| Subject: | Prosperity Bank – Notice of Default |
| Attachments: | 35621895_1_2023-03-20 Prosperity - Genesis - Notice of DefaultLetter.pdf |

**\*\*\*\*\*Security Note: EXTERNAL EMAIL – Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.**

Hi Mr. Goodman,

Please see the attached notice regarding the Prosperity Bank loans to Genesis Networks Telecom Services, LLC and Genesis Networks Global Services, LLC. Please reach out to me or David Montgomery if you have any questions.

Thank you,

Victoria Argeroplos
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4334 | F: (713) 308-4134 | vargeroplos@jw.com


Jackson Walker LLP

Prosperity016491