Message

**From:** james . goodman [james.goodman@genesisnet.com]
**Sent:** 3/21/2023 11:07:30 AM
**To:** Argeroplos, Victoria [vargeroplos@jw.com]
**CC:** David Montgomery (365) [david.montgomery@prosperitybankusa.com]; Messick, Monica Pace [mmessick@jw.com]
**Subject:** Re: EXTERNAL: Prosperity Bank - Notice of Default

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Let me get with Zach. I thought this was resolved.

James Goodman

---

**From:** Argeroplos, Victoria <vargeroplos@jw.com>
**Sent:** Monday, March 20, 2023 3:09:35 PM
**To:** james.goodman <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>; Messick, Monica Pace <mmessick@jw.com>
**Subject:** EXTERNAL: Prosperity Bank - Notice of Default

Hi Mr. Goodman,

Please see the attached notice regarding the Prosperity Bank loans to Genesis Networks Telecom Services, LLC and Genesis Networks Global Services, LLC. Please reach out to me or David Montgomery if you have any questions.

Thank you,

**Victoria Argeroplos**
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4334 | F: (713) 308-4134 | vargeroplos@jw.com


Jackson Walker LLP

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please report suspicious emails to servicedesk@genesisnet.com