| | |
|---|---|
| **From:** | Funk, Brenda |
| **Sent:** | Friday, April 14, 2023 10:10 AM CDT |
| **To:** | Argeroplos, Victoria |
| **Subject:** | RE: Prosperity Communications |

I don't recall receiving any communications in your initial document production to us. Please let me know if I am mistaken.

In particular and as quickly as possible, I need any communication to the Collateral Agent and I need to see the purported instruction from James Goodman to transfer the funds.

We are doing our best to resolve the objection to the settlement, but really need to get the facts right.


Brenda L. Funk

Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 800 / Houston, Texas 77002-2806
Direct: +1.713.222.5832 / bfunk@munsch.com / munsch.com
-----Original Message-----
From: Argeroplos, Victoria <vargeroplos@jw.com>
Sent: Thursday, April 13, 2023 8:08 AM
To: Funk, Brenda <bfunk@munsch.com>
Subject: Re: Testing…

External Email: Use caution with links and attachments.

I think the Bank gave me everything they had as far as communications but I will talk to them about it again.


> On Apr 13, 2023, at 08:00, Funk, Brenda <bfunk@munsch.com> wrote:
>
> **RECEIVED FROM EXTERNAL SENDER – USE CAUTION**
>
> Thank you. I don't like being the pest. We really just need enough information to complete the analysis on the security interest. Give me a shout if it would be helpful to talk about it.
>
> Brenda Funk
>
>
>
>
> Brenda L. Funk
>
> Munsch Hardt Kopf & Harr, P.C.
> 700 Milam Street, Suite 800 / Houston, Texas 77002-2806
> Direct: +1.713.222.5832 / bfunk@munsch.com / munsch.com
>> On Apr 13, 2023, at 7:56 AM, Argeroplos, Victoria <vargeroplos@jw.com> wrote:
>>
>> External Email: Use caution with links and attachments.
>>
>> Hi Brenda,
>>
>> Yes I received emails from you at 4:35 and 5:11 yesterday but was tied up with other cases. I will have time today to provide a substantive response.

**Trustee_Prosperity_001124**

>>
>>>> On Apr 13, 2023, at 07:52, Funk, Brenda <bfunk@munsch.com> wrote:
>>> **RECEIVED FROM EXTERNAL SENDER – USE CAUTION**
>>>
>>> Victoria- are you getting my emails?
>>>
>>> Brenda Funk
>>>
>>>
>>> Brenda L. Funk
>>>
>>> Munsch Hardt Kopf & Harr, P.C.
>>> 700 Milam Street, Suite 800 / Houston, Texas 77002-2806
>>> Direct: +1.713.222.5832 / bfunk@munsch.com / munsch.com
>>>
>>> Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**Trustee_Prosperity_001125**