| | |
|---|---|
| **From:** | Eric Schaffer |
| **Sent:** | Tuesday, April 18, 2023 1:29 PM CDT |
| **To:** | Rukavina, Davor |
| **CC:** | Guffy, Philip; Funk, Brenda; Clarke, Brian; Silverstein, Paul; Dunn, Jeff |
| **Subject:** | RE: [EXT] RE: Goodman/Prosperity Coordination and Cooperation |
| **Attachments:** | Goodman--Bondholder UCC Analaysis re Prosperity Funds.DOCX |

Attached is the requested analysis. Happy to chat.

**From:** Rukavina, Davor <drukavina@munsch.com>
**Sent:** Tuesday, April 18, 2023 12:45 PM
**To:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Cc:** Guffy, Philip <PGuffy@hunton.com>; Funk, Brenda <bfunk@munsch.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Dunn, Jeff <jdunn@Munsch.com>
**Subject:** RE: [EXT] RE: Goodman/Prosperity Coordination and Cooperation

Confirmed.

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Sent:** Tuesday, April 18, 2023 11:44 AM
**To:** Rukavina, Davor <drukavina@munsch.com>
**Cc:** Guffy, Philip <PGuffy@hunton.com>; Funk, Brenda <bfunk@munsch.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Dunn, Jeff <jdunn@Munsch.com>
**Subject:** RE: [EXT] RE: Goodman/Prosperity Coordination and Cooperation

**External Email: Use caution with links and attachments.**

Thanks, Davor.

If we are assured of a reasonable opportunity to object to any legal process that would require production, this works. If you can confirm that, I think we have our outline just about ready to send over.

Regards,
Eric

Trustee_Prosperity_001128

**From:** Rukavina, Davor <drukavina@munsch.com>
**Sent:** Tuesday, April 18, 2023 11:52 AM
**To:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Cc:** Guffy, Philip <PGuffy@hunton.com>; Funk, Brenda <bfunk@munsch.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Dunn, Jeff <jdunn@Munsch.com>
**Subject:** [EXT] RE: Goodman/Prosperity Coordination and Cooperation

Eric:

Yes, I confirm. Obviously, if the Trustee is served with legal process requiring a production, then he will have to comply, but I will let you know promptly if that occurs so that you and/or I can take appropriate action.

Will that work?


**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Sent:** Monday, April 17, 2023 10:54 AM
**To:** Rukavina, Davor <drukavina@munsch.com>
**Cc:** Guffy, Philip <PGuffy@hunton.com>; Funk, Brenda <bfunk@munsch.com>; Clarke, Brian <BrianClarke@andrewskurth.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Dunn, Jeff <jdunn@Munsch.com>
**Subject:** Goodman/Prosperity Coordination and Cooperation

**External Email: Use caution with links and attachments.**

Davor,

We appreciated the opportunity to talk with you and your colleagues on Saturday. As I noted at the end of the call, our clients have a common interest in seeking approval of the Trustee's motion. With that in mind, I asked you to confirm that our analysis and authorities would not be shared with counsel for FedEx or others.

Regards,
Eric


Eric A. Schaffer
**Stonecipher Law Firm**

125 First Avenue / Pittsburgh, PA 15222-1590
p.  412.391.8510 / f.  412.391.8522
eschaffer@stonecipherlaw.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Trustee_Prosperity_001130