| | |
|---|---|
| From: | Rukavina, Davor |
| Sent: | Wednesday, May 10, 2023 6:29 PM CDT |
| To: | Eric Schaffer |
| Subject: | Re: Settlement |

You understand these aggressive tactics from late today are not going to be well received? This is a 7. I'm not sure Paul et. al. understand that.

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Date:** Wed, May 10, 2023, 12:23
**To:** "Rukavina, Davor" <drukavina@munsch.com>
**Subject:** Settlement

**External Email: Use caution with links and attachments.**

Davor,

After your email to Victoria yesterday, I sent one myself. I want to reinforce the point that settlement on the $4.4mm beats defending multiple lawsuits. I think it is valuable to keep the hearing on for the 18th along with the objection deadline, as that will help focus Victoria's client.

On related point, did Brenda get all the documents she had requested from Victoria?

Regards,
Eric


Eric A. Schaffer
**Stonecipher Law Firm**
125 First Avenue / Pittsburgh, PA 15222-1590
p. 412.391.8510 / f. 412.391.8522
eschaffer@stonecipherlaw.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall

Case 22-31641-mvl7    Doc 398-71    Filed 10/06/23    Entered 10/06/23 14:13:39    Desc
Exhibit 71    Page 2 of 2

constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Trustee_Prosperity_001167