**BUTLER SNOW LLP**
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com

*Counsel for FedEx Supply Chain
Logistics & Electronics, Inc.*

**DLA PIPER LLP (US)**
James Muenker (TX Bar No. 24002659)
Noah M. Schottenstein (TX Bar No. 24100661)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
noah.m.schottenstein@us.dlapiper.com
james.muenker@us.dlapiper.com

*Counsel for ARRIS Solutions, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |

**FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.
AND ARRIS SOLUTIONS' WITNESS AND EXHIBIT LIST
FOR HEARING ON OCTOBER 10, 2023, AT 9:30 A.M. (CT)**

FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE") and ARRIS Solutions, Inc. ("ARRIS") (FSCLE and ARRIS together are the "Objectors"), by and through their undersigned counsel, hereby designate the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled on October 10, 2023, at 9:30 a.m. (CT) (the "Hearing") before the

1

Honorable Michelle V. Larson at the United States Bankruptcy Court for the Northern District of Texas.

**A.  WITNESSES**

|   | **Witness** |
|---|---|
| 1. | Scott Seidel, Chapter 7 Trustee |
| 2. | Lawrence "Bater" Bates |
| 3. | David Montgomery |
| 4. | James Goodman |
| 5. | Any witness necessary to authenticate a document |
| 6. | Any rebuttal and/or impeachment witnesses |
| 7. | Any person listed on the witness list of another party |

**B.  EXHIBITS**

The Objectors may offer into evidence any of the following exhibits at the Hearing:

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1 | Deposition Transcript of Chapter 7 Trustee/Scott Seidel |  |  |  |
| 2 | Loan Agreement |  |  |  |
| 3 | Promissory Note |  |  |  |
| 4 | Security Agreement |  |  |  |
| 5 | Loan Agreement |  |  |  |
| 6 | Promissory Note |  |  |  |
| 7 | Security Agreement |  |  |  |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 8 | Pledge and Security Agreement – James Goodman | | | |
| 9 | Pledge and Security Agreement – John Goodman | | | |
| 10 | Goodman Networks Incorporated Current Report | | | |
| 11 | Prosperity Bank Statement for Acct. 3992 | | | |
| 12 | Assignment of Deposit Account | | | |
| 13 | Prosperity Bank Statement for Acct. 4352 | | | |
| 14 | Deposition excerpts of the Corporate Representative of Prosperity Bank | | | |
| 15 | Deposit Account Control Agreement | | | |
| 16 | Notice of Exclusive Control – Account Control Agreement | | | |
| 17 | Reed Smith Letter re: Goodman Networks, Inc. 8% Senior Secured Notes Due 2022 | | | |
| 18 | Prosperity Bank Letter re: Goodman Networks DACA Transaction Requests | | | |
| 19 | Prosperity Bank Proof Daily Transaction Journal | | | |
| 20 | Reed Smith email re: Goodman Networks hold on funds | | | |
| 21 | Prosperity Bank email re: Goodman – Extension Instructions of D&O Coverage | | | |
| 22 | Akerman email re: Goodman Funds at Prosperity Bank | | | |
| 23 | John Goodman email re: Prosperity Bank Funds | | | |
| 24 | Prosperity Bank email re: Term Loan for Genesis Telecom | | | |
| 25 | Prosperity Bank email re: Endeavor/Goodman – Due Diligence Items | | | |
| 26 | Davor Rukavina email re: Goodman Funds held at Prosperity Bank | | | |
| 27 | Brenda Funk email re: Goodman Prosperity Bank Escrow | | | |
| 28 | Phillip Guffy email re: Goodman – Prosperity DACA for the 3992 account | | | |
| 29 | Brenda Funk email re: Goodman – Prosperity Escrow | | | |

3

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 30 | Victoria Argeroplos email re: Goodman – Prosperity Escrow | | | |
| 31 | Collective Exhibit of Financial Documents | | | |
| 32 | Davor Rukavina email re: Goodman – Prosperity Bank Proposed Surcharge | | | |
| 33 | Davor Rukavina email re: Ultimatum to Prosperity Bank | | | |
| 34 | Davor Rukavina email re: Preparing to File Suit Against Prosperity Bank | | | |
| 35 | Davor Rukavina email re: Ready to File Suit if no Settlement is Reached | | | |
| 36 | Trustee's Original Complaint | | | |
| 37 | Davor Rukavina email re: Prosperity Bank Stalling – Ready to File the Complaint | | | |
| 38 | Eric Schaffer email re: Discussion Regarding Filing Suit | | | |
| 39 | Victoria Argeroplos email re: Prosperity Bank has Agreed to the Settlement | | | |
| 40 | Davor Rukavina email re: Prosperity Bank Accepted the Settlement | | | |
| 41 | Davor Rukavina email re: Request for a Response to the 506© Offer | | | |
| 42 | Victoria Argeroplos email re: Edits to the Stipulation and Agreed Order | | | |
| 43 | Draft Stipulation and Agreed Order | | | |
| 44 | Davor Rukavina email re: Time to Make a Deal on the Surcharge | | | |
| 45 | Davor Rukavina email re: Trustee's Charges | | | |
| 46 | Draft Stipulation and Agreed Order | | | |
| 47 | Victoria Argeroplos email re: Would Prefer a Global Agreement | | | |
| 48 | Davor Rukavina email re: Attorneys Fees Claim of the Bondholders | | | |
| 49 | Davor Rukavina email re: Trustee will Agree to the $100K | | | |
| 50 | Paul Silverstein email re: Agreement with Trustee's Proposal | | | |
| 51 | Victoria Argeroplos email to Goodman re: Prosperity Bank – Notice of Default | | | |
| 52 | Notice of Default Intent to Accelerate and Demand for Payment | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 53 | James Goodman email re: Thought this was resolved | | | |
| 54 | David Montgomery email re: Releasing cash held in escrow to bankruptcy trustee – request for James Goodman's deposition transcript from trustee | | | |
| 55 | Brenda Funk email re: attempts to locate funds being released to the trustee | | | |
| 56 | Brenda Funk email re: Request for account history | | | |
| 57 | Brenda Funk email re: Request for update on request | | | |
| 58 | Cam Hillyer email re: Draft Objection to Prosperity Bank 9019 Settlement 040723 | | | |
| 59 | Brenda Funk email re: Prosperity Bank Communications | | | |
| 60 | Eric Schaffer email re: Goodman-Bondholder UCC Analysis re: Prosperity Funds | | | |
| 61 | Prosperity 9019 Motion UCC Analysis | | | |
| 62 | Victoria Argeroplos email re: Prosperity Communications | | | |
| 63 | Eric Schaffer email re: Has a few questions for Davor Rukavina | | | |
| 64 | Paul Silverstein email re: Status of agreed 9019 motion | | | |
| 65 | Davor Rukavina email re: Request for Bondholders to up the agreed surcharge to $250k | | | |
| 66 | Adam Langley email re: Request for trustee to withdraw the 9019 motion | | | |
| 67 | Eric Schaffer email re: Initial reactions to Davor Rukavina's surcharge email | | | |
| 68 | Paul Silverstein email re: Prosperity Settlement | | | |
| 69 | Davor Rukavina email re: Trustee being pressured to withdraw from the settlement – new proposal | | | |
| 70 | Eric Schaffer email re: Settlement | | | |
| 71 | Davor Rukavina email re: Aggressive tactics not well received | | | |

5

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 72 | Davor Rukavina email re: Need banks response to proposal or will withdraw settlement motion | | | |
| 73 | Davor Rukavina email re: Trustee has given two options – needs answer by 5 p.m. | | | |
| 74 | Victoria Argeroplos email re: Bank accepts the $200k payment term | | | |
| 75 | Eric Schaffer email re: Settlement | | | |
| 76 | Eric Schaffer email re: Close call – take out of motion | | | |
| 77 | Davor Rukavina email re: Will revise the motion | | | |
| 78 | Eric Schaffer email re: FedEx needs to file their objection – no good purpose is served by delay | | | |
| 79 | Trustee's Responses and Answers to Joint First Requests for Admissions | | | |
| 80 | Trustee's Responses and Answers to Joint First Set of Interrogatories | | | |
| 81 | Bondholder's Responses and Objections to FedEx Supply Chain Logistics & Electronics, Inc. and Arris Solutions, Inc.'s Joint First Requests for Admissions. Joint First Requests for Production, and Joint First Set of Interrogatories | | | |
| 82 | Filed Deposit Account Control Agreement | | | |
| 83 | Filed Prosperity Bank statement for account ending 3992 | | | |
| 84 | Filed Prosperity Bank letter re: Goodman Networks DACA Transaction Requests | | | |
| 85 | Notice to Take Deposition of Prosperity Pursuant to Fed.R.Civ.P.26 and Fed.R.Bankr.P.7030 | | | |
| 86 | Attachment A to the Notice of Deposition | | | |
| 87 | Prosperity Bank Business Records Affidavit | | | |
| 88 | Deposit Account Control Agreement | | | |
| 89 | Loan Agreement | | | |
| 90 | Promissory Note | | | |
| 91 | Loan Agreement | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 92 | Promissory Note | | | |
| 93 | Security Agreement | | | |
| 94 | Security Agreement | | | |
| 95 | Pledge and Security Agreement | | | |
| 96 | Pledge and Security Agreement | | | |
| 97 | Assignment of Deposit Account | | | |
| 98 | Prosperity Bank statement for account ending 3992 | | | |
| 99 | Prosperity Bank statement for account ending 4352 | | | |
| 100 | Prosperity Bank letter re: Goodman Networks DACA Transaction Requests | | | |
| 101 | Genesis Network Loan Inquiry | | | |
| 102 | Notice of Exclusive Control – Account Control Agreement | | | |
| 103 | Michele Ross email re: Goodman DACAs | | | |
| 104 | Reed Smith letter re: Goodman Networks Incorporated 5% Senior Secured Notes Due 2022 | | | |
| 105 | Prosperity Bank's Reply to the Joint Response and Objection of FedEx Supply Chain Logistics and Electronics, Inc. and Arris Solutions, Inc. to Trustee's Amended Motion for Approval of Compromise and Settlement with Prosperity Bank and UMB Bank, National Association | | | |
| 106 | Michele Ross email re: Need to address how the funds should be held | | | |
| 107 | Baxter Bates email re: Goodman – Extension Instruction of D&O Coverage | | | |
| 108 | David Parham email re: Goodman Funds at Prosperity | | | |
| 109 | David Parham email re: Goodman Funds at Prosperity | | | |
| 110 | John Goodman email re: Debt dispute with Baxter Bates | | | |
| 111 | Baxter Bates email re: Term Loan | | | |
| 112 | David Montgomery email to James Goodman re: Planning Motion to release collateral back to bank to satisfy loan | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 113 | David Montgomery email to James Goodman re: Notice of Default | | | |
| 114 | Procedure – Critical Alert Add, Change or Delete | | | |
| 115 | Prosperity Bank Proof Daily Transaction Journal | | | |
| 116 | Prosperity Bank's Responses to FedEx Supply Chain Logistics and Electronics, Inc. and Arris Solutions, Inc.'s Requests for Admission and Interrogatories | | | |
| 117 | Notice to Take Deposition of Trustee Scott Seidel Pursuant to Fed.R.Civ.P.26 and Fed.R.Bankr.P.7030 | | | |
| 118 | Prosperity Bank letter re: Goodman Networks DACA Transaction Requests | | | |
| 119 | Davor Rukavina email re: Trustee is going after Prosperity Bank money | | | |
| 120 | Davor Rukavina email re: Trustee would like to propose an agreed surcharge amount | | | |
| 121 | Paul Silvertein email re: request for update after discussion with Prosperity | | | |
| 122 | Davor Rukavina email re: update on discussion with Prosperity | | | |
| 123 | Victoria Argeroplos email re: Goodman Prosperity Escrow | | | |
| 124 | Davor Rukavina email re: Preparing to sue the bank without meaningful offer | | | |
| 125 | Eric Schaffer email re: Needs to update client – request for more information | | | |
| 126 | Davor Rukavina email re: request for documents showing the $4.6MM transfer from Goodman to Prosperity | | | |
| 127 | Eric Schaffer email re: doesn't have documentation of the transfer | | | |
| 128 | Davor Rukavina email re: has not heard from Prosperity – ready to file Complaint | | | |
| 129 | Trustee's Original Complaint | | | |
| 130 | Eric Schaffer email re: hopes to resolve cash collateral issues on an agreed basis | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 131 | Victoria Argeroplos email re: Prosperity has approved the settlement | | | |
| 132 | Davor Rukavina email re: thinks they have an all-around deal that puts Prosperity to rest | | | |
| 133 | Brenda Funk email re: request for statement and account history from Prosperity | | | |
| 134 | Brenda Funk email re: welcome discussion regarding how the funds should be distributed | | | |
| 135 | Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Settlement and Compromise with Prosperity Bank and UMB Bank, National Association | | | |
| 136 | Davor Rukavina email re: Trustee is being pushed by biggest creditors to withdraw from the settlement with Prosperity | | | |
| 137 | Prosperity Bank's Reply to the Joint Response and Objection of FedEx Supply Chain Logistics and Electronics, Inc. and Arris Solutions, Inc. to Trustee's Amended Motion for Approval of Compromise and Settlement with Prosperity Bank and UMB Bank, National Association | | | |
| 138 | Trustee's Second Amended Motion Under Bankruptcy Rule 9019 for Approval of Settlement and Compromise with Prosperity Bank and UMB Bank, National Association | | | |
| 139 | Adam Langley email re: request for Trustee to withdraw the 9019 | | | |
| 140 | Eric Schaffer email re: request to remove "close call" language | | | |
| 141 | Trustee's Amended Motion Under Bankruptcy Rule 9019 for Approval of Settlement and Compromise with Prosperity Bank and UMB Bank, National Association | | | |
| 142 | Trustee's Responses and Answer to Joint First Requests for Admissions | | | |
| 143 | Trustee's Responses and Answer to Joint First Set of Interrogatories | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 144 | Prosperity Bank letter re: Goodman Networks DACA Transaction Requests | | | |
| 145 | Davor Rukavina email re: has not heard back from Prosperity | | | |
| 146 | Scott Seidel, Chapter 7 Trustee of Goodman Networks, Inc.'s Response to Creditors' Joint Second Requests for Admission | | | |
| 147 | Scott Seidel, Chapter 7 Trustee of Goodman Networks, Inc.'s Response to Creditors' Joint Second Set of Interrogatories | | | |
| 148 | Davor Rukavina letter re: objections and responses of the Trustee to FSCLE and Arris Solutions Amended Joint Second Requests for Production to Scott Seidel, Chapter 7 Trustee | | | |
| 149 | Deposition Transcript of Prosperity Bank/David Montgomery 30(b)(6) | | | |
| 150 | Deposition Transcript of James Goodman | | | |
| | Any document or pleading filed in the above-captioned case | | | |
| | Any exhibit introduced by any other party | | | |
| | Rebuttal exhibits as necessary | | | |

The Objectors reserve the right to rely upon and use as evidence (i) additional documents produced by the Trustee; (ii) additional documents produced by any other parties in interest; (iii) exhibits included on the exhibit lists of any other parties in interest, (iv) any demonstrative exhibits; and (v) any pleading, hearing transcript, or other document filed with the Court in this bankruptcy cases.

Dated: October 6, 2023

        **BUTLER SNOW LLP**

        */s/ R. Campbell Hillyer*
        Adam M. Langley (admitted *pro hac vice*)
        R. Campbell Hillyer (admitted *pro hac vice*)
        6075 Poplar Avenue, Suite 500
        Memphis, TN  38119
        Telephone: (901) 680-7316
        adam.langley@butlersnow.com
        cam.hillyer@butlersnow.com

        Candice Carson (TX Bar No. 24074006)
        2911 Turtle Creek Blvd., Suite 1400
        Dallas, Texas 75219
        Telephone: (469) 680-5502
        candice.carson@butlersnow.com

        *Counsel for FedEx Supply Chain Logistics*
        *& Electronics, Inc.*

        **DLA PIPER LLP (US)**

        */s/ Noah M. Schottenstein*
        Noah M. Schottenstein
        Texas Bar No. 24100661
        James Muenker
        Texas Bar No. 24002659
        1900 N. Pearl Street, Suite 2200
        Dallas, Texas 75201
        Telephone: (214) 743-4500
        Facsimile: (214) 743-4545
        noah.m.schottenstein@us.dlapiper.com
        james.muenker@us.dlapiper.com

        *Counsel for ARRIS Solutions, Inc.*

**CERTIFICATE OF SERVICE**

      I, R. Campbell Hillyer, certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically in this case.

      Dated: October 6, 2023

                                        */s/ R. Campbell Hillyer*
                                        R. Campbell Hillyer