# PROSPERITY BANK®

Jessica Lee Freedson
Telephone: (281) 269-7259
Jessica.Freedson@prosperitybankUSA.com

August 31, 2022

*Regular Mail and Email*

Michele D. Ross
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
mross@reedsmith.com

Eric A. Schaffer
Stonecipher Law Firm
125 First Ave.
Pittsburgh, PA 15222-1590
eschaffer@stonecipherlaw.com

Re:    Goodman Networks DACA Transaction Requests

Dear Michele and Eric:

We write in response to your August 22, 2022, letter, as well as our subsequent telephone conferences, concerning the transfer of $4,463,804.68 from account number 70173992 (Deposit Account) on August 15, 2022, and the notice of exclusive control of U.S. Bank National Association (Controlling Agent), dated August 16, 2022. From the outset, Prosperity denies it engaged in any wrongful conduct or violated any provision of the deposit account control agreement (Agreement) pertaining to the Deposit Account or the subject funds.

As discussed, Prosperity honored the instructions or directions of James Elmer Goodman, Jr., on behalf of Goodman Networks Incorporated (Company), with respect to the transfer of the subject funds from the Deposit Account. Prosperity received those instructions or directions from the Company prior to the Controlling Agent exercising any right of exclusive control over the Deposit Account. Based on the instructions or directions of the Company, Prosperity transferred the subject funds from the Deposit Account to pay off business loan numbers 1087915 & 1087916 of Genesis Networks Telecom Services LLC. Attached is a document showing the transfer of the subject funds.

80 Sugar Creek Center Boulevard • Sugar Land, Texas 77478 • 281-269-7199 • Fax: 281-269-7222
Member FDIC    website: www.prosperitybankusa.com    email: corporate@prosperitybank...

Exhibit PB 0016

Prosperity000420



Nonetheless, relying on and complying with the instruction or request of the Controlling Agent and UMB Bank National Association (Trustee), Prosperity has since taken action to successfully retrieve the subject funds, in the total amount of $4,463,804.68. The subject funds have been deposited into secured account number XXXX0188, and the funds will remain in that secured account pending resolution of the conflicting instructions, notices, and directions from Company and Controlling Agent with respect to the transfer of the funds. Attached is a document showing the funds in the secured account.

Please let us know if you have any additional questions concerning the Deposit Account or the subject funds.

Very truly yours,

Jessica Lee Freedson
Senior Vice President and Legal Counsel

Prosperity000421



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account: ...0188 PROSPERITY BANZ | | | | | | | Branch | | 5 |
| | | | | | | | Acct Thru | | 06/29/2022 |
| | | | | | | | Balance | | 0.00 |
| TCX \| HLD \| 100 \| STP \| BKST \| WARN \| PPAY \| MEMO \| ACH \| TRF \| RCR \| WO \| ORG \| PROMO \| NOTES | | | | | | | Status | | Active |

| Main \| History \| General \| Secondary \| Maintenance \| Maintenance History \| Notes \| ACH Items \| Stop/Hold/Tickler \| OD/Return Items \| Balance \| Positive Pay \| Correspondence |
|---|

PROSPERITY BANK
ATTN SUGAR LAND ACCTG
P.O. DRAWER G
EL CAMPO TX 77437

0 HELD FUNDS PER LEGAL - GOODMAN NETWORKS

TIN
Date of Birth
Email  kim.love@prosperitybankusa.com
         Additional

| | |
|---|---|
| Current Balance | 0.00 |
| Proof | 4,463,804.68 |
| Memo | 0.00 |
| Adjusted Ledger | 4,463,804.68 |
| Float (EFAA) | 0.00 |
| Current Collected | 0.00 |
| Hold Amount | -99,999,999.99 |
| Avail Dep Trfs | 0.00 |
| Unused LOC | 0.00 |
| Current Available | 0.00 |
| Current Balance | 0.00 |
| Chrgs Accrued | 0.00 |
| Earnings Due | 0.00 |
| Memo/Proof | 4,463,804.68 |
| LOC Balance | 0.00 |
| Closing Amount | 0.00 |
| Write Off | 0.00 |

CIF Comments
Location        No Value                Owner              Nonpersonal
Type            X Internal Acct         Owner Code         Personal
Statement Cycle 3101                    Handling Code
Officer         Prosperity Bank         # ATM Cards

History View | History

| Date | M | Description | Check/Good Funds | Credit Amount | Debit Amount | Balance | Reference | Reference Account | TC R DC N |
|---|---|---|---|---|---|---|---|---|---|
| | | Deposit | 0 | 2,996,759.46 | | 2,996,769.46 | ADVANCE 1087915 GE | | 101 |
| | | Deposit | 0 | 1,467,015.22 | | 4,463,804.68 | ADVANCE 1087916 GE | | 101 |

**Prosperity000423**