

Global Corporate Trust
60 Livingston Avenue
St. Paul, MN 55107

usbank.com

NOTICE OF EXCLUSIVE CONTROL
ACCOUNT CONTROL AGREEMENT
NOTICE OF EXCLUSIVE CONTROL
Account No. 70173992; routing number 111901234

**Prosperity Bank (formerly Legacy Texas Bank)**
**5949 Sherry Lane**
**Suite 600**
**Dallas, Texas 75225**
**Attn: Jordan Yenne Senior Vice President**
**Jordan.Yenne@prosperitybankusa.com**
**Phone: (214) 368-8527**
**Mobile (512) 569-0033**
**Fax (214) 242-4042**

**Lawrence (Bater) Bates Managing Director**
**Bater.bates@prosperitybankusa.com**
**Phone: (214) 368-8521**
**Mobile: (214)213-9592**

Facsimile: (214) 368-8523

Exhibit
PB 0018

Prosperity000387

11462099v.1

Re: Deposit Account Control Agreement ("*Agreement*") by and among Goodman Networks Incorporated (the Company"), U.S. Bank National Association, as Collateral Agent ("*Second Lien Secured Party*") and East West Bank successor to MidCap Funding X Trust, a Delaware statutory trust and successor by assignment from MidCap Financial Trust, as administrative agent for itself and other Lenders ("*First Lien Secured Party*"; and collectively with the Second Lien Secured Party, the "*Secured Parties*"), and Legacy Texas Bank ("*Depository Bank*"), dated May 31, 2017 affecting Account No. 70173992; routing number 111901234 (the "*Deposit Account*").

Date: August 16, 2022

To Whom It May Concern:

This letter serves as notice to Depository Bank that Controlling Agent is hereby exercising exclusive control over the Deposit Account(s).

Controlling Agent hereby orders Depository Bank to transfer funds via Fed wire daily from the Deposit Account(s) to the following account held by Controlling Agent:

UMB Bank N.A.
Kansas City, MO
**ABA No:** 101-000-695
**Acct No:** 98-0000-6823
**Acct Name:** Trust Clearance
Further Credit: Account # 145899.3/GN For The Benefit of US Bank as CA
ATTN: Zamora/Ram

Please contact us immediately with any questions.
Susan Jacobsen, U.S. Bank National Association, as Controlling Agent
susan.jacobsen2@usbank.com
phone: (651) 466-5864

Michael Doty, U.S. Bank National Association, as Controlling Agent
michael.doty@usbank.com
phone: (503) 446-7006

11462099v.1

Prosperity000388

Cc:

Prosperity Bank (formerly known as Legacy Texas Bank)
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Attn: Jordan Yenne, Senior VP
Facsimile: (214) 242-4042
Legacy Texas Bank – General Counsel

Prosperity Bank (formerly LEGACY TEXAS BANK)
Attn: General Counsel
5851 Legacy Circle, 12th Floor
Plano, TX 75024
Facsimile: (469) 467-1045

11462099v.1

Prosperity000389

11462099v.1

**Prosperity000390**