**Message**

**From:** David Montgomery (365) [david.montgomery@prosperitybankusa.com]
**Sent:** 3/24/2023 9:58:39 AM
**To:** james . goodman [james.goodman@genesisnet.com]
**Subject:** RE: EXTERNAL: Prosperity Bank - Notice of Default

As I'm sure you are already aware, we have filed a motion for an agreed order to release the cash held in escrow to the bankruptcy trustee on advice of counsel. As such, we consider that issue closed as it relates to the Genesis debt and your personal guaranty.

Please be further advised that I have requested your deposition transcript from that case as well. The trustee has made certain representations as to its content that, if true, create a troubling fact set for your business and relationship with Prosperity, as well as the legitimacy of any asset transfer to Endeavor from Genesis.

Should you have interest in discussing either of those items, my contact information is below.

**David R. Montgomery**
Senior Vice President
Phone: 972.461.7254 | Mobile: 512.699.2184
Email: David.Montgomery@prosperitybankusa.com


PROSPERITY BANK

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Tuesday, March 21, 2023 11:08 AM
**To:** Argeroplos, Victoria <vargeroplos@jw.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>; Messick, Monica Pace <mmessick@jw.com>
**Subject:** Re: EXTERNAL: Prosperity Bank - Notice of Default

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Let me get with Zach. I thought this was resolved.

James Goodman

**From:** Argeroplos, Victoria <vargeroplos@jw.com>
**Sent:** Monday, March 20, 2023 3:09:35 PM
**To:** james.goodman <james.goodman@genesisnet.com>
**Cc:** David Montgomery (365) <david.montgomery@prosperitybankusa.com>; Messick, Monica Pace <mmessick@jw.com>
**Subject:** EXTERNAL: Prosperity Bank - Notice of Default

Hi Mr. Goodman,

Please see the attached notice regarding the Prosperity Bank loans to Genesis Networks Telecom Services, LLC and Genesis Networks Global Services, LLC. Please reach out to me or David Montgomery if you have any questions.

Thank you,

**Victoria Argeroplos**
1401 McKinney Suite 1900 | Houston, TX | 77010

**Exhibit PB 0029**

Prosperity016495

V: (713) 752-4334 | F: (713) 308-4134 | vargeroplos@jw.com



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please report suspicious emails to servicedesk@genesisnet.com

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Prosperity016496