| | |
|---|---|
| **From:** | Rukavina, Davor |
| **Sent:** | Tuesday, February 21, 2023 10:19 AM CST |
| **To:** | Eric Schaffer |
| **CC:** | Silverstein, Paul; Guffy, Philip |
| **Subject:** | RE: Goodman/Prosperity |

We're having a meeting late today.

In the meantime, the Trustee would like to propose an agreed surcharge amount that would work one of two ways. Recall that the surcharge funds would be used to administer the estate and go after AMRR, etc., so the bondholders would receive value. The D&O will likely be handled on a contingency. In other words, the Trustee does not want to be greedy, but wants to ensure that the Estate has sufficient funds to address the issues that it is facing and will face.

The first alternative would be $1MM from the Prosperity funds, for a full release of any surcharge claim, including into the future. The money would be recovered of course to the extent that the bondholders are oversecured, which we all think they are.

The second alternative would be $500,000 from the Prosperity funds, and the surcharge would not be waived for other potential surcharge claims.

Please advise and we can discuss other details that you are likely to want, like the allowance of the claim, etc.

Thank you

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Sent:** Tuesday, February 21, 2023 10:10 AM
**To:** Rukavina, Davor <drukavina@munsch.com>
**Cc:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>
**Subject:** Goodman/Prosperity

**External Email: Use caution with links and attachments.**

Davor, I'm wondering if you reached counsel for Prosperity Bank yesterday.

Regards,
Eric

Exhibit
Trustee 0004

Trustee_Prosperity_000341

Eric A. Schaffer
**Stonecipher Law Firm**
125 First Avenue / Pittsburgh, PA 15222-1590
p. 412.391.8510 / f. 412.391.8522
[eschaffer@stonecipherlaw.com](mailto:eschaffer@stonecipherlaw.com)

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Trustee_Prosperity_000342