| | |
|---|---|
| **From:** | Rukavina, Davor |
| **Sent:** | Wednesday, March 1, 2023 10:13 AM CST |
| **To:** | Eric Schaffer |
| **Subject:** | Prosperity |

Eric, we are preparing to sue the bank without a meaningful offer this week.  Where are we on a potential compromise of our issues that also releases a large portion of the funds for immediate payment to you?

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.



Exhibit
Trustee 0008

Trustee_Prosperity_000409