| | |
|---|---|
| **From:** | Eric Schaffer |
| **Sent:** | Monday, March 6, 2023 10:19 AM CST |
| **To:** | Rukavina, Davor |
| **Subject:** | RE: [EXT] Prosperity |

Davor,

I don't think I have anything showing the funds going to the Bank.  Presumably monthly bank statements show the transfers to Prosperity.  Happy to talk after our call this morning.

Regards,
Eric

Eric A. Schaffer
**Stonecipher Law Firm**
125 First Avenue / Pittsburgh, PA 15222-1590
p.  412.391.8510 / f.  412.391.8522
eschaffer@stonecipherlaw.com

**From:** Rukavina, Davor <drukavina@munsch.com>
**Sent:** Monday, March 6, 2023 9:36 AM
**To:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Subject:** [EXT] Prosperity

Eric, do you have any docs showing the $4.6MM transfer from Goodman to Prosperity?  Is there any other document/agreement evidencing the same?

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.



Exhibit
Trustee 0011