| | |
|---|---|
| **From:** | Rukavina, Davor |
| **Sent:** | Wednesday, March 15, 2023 2:01 PM CDT |
| **To:** | Silverstein, Paul |
| **CC:** | Eric Schaffer; Funk, Brenda; Clarke, Brian; Guffy, Philip |
| **Subject:** | Re: [EXT] Re: Call at 5/4 |

I will not ratify that assumption but I am thinking we have an all-around deal then that puts to rest Prosperity?

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** "Silverstein, Paul" <PaulSilverstein@andrewskurth.com>
**Date:** Wed, Mar 15, 2023, 13:56
**To:** "Rukavina, Davor" <drukavina@munsch.com>
**CC:** Eric Schaffer <eschaffer@stonecipherlaw.com>, "Funk, Brenda" <bfunk@munsch.com>, "Clarke, Brian" <BrianClarke@andrewskurth.com>, "Guffy, Philip" <PGuffy@hunton.com>
**Subject:** Re: [EXT] Re: Call at 5/4

I assume that is to make sure the payment is in the trustee's commission denominator, which we appreciate. So long as we are not at any risk, I think we get comfortable with that.

Paul N. Silverstein
(212) 850-2819 (office)
(917) 817-4883 (mobile)
PSilverstein@HuntonAK.com


On Mar 15, 2023, at 8:21 AM, Rukavina, Davor <drukavina@munsch.com> wrote:

> Caution: This email originated from outside of the firm.
> Gentlemen, the Trustee will agree to the 100k. He will not agree to a direct transfer; the order will require him to immediately transfer the funds to Eric less the 100k.
> Do we have a deal?

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

Exhibit
Trustee 0016

Trustee_Prosperity_000558

**From:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Date:** Tue, Mar 14, 2023, 16:14
**To:** "Silverstein, Paul" <PaulSilverstein@andrewskurth.com>, "Rukavina, Davor" <drukavina@munsch.com>
**CC:** "Funk, Brenda" <bfunk@munsch.com>
**Subject:** Re: [EXT] Re: Call at 5/4

**External Email: Use caution with links and attachments.**

I'm calling in now.
Get Outlook for iOS
**From:** Silverstein, Paul <PaulSilverstein@andrewskurth.com>
**Sent:** Tuesday, March 14, 2023 5:05:22 PM
**To:** Rukavina, Davor <drukavina@munsch.com>
**Cc:** Funk, Brenda <bfunk@munsch.com>; Eric Schaffer <eschaffer@stonecipherlaw.com>
**Subject:** [EXT] Re: Call at 5/4

We are both joining momentarily.

Paul N. Silverstein
(212) 850-2819 (office)
(917) 817-4883 (mobile)
PSilverstein@HuntonAK.com

On Mar 14, 2023, at 5:02 PM, Rukavina, Davor <drukavina@munsch.com> wrote:

Caution: This email originated from outside of the firm.
Try

**Davor Rukavina, Esq.**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7587 / drukavina@munsch.com / munsch.com

**From:** "Funk, Brenda" <bfunk@munsch.com>
**Date:** Tue, Mar 14, 2023, 16:01
**To:** "Rukavina, Davor" <drukavina@munsch.com>, Eric Schaffer <eschaffer@stonecipherlaw.com>, "Silverstein, Paul" <PaulSilverstein@andrewskurth.com>
**Subject:** RE: Call at 5/4

I can send zoom if that would be helpful.

Trustee_Prosperity_000559

**From:** Rukavina, Davor <drukavina@munsch.com>
**Sent:** Tuesday, March 14, 2023 3:59 PM
**To:** Eric Schaffer <eschaffer@stonecipherlaw.com>; Silverstein, Paul <PaulSilverstein@andrewskurth.com>; Funk, Brenda <bfunk@munsch.com>
**Subject:** Re: Call at 5/4

Brenda will join us.  Maybe try a zoom and I'll activate it in the car?

**From:** Eric Schaffer <eschaffer@stonecipherlaw.com>
**Date:** Tue, Mar 14, 2023, 15:46
**To:** "Rukavina, Davor" <drukavina@munsch.com>, "Silverstein, Paul" <PaulSilverstein@andrewskurth.com>
**Subject:** Call at 5/4

**External Email: Use caution with links and attachments.**

I can call Paul and then conference in Davor.  Please note that I'm having a big problem today with calls dropping.  It seems that AT&T service gets spotty when there are strong winds.  I would go back to Verizon if it matched the AT&T prices, but Verizon has declined and price differential is substantial.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Trustee_Prosperity_000560