Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

SPECIAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S WITNESS AND EXHIBIT
LIST FOR HEARING ON OCTOBER 10, 2023**

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submit this Witness and Exhibit List for the hearing (the "Hearing"), currently scheduled for **October 10, 2023 at 9:30 a.m.** in connection with the *Trustee's Second Amended Motion Under Bankruptcy Rule 9019 for Approval of Settlement and Compromise with Prosperity Bank and UMB Bank, National Association* (Dkt. No. 300)

**WITNESSES**

The Trustee designates the following individuals who may be called as witnesses at the Hearing:

1. Scott M. Seidel

The Trustee reserves the right to call any witnesses designated or called by any other party. The Trustee also reserves the right to call unlisted witnesses for impeachment or rebuttal.

1

# EXHIBITS

The Trustee designates the following exhibits that may be used at the Hearing:

A. *Indenture for Goodman Networks, Inc. 8.000% Senior Secured Notes Due 2022*

B. *Global Note*

C. *Pledge and Security Agreement*

D. *Fourth Supplemental Indenture*

E. *DACA for Prosperity Account No. 3992*

F. *Notice of Exclusive Control re: Prosperity Account No. 3992*

G. *3992 Account Transaction Statement*

H. *August 31, 2022 Letter from J. Freedson to M. Ross and E. Schaffer re: Goodman Networks DACA Transaction Requests*

I. *August 2022 Bank Statement for Prosperity Account No. 3992*

J. *May 4, 2023 Email from A. Langley to D. Rukavina, C. Hillyer, R. Sullivan, and T. Berghman re: Bondholder 9019 Motion*

K. *Claim of UMB Bank, National Association, as Bondholder Trustee* [Claim No. 13-2]

L. *Claim of U.S. Bank Trust Company, as Collateral Agent* [Claim No. 14-1]

M. *Declaration of Records Custodian Certifying Records Pursuant to Rules of Evidence 803(6) and 902(11) Executed by Gavin Wilkinson*

The Trustee further cross-designates any other exhibit offered by any party at the Hearing. The Trustee reserves the right to use any exhibits presented by any other party. The Trustee reserves the right to amend and/or supplement this exhibit list. The Trustee also reserves the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

RESPECTFULLY SUBMITTED this 6th day of October, 2023.

By: */s/ Thomas Berghman*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com

*Special Counsel to Scott M. Seidel, Trustee*