## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641 (MVL) |
| Debtor. | § § § | |

### PROSPERITY BANK'S WITNESS AND EXHIBIT LIST

Prosperity Bank submits the following Witness and Exhibit List (the "List") with respect to the hearing to be conducted on October 10, 2023 at 9:30 A.M. (prevailing Central Time) before the Honorable Michelle V. Larson, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Northern District of Texas.

### WITNESSES

1. David Montgomery;
2. Lawrence "Bater" Bates;
3. Scott Seidel;
4. Any witness listed by any other party; and
5. Any impeachment or rebuttal witnesses as necessary.

37613287v.1 125961/00046

**EXHIBITS**

| EX. NO. | DESCRIPTION | OFFERED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|
| 1. | Genesis Borrowers July 3, 2020 RLOC Note [Prosperity000023-000028] | | | |
| 2. | Genesis Borrowers July 3, 2020 RLOC Security Agreement [Prosperity000029-000038] | | | |
| 3. | Genesis Borrowers July 3, 2020 RLOC Loan Agreement [Prosperity000001-000022] | | | |
| 4. | Genesis Borrowers July 3, 2021 RLOC Loan Modification Agreement [Prosperity000080-000097] | | | |
| 5. | Genesis Borrowers October 3, 2021 RLOC Second Loan Modification Agreement [Prosperity000098-000118] | | | |
| 6. | Goodman Networks 3992 Account Statement October 31, 2021 [Prosperity000119] | | | |
| 7. | Genesis Borrowers October 25, 2021 Change In Terms Agreement [Prosperity000120] | | | |
| 8. | Genesis Borrowers October 25, 2021 Corporate Resolution to Grant Collateral [Prosperity000121-000122] | | | |
| 9. | Genesis Borrowers October 25, 2021 Assignment of Deposit Account [Prosperity000123-000126] | | | |
| 10. | Genesis Borrowers October 25, 2021 Disbursement Request & Authorization [Prosperity000127] | | | |
| 11. | Genesis Borrowers January 3, 2022 RLOC Third Loan Modification Agreement [Prosperity000128-000150] | | | |
| 12. | Genesis Borrowers August 31, 2020 Term Loan Note [Prosperity000168-000173] | | | |
| 13. | Genesis Borrowers August 31, 2020 Term Loan Security Agreement [Prosperity000174-000183] | | | |

| EX. NO. | DESCRIPTION | OFFERED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|
| 14. | Genesis Borrowers Genesis Borrowers August 31, 2020 Term Loan Agreement [Prosperity000151-000167] | | | |
| 15. | Genesis Borrowers January 8, 2021 Term Loan Modification Agreement [Prosperity000231-000235] | | | |
| 16. | 3992 Account Transaction Log August 19, 2022 [Prosperity014782] | | | |
| 17. | RLOC Loan History [Prosperity017051-017052] | | | |
| 18. | Term Loan History [Prosperity017053-017054] | | | |
| 19. | 0188 Account Statement August 31, 2022 [Prosperity017055] | | | |
| 20. | Prosperity Critical Alert Procedures [Prosperity017056-017059] | | | |
| 21. | August 30, 2022 Transaction Log [Prosperity017060] | | | |
| 22. | October 28, 2021 Email Approving Transfer from 4352 Account [Prosperity013156] | | | |
| 23. | December 2021 Email Thread regarding Genesis Loan Payments [Prosperity013909-013917] | | | |
| 24. | Prosperity Bank Business Records Affidavit of Jill Lindsey | | | |
| 25. | September 12, 2022 Email regarding signer authority [Prosperity014956-014958] | | | |
| 26. | October 5, 2022 Email regarding signer authority [Prosperity015033-015112] | | | |
| | Any exhibit listed or offered by any party | | | |
| | Any pleadings or documents filed in the above captioned and titled bankruptcy case | | | |
| | Any impeachment and/or rebuttal exhibit | | | |
| | Any exhibit offered by any other party | | | |

Prosperity also asks that the Court take judicial notice of the pleadings and transcripts filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court. Prosperity reserves the right to introduce additional exhibits in rebuttal or as otherwise permitted, including for impeachment or rebuttal purposes. Prosperity further reserves the right to supplement or amend this List.

October 6, 2023

/s/ Victoria Argeroplos
**JACKSON WALKER LLP**
Bruce J. Ruzinsky
Texas Bar No. 17469425
Victoria Argeroplos
Texas Bar No. 24105799
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4334
Facsimile: 713-308-4314
Email: bruzinsky@jw.com
vargeroplos@jw.com

**Counsel for Prosperity Bank**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, a true and correct copy of the foregoing was served electronically on all persons receiving notice through the Court's Electronic Case Filing System.

/s/ *Victoria Argeroplos*
Victoria Argeroplos