| Account | 1087915 | GENESIS NETWORK |
|---|---|---|

TCK           WO    NA                                                    RCR    NOTES

## History

History View     History

| Date | Description | Amount | Balance | Reference | Tran Date/Time | Principal | Interest | Unapplied | Reference Account | TC | Grp | Trn Org | Org Grp | Maint Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/2020 | Advance | 500,000.00 | 500,000.00 | 1087915—GENESIS—YIPW—DRAW | 07/28/2020 8:30:46 AM | 500,000.00 | 0.00 | 0.00 | | 101 | 1 | | | |
| 09/14/2020 | Late Charge | 89.93 | 500,000.00 | Automatic | | 89.93 | 0.00 | 0.00 | | 140 | | | | |
| 09/17/2020 | Advance | 500,000.00 | 1,000,000.00 | 1087915 GENESIS NETWORKS ADV YIAJ | 09/17/2020 10:43:40 AM | 500,000.00 | 0.00 | 0.00 | | 101 | 1 | | | |
| 09/17/2020 | Regular Payment | 1,798.61 | 1,000,000.00 | BILL PMT 06BY | 09/17/2020 12:15:00 PM | 0.00 | 1,798.61 | 0.00 | | 224 | 2 | | | |
| 10/08/2020 | Regular Payment | 2,236.11 | 1,000,000.00 | BILL PAY/06SK | 10/08/2020 4:26:42 PM | 0.00 | 2,236.11 | 0.00 | | 224 | 1 | | | |
| 10/08/2020 | Late Charge Payment | 89.93 | 1,000,000.00 | BILL PAY/06SK | 10/08/2020 4:26:42 PM | 89.93 | 0.00 | 0.00 | | 241 | 1 | | | |
| 10/29/2020 | Advance | 500,000.00 | 1,500,000.00 | 1087915 GENESIS—DRAW—YIPW | 10/29/2020 4:38:56 PM | 500,000.00 | 0.00 | 0.00 | | 101 | 1 | | | |
| 11/09/2020 | Regular Payment | 3,013.89 | 1,500,000.00 | BILL PMT 06BY | 11/09/2020 5:18:58 PM | 0.00 | 3,013.89 | 0.00 | | 224 | 1 | | | |
| 11/12/2020 | Regular Payment | 5,000.00 | 1,496,555.56 | BILL PMT 06MS | 11/12/2020 4:28:06 PM | 3,444.44 | 1,555.56 | 0.00 | | 224 | 1 | | | |
| 11/23/2020 | Advance | 500,000.00 | 1,996,555.56 | 1087915 ADV — GENESIS NETWORK YHCJ | 11/23/2020 12:29:47 PM | 500,000.00 | 0.00 | 0.00 | | 101 | 1 | | | |
| 12/01/2020 | Advance | 800,000.00 | 2,796,555.56 | 1087915 GENESIS NETWORKS ADV YIAJ | 12/01/2020 12:09:15 PM | 800,000.00 | 0.00 | 0.00 | | 101 | 1 | | | |
| 12/29/2020 | Advance | 200,000.00 | 2,996,555.56 | 1087915—GENESIS—DRAW—YIPW | 12/29/2020 2:37:17 PM | 200,000.00 | 0.00 | 0.00 | | 101 | 1 | | | |
| 01/05/2021 | Regular Payment | 5,872.35 | 2,996,555.56 | BILL PMT 06MS | 01/05/2021 2:04:01 PM | 0.00 | 5,872.35 | 0.00 | | 224 | 1 | | | |
| 01/12/2021 | Regular Payment | 12,125.64 | 2,990,683.21 | BILL PMT 06BY | 01/12/2021 2:35:22 PM | 5,872.35 | 6,253.29 | 0.00 | | 224 | 1 | | | |
| 02/12/2021 | Regular Payment | 9,115.95 | 2,990,683.21 | 06SK | 02/12/2021 1:37:11 PM | 0.00 | 9,115.95 | 0.00 | | 224 | 1 | | | |
| 03/15/2021 | Regular Payment | 8,141.30 | 2,990,683.21 | 06MS | 03/15/2021 4:03:49 PM | 0.00 | 8,141.30 | 0.00 | | 224 | 1 | | | |
| 04/07/2021 | Interest Payment | 9,013.59 | 2,990,683.21 | ACH 0000007021  1 | 04/06/2021 12:32:31 AM | 0.00 | 9,013.59 | 0.00 | 7021 | 222 | 1 | | | |
| 05/03/2021 | Interest Payment | 8,722.82 | 2,990,683.21 | ACH 0000007021  1 | 04/29/2021 11:43:13 PM | 0.00 | 8,722.82 | 0.00 | 7021 | 222 | 1 | | | |
| 06/03/2021 | Interest Payment | 9,013.59 | 2,990,683.21 | ACH 0000007021  1 | 06/02/2021 1:35:45 AM | 0.00 | 9,013.59 | 0.00 | 7021 | 222 | 1 | | | |
| 07/28/2021 | Regular Payment | 8,722.83 | 2,990,683.21 | LN PYMT/ 1087915/ YEJP | 07/28/2021 11:44:20 PM | 0.00 | 8,722.83 | 0.00 | | 224 | 1 | | | |
| 08/09/2021 | Renewal | 0.00 | 2,990,683.21 | EFF 07/03/2021 | | 0.00 | 0.00 | 0.00 | | 62 | | | | |
| 08/13/2021 | Late Charge | 610.60 | 2,990,683.21 | Automatic | | 610.60 | 0.00 | 0.00 | | 140 | | | | |
| 08/16/2021 | Late Charge Cr Adj | 610.60 | 2,990,683.21 | WV LATE CHRG — PER BBATES YICB | 08/16/2021 10:44:39 AM | 610.60 | 0.00 | 0.00 | | 242 | | I | | |
| 08/18/2021 | Interest Payment | 13,375.00 | 2,990,683.21 | ACH 0000007021  2 | 08/17/2021 12:36:42 AM | 0.00 | 13,375.00 | 0.00 | 7021 | 222 | 1 | | | |
| 09/03/2021 | Interest Payment | 4,652.17 | 2,990,683.21 | ACH 0000007021  2 | 09/01/2021 11:45:41 PM | 0.00 | 4,652.17 | 0.00 | 7021 | 222 | 1 | | | |
| 10/28/2021 | Interest Payment | 8,722.83 | 2,990,683.21 | LN PYMT/ 1087915/ GENESIS/ YEJP | 10/28/2021 10:05:29 PM | 0.00 | 8,722.83 | 0.00 | | 222 | 1 | | | |
| 10/29/2021 | Renewal | 0.00 | 2,990,683.21 | EFF 10/03/2021 | | 0.00 | 0.00 | 0.00 | | 62 | | | | |
| 10/29/2021 | Interest Payment Rev | 8,722.83 | 2,990,683.21 | EFF 10/28/2021 ACH CHGBK R28 CKDIGITERR 06AO | 10/29/2021 4:37:57 PM | 0.00 | 8,722.83 | 0.00 | | 122 | 1 | 1 | | |
| 11/03/2021 | Interest Payment | 17,736.41 | 2,990,683.21 | ACH 0000007021  3 | 11/02/2021 12:38:14 AM | 0.00 | 17,736.41 | 0.00 | 7021 | 222 | 1 | | | |
| 11/03/2021 | Interest Payment | 8,722.83 | 2,990,683.21 | LN PYMT/ 1087915/ GENESIS/ YEJP | 11/03/2021 10:35:23 PM | 0.00 | 8,722.83 | 0.00 | | 222 | 2 | | | |
| 01/03/2022 | Rate Change | 0.00 | 2,990,683.21 | 3.50000000 To 3.00000000 Processing Date 02/08/2022 | 02/08/2022 2:56:13 PM | 0.00 | 0.00 | 0.00 | | 60 | | | | |
| 02/08/2022 | Renewal | 0.00 | 2,990,683.21 | EFF 01/03/2022 | | 0.00 | 0.00 | 0.00 | | 62 | | | | |
| 02/08/2022 | Accrued Int Cr Adj | 1,495.34 | 2,990,683.21 | Eff Dt Demand  Rt Chg | | 0.00 | 1,495.34 | 0.00 | | 262 | | | | |
| 02/11/2022 | Int Pym—No Dt | 16,739.54 | 2,990,683.21 | INT PMT 1/3 & 2/3 #1087915 GENESIS | 02/11/2022 10:12:40 PM | 0.00 | 16,739.54 | 0.00 | | 223 | 1 | | | |
| 03/03/2022 | Interest Payment | 6,978.24 | 2,990,683.21 | ACH 0000007021  3 | 03/02/2022 12:10:01 AM | 0.00 | 6,978.24 | 0.00 | 7021 | 222 | 1 | | | |
| 03/17/2022 | Rate Change | 0.00 | 2,990,683.21 | 3.00000000 To 3.25000000 Processing Date 03/18/2022 | 03/18/2022 11:30:33 AM | 0.00 | 0.00 | 0.00 | | 60 | | | | |
| 03/18/2022 | Accrued Int Dr Adj | 20.77 | 2,990,683.21 | Eff Dt Rt Chg | 03/18/2022 11:30:33 AM | 0.00 | 20.77 | 0.00 | | 162 | | | | |
| 04/04/2022 | Interest Payment | 8,079.00 | 2,990,683.21 | ACH 0000007021  3 | 03/31/2022 11:13:07 PM | 0.00 | 8,079.00 | 0.00 | 7021 | 222 | 1 | | | |
| 05/03/2022 | Interest Payment | 8,099.76 | 2,990,683.21 | ACH 0000007021  3 | 04/29/2022 11:54:17 PM | 0.00 | 8,099.76 | 0.00 | 7021 | 222 | 1 | | | |
| 05/04/2022 | Rate Change | 0.00 | 2,990,683.21 | 3.25000000 To 3.75000000 | 05/04/2022 5:11:23 PM | 0.00 | 0.00 | 0.00 | | 60 | | | | |

| Date | Type | Amount | Balance | Description | Eff Date | Time | Col1 | Col2 | Col3 | Ref | Code | Extra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2022 | Rate Change | 0.00 | 2,990,683.21 | 3.75000000 To 3.25000000 Processing Date 05/05/2022 | 05/05/2022 | 5:31:42 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 05/05/2022 | Accrued Int Cr Adj | 41.54 | 2,990,683.21 | Eff Dt Rt Chg | 05/05/2022 | 5:31:42 PM | 0.00 | 41.54 | 0.00 | | 262 | |
| 05/05/2022 | Rate Change | 0.00 | 2,990,683.21 | 3.25000000 To 3.75000000 | 05/05/2022 | 5:38:29 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 06/03/2022 | Interest Payment | 9,574.34 | 2,990,683.21 | ACH 0000007021  3 | 06/02/2022 | 12:28:06 AM | 0.00 | 9,574.34 | 0.00 | 7021 | 222 | 1 |
| 06/09/2022 | Fee Charge | 30.00 | 2,990,683.21 | Returned Ck Fee 06AO | 06/09/2022 | 3:00:57 PM | 30.00 | 0.00 | 0.00 | | 360 | I |
| 06/09/2022 | Interest Payment Rev | 9,574.34 | 2,990,683.21 | EFF 06/03/2022 ACH CHGBK ACCT FROZEN 06AO | 06/09/2022 | 3:21:30 PM | 0.00 | 9,574.34 | 0.00 | | 122 | 1  1 |
| 06/13/2022 | Late Charge | 478.72 | 2,990,683.21 | Automatic | | | 478.72 | 0.00 | 0.00 | | 140 | |
| 06/14/2022 | Interest Payment | 9,574.34 | 2,990,683.21 | LOAN PYMT/ GENESIS NETWORKS 1087915/ YERO | 06/14/2022 | 10:12:26 PM | 0.00 | 9,574.34 | 0.00 | | 222 | 1 |
| 06/16/2022 | Rate Change | 0.00 | 2,990,683.21 | 3.75000000 To 4.50000000 | 06/16/2022 | 4:26:46 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 07/05/2022 | Interest Payment | 10,405.09 | 2,990,683.21 | ACH 182063  3 | 06/30/2022 | 11:21:10 PM | 0.00 | 10,405.09 | 0.00 | 182063 | 222 | 1 |
| 07/28/2022 | Rate Change | 0.00 | 2,990,683.21 | 4.50000000 To 5.25000000 | 07/28/2022 | 4:01:08 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 08/03/2022 | Interest Payment | 11,588.90 | 2,990,683.21 | ACH 182063  3 | 08/02/2022 | 1:00:06 AM | 0.00 | 11,588.90 | 0.00 | 182063 | 222 | 1 |
| 08/15/2022 | Late Charge Payment | 478.72 | 2,990,683.21 | LN PAYOFF 1087915 GENESIS/YECJ | 08/15/2022 | 9:22:51 AM | 478.72 | 0.00 | 0.00 | | 241 | 1 |
| 08/15/2022 | Fee Payment | 30.00 | 2,990,683.21 | LN PAYOFF 1087915 GENESIS/YECJ Returned Ck Fee | 08/15/2022 | 9:24:41 AM | 30.00 | 0.00 | 0.00 | | 461 | 2 |
| 08/15/2022 | Int Pym—No Dt | 5,607.53 | 2,990,683.21 | LN PAYOFF 1087915 GENESIS/YECJ | 08/15/2022 | 9:22:33 AM | 0.00 | 5,607.53 | 0.00 | | 223 | 3 |
| 08/15/2022 | Prin Pymnt — No Dt | 2,990,683.21 | 0.00 | LN PAYOFF 1087915 GENESIS/YECJ | 08/15/2022 | 9:11:39 AM | 2,990,683.21 | 0.00 | 0.00 | | 221 | 4 |
| 08/30/2022 | Advance | 2,996,799.46 | 2,996,799.46 | ADVANCE 1087915 GENESIS/YECJ | 08/30/2022 | 11:30:08 AM | 2,996,799.46 | 0.00 | 0.00 | | 101 | 1 |
| 09/22/2022 | Rate Change | 0.00 | 2,996,799.46 | 5.25000000 To 6.00000000 | 09/22/2022 | 4:30:06 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 10/03/2022 | Interest Payment | 14,859.13 | 2,996,799.46 | ACH 182063  3 | 09/29/2022 | 11:10:11 PM | 0.00 | 14,859.13 | 0.00 | 182063 | 222 | 1 |
| 10/18/2022 | Fee Charge | 2,062.50 | 2,996,799.46 | Legal Fee/BELL NUNNALLY INV#407913 YEPP | 10/18/2022 | 11:32:34 AM | 2,062.50 | 0.00 | 0.00 | | 360 | I |
| 10/21/2022 | Fee Charge | 1,312.50 | 2,996,799.46 | Legal Fee/BELL NUNNALLY INV#408462 YEPP | 10/21/2022 | 12:49:01 PM | 1,312.50 | 0.00 | 0.00 | | 360 | I |
| 11/03/2022 | Rate Change | 0.00 | 2,996,799.46 | 6.00000000 To 6.75000000 | 11/03/2022 | 4:32:37 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 11/03/2022 | Interest Payment | 16,170.23 | 2,996,799.46 | ACH 182063  3 | 11/01/2022 | 11:47:39 PM | 0.00 | 16,170.23 | 0.00 | 182063 | 222 | 1 |
| 12/05/2022 | Interest Payment | 16,857.00 | 2,996,799.46 | ACH 182063  3 | 12/01/2022 | 11:35:32 PM | 0.00 | 16,857.00 | 0.00 | 182063 | 222 | 1 |
| 12/15/2022 | Rate Change | 0.00 | 2,996,799.46 | 6.75000000 To 7.25000000 | 12/15/2022 | 4:42:12 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 01/03/2023 | Interest Payment | 18,209.71 | 2,996,799.46 | ACH 182063  3 | 12/29/2022 | 11:08:03 PM | 0.00 | 18,209.71 | 0.00 | 182063 | 222 | 1 |
| 02/02/2023 | Rate Change | 0.00 | 2,996,799.46 | 7.25000000 To 7.50000000 | 02/02/2023 | 4:04:30 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 02/03/2023 | Interest Payment | 18,709.19 | 2,996,799.46 | ACH 182063  3 | 02/01/2023 | 11:30:24 PM | 0.00 | 18,709.19 | 0.00 | 182063 | 222 | 1 |
| 02/22/2023 | Fee Charge | 37.50 | 2,996,799.46 | Legal Fee/BELL NUNNALLY INV#410365 06PP | 02/22/2023 | 11:51:10 AM | 37.50 | 0.00 | 0.00 | | 360 | I |
| 02/22/2023 | Fee Charge | 37.50 | 2,996,799.46 | Legal Fee/BELL NUNNALLY INV#412325 06PP | 02/22/2023 | 12:10:26 PM | 37.50 | 0.00 | 0.00 | | 360 | I |
| 02/22/2023 | Fee Charge | 5,931.50 | 2,996,799.46 | Legal Fee/JACKSON WALKER INV#1888771 06PP | 02/22/2023 | 12:40:51 PM | 5,931.50 | 0.00 | 0.00 | | 360 | I |
| 03/03/2023 | Interest Payment | 17,502.14 | 2,996,799.46 | ACH 299723  3 | 03/01/2023 | 11:45:59 PM | 0.00 | 17,502.14 | 0.00 | 299723 | 222 | 1 |
| 03/23/2023 | Fee Charge | 412.50 | 2,996,799.46 | Legal Fee/BELL NUNNALLY INV#413984 06PP | 03/23/2023 | 8:59:12 AM | 412.50 | 0.00 | 0.00 | | 360 | I |
| 03/23/2023 | Rate Change | 0.00 | 2,996,799.46 | 7.50000000 To 7.75000000 | 03/23/2023 | 5:06:37 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 03/27/2023 | Fee Charge | 5,421.00 | 2,996,799.46 | Legal Fee/JACKSON WALKER INV#1898207 06PP | 03/27/2023 | 11:43:33 AM | 5,421.00 | 0.00 | 0.00 | | 360 | I |
| 04/03/2023 | Interest Payment | 19,354.33 | 2,996,799.46 | ACH 299723  3 | 03/30/2023 | 11:19:24 PM | 0.00 | 19,354.33 | 0.00 | 299723 | 222 | 1 |
| 04/21/2023 | Fee Charge | 9,530.20 | 2,996,799.46 | Legal Fee/JACKSON WALKER INV#1902556 06PP | 04/21/2023 | 10:39:29 AM | 9,530.20 | 0.00 | 0.00 | | 360 | I |
| 05/03/2023 | Interest Payment | 19,583.25 | 2,996,799.46 | ACH 299723  3 | 05/02/2023 | 1:10:54 AM | 0.00 | 19,583.25 | 0.00 | 299723 | 222 | 1 |
| 05/04/2023 | Rate Change | 0.00 | 2,996,799.46 | 7.75000000 To 8.00000000 | 05/04/2023 | 4:21:23 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| 05/11/2023 | Fee Charge | 6,201.50 | 2,996,799.46 | Legal Fee/JACKSON WALKER INV#1904106 06PP | 05/11/2023 | 9:14:29 AM | 6,201.50 | 0.00 | 0.00 | | 360 | I |
| 06/05/2023 | Interest Payment | 20,623.81 | 2,996,799.46 | ACH 299723  3 | 06/01/2023 | 11:56:54 PM | 0.00 | 20,623.81 | 0.00 | 299723 | 222 | 1 |
| 06/29/2023 | Interest Write—Off | 17,314.84 | 2,996,799.46 | | 06/29/2023 | 3:58:14 PM | 0.00 | 17,314.84 | 0.00 | | 246 | |
| 07/03/2023 | Interest Payment | 19,978.66 | 2,996,799.46 | ACH 299723  3 | 06/29/2023 | 11:26:31 PM | 0.00 | 19,978.66 | 0.00 | 299723 | 222 | 1 |
| 07/13/2023 | Fee Charge | 11,004.50 | 2,996,799.46 | Legal Fee/JACKSON WALKER INV#1917729 06PP | 07/13/2023 | 4:34:21 PM | 11,004.50 | 0.00 | 0.00 | | 360 | I |
| 07/27/2023 | Rate Change | 0.00 | 2,996,799.46 | 8.00000000 To 8.25000000 | 07/27/2023 | 3:48:16 PM | 0.00 | 0.00 | 0.00 | | 60 | |
| *08/03/2023 | Interest Payment | 20,644.62 | 2,996,799.46 | ACH 299723  3 | 08/02/2023 | 12:15:06 AM | 0.00 | 20,644.62 | 0.00 | 299723 | 222 | 1 |