Message

| | |
|---|---|
| **From**: | Melissa Novak [melissa.novak@genesisnet.com] |
| **Sent**: | 12/20/2021 11:26:29 AM |
| **To**: | 'Deborah Turner (438)' [Debbie.Turner@prosperitybankusa.com] |
| **Subject**: | RE: Genesis Networks Telecom Services LLC - Loan 1087916 |

Ok, thank you. Have a very Merry Christmas and a Happy New Year!!!

**Thanks,**
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | C 210.487.0999 | F 210.489.6612

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Monday, December 20, 2021 11:17 AM
**To:** Melissa Novak <melissa.novak@genesisnet.com>
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan 1087916

Yes, it is.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct:  214-217-7088
Debbie.Turner@prosperitybankusa.com





**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Monday, December 20, 2021 11:12 AM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan 1087916

The payment is still being auto drafted from the Goodman account?

**Thanks,**
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | C 210.487.0999 | F 210.489.6612

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Monday, December 20, 2021 11:12 AM

**To:** Melissa Novak <melissa.novak@genesisnet.com>
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan 1087916

Melissa, please see the attached.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct:  214-217-7088
Debbie.Turner@prosperitybankusa.com





---

**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Monday, December 20, 2021 11:05 AM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan 1087916

Debbie,

Can I please get the statement for loan 1087916 for November and December?

**Thanks,**
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | C 210.487.0999 | F 210.489.6612

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Monday, June 7, 2021 11:36 AM
**To:** Melissa Novak <melissa.novak@genesisnet.com>
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan 1087916

Hi Melissa,
It was debited on 6/01/21.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





---

**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Monday, June 7, 2021 11:33 AM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan 1087916

Hi Deborah,

Can you please verify that the loan payment of $26,231.25 was auto debited from from Goodman's account on 05/31/2021?

**Thanks,**
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | F 210.489.6612

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Monday, May 03, 2021 12:55 PM
**To:** Melissa Novak
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan

Hi Melissa,
Yes, the payment was auto-debited on 4/30.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Monday, May 3, 2021 12:43 PM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan

Deborah,

Can you please verify that the Loan Payment for $26,231.25, due 04/30/2021, was auto debited from Goodman's account for loan# 1087916?

Thanks,
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | F 210.489.6612

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Thursday, April 08, 2021 11:13 AM
**To:** Melissa Novak
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan Billing Notices

Hi Melissa,
The April payment has been auto-debited. Attached is the loan history.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Thursday, April 8, 2021 10:28 AM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan Billing Notices

Deborah,

I just want to confirm that the payment due April 4 will be auto debited. Also, can you please send me a statement of account for this LOC showing all the payments we've made thus far?

Thanks,
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | F 210.489.6612

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Tuesday, April 06, 2021 8:57 AM
**To:** Melissa Novak
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan Billing Notices

Yes, it will.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





---

**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Tuesday, April 6, 2021 7:37 AM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan Billing Notices

Will the payment due be auto debited?

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Monday, April 05, 2021 3:28 PM
**To:** Melissa Novak
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan Billing Notices

Thank you!

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088

Debbie.Turner@prosperitybankusa.com





**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Thursday, April 1, 2021 3:27 PM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan Billing Notices

Deborah,

Attached is the signed Direct Debit form for LOC 1087915. Let me know if there is anything else you need.

**Thanks,**
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | F 210.489.6612

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Tuesday, March 30, 2021 4:06 PM
**To:** Melissa Novak
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan Billing Notices

I need the address to.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Tuesday, March 30, 2021 3:46 PM

**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan Billing Notices

Thank you. We will setup the Genesis Networks Telecom Services Bank of San Antonio account for the LOC auto debit. If I'm not mistaken, the auto debit for the loan has been setup to come out of the Goodman Networks account. Can you tell me what date the March payment for the loan will be debited?

---

**From:** Deborah Turner (438) [mailto:Debbie.Turner@prosperitybankusa.com]
**Sent:** Tuesday, March 30, 2021 3:43 PM
**To:** Melissa Novak
**Subject:** RE: Genesis Networks Telecom Services LLC - Loan Billing Notices

Melissa, please see attached the Loan Billing Notice for #1087916. I will send you the auto-debit form for #1087915. Which account do you want debited for the monthly payment?

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





**From:** Melissa Novak <melissa.novak@genesisnet.com>
**Sent:** Tuesday, March 30, 2021 3:37 PM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan Billing Notices

*****Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.

Hi Debbie,

I'm Melissa Novak and I am the Accounting Team Lead at Genesis. What do we need to do to get the Working Capital Line# 1087915 on automatic payment? Also, can I get the March statement for loan# 1087916?

Thanks,
**Melissa Novak** | Accounting Team Lead
**Genesis Networks** | 1354 N. Loop 1604 E. | Suite 103 | San Antonio, TX 78232
P 210.489.6642 | F 210.489.6612

**From:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Sent:** Tuesday, March 16, 2021 11:51 AM
**To:** Cathy Kincy <cathy.kincy@genesisnet.com>
**Subject:** Genesis Networks Telecom Services LLC - Loan Billing Notices
**Importance:** High

Hi Cathy,
Your Loan Billing Notices are attached. Your working capital line is past due. Would you like to set up the line on auto-debit? If so, I will send you the form. Please advise.

*Debbie Turner*
*Sr. Banking Assistant*
Prosperity Bank
Entrepreneurial Banking
5949 Sherry Lane, Suite 600
Dallas, TX 75225
Direct: 214-217-7088
Debbie.Turner@prosperitybankusa.com





**From:** CanonMFP@prosperitybankusa.com <CanonMFP@prosperitybankusa.com>
**Sent:** Tuesday, March 16, 2021 11:53 AM
**To:** Deborah Turner (438) <Debbie.Turner@prosperitybankusa.com>
**Subject:** Attached Image

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY

PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Prosperity013917