Message

| | |
|---|---|
| **From:** | Stephanie Elmore [selmore@goodmannetworks.net] |
| **Sent:** | 10/5/2022 8:24:13 AM |
| **To:** | Ana McCollum (434) [ana.mccollum@prosperitybankusa.com] |
| **CC:** | Alice Lee (434) [alice.lee@prosperitybankusa.com]; Bater Bates (438) [Bater.Bates@prosperitybankusa.com]; John Goodman [jg@goodmannetworks.net]; james . goodman [james.goodman@genesisnet.com] |
| **Subject:** | New signer on bank accounts - Prosperity |
| **Attachments:** | Copy of Prosperity Bank - Commercial Onboarding Form.xlsx; DL-JohnGoodman.jpg; Goodman MBE Group GP LLC - Resolution and Approving ConsultingAgreement Executed.pdf; James Frinzi Resignation.pdf |

Ana,

Attached are the documents to add John Goodman to our bank accounts. I've also included the resignation letter from James Frinzi, so that you can move forward with removing him from all of our accounts.

- Corporate Resolution
- Onboarding from (4 tabs completed)
- John Goodman's DL
- James Frinzi's resignation letter

I've copied James Goodman on this email, as I know that you'll be requesting approval/phone call with him to discuss. Please let me know if there is anything additional that you may need to get this completed.


Thanks,
Stephanie Elmore
817-688-8300
Consultant, Accounting
**GOODMAN SOLUTIONS**

---

**From:** Ana McCollum (434) <ana.mccollum@prosperitybankusa.com>
**Sent:** Monday, September 12, 2022 5:07 PM
**To:** james.goodman <james.goodman@genesisnet.com>
**Cc:** Alice Lee (434) <alice.lee@prosperitybankusa.com>; Bater Bates (438) <Bater.Bates@prosperitybankusa.com>; Stephanie Elmore <selmore@goodmannetworks.net>
**Subject:** RE: Goodman Networks - signer changes request

Good afternoon James,

Per my previous email regarding the request to make signer changes, below is a snapshot of the current accounts by legal entity. You and James Frinzi are signers on all accounts. If you would like to move forward with removing James Frinzi and add Jonathan, please see the next steps and information needed:

# GOODMAN NETWORKS INCORPORATED

## Deposit Accounts Relationship



## <u>Next Steps</u>:

- Please provide a written consent from the board of each entity reflective of the authorization to remove James Frinzi
- Complete the attached onboarding form as follows:
  - Please complete one tab for each different entity
    - Please populate the business information for each entity and reflect the accounts number the same entity in the account subtitle line, for example for Goodman Networks Inc., there will be five accounts in the one tab.
  - Please populate your name as a signer.
    - We have everything of yours already.  Simply write your name
  - Please populate the personal information for Jonathan and provide a copy of his driver's license.
- Unless the ownership has changed, the above should be all we need to make the changes.

Once I receive this information, I would like to schedule a call to determine who will replace James Frinzi as the lead administrator for the cash management portal.

Please let me know if I can answer any questions for you.

Regards,

**Ana McCollum**
Senior Vice President
Treasury Sales Services Officer
5949 Sherry Lane, Ste. 600
Dallas, Texas 75225
Phone:  214.217.7052
Mobile:  682.556.5222
Email:  Ana.McCollum@Prosperitybankusa.com



**From:** Ana McCollum (434)
**Sent:** Friday, September 9, 2022 10:57 AM
**To:** Stephanie Elmore <selmore@goodmannetworks.net>; james.goodman <james.goodman@genesisnet.com>
**Subject:** RE: Goodman Networks

Hi Stephanie,

James Goodman will need to request this change and provide the legal document reflective of the need to remove James Frinzi.

I am copying him on here so he may reply.

Thanks.


**Ana McCollum**
Senior Vice President
Treasury Sales Services Officer
5949 Sherry Lane, Ste. 600
Dallas, Texas 75225
Phone:  214.217.7052
Mobile:  682.556.5222
Email:  Ana.McCollum@Prosperitybankusa.com



---

**From:** Stephanie Elmore <selmore@goodmannetworks.net>
**Sent:** Friday, September 9, 2022 10:24 AM
**To:** Ana McCollum (434) <ana.mccollum@prosperitybankusa.com>
**Subject:** Goodman Networks

> **\*\*\*\*\*Security Note: EXTERNAL EMAIL - Please exercise caution and DO NOT open attachments or click on links from unknown or unexpected emails.**

Ana,

James Frinzi has resigned.  What do we need to do to get him removed from our bank accounts?  We will also need to add Jonathan Goodman to these accounts.




Stephanie Elmore
Consultant, Accounting
**GOODMAN SOLUTIONS**

This transmission may contain information that is privileged, confidential and or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) IS STRICTLY PROHIBITED. If you received this

transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Prosperity015036



# Commercial Account Onboarding Form

## *BUSINESS INFORMATION*

Legal Business Name (include DBA):   Goodman Networks, Inc.

Account Subtitle (i.e. Operating):   ████1838, ████1846, ████1853 ████64352, ████3992

**Business Type:** Corp, GP, LP, LLC, LLP, PA, PC   Corp

Tax ID:   74-2949460

NAICS# (type of business):   Other Communications Equipment Manufacturing 334290

**Physical Address** (No PO Boxes) **for entity:**   2831 Eldorado Pkwy, Ste. 103  #453

   City:   Frisco   State:   TX   ZIP:   75033

Mailing Address (if different):   2831 Eldorado Pkwy, Ste. 103  #453  Frisco, TX  75033

Business Contact Name:   John Goodman

Business Email:   jg@goodmannetworks.net

Business Phone:   210-323-6262   Fax:   n/a

Website:   n/a

Business Account Type:   Business Analysis Checking

Business Account Types Can be reviewed at: https://www.prosperitybankusa.com/Business

Onboarding Form

*COMPLETE INFORMATION FOR EACH SIGNER*

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☑ Yes    ☐ No
Will you be using a facsimile signature? ⟶ ☐ Yes    ☑ No
If current signer, list name only.

| First Name: | James | Middle: | . | Last: | Goodman |
|---|---|---|---|---|---|

Title (CEO, etc): CEO    Email: jg@goodmannetworks.net
Date of Birth (MM/DD/YY):    Social Security / TIN:
Driver's License Number:    Expiration:
Physical Address (No PO Boxes):
City:    State:    ZIP:
Issuing State of ID:    *Provide Current Copy of ID
Home Phone:    Work:
Mobile Phone:    Debit Card Needed? No
Please provide a "secret word" for identification purposes when contacting the bank.

*ADDITIONAL SIGNER* ⟶ ☑ Yes    ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☑ Yes    ☑ No
Will you be using a facsimile signature? ⟶ ☑ Yes    ☐ No
If current signer, list name only.

First Name: John    Middle: A.    Last: Goodman
Title (CEO, etc): CEO    Email: jg@goodmannetworks.net
Date of Birth (MM/DD/YY): 7/17/1967    Social Security / TIN: ███-3003
Driver's License Number: ███5087    Expiration: 7/17/2030
Physical Address (No PO Boxes): 1008 Middle Creek Road
City: Fredericksburg    State: TX    ZIP: 78624
Issuing State of ID: Texas    *Provide Current Copy of ID
Home Phone: 210-323-6262    Work: 210-323-6262
Mobile Phone: 210-323-6262    Debit Card Needed? No
Please provide a "secret word" for identification purposes when contacting the bank.    8622

*ADDITIONAL SIGNER* ⟶ ☐ Yes    ☑ No

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes    ☐ No
Will you be using a facsimile signature? ⟶ ☐ Yes    ☐ No
If current signer, list name only.

First Name: No    Middle:    Last:
Title (CEO, etc):    Email:
Date of Birth (MM/DD/YY):    Social Security / TIN:
Driver's License Number:    Expiration:
Physical Address (No PO Boxes):
City:    State:    ZIP:
Issuing State of ID:    *Provide Current Copy of ID
Home Phone:    Work:
Mobile Phone:    Debit Card Needed? Make Selection
Please provide a "secret word" for identification purposes when contacting the bank.

Onboarding Form

Prosperity015038

Onboarding Form

Prosperity015039

*ADDITONAL SIGNER* ──────────────────────────────→ ☐ Yes    ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──→ ☐ Yes    ☐ No

Will you be using a facsimile signature? ──────────────→ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:              Last:

Title (CEO, etc):                             Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                       Expiration:

Physical Address (No PO Boxes):

City:                                State:            ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?  Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITONAL SIGNER* ──────────────────────────────→ ☐ Yes    ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──→ ☐ Yes    ☐ No

Will you be using a facsimile signature? ──────────────→ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:              Last:

Title (CEO, etc):                             Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                       Expiration:

Physical Address (No PO Boxes):

City:                                State:            ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?  Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITONAL SIGNER* ──────────────────────────────→ ☐ Yes    ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──→ ☐ Yes    ☐ No

Will you be using a facsimile signature? ──────────────→ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:              Last:

Title (CEO, etc):                             Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                       Expiration:

Physical Address (No PO Boxes):

City:                                State:            ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?  Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

Onboarding Form

Prosperity015040

Onboarding Form

Prosperity015041

## SIGNERS POWERS - List the Signers name to the left of each power granted

*Please note this only applies to depository accounts.*

**Indicate Signers Name(s)**

**Description of Power**

| Indicate Signers Name(s) | Description of Power |
|---|---|
| John A. Goodman | *(1) Exercise all of the powers listed below. (If you list a signer on this line, please do not list that signer for anything below as listing here grants the signer all of the powers below.)* |
| NA | *(2) Open any deposit or share account(s) in the name of the business.* |
| NA | *(3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution.* |
| NA | *(4) Borrow money on behalf and in the name of the Company, sign, execute and deliver promissory notes or other evidences of indebtedness.* |
| NA | *(5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest,notice of protest and notice of non-payment.* |
| NA | *(6) Enter into a written lease for the purpose of renting maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution.* |

Onboarding Form

Prosperity015042

## Beneficial Ownership Information

Name and Title of person opening account:

Does any individual directly or indirectly own 25% or more of this entity?   ☐ Yes   ☐ No

Does any other entity directly or indirectly own 25% or more of this entity?   ☐ Yes   ☐ No

*Please review with your Treasury Management Sales Representative to complete this section.*
*Please continue to list any known individuals that directly or indirectly own 25% or more of this entity.*

*Provide the following information for each individual (if any) who directly or indirectly, through any contract, arrangement understanding, relationship or otherwise, owns 25% or more of the equity interests of the legal entity listed.*

| % of Ownership | Name |
|---|---|
| Date of Birth: | Social Security / TIN: |

Physical Address (No PO Boxes):

| Driver's License Number: | State of Issuance: | Expiration: |
|---|---|---|
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ————————————▶ ☐ Yes   ☐ No

| % of Ownership | Name |
|---|---|
| Date of Birth: | Social Security / TIN: |

Physical Address (No PO Boxes):

| Driver's License Number: | State of Issuance: | Expiration: |
|---|---|---|
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ————————————▶ ☐ Yes   ☐ No

| % of Ownership | Name |
|---|---|
| Date of Birth: | Social Security / TIN: |

Physical Address (No PO Boxes):

| Driver's License Number: | State of Issuance: | Expiration: |
|---|---|---|
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ————————————▶ ☐ Yes   ☐ No

| % of Ownership | Name |
|---|---|
| Date of Birth: | Social Security / TIN: |

Physical Address (No PO Boxes):

| Driver's License Number: | State of Issuance: | Expiration: |
|---|---|---|
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Onboarding Form

Prosperity015043

Provide information for one individual with significant responsibility for managing the legal entity listed.

☐ Any executive officer or senior manager (CEO, CFO, COO, Managing Member, General Partner, President, Vice President.

☐ Any other individual who regularly performs similar functions.

Name
Date of Birth:      Social Security / TIN:
Physical Address (No PO Boxes):
Driver's License Number:      State of Issuance:      Expiration:
*OR*, Passport Number:      Country Issued:      Expiration:

**\*Provide Current Copy of ID**

## Required Supplies:

Duplicate Statements:    No
Checks or Deposit Slips:    No

*If above selection is yes select review Harland Product Guide

Check Product Code
Deposit Ticket Product Code
Name on Checks/Deposit Tickets
Address Checks/Deposit Tickets
Mailing Address (if different)
Quantity
Endorsement Stamp:    No
Endorsement Stamp Order Code:
Endorsement Stamp Text:
Other (Please Describe):



*If requesting checks or deposit tickets select the above icon to open the product gudie, and obtain order codes.

*Check and Supply orders have varied costs and order quantities vary by product type. Pricing and quantity will be confirmed prior to order placement.*

Onboarding Form

Prosperity015044

## Please tell us about your business:

| | |
|---|---|
| Import/Export Business? | No |
| Business formed outside of the United States? | No |
| Who are your targeted customers? | National |
| Is the business a marijuana related business? | No |

| | |
|---|---|
| Is the business an administrator or exchanger of virtual currency? (e.g. Bitcoin, Ethereum) | No |
| Do you issue or redeem Money Orders? | No |
| Do you issue or redeem Travelers Cheques? | No |
| Do you provide or sell Prepaid Access? | No |
| Do you exchange foreign currency for clients? | No |
| Do you cash checks for clients? | No |
| Do you transmit money for your clients? | No |
| Do you provide payment and/or merchant prrocessing services on behalf of your customers or act as a third party payments processor? (this includes all monetary instruments) | No |
| Do you originate international ACH transactions? | No |
| Does your business knowingly use the internet to receive or send information that could be used to place bets or facilitate in any way the placing of bets? | No |
| Do you own, operate, or service ATM Machines? | No |

If yes, please provide:

ATM Service Agreement.
Sources of funds being withdrawn.
The number of ATM machines, sizes, and location of each machine.
Currency delivery arrangement if applicable.

| | |
|---|---|
| Do you have multiple locations? | No |
| If yes, how many? | |
| Is the business seasonal? | No |
| If so, state the season. | |
| What are the average collected balances in your business accounts? | |
| Will you be depositing cash on a regular basis? | No |
| If so, how much? | |
| Will you be making cash withdrawals on a regular basis? | No |
| Do you pay your clients by cash? | No |
| If so, why? | |
| Do you anticipate sending or receiving domestic wire transfers? | Yes |
| Do you anticipate sending or receiving international wire transfers? | No |
| If so, from what countries? | |

Prosperity015045

*BUSINESS ENTITY DOCUMENT CHECKLIST*

| Business Type | Documents Needed |
|---|---|
| Sole Proprietor | • Assumed Name Certificate |
| Corporation, Professional Association (PA), Professional Corporation (PC) | • Certificate of Formation, Articles of Incorporation, Certificate of Incorporation, or Charter, and any amendments – copy of state filed document issued by the Secretary of State (Required for Corporation & PA).<br>• Board Minutes or Corporate Resolution provided by the entity (not in house resolution) if items listed in above bullet do not identify at least one signer.<br>• EIN/SS4<br>• Franchise Tax Account Status must show "Active"<br>• Assumed Name Certificate if applicable<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. Required for if filed outside of Texas. |
| General Partnership (State or County Filing) Joint Ventures | • Assumed Name Certificate if applicable.<br>• Partnership Agreement if all partners are not identified in the state filed docs.<br>• EIN.<br>• Identification of General Partners.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Limited Partnership (State Filing) | • Certificate of Formation of Limited Partnership or Certificate of Limited Partnership.<br>• Partnership Agreement if items listed in above bullet do not identify at least one signer.<br>• EIN / SS4<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For Limited Partnership established outside of Texas. |
| Limited Liability Company (LLC) (State Filing) / Professional PLLC | • Certificate of Formation, Certificate of LLC, or Articles of Organization.<br>• Operating Agreement if items listed in above bullet do not identify at least one signer.<br>• If the Manager/Member is a business or other entity (ex Trust), we need their filing documents.<br>• EIN (Single Member LLC may use member's SSN)<br>• Limited Liability Resolution (in house).<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For LLCs established outside of Texas. |
| Limited Liability Partnership (State Filing) | • Registration of Limited Liability Partnership – and copy of document filed with Secretary of State.<br>• Partnership Agreement if all partners are not identified in the state filed docs<br>• EIN/SS4<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Unincorporated Entities Organizations Social/Recreational Clubs Civic Groups Non-Profit | • EIN / SS4<br>• Officer roster with address & phone numbers (optional).<br>• Minutes from meeting where signatories were named.<br>• Ruling or Determination Letter from IRS – (needed to setup as non-profit). |

Onboarding Form

Prosperity015046

| Bank Use Only: | |
|---|---|
| Account Officer Name: | |
| New or Existing Customer: | |
| Cost Center: | |
| Completed By: | |

*End of Form*

Onboarding Form

Prosperity015047


PROSPERITY
BANK

## Commercial Account Onboarding Form

### *BUSINESS INFORMATION*

Legal Business Name (include DBA):    Multiband Field Services, Inc.

Account Subtitle (i.e. Operating):    ███ 1861, ███ 1879

Business Type: Corp, GP, LP, LLC, LLP, PA, PC    Corp

Tax ID:    61-1391746

NAICS# (type of business):    Other Communications Equipment Manufacturing 334290

Physical Address (No PO Boxes) for entity:    2831 Eldorado Pkwy, Ste. 103 #453

City:    Frisco    State:    TX    ZIP:    75033

Mailing Address (if different):    2831 Eldorado Pkwy, Ste. 103 #453 Frisco, TX 75033

Business Contact Name:    John A. Goodman

Business Email:    jg@goodmannetworks.net

Business Phone:    210-323-6262    Fax:    n/a

Website:    n/a

Business Account Type:    Business Analysis Checking

Business Account Types Can be reviewed at: https://www.prosperitybankusa.com/Business

Onboarding Form

Prosperity015048

## COMPLETE INFORMATION FOR EACH SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ☑ Yes  ☐ No

Will you be using a facsimle signature? ☐ Yes  ☑ No

If current signer, list name only.

| | | |
|---|---|---|
| First Name: James | Middle: . | Last: Goodman |
| Title (CEO, etc): CEO | | Email: jg@goodmannetworks.net |
| Date of Birth (MM/DD/YY): | Social Security / TIN: | |
| Driver's License Number: | | Expiration: |
| Physical Address (No PO Boxes): | | |
| City: | State: | ZIP: |
| Issuing State of ID: | | *Provide Current Copy of ID |
| Home Phone: | Work: | |
| Mobile Phone: | Debit Card Needed? No | |

Please provide a "secret word" for identification purposes when contacting the bank.

## ADDITIONAL SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ☑ Yes  ☐ No

Will you be using a facsimle signature? ☑ Yes  ☐ No

If current signer, list name only.

| | | |
|---|---|---|
| First Name: John | Middle: A. | Last: Goodman |
| Title (CEO, etc): CEO | | Email: jg@goodmannetworks.net |
| Date of Birth (MM/DD/YY): 7/17/1967 | Social Security / TIN: ███-3003 | |
| Driver's License Number: ███5087 | | Expiration: 7/17/2030 |
| Physical Address (No PO Boxes): 1008 Middle Creek Road | | |
| City: Fredericksburg | State: TX | ZIP: 78624 |
| Issuing State of ID: Texas | | *Provide Current Copy of ID |
| Home Phone: 210-323-6262 | Work: 210-323-6262 | |
| Mobile Phone: 210-323-6262 | Debit Card Needed? NO | |

Please provide a "secret word" for identification purposes when contacting the bank.    8622

## ADDITIONAL SIGNER

☑ Yes  ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ☐ Yes  ☐ No

Will you be using a facsimle signature? ☐ Yes  ☐ No

If current signer, list name only.

| | | |
|---|---|---|
| First Name: | Middle: | Last: |
| Title (CEO, etc): | | Email: |
| Date of Birth (MM/DD/YY): | Social Security / TIN: | |
| Driver's License Number: | | Expiration: |
| Physical Address (No PO Boxes): | | |
| City: | State: | ZIP: |
| Issuing State of ID: | | *Provide Current Copy of ID |
| Home Phone: | Work: | |
| Mobile Phone: | Debit Card Needed? Make Selection | |

Please provide a "secret word" for identification purposes when contacting the bank.

Onboarding Form

Onboarding Form

Prosperity015050

### *ADDITIONAL SIGNER* ──────────────────────────────▶ ☐ Yes   ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──────▶ ☐ Yes   ☐ No

Will you be using a facsimile signature? ───────────────────────▶ ☐ Yes   ☐ No

If current signer, list name only.

| First Name: | | Middle: | | Last: | |
|---|---|---|---|---|---|

Title (CEO, etc):         Email:

Date of Birth (MM/DD/YY):     Social Security / TIN:

Driver's License Number:     Expiration:

Physical Address (No PO Boxes):

City:     State:     ZIP:

Issuing State of ID:     *Provide Current Copy of ID

Home Phone:     Work:

Mobile Phone:     Debit Card Needed?   Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

### *ADDITIONAL SIGNER* ──────────────────────────────▶ ☐ Yes   ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──────▶ ☐ Yes   ☐ No

Will you be using a facsimile signature? ───────────────────────▶ ☐ Yes   ☐ No

If current signer, list name only.

| First Name: | | Middle: | | Last: | |
|---|---|---|---|---|---|

Title (CEO, etc):         Email:

Date of Birth (MM/DD/YY):     Social Security / TIN:

Driver's License Number:     Expiration:

Physical Address (No PO Boxes):

City:     State:     ZIP:

Issuing State of ID:     *Provide Current Copy of ID

Home Phone:     Work:

Mobile Phone:     Debit Card Needed?   Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

### *ADDITIONAL SIGNER* ──────────────────────────────▶ ☐ Yes   ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──────▶ ☐ Yes   ☐ No

Will you be using a facsimile signature? ───────────────────────▶ ☐ Yes   ☐ No

If current signer, list name only.

| First Name: | | Middle: | | Last: | |
|---|---|---|---|---|---|

Title (CEO, etc):         Email:

Date of Birth (MM/DD/YY):     Social Security / TIN:

Driver's License Number:     Expiration:

Physical Address (No PO Boxes):

City:     State:     ZIP:

Issuing State of ID:     *Provide Current Copy of ID

Home Phone:     Work:

Mobile Phone:     Debit Card Needed?   Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

Onboarding Form

Prosperity015051

Onboarding Form

Prosperity015052

*SIGNERS POWERS - List the Signers name to the left of each power granted*

*Please note this only applies to depository accounts.*

**Indicate Signers Name(s)**                    **Description of Power**

| Indicate Signers Name(s) | Description of Power |
|---|---|
| John A. Goodman | (1) Exercise all of the powers listed below. *(If you list a signer on this line, please do not list that signer for anything below as listing here grants the signer all of the powers below.)* |
| NA | (2) Open any deposit or share account(s) in the name of the business. |
| NA | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. |
| NA | (4) Borrow money on behalf and in the name of the Company, sign, execute and deliver promissory notes or other evidences of indebtedness. |
| NA | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. |
| NA | (6) Enter into a written lease for the purpose of renting maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. |

## Beneficial Ownership Information

Name and Title of person opening account:

Does any individual directly or indirectly own 25% or more of this entity?  ☐ Yes  ☐ No

Does any other entity directly or indirectly own 25% or more of this entity?  ☐ Yes  ☐ No

*Please review with your Treasury Management Sales Representative to complete this section.*
*Please continue to list any known individuals that directly or indirectly own 25% or more of this entity.*

*Provide the following information for each individual (if any) who directly or indirectly, through any contract, arrangement understanding, relationship or otherwise, owns 25% or more of the equity interests of the legal entity listed.*

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ———————————▶ ☐ Yes  ☐ No

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ———————————▶ ☐ Yes  ☐ No

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ———————————▶ ☐ Yes  ☐ No

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Provide information for one individual with significant responsibility for managing the legal entity listed.

☐ Any executive officer or senior manager (CEO, CFO, COO, Managing Member, General Partner, President, Vice President.

☐ Any other individual who regularly performs similar functions.

Name

Date of Birth:                                Social Security / TIN:

Physical Address (No PO Boxes):

Driver's License Number:                State of Issuance:              Expiration:

**OR**, Passport Number:                  Country Issued:               Expiration:

*Provide Current Copy of ID*

## Required Supplies:

Duplicate Statements:                   | No |

Checks or Deposit Slips:               | No |

*If above selection is yes select review Harland Product Guide

Check Product Code

Deposit Ticket Product Code

Name on Checks/Deposit Tickets

Address Checks/Deposit Tickets

Mailing Address (if different)

Quantity

Endorsement Stamp:           | No |

Endorsement Stamp Order Code:

Endorsement Stamp Text:

Other (Please Describe):

*Check and Supply orders have varied costs and order quantities vary by product type. Pricing and quantity will be confirmed prior to order placement.*

*If requesting checks or deposit tickets select the above icon to open the product gudie, and obtain order codes.

Prosperity015055

## Please tell us about your business:

| | |
|---|---|
| Import/Export Business? | No |
| Business formed outside of the United States? | No |
| Who are your targeted customers? | National |
| Is the business a marijuana related business? | No |

| | |
|---|---|
| Is the business an administrator or exchanger of virtual currency? (e.g. Bitcoin, Ethereum) | No |
| Do you issue or redeem Money Orders? | No |
| Do you issue or redeem Travelers Cheques? | No |
| Do you provide or sell Prepaid Access? | No |
| Do you exchange foreign currency for clients? | No |
| Do you cash checks for clients? | No |
| Do you transmit money for your clients? | No |

| | |
|---|---|
| Do you provide payment and/or merchant prrocessing services on behalf of your customers or act as a third party payments processor? (this includes all monetary instruments) | No |
| Do you originate international ACH transactions? | No |
| Does your business knowingly use the internet to receive or send information that could be used to place bets or facilitate in any way the placing of bets? | No |

| | |
|---|---|
| Do you own, operate, or service ATM Machines? | No |

If yes, please provide:

    ATM Service Agreement.
    Sources of funds being withdrawn.
    The number of ATM machines, sizes, and location of each machine.
    Currency delivery arrangement if applicable.

| | |
|---|---|
| Do you have multiple locations? | No |

If yes, how many?

| | |
|---|---|
| Is the business seasonal? | No |

If so, state the season.

What are the average collected balances in your business accounts?

| | |
|---|---|
| Will you be depositing cash on a regular basis? | No |

If so, how much?

| | |
|---|---|
| Will you be making cash withdrawals on a regular basis? | No |

| | |
|---|---|
| Do you pay your clients by cash? | No |

If so, why?

| | |
|---|---|
| Do you anticipate sending or receiving domestic wire transfers? | Yes |
| Do you anticipate sending or receiving international wire transfers? | No |

If so, from what countries?

Onboarding Form

Prosperity015056

*BUSINESS ENTITY DOCUMENT CHECKLIST*

| Business Type | Documents Needed |
|---|---|
| Sole Proprietor | • Assumed Name Certificate |
| Corporation, Professional Association (PA), Professional Corporation (PC) | • Certificate of Formation, Articles of Incorporation, Certificate of Incorporation, or Charter, and any amendments – copy of state filed document issued by the Secretary of State (Required for Corporation & PA). <br> • Board Minutes or Corporate Resolution provided by the entity (not in house resolution) if items listed in above bullet do not identify at least one signer. <br> • EIN/SS4 <br> • Franchise Tax Account Status must show "Active" <br> • Assumed Name Certificate if applicable <br> • Registration of Foreign Entity or Certificate of Authority, if applicable. Required for if filed outside of Texas. |
| General Partnership (State or County Filing) Joint Ventures | • Assumed Name Certificate if applicable. <br> • Partnership Agreement if all partners are not identified in the state filed docs. <br> • EIN. <br> • Identification of General Partners. <br> • If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Limited Partnership (State Filing) | • Certificate of Formation of Limited Partnership or Certificate of Limited Partnership. <br> • Partnership Agreement if items listed in above bullet do not identify at least one signer. <br> • EIN / SS4 <br> • Franchise Tax Account Status must show "Active." <br> • Assumed Name Certificate if applicable. <br> • If the General Partner is a business or other entity (ex Trust), we need their filing documents. <br> • Registration of Foreign Entity or Certificate of Authority, if applicable. For Limited Partnership established outside of Texas. |
| Limited Liability Company (LLC) (State Filing) / Professional PLLC | • Certificate of Formation, Certificate of LLC, or Articles of Organization. <br> • Operating Agreement if items listed in above bullet do not identify at least one signer. <br> • If the Manager/Member is a business or other entity (ex Trust), we need their filing documents. <br> • EIN (Single Member LLC may use member's SSN) <br> • Limited Liability Resolution (in house). <br> • Franchise Tax Account Status must show "Active." <br> • Assumed Name Certificate if applicable. <br> • Registration of Foreign Entity or Certificate of Authority, if applicable. For LLCs established outside of Texas. |
| Limited Liability Partnership (State Filing) | • Registration of Limited Liability Partnership – and copy of document filed with Secretary of State. <br> • Partnership Agreement if all partners are not identified in the state filed docs <br> • EIN/SS4 <br> • Assumed Name Certificate if applicable. <br> • If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Unincorporated Entities Organizations Social/Recreational Clubs Civic Groups Non-Profit | • EIN / SS4 <br> • Officer roster with address & phone numbers (optional). <br> • Minutes from meeting where signatories were named. <br> • Ruling or Determination Letter from IRS – (needed to setup as non-profit). |

Prosperity015057

| Bank Use Only: | |
|---|---|
| Account Officer Name: | |
| New or Existing Customer: | |
| Cost Center: | |
| Completed By: | |

*End of Form*


PROSPERITY
BANK

## Commercial Account Onboarding Form

### *BUSINESS INFORMATION*

| | |
|---|---|
| Legal Business Name (include DBA): | GNET ATC LLC |
| Account Subtitle (i.e. Operating): | ████3872, ████64320 |
| Business Type: Corp, GP, LP, LLC, LLP, PA, PC | LLC |
| Tax ID: | 84-2795422 |
| NAICS# (type of business): | Other Communications Equipment Manufacturing 334290 |

**Physical Address** (No PO Boxes) **for entity:**    2831 Eldorado Pkwy, Ste. 103  #453

| | | | | | |
|---|---|---|---|---|---|
| City: | Frisco | State: | TX | ZIP: | 75033 |

| | |
|---|---|
| Mailing Address (if different): | 2831 Eldorado Pkwy, Ste. 103  #453  Frisco, TX  75033 |
| Business Contact Name: | John A. Goodman |
| Business Email: | jg@goodmannetworks.net |
| Business Phone: | 210-323-6262      Fax:      n/a |
| Website: | n/a |
| Business Account Type: | Business Analysis Checking |

Business Account Types Can be reviewed at: https://www.prosperitybankusa.com/Business

## COMPLETE INFORMATION FOR EACH SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ☑ Yes  ☐ No

Will you be using a facsimile signature? ☐ Yes  ☑ No

If current signer, list name only.

| Field | Value |
|---|---|
| First Name: | James |
| Middle: | . |
| Last: | Goodman |
| Title (CEO, etc): | CEO |
| Email: | jg@goodmannetworks.net |
| Date of Birth (MM/DD/YY): | |
| Social Security / TIN: | |
| Driver's License Number: | |
| Expiration: | |
| Physical Address (No PO Boxes): | |
| City: | |
| State: | |
| ZIP: | |
| Issuing State of ID: | |
| Home Phone: | |
| Work: | |
| Mobile Phone: | |
| Debit Card Needed? | No |

*Provide Current Copy of ID

Please provide a "secret word" for identification purposes when contacting the bank.

## ADDITIONAL SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ☑ Yes  ☐ No

Will you be using a facsimile signature? ☑ Yes  ☐ No

If current signer, list name only.

| Field | Value |
|---|---|
| First Name: | John |
| Middle: | A. |
| Last: | Goodman |
| Title (CEO, etc): | CEO |
| Email: | jg@goodmannetworks.net |
| Date of Birth (MM/DD/YY): | 7/17/1967 |
| Social Security / TIN: | ███-3003 |
| Driver's License Number: | ████5087 |
| Expiration: | 7/17/2030 |
| Physical Address (No PO Boxes): | 1008 Middle Creek Road |
| City: | Fredericksburg |
| State: | TX |
| ZIP: | 78624 |
| Issuing State of ID: | Texas |
| Home Phone: | 210-323-6262 |
| Work: | 210-323-6262 |
| Mobile Phone: | 210-323-6262 |
| Debit Card Needed? | No |

*Provide Current Copy of ID

Please provide a "secret word" for identification purposes when contacting the bank.    8622

## ADDITIONAL SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ☑ No  ☐ Yes

Will you be using a facsimile signature? ☐ Yes  ☐ No

If current signer, list name only.

| Field | Value |
|---|---|
| First Name: | |
| Middle: | |
| Last: | |
| Title (CEO, etc): | |
| Email: | |
| Date of Birth (MM/DD/YY): | |
| Social Security / TIN: | |
| Driver's License Number: | |
| Expiration: | |
| Physical Address (No PO Boxes): | |
| City: | |
| State: | |
| ZIP: | |
| Issuing State of ID: | |
| Home Phone: | |
| Work: | |
| Mobile Phone: | |
| Debit Card Needed? | Make Selection |

*Provide Current Copy of ID

Please provide a "secret word" for identification purposes when contacting the bank.

Prosperity015060

Onboarding Form

Prosperity015061

*ADDITIONAL SIGNER* ————————————————————→ ☐ Yes   ☑ No

Is this signer a current signer on other Prosperity Bank accounts? ——→ ☐ Yes   ☐ No

Will you be using a facsimle signature? ————————————————→ ☐ Yes   ☐ No

If current signer, list name only.

First Name:                          Middle:              Last:

Title (CEO, etc):                                 Email:

Date of Birth (MM/DD/YY):            Social Security / TIN:

Driver's License Number:                          Expiration:

Physical Address (No PO Boxes):

City:                                State:               ZIP:

Issuing State of ID:                          *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?  Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITIONAL SIGNER* ————————————————————→ ☐ Yes   ☑ No

Is this signer a current signer on other Prosperity Bank accounts? ——→ ☐ Yes   ☐ No

Will you be using a facsimle signature? ————————————————→ ☐ Yes   ☐ No

If current signer, list name only.

First Name:                          Middle:              Last:

Title (CEO, etc):                                 Email:

Date of Birth (MM/DD/YY):            Social Security / TIN:

Driver's License Number:                          Expiration:

Physical Address (No PO Boxes):

City:                                State:               ZIP:

Issuing State of ID:                          *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?  Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITIONAL SIGNER* ————————————————————→ ☐ Yes   ☑ No

Is this signer a current signer on other Prosperity Bank accounts? ——→ ☐ Yes   ☐ No

Will you be using a facsimle signature? ————————————————→ ☐ Yes   ☐ No

If current signer, list name only.

First Name:                          Middle:              Last:

Title (CEO, etc):                                 Email:

Date of Birth (MM/DD/YY):            Social Security / TIN:

Driver's License Number:                          Expiration:

Physical Address (No PO Boxes):

City:                                State:               ZIP:

Issuing State of ID:                          *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?  Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

Onboarding Form

Prosperity015062

Onboarding Form

Prosperity015063

## SIGNERS POWERS - List the Signers name to the left of each power granted

*\*Please note this only applies to depository accounts.\**

**Indicate Signers Name(s)**

**Description of Power**

| Indicate Signers Name(s) | Description of Power |
|---|---|
| John A. Goodman | *(1) Exercise all of the powers listed below. (If you list a signer on this line, please do not list that signer for anything below as listing here grants the signer all of the powers below.)* |
| NA | *(2) Open any deposit or share account(s) in the name of the business.* |
| NA | *(3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution.* |
| NA | *(4) Borrow money on behalf and in the name of the Company, sign, execute and deliver promissory notes or other evidences of indebtedness.* |
| NA | *(5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment.* |
| NA | *(6) Enter into a written lease for the purpose of renting maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution.* |

Onboarding Form

Prosperity015064

## Beneficial Ownership Information

Name and Title of person opening account:

Does any individual directly or indirectly own 25% or more of this entity?     ☐ Yes     ☐ No

Does any other entity directly or indirectly own 25% or more of this entity?     ☐ Yes     ☐ No

*Please review with your Treasury Management Sales Representative to complete this section.*
*Please continue to list any known individuals that directly or indirectly own 25% or more of this entity.*

*Provide the following information for each individual (if any) who directly or indirectly, through any contract, arrangement understanding, relationship or otherwise, owns 25% or more of the equity interests of the legal entity listed.*

| % of Ownership | | Name | | |
| Date of Birth: | | Social Security / TIN: | | |
| Physical Address (No PO Boxes): | | | | |
| Driver's License Number: | | State of Issuance: | | Expiration: | |
| OR, Passport Number: | | Country Issued: | | Expiration: | |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ─────────► ☐ Yes     ☐ No

| % of Ownership | | Name | | |
| Date of Birth: | | Social Security / TIN: | | |
| Physical Address (No PO Boxes): | | | | |
| Driver's License Number: | | State of Issuance: | | Expiration: | |
| OR, Passport Number: | | Country Issued: | | Expiration: | |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ─────────► ☐ Yes     ☐ No

| % of Ownership | | Name | | |
| Date of Birth: | | Social Security / TIN: | | |
| Physical Address (No PO Boxes): | | | | |
| Driver's License Number: | | State of Issuance: | | Expiration: | |
| OR, Passport Number: | | Country Issued: | | Expiration: | |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ─────────► ☐ Yes     ☐ No

| % of Ownership | | Name | | |
| Date of Birth: | | Social Security / TIN: | | |
| Physical Address (No PO Boxes): | | | | |
| Driver's License Number: | | State of Issuance: | | Expiration: | |
| OR, Passport Number: | | Country Issued: | | Expiration: | |

**\*Provide Current Copy of ID**

Prosperity015065

**Provide information for one individual with significant responsibility for managing the legal entity listed.**

☐ Any executive officer or senior manager (CEO, CFO, COO, Managing Member, General Partner, President, Vice President.

☐ Any other individual who regularly performs similar functions.

| | |
|---|---|
| Name | |
| Date of Birth: | Social Security / TIN: |
| Physical Address (No PO Boxes): | |
| Driver's License Number: | State of Issuance: | Expiration: |
| **OR**, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

## Required Supplies:

| | |
|---|---|
| Duplicate Statements: | No |
| Checks or Deposit Slips: | No |

*If above selection is yes select review Harland Product Guide



Check Product Code

Deposit Ticket Product Code

Name on Checks/Deposit Tickets

Address Checks/Deposit Tickets

Mailing Address (if different)

Quantity

Endorsement Stamp:                    No

Endorsement Stamp Order Code:

Endorsement Stamp Text:

Other (Please Describe):

*If requesting checks or deposit tickets select the above icon to open the product gudie, and obtain order codes.

*Check and Supply orders have varied costs and order quantities vary by product type. Pricing and quantity will be confirmed prior to order placement.*

Prosperity015066

## Please tell us about your business:

| | |
|---|---|
| Import/Export Business? | No |
| Business formed outside of the United States? | No |
| Who are your targeted customers? | National |
| Is the business a marijuana related business? | No |

| | |
|---|---|
| Is the business an administrator or exchanger of virtual currency? (e.g. Bitcoin, Ethereum) | No |
| Do you issue or redeem Money Orders? | No |
| Do you issue or redeem Travelers Cheques? | No |
| Do you provide or sell Prepaid Access? | No |
| Do you exchange foreign currency for clients? | No |
| Do you cash checks for clients? | No |
| Do you transmit money for your clients? | No |

| | |
|---|---|
| Do you provide payment and/or merchant prrocessing services on behalf of your customers or act as a third party payments processor?   (this includes all monetary instruments) | No |
| Do you originate international ACH transactions? | No |
| Does your business knowingly use the internet to receive or send information that could be used to place bets or facilitate in any way the placing of bets? | No |

| | |
|---|---|
| Do you own, operate, or service ATM Machines? | No |

   If yes, please provide:

      ATM Service Agreement.
      Sources of funds being withdrawn.
      The number of ATM machines, sizes, and location of each machine.
      Currency delivery arrangement if applicable.

| | |
|---|---|
| Do you have multiple locations? | No |
|   If yes, how many? | |
| Is the business seasonal? | No |
|   If so, state the season. | |
| What are the average collected balances in your business accounts? | |
| Will you be depositing cash on a regular basis? | No |
|   If so, how much? | |

| | |
|---|---|
| Will you be making cash withdrawals on a regular basis? | No |

| | |
|---|---|
| Do you pay your clients by cash? | No |
|   If so, why? | |

| | |
|---|---|
| Do you anticipate sending or receiving domestic wire transfers? | Yes |
| Do you anticipate sending or receiving international wire transfers? | No |
|   If so, from what countries? | |

Prosperity015067

*BUSINESS ENTITY DOCUMENT CHECKLIST*

| Business Type | Documents Needed |
|---|---|
| Sole Proprietor | • Assumed Name Certificate |
| Corporation, Professional Association (PA), Professional Corporation (PC) | • Certificate of Formation, Articles of Incorporation, Certificate of Incorporation, or Charter, and any amendments – copy of state filed document issued by the Secretary of State (Required for Corporation & PA).<br>• Board Minutes or Corporate Resolution provided by the entity (not in house resolution) if items listed in above bullet do not identify at least one signer.<br>• EIN/SS4<br>• Franchise Tax Account Status must show "Active"<br>• Assumed Name Certificate if applicable<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. Required for if filed outside of Texas. |
| General Partnership (State or County Filing) Joint Ventures | • Assumed Name Certificate if applicable.<br>• Partnership Agreement if all partners are not identified in the state filed docs.<br>• EIN.<br>• Identification of General Partners.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Limited Partnership (State Filing) | • Certificate of Formation of Limited Partnership or Certificate of Limited Partnership.<br>• Partnership Agreement if items listed in above bullet do not identify at least one signer.<br>• EIN / SS4<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For Limited Partnership established outside of Texas. |
| Limited Liability Company (LLC) (State Filing) / Professional PLLC | • Certificate of Formation, Certificate of LLC, or Articles of Organization.<br>• Operating Agreement if items listed in above bullet do not identify at least one signer.<br>• If the Manager/Member is a business or other entity (ex Trust), we need their filing documents.<br>• EIN (Single Member LLC may use member's SSN)<br>• Limited Liability Resolution (in house).<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For LLCs established outside of Texas. |
| Limited Liability Partnership (State Filing) | • Registration of Limited Liability Partnership – and copy of document filed with Secretary of State.<br>• Partnership Agreement if all partners are not identified in the state filed docs<br>• EIN/SS4<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Unincorporated Entities Organizations Social/Recreational Clubs Civic Groups Non-Profit | • EIN / SS4<br>• Officer roster with address & phone numbers (optional).<br>• Minutes from meeting where signatories were named.<br>• Ruling or Determination Letter from IRS – (needed to setup as non-profit). |

Prosperity015068

| Bank Use Only: | |
| --- | --- |
| Account Officer Name: | |
| New or Existing Customer: | |
| Cost Center: | |
| Completed By: | |

*End of Form*

Onboarding Form

Prosperity015069


PROSPERITY
BANK

# Commercial Account Onboarding Form

## *BUSINESS INFORMATION*

| | |
|---|---|
| Legal Business Name (include DBA): | Goodman Networks Services, LLC |
| Account Subtitle (i.e. Operating): | 70191887 |
| Business Type: Corp, GP, LP, LLC, LLP, PA, PC | LLC |
| Tax ID: | 46-5158389 |
| NAICS# (type of business): | Other Communications Equipment Manufacturing 334290 |

Physical Address (No PO Boxes) for entity: 2831 Eldorado Pkwy, Ste. 103  #453

| City: | Frisco | State: | TX | ZIP: | 75033 |
|---|---|---|---|---|---|

| | |
|---|---|
| Mailing Address (if different): | 2831 Eldorado Pkwy, Ste. 103  #453  Frisco, TX  75033 |
| Business Contact Name: | John A. Goodman |
| Business Email: | jg@goodmannetworks.net |
| Business Phone: | 210-323-6262      Fax:      n/a |
| Website: | n/a |
| Business Account Type: | Business Analysis Checking |

Business Account Types Can be reviewed at: https://www.prosperitybankusa.com/Business

## COMPLETE INFORMATION FOR EACH SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☑ Yes  ☐ No

Will you be using a facsimle signature? ⟶ ☐ Yes  ☑ No

If current signer, list name only.

First Name: James     Middle: .     Last: Goodman

Title (CEO, etc):     Email:

Date of Birth (MM/DD/YY):     Social Security / TIN:

Driver's License Number:     Expiration:

Physical Address (No PO Boxes):

City:     State:     ZIP:

Issuing State of ID:     *Provide Current Copy of ID

Home Phone:     Work:

Mobile Phone:     Debit Card Needed? No

Please provide a "secret word" for identification purposes when contacting the bank.

## ADDITIONAL SIGNER     ⟶ ☑ Yes  ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☑ Yes  ☑ No

Will you be using a facsimle signature? ⟶ ☑ Yes  ☐ No

If current signer, list name only.

First Name: John     Middle: A.     Last: Goodman

Title (CEO, etc): CEO     Email: jg@goodmannetworks.net

Date of Birth (MM/DD/YY): 7/17/1967     Social Security / TIN: ▮▮▮3003

Driver's License Number: ▮▮▮5087     Expiration: 7/17/2030

Physical Address (No PO Boxes): 1008 Middle Creek Road

City: Fredericksburg     State: TX     ZIP: 78624

Issuing State of ID: Texas     *Provide Current Copy of ID

Home Phone: 210-323-6262     Work: 210-323-6262

Mobile Phone: 210-323-6262     Debit Card Needed? No

Please provide a "secret word" for identification purposes when contacting the bank.     8622

## ADDITIONAL SIGNER     ⟶ ☑ No

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes  ☐ No

Will you be using a facsimle signature? ⟶ ☐ Yes  ☐ No

If current signer, list name only.

First Name:     Middle:     Last:

Title (CEO, etc):     Email:

Date of Birth (MM/DD/YY):     Social Security / TIN:

Driver's License Number:     Expiration:

Physical Address (No PO Boxes):

City:     State:     ZIP:

Issuing State of ID:     *Provide Current Copy of ID

Home Phone:     Work:

Mobile Phone:     Debit Card Needed? Make Selection

Please provide a "secret word" for identification purposes when contacting the bank.

Onboarding Form

Prosperity015071

Onboarding Form

Prosperity015072

*ADDITIONAL SIGNER* ──────────────────────────────────────→ ☐ Yes    ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──────→ ☐ Yes    ☐ No

Will you be using a facsimle signature? ───────────────────────→ ☐ Yes    ☐ No

If current signer, list name only.

First Name: _____ Middle: _____ Last: _____

Title (CEO, etc): _____ Email: _____

Date of Birth (MM/DD/YY): _____ Social Security / TIN: _____

Driver's License Number: _____ Expiration: _____

Physical Address (No PO Boxes): _____

City: _____ State: _____ ZIP: _____

Issuing State of ID: _____ *Provide Current Copy of ID

Home Phone: _____ Work: _____

Mobile Phone: _____ Debit Card Needed? | Make Selection

Please provide a "secret word" for identification purposes when contacting the bank.

*ADDITIONAL SIGNER* ──────────────────────────────────────→ ☐ Yes    ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──────→ ☐ Yes    ☐ No

Will you be using a facsimle signature? ───────────────────────→ ☐ Yes    ☐ No

If current signer, list name only.

First Name: _____ Middle: _____ Last: _____

Title (CEO, etc): _____ Email: _____

Date of Birth (MM/DD/YY): _____ Social Security / TIN: _____

Driver's License Number: _____ Expiration: _____

Physical Address (No PO Boxes): _____

City: _____ State: _____ ZIP: _____

Issuing State of ID: _____ *Provide Current Copy of ID

Home Phone: _____ Work: _____

Mobile Phone: _____ Debit Card Needed? | Make Selection

Please provide a "secret word" for identification purposes when contacting the bank.

*ADDITIONAL SIGNER* ──────────────────────────────────────→ ☐ Yes    ☒ No

Is this signer a current signer on other Prosperity Bank accounts? ──────→ ☐ Yes    ☐ No

Will you be using a facsimle signature? ───────────────────────→ ☐ Yes    ☐ No

If current signer, list name only.

First Name: _____ Middle: _____ Last: _____

Title (CEO, etc): _____ Email: _____

Date of Birth (MM/DD/YY): _____ Social Security / TIN: _____

Driver's License Number: _____ Expiration: _____

Physical Address (No PO Boxes): _____

City: _____ State: _____ ZIP: _____

Issuing State of ID: _____ *Provide Current Copy of ID

Home Phone: _____ Work: _____

Mobile Phone: _____ Debit Card Needed? | Make Selection

Please provide a "secret word" for identification purposes when contacting the bank.

Onboarding Form

Prosperity015073

Onboarding Form

Prosperity015074

## SIGNERS POWERS - List the Signers name to the left of each power granted
*Please note this only applies to depository accounts.*

**Indicate Signers Name(s)**

| | Description of Power |
|---|---|
| John A. Goodman | *(1) Exercise all of the powers listed below. (If you list a signer on this line, please do not list that signer for anything below as listing here grants the signer all of the powers below.)* |
| NA | *(2) Open any deposit or share account(s) in the name of the business.* |
| NA | *(3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution.* |
| NA | *(4) Borrow money on behalf and in the name of the Company, sign, execute and deliver promissory notes or other evidences of indebtedness.* |
| NA | *(5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest,notice of protest and notice of non-payment.* |
| NA | *(6) Enter into a written lease for the purpose of renting maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution.* |

Onboarding Form

Prosperity015075

## Beneficial Ownership Information

Name and Title of person opening account:

Does any individual directly or indirectly own 25% or more of this entity?    ☐ Yes    ☐ No

Does any other entity directly or indirectly own 25% or more of this entity?    ☐ Yes    ☐ No

*Please review with your Treasury Management Sales Representative to complete this section.*
*Please continue to list any known individuals that directly or indirectly own 25% or more of this entity.*

*Provide the following information for each individual (if any) who directly or indirectly, through any contract, arrangement understanding, relationship or otherwise, owns 25% or more of the equity interests of the legal entity listed.*

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| **OR**, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ——————————————▶ ☐ Yes    ☐ No

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| **OR**, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ——————————————▶ ☐ Yes    ☐ No

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| **OR**, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ——————————————▶ ☐ Yes    ☐ No

| % of Ownership | Name | |
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| **OR**, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

**Provide information for one individual with significant responsibility for managing the legal entity listed.**

☐ Any executive officer or senior manager (CEO, CFO, COO, Managing Member, General Partner, President, Vice President.

☐ Any other individual who regularly performs similar functions.

Name

Date of Birth:                                    Social Security / TIN:

Physical Address (No PO Boxes):

Driver's License Number:              State of Issuance:              Expiration:

*OR*, Passport Number:                 Country Issued:               Expiration:

*Provide Current Copy of ID*

## Required Supplies:

Duplicate Statements:              | No |

Checks or Deposit Slips:           | No |

*If above selection is yes select review Harland Product Guide

Check Product Code

Deposit Ticket Product Code

Name on Checks/Deposit Tickets

Address Checks/Deposit Tickets

Mailing Address (if different)

Quantity

Endorsement Stamp:              | No |

Endorsement Stamp Order Code:

Endorsement Stamp Text:

Other (Please Describe):

*If requesting checks or deposit tickets select the above icon to open the product gudie, and obtain order codes.

*Check and Supply orders have varied costs and order quantities vary by product type. Pricing and quantity will be confirmed prior to order placement.*

Onboarding Form

Prosperity015077

## Please tell us about your business:

| | |
|---|---|
| Import/Export Business? | No |
| Business formed outside of the United States? | No |
| Who are your targeted customers? | National |
| Is the business a marijuana related business? | No |

| | |
|---|---|
| Is the business an administrator or exchanger of virtual currency? (e.g. Bitcoin, Ethereum) | No |
| Do you issue or redeem Money Orders? | No |
| Do you issue or redeem Travelers Cheques? | No |
| Do you provide or sell Prepaid Access? | No |
| Do you exchange foreign currency for clients? | No |
| Do you cash checks for clients? | No |
| Do you transmit money for your clients? | No |
| Do you provide payment and/or merchant prrocessing services on behalf of your customers or act as a third party payments processor? (this includes all monetary instruments) | No |
| Do you originate international ACH transactions? | No |
| Does your business knowingly use the internet to receive or send information that could be used to place bets or facilitate in any way the placing of bets? | No |
| Do you own, operate, or service ATM Machines? | No |

If yes, please provide:
- ATM Service Agreement.
- Sources of funds being withdrawn.
- The number of ATM machines, sizes, and location of each machine.
- Currency delivery arrangement if applicable.

| | |
|---|---|
| Do you have multiple locations? | No |
| If yes, how many? | |
| Is the business seasonal? | No |
| If so, state the season. | |
| What are the average collected balances in your business accounts? | |
| Will you be depositing cash on a regular basis? | No |
| If so, how much? | |
| Will you be making cash withdrawals on a regular basis? | No |
| Do you pay your clients by cash? | No |
| If so, why? | |
| Do you anticipate sending or receiving domestic wire transfers? | Yes |
| Do you anticipate sending or receiving international wire transfers? | No |
| If so, from what countries? | |

Onboarding Form

Prosperity015078

*BUSINESS ENTITY DOCUMENT CHECKLIST*

| Business Type | Documents Needed |
|---|---|
| Sole Proprietor | • Assumed Name Certificate |
| Corporation, Professional Association (PA), Professional Corporation (PC) | • Certificate of Formation, Articles of Incorporation, Certificate of Incorporation, or Charter, and any amendments – copy of state filed document issued by the Secretary of State (Required for Corporation & PA).<br>• Board Minutes or Corporate Resolution provided by the entity (not in house resolution) if items listed in above bullet do not identify at least one signer.<br>• EIN/SS4<br>• Franchise Tax Account Status must show "Active"<br>• Assumed Name Certificate if applicable<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. Required for if filed outside of Texas. |
| General Partnership (State or County Filing) Joint Ventures | • Assumed Name Certificate if applicable.<br>• Partnership Agreement if all partners are not identified in the state filed docs.<br>• EIN.<br>• Identification of General Partners.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Limited Partnership (State Filing) | • Certificate of Formation of Limited Partnership or Certificate of Limited Partnership.<br>• Partnership Agreement if items listed in above bullet do not identify at least one signer.<br>• EIN / SS4<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For Limited Partnership established outside of Texas. |
| Limited Liability Company (LLC) (State Filing) / Professional PLLC | • Certificate of Formation, Certificate of LLC, or Articles of Organization.<br>• Operating Agreement if items listed in above bullet do not identify at least one signer.<br>• If the Manager/Member is a business or other entity (ex Trust), we need their filing documents.<br>• EIN (Single Member LLC may use member's SSN)<br>• Limited Liability Resolution (in house).<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For LLCs established outside of Texas. |
| Limited Liability Partnership (State Filing) | • Registration of Limited Liability Partnership – and copy of document filed with Secretary of State.<br>• Partnership Agreement if all partners are not identified in the state filed docs<br>• EIN/SS4<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Unincorporated Entities Organizations Social/Recreational Clubs Civic Groups Non-Profit | • EIN / SS4<br>• Officer roster with address & phone numbers (optional).<br>• Minutes from meeting where signatories were named.<br>• Ruling or Determination Letter from IRS – (needed to setup as non-profit). |

Onboarding Form

Prosperity015079

| Bank Use Only: | |
|---|---|
| Account Officer Name: | |
| New or Existing Customer: | |
| Cost Center: | |
| Completed By: | |

*End of Form*

Onboarding Form

Prosperity015080


## PROSPERITY BANK

# Commercial Account Onboarding Form

### BUSINESS INFORMATION

Legal Business Name (include DBA):

Account Subtitle (i.e. Operating):

Business Type: Corp, GP, LP, LLC, LLP, PA, PC

Tax ID:

NAICS# (type of business):      Select NAICS Code from Dropdown

Physical Address (No PO Boxes) for entity:

    City:     State:     ZIP:

Mailing Address (if different):

Business Contact Name:

Business Email:

Business Phone:     Fax:

Website:

Business Account Type:     Make Selection

Business Account Types Can be reviewed at: https://www.prosperitybankusa.com/Business

Onboarding Form

Prosperity015081

## COMPLETE INFORMATION FOR EACH SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes    ☐ No

Will you be using a facsimle signature? ⟶ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:                     Last:

Title (CEO, etc):                                        Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                             Expiration:

Physical Address (No PO Boxes):

City:                                State:                ZIP:

Issuing State of ID:                                    *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed? | No

**Please provide a "secret word" for identification purposes when contacting the bank.**

## ADDITIONAL SIGNER    ⟶ ☐ Yes    ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes    ☐ No

Will you be using a facsimle signature? ⟶ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:                     Last:

Title (CEO, etc):                                        Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                             Expiration:

Physical Address (No PO Boxes):

City:                                State:                ZIP:

Issuing State of ID:                                    *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed? | Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

## ADDITIONAL SIGNER    ⟶ ☐ Yes    ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes    ☐ No

Will you be using a facsimle signature? ⟶ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:                     Last:

Title (CEO, etc):                                        Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                             Expiration:

Physical Address (No PO Boxes):

City:                                State:                ZIP:

Issuing State of ID:                                    *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed? | Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

Prosperity015082

Prosperity015083

*ADDITIONAL SIGNER* ————————————————————→ ☐ Yes        ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ——→ ☐ Yes        ☐ No

Will you be using a facsimile signature? ————————————→ ☐ Yes        ☐ No

If current signer, list name only.

First Name:                           Middle:                Last:

Title (CEO, etc):                              Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                       Expiration:

Physical Address (No PO Boxes):

City:                                 State:                 ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                           Work:

Mobile Phone:                         Debit Card Needed?   Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITIONAL SIGNER* ————————————————————→ ☐ Yes        ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ——→ ☐ Yes        ☐ No

Will you be using a facsimile signature? ————————————→ ☐ Yes        ☐ No

If current signer, list name only.

First Name:                           Middle:                Last:

Title (CEO, etc):                              Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                       Expiration:

Physical Address (No PO Boxes):

City:                                 State:                 ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                           Work:

Mobile Phone:                         Debit Card Needed?   Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITIONAL SIGNER* ————————————————————→ ☐ Yes        ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ——→ ☐ Yes        ☐ No

Will you be using a facsimile signature? ————————————→ ☐ Yes        ☐ No

If current signer, list name only.

First Name:                           Middle:                Last:

Title (CEO, etc):                              Email:

Date of Birth (MM/DD/YY):              Social Security / TIN:

Driver's License Number:                       Expiration:

Physical Address (No PO Boxes):

City:                                 State:                 ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                           Work:

Mobile Phone:                         Debit Card Needed?   Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

Onboarding Form

Prosperity015084

Onboarding Form

Prosperity015085

## SIGNERS POWERS - List the Signers name to the left of each power granted

*Please note this only applies to depository accounts.*

**Indicate Signers Name(s)** | **Description of Power**

| Indicate Signers Name(s) | Description of Power |
|---|---|
|  | *(1) Exercise all of the powers listed below. (If you list a signer on this line, please do not list that signer for anything below as listing here grants the signer all of the powers below.)* |
| **NA** | *(2) Open any deposit or share account(s) in the name of the business.* |
| **NA** | *(3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution.* |
| **NA** | *(4) Borrow money on behalf and in the name of the Company, sign, execute and deliver promissory notes or other evidences of indebtedness.* |
| **NA** | *(5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest,notice of protest and notice of non-payment.* |
| **NA** | *(6) Enter into a written lease for the purpose of renting maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution.* |

Prosperity015086

## Beneficial Ownership Information

Name and Title of person opening account:

Does any individual directly or indirectly own 25% or more of this entity?  ☐ Yes  ☐ No

Does any other entity directly or indirectly own 25% or more of this entity?  ☐ Yes  ☐ No

*Please review with your Treasury Management Sales Representative to complete this section.*
*Please continue to list any known individuals that directly or indirectly own 25% or more of this entity.*

*Provide the following information for each individual (if any) who directly or indirectly, through any contract, arrangement understanding, relationship or otherwise, owns 25% or more of the equity interests of the legal entity listed.*

| % of Ownership | | Name | |
|---|---|---|---|
| Date of Birth: | | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | | |
| Driver's License Number: | | State of Issuance: | Expiration: |
| OR, Passport Number: | | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ☐ Yes  ☐ No

| % of Ownership | | Name | |
|---|---|---|---|
| Date of Birth: | | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | | |
| Driver's License Number: | | State of Issuance: | Expiration: |
| OR, Passport Number: | | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ☐ Yes  ☐ No

| % of Ownership | | Name | |
|---|---|---|---|
| Date of Birth: | | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | | |
| Driver's License Number: | | State of Issuance: | Expiration: |
| OR, Passport Number: | | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ☐ Yes  ☐ No

| % of Ownership | | Name | |
|---|---|---|---|
| Date of Birth: | | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | | |
| Driver's License Number: | | State of Issuance: | Expiration: |
| OR, Passport Number: | | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Prosperity015087

Provide information for one individual with significant responsibility for managing the legal entity listed.

☐ Any executive officer or senior manager (CEO, CFO, COO, Managing Member, General Partner, President, Vice President.

☐ Any other individual who regularly performs similar functions.

Name

Date of Birth:　　　　　　　　Social Security / TIN:

Physical Address (No PO Boxes):

Driver's License Number:　　　　State of Issuance:　　　Expiration:

*OR*, Passport Number:　　　　Country Issued:　　　　Expiration:

*Provide Current Copy of ID

## Required Supplies:

Duplicate Statements:　　　　Make Selection

Checks or Deposit Slips:　　　Make Selection

*If above selection is yes select review Harland Product Guide

Check Product Code

Deposit Ticket Product Code

Name on Checks/Deposit Tickets

Address Checks/Deposit Tickets

Mailing Address (if different)

Quantity

Endorsement Stamp:　　　Make Selection

Endorsement Stamp Order Code:

Endorsement Stamp Text:

Other (Please Describe):

*If requesting checks or deposit tickets select the above icon to open the product gudie, and obtain order codes.

*Check and Supply orders have varied costs and order quantities vary by product type. Pricing and quantity will be confirmed prior to order placement.*

Onboarding Form

Prosperity015088

## Please tell us about your business:

Import/Export Business?                                        | Make Selection |

Business formed outside of the United States?                  | Make Selection |

Who are your targeted customers?                               | Make Selection |

Is the business a marijuana related business?                  | Make Selection |

Is the business an administrator or exchanger of virtual currency?
(e.g. Bitcoin, Ethereum)                                       | Make Selection |

Do you issue or redeem Money Orders?                           | Make Selection |

Do you issue or redeem Travelers Cheques?                      | Make Selection |

Do you provide or sell Prepaid Access?                         | Make Selection |

Do you exchange foreign currency for clients?                  | Make Selection |

Do you cash checks for clients?                                | Make Selection |

Do you transmit money for your clients?                        | Make Selection |

Do you provide payment and/or merchant prrocessing services on
behalf of your customers or act as a third party payments processor?   | Make Selection |
        (this includes all monetary instruments)

Do you originate international ACH transactions?               | Make Selection |

Does your business knowingly use the internet to receive or send
information that could be used to place bets or facilitate in any
way the placing of bets?                                       | Make Selection |

Do you own, operate, or service ATM Machines?                 | Make Selection |
    If yes, please provide:
                        ATM Service Agreement.
                        Sources of funds being withdrawn.
                        The number of ATM machines, sizes, and location of each machine.
                        Currency delivery arrangement if applicable.

Do you have multiple locations?                                | Make Selection |
    If yes, how many?
Is the business seasonal?                | Make Selection |
    If so, state the season.
What are the average collected balances in your business accounts?
Will you be depositing cash on a regular basis?               | Make Selection |
    If so, how much?

Will you be making cash withdrawals on a regular basis?       | Make Selection |

Do you pay your clients by cash?         | Make Selection |
    If so, why?

Do you anticipate sending or receiving domestic wire transfers?      | Make Selection |
Do you anticipate sending or receiving international wire transfers?  | Make Selection |
    If so, from what countries?

Prosperity015089

### *BUSINESS ENTITY DOCUMENT CHECKLIST*

| Business Type | Documents Needed |
|---|---|
| Sole Proprietor | • Assumed Name Certificate |
| Corporation, Professional Association (PA), Professional Corporation (PC) | • Certificate of Formation, Articles of Incorporation, Certificate of Incorporation, or Charter, and any amendments – copy of state filed document issued by the Secretary of State (Required for Corporation & PA).<br>• Board Minutes or Corporate Resolution provided by the entity (not in house resolution) if items listed in above bullet do not identify at least one signer.<br>• EIN/SS4<br>• Franchise Tax Account Status must show "Active"<br>• Assumed Name Certificate if applicable<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. Required for if filed outside of Texas. |
| General Partnership (State or County Filing) Joint Ventures | • Assumed Name Certificate if applicable.<br>• Partnership Agreement if all partners are not identified in the state filed docs.<br>• EIN.<br>• Identification of General Partners.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Limited Partnership (State Filing) | • Certificate of Formation of Limited Partnership or Certificate of Limited Partnership.<br>• Partnership Agreement if items listed in above bullet do not identify at least one signer.<br>• EIN / SS4<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For Limited Partnership established outside of Texas. |
| Limited Liability Company (LLC) (State Filing) / Professional PLLC | • Certificate of Formation, Certificate of LLC, or Articles of Organization.<br>• Operating Agreement if items listed in above bullet do not identify at least one signer.<br>• If the Manager/Member is a business or other entity (ex Trust), we need their filing documents.<br>• EIN (Single Member LLC may use member's SSN)<br>• Limited Liability Resolution (in house).<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For LLCs established outside of Texas. |
| Limited Liability Partnership (State Filing) | • Registration of Limited Liability Partnership – and copy of document filed with Secretary of State.<br>• Partnership Agreement if all partners are not identified in the state filed docs<br>• EIN/SS4<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Unincorporated Entities Organizations Social/Recreational Clubs Civic Groups Non-Profit | • EIN / SS4<br>• Officer roster with address & phone numbers (optional).<br>• Minutes from meeting where signatories were named.<br>• Ruling or Determination Letter from IRS – (needed to setup as non-profit). |

Prosperity015090

| Bank Use Only: | |
| --- | --- |
| Account Officer Name: | |
| New or Existing Customer: | |
| Cost Center: | |
| Completed By: | |

*End of Form*

Onboarding Form

Prosperity015091



# Commercial Account Onboarding Form

## BUSINESS INFORMATION

Legal Business Name (include DBA):

Account Subtitle (i.e. Operating):

Business Type: Corp, GP, LP, LLC, LLP, PA, PC

Tax ID:

NAICS# (type of business):       Select NAICS Code from Dropdown

Physical Address (No PO Boxes) for entity:

    City:      State:      ZIP:

Mailing Address (if different):

Business Contact Name:

Business Email:

Business Phone:     Fax:

Website:

Business Account Type:      Make Selection

Business Account Types Can be reviewed at: https://www.prosperitybankusa.com/Business

Prosperity015092

## COMPLETE INFORMATION FOR EACH SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes   ☐ No

Will you be using a facsimile signature? ⟶ ☐ Yes   ☐ No

If current signer, list name only.

First Name:                     Middle:               Last:

Title (CEO, etc):                          Email:

Date of Birth (MM/DD/YY):          Social Security / TIN:

Driver's License Number:                     Expiration:

Physical Address (No PO Boxes):

City:                     State:               ZIP:

Issuing State of ID:                     *Provide Current Copy of ID

Home Phone:                     Work:

Mobile Phone:                     Debit Card Needed?  No

Please provide a "secret word" for identification purposes when contacting the bank.

## ADDITIONAL SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes   ☐ No

Will you be using a facsimile signature? ⟶ ☐ Yes   ☐ No

If current signer, list name only.

First Name:                     Middle:               Last:

Title (CEO, etc):                          Email:

Date of Birth (MM/DD/YY):          Social Security / TIN:

Driver's License Number:                     Expiration:

Physical Address (No PO Boxes):

City:                     State:               ZIP:

Issuing State of ID:                     *Provide Current Copy of ID

Home Phone:                     Work:

Mobile Phone:                     Debit Card Needed?  Make Selection

Please provide a "secret word" for identification purposes when contacting the bank.

## ADDITIONAL SIGNER

Is this signer a current signer on other Prosperity Bank accounts? ⟶ ☐ Yes   ☐ No

Will you be using a facsimile signature? ⟶ ☐ Yes   ☐ No

If current signer, list name only.

First Name:                     Middle:               Last:

Title (CEO, etc):                          Email:

Date of Birth (MM/DD/YY):          Social Security / TIN:

Driver's License Number:                     Expiration:

Physical Address (No PO Boxes):

City:                     State:               ZIP:

Issuing State of ID:                     *Provide Current Copy of ID

Home Phone:                     Work:

Mobile Phone:                     Debit Card Needed?  Make Selection

Please provide a "secret word" for identification purposes when contacting the bank.

Onboarding Form

Prosperity015093

Onboarding Form

Prosperity015094

*ADDITIONAL SIGNER* ———————————————————————▶ ☐ Yes    ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ——▶ ☐ Yes    ☐ No

Will you be using a facsimile signature? ——————————————▶ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:                    Last:

Title (CEO, etc):                              Email:

Date of Birth (MM/DD/YY):          Social Security / TIN:

Driver's License Number:                    Expiration:

Physical Address (No PO Boxes):

City:                                State:            ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?    Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITIONAL SIGNER* ———————————————————————▶ ☐ Yes    ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ——▶ ☐ Yes    ☐ No

Will you be using a facsimile signature? ——————————————▶ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:                    Last:

Title (CEO, etc):                              Email:

Date of Birth (MM/DD/YY):          Social Security / TIN:

Driver's License Number:                    Expiration:

Physical Address (No PO Boxes):

City:                                State:            ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?    Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

*ADDITIONAL SIGNER* ———————————————————————▶ ☐ Yes    ☐ No

Is this signer a current signer on other Prosperity Bank accounts? ——▶ ☐ Yes    ☐ No

Will you be using a facsimile signature? ——————————————▶ ☐ Yes    ☐ No

If current signer, list name only.

First Name:                          Middle:                    Last:

Title (CEO, etc):                              Email:

Date of Birth (MM/DD/YY):          Social Security / TIN:

Driver's License Number:                    Expiration:

Physical Address (No PO Boxes):

City:                                State:            ZIP:

Issuing State of ID:                        *Provide Current Copy of ID

Home Phone:                          Work:

Mobile Phone:                        Debit Card Needed?    Make Selection

**Please provide a "secret word" for identification purposes when contacting the bank.**

Onboarding Form

Prosperity015095

Onboarding Form

Prosperity015096

## SIGNERS POWERS - List the Signers name to the left of each power granted

*Please note this only applies to depository accounts.*

**Indicate Signers Name(s)**

**Description of Power**

|  | |
|---|---|
|  | (1) Exercise all of the powers listed below. *(If you list a signer on this line, please do not list that signer for anything below as listing here grants the signer all of the powers below.)* |
| **NA** | (2) Open any deposit or share account(s) in the name of the business. |
| **NA** | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. |
| **NA** | (4) Borrow money on behalf and in the name of the Company, sign, execute and deliver promissory notes or other evidences of indebtedness. |
| **NA** | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. |
| **NA** | (6) Enter into a written lease for the purpose of renting maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. |

Onboarding Form

Prosperity015097

## Beneficial Ownership Information

Name and Title of person opening account:

Does any individual directly or indirectly own 25% or more of this entity?        ☐ Yes        ☐ No

Does any other entity directly or indirectly own 25% or more of this entity?        ☐ Yes        ☐ No

*Please review with your Treasury Management Sales Representative to complete this section.*
*Please continue to list any known individuals that directly or indirectly own 25% or more of this entity.*

*Provide the following information for each individual (if any) who directly or indirectly, through any contract, arrangement understanding, relationship or otherwise, owns 25% or more of the equity interests of the legal entity listed.*

| % of Ownership | Name | |
|---|---|---|
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ——————————————→ ☐ Yes        ☐ No

| % of Ownership | Name | |
|---|---|---|
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ——————————————→ ☐ Yes        ☐ No

| % of Ownership | Name | |
|---|---|---|
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

Additional Beneficial Owner? ——————————————→ ☐ Yes        ☐ No

| % of Ownership | Name | |
|---|---|---|
| Date of Birth: | Social Security / TIN: | |
| Physical Address (No PO Boxes): | | |
| Driver's License Number: | State of Issuance: | Expiration: |
| OR, Passport Number: | Country Issued: | Expiration: |

**\*Provide Current Copy of ID**

**Provide information for one individual with significant responsibility for managing the legal entity listed.**

☐ Any executive officer or senior manager (CEO, CFO, COO, Managing Member, General Partner, President, Vice President.

☐ Any other individual who regularly performs similar functions.

Name

Date of Birth:                              Social Security / TIN:

Physical Address (No PO Boxes):

Driver's License Number:                   State of Issuance:                   Expiration:

*OR*, Passport Number:                     Country Issued:                      Expiration:

***Provide Current Copy of ID**

**Required Supplies:**

Duplicate Statements:           | Make Selection |

Checks or Deposit Slips:        | Make Selection |

*If above selection is yes select review Harland Product Guide

Check Product Code

Deposit Ticket Product Code

Name on Checks/Deposit Tickets

Address Checks/Deposit Tickets

Mailing Address (if different)

Quantity

Endorsement Stamp:        | Make Selection |

Endorsement Stamp Order Code:

Endorsement Stamp Text:

Other (Please Describe):

*If requesting checks or deposit tickets select the above icon to open the product guide, and obtain order codes.

*Check and Supply orders have varied costs and order quantities vary by product type. Pricing and quantity will be confirmed prior to order placement.*

Onboarding Form

Prosperity015099

## Please tell us about your business:

| | |
|---|---|
| Import/Export Business? | Make Selection |
| Business formed outside of the United States? | Make Selection |
| Who are your targeted customers? | Make Selection |
| Is the business a marijuana related business? | Make Selection |

| | |
|---|---|
| Is the business an administrator or exchanger of virtual currency? (e.g. Bitcoin, Ethereum) | Make Selection |
| Do you issue or redeem Money Orders? | Make Selection |
| Do you issue or redeem Travelers Cheques? | Make Selection |
| Do you provide or sell Prepaid Access? | Make Selection |
| Do you exchange foreign currency for clients? | Make Selection |
| Do you cash checks for clients? | Make Selection |
| Do you transmit money for your clients? | Make Selection |

| | |
|---|---|
| Do you provide payment and/or merchant processing services on behalf of your customers or act as a third party payments processor? (this includes all monetary instruments) | Make Selection |
| Do you originate international ACH transactions? | Make Selection |
| Does your business knowingly use the internet to receive or send information that could be used to place bets or facilitate in any way the placing of bets? | Make Selection |
| Do you own, operate, or service ATM Machines? | Make Selection |

If yes, please provide:

    ATM Service Agreement.
    Sources of funds being withdrawn.
    The number of ATM machines, sizes, and location of each machine.
    Currency delivery arrangement if applicable.

| | |
|---|---|
| Do you have multiple locations? | Make Selection |

  If yes, how many?

| | |
|---|---|
| Is the business seasonal? | Make Selection |

  If so, state the season.

What are the average collected balances in your business accounts?

| | |
|---|---|
| Will you be depositing cash on a regular basis? | Make Selection |

  If so, how much?

| | |
|---|---|
| Will you be making cash withdrawals on a regular basis? | Make Selection |
| Do you pay your clients by cash? | Make Selection |

  If so, why?

| | |
|---|---|
| Do you anticipate sending or receiving domestic wire transfers? | Make Selection |
| Do you anticipate sending or receiving international wire transfers? | Make Selection |

  If so, from what countries?

Prosperity015100

*BUSINESS ENTITY DOCUMENT CHECKLIST*

| Business Type | Documents Needed |
|---|---|
| Sole Proprietor | • Assumed Name Certificate |
| Corporation, Professional Association (PA), Professional Corporation (PC) | • Certificate of Formation, Articles of Incorporation, Certificate of Incorporation, or Charter, and any amendments – copy of state filed document issued by the Secretary of State (Required for Corporation & PA).<br>• Board Minutes or Corporate Resolution provided by the entity (not in house resolution) if items listed in above bullet do not identify at least one signer.<br>• EIN/SS4<br>• Franchise Tax Account Status must show "Active"<br>• Assumed Name Certificate if applicable<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. Required for if filed outside of Texas. |
| General Partnership (State or County Filing) Joint Ventures | • Assumed Name Certificate if applicable.<br>• Partnership Agreement if all partners are not identified in the state filed docs.<br>• EIN.<br>• Identification of General Partners.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Limited Partnership (State Filing) | • Certificate of Formation of Limited Partnership or Certificate of Limited Partnership.<br>• Partnership Agreement if items listed in above bullet do not identify at least one signer.<br>• EIN / SS4<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For Limited Partnership established outside of Texas. |
| Limited Liability Company (LLC) (State Filing) / Professional PLLC | • Certificate of Formation, Certificate of LLC, or Articles of Organization.<br>• Operating Agreement if items listed in above bullet do not identify at least one signer.<br>• If the Manager/Member is a business or other entity (ex Trust), we need their filing documents.<br>• EIN (Single Member LLC may use member's SSN)<br>• Limited Liability Resolution (in house).<br>• Franchise Tax Account Status must show "Active."<br>• Assumed Name Certificate if applicable.<br>• Registration of Foreign Entity or Certificate of Authority, if applicable. For LLCs established outside of Texas. |
| Limited Liability Partnership (State Filing) | • Registration of Limited Liability Partnership – and copy of document filed with Secretary of State.<br>• Partnership Agreement if all partners are not identified in the state filed docs<br>• EIN/SS4<br>• Assumed Name Certificate if applicable.<br>• If the General Partner is a business or other entity (ex Trust), we need their filing documents. |
| Unincorporated Entities Organizations Social/Recreational Clubs Civic Groups Non-Profit | • EIN / SS4<br>• Officer roster with address & phone numbers (optional).<br>• Minutes from meeting where signatories were named.<br>• Ruling or Determination Letter from IRS – (needed to setup as non-profit). |

Onboarding Form

Prosperity015101

| Bank Use Only: | |
| --- | --- |
| Account Officer Name: | |
| New or Existing Customer: | |
| Cost Center: | |
| Completed By: | |

*End of Form*

Onboarding Form

Prosperity015102



Prosperity015103

## CONSENT OF A MAJORITY OF THE MANAGERS OF THE
## GENERAL PARTNER OF
## GOODMAN MBE GROUP LP

### Dated September 21, 2022

The undersigned, being a majority of the managers (the "*Managers*") of Goodman MBE Group GP LLC, a Texas limited liability company (the "*General Partner*"), the general partner of Goodman MBE Group LP, a Texas limited partnership (the "*Partnership*"), waives any and all requirements for calling, giving notice of, and holding a special meeting and, in lieu of such meeting and pursuant to the Company Agreement of Goodman MBE Group GP LLC and Section 101.359 of the Texas Business Organizations Code, does hereby consent to, approve and adopt the following resolutions (the "*Resolutions*"):

**RESOLVED**, that John A. Goodman, as a Manager of the General Partner, is authorized for and on behalf of the General Partner to:

1.    Cause Goodman MBE Group LP to enter into that certain consulting agreement (the "*Consulting Agreement*") with Goodman Networks Incorporated in the form as attached hereto as **Exhibit A**;

2.    Perform all acts and services to be provided by the Partnership as set for in the Consulting Agreement;

3.    Cause that John A. Goodman shall be designated as the provider of services to be provided by the Partnership under the Consulting Agreement;

4.    Do and perform such other acts and things and to execute and deliver such other documents and agreements, including agreements waiving the right to trial by jury, as the below named Manager, officers or other persons may deem necessary or proper in order to carry out the authority contained in the foregoing Resolutions; and be it

**FURTHER RESOLVED**, that the signatures of the Managers, officers or named persons appearing on any of the foregoing shall be conclusive evidence of their approval thereof; and be it

**FURTHER RESOLVED**, that John A. Goodman, as the primary provider of services under the Consultant Agreement, shall be entitled to receive the entire Consultant Fee provided for in the Consultant Agreement and all related allocations of income by the Partnership and shall be entitled to receive any reimbursements of expenses or other costs incurred by him in connection with providing services under the Consulting Agreement;

**FURTHER RESOLVED**, that any Manager of the General Partner be and hereby is authorized and directed to certify to the foregoing Resolutions.

* * * * * * * * * * *

Prosperity015104

**IN WITNESS WHEREOF**, the undersigned Managers constituting a majority of the Managers have executed this consent effective as of the date first set forth above.

**MANAGERS:**

_____

James E. Goodman


_____

Jason A. Goodman


_____

John A. Goodman


_____

Johnathan E. Goodman


_____

Joseph M. Goodman

Signature Page to
Consent of the Managers of
the General Partner of
Goodman MBE Group LP

Prosperity015105

**CONSENT OF A MAJORITY OF THE MANAGERS OF THE
GENERAL PARTNER OF
GOODMAN MBE GROUP LP**

**Dated September 21, 2022**

The undersigned, being a majority of the managers (the "***Managers***") of Goodman MBE Group GP LLC, a Texas limited liability company (the "***General Partner***"), the general partner of Goodman MBE Group LP, a Texas limited partnership (the "***Partnership***"), waives any and all requirements for calling, giving notice of, and holding a special meeting and, in lieu of such meeting and pursuant to the Company Agreement of Goodman MBE Group GP LLC and Section 101.359 of the Texas Business Organizations Code, does hereby consent to, approve and adopt the following resolutions (the "***Resolutions***"):

**RESOLVED**, that John A. Goodman, as a Manager of the General Partner, is authorized for and on behalf of the General Partner to:

1. Cause Goodman MBE Group LP to enter into that certain consulting agreement (the "***Consulting Agreement***") with Goodman Networks Incorporated in the form as attached hereto as **Exhibit A**;

2. Perform all acts and services to be provided by the Partnership as set for in the Consulting Agreement;

3. Cause that John A. Goodman shall be designated as the provider of services to be provided by the Partnership under the Consulting Agreement;

4. Do and perform such other acts and things and to execute and deliver such other documents and agreements, including agreements waiving the right to trial by jury, as the below named Manager, officers or other persons may deem necessary or proper in order to carryout the authority contained in the foregoing Resolutions; and be it

**FURTHER RESOLVED**, that the signatures of the Managers, officers or named persons appearing on any of the foregoing shall be conclusive evidence of their approval thereof; and be it

**FURTHER RESOLVED**, that John A. Goodman, as the primary provider of services under the Consultant Agreement, shall be entitled to receive the entire Consultant Fee provided for in the Consultant Agreement and all related allocations of income by the Partnership and shall be entitled to receive any reimbursements of expenses or other costs incurred by him in connection with providing services under the Consulting Agreement;

**FURTHER RESOLVED**, that any Manager of the General Partner be and hereby is authorized and directed to certify to the foregoing Resolutions.

\* \* \* \* \* \* \* \* \* \* \*

Exhibit A

Prosperity015106

**IN WITNESS WHEREOF**, the undersigned Managers constituting a majority of the Managers have executed this consent effective as of the date first set forth above.

## MANAGERS:

_____
James E. Goodman

_____
Jason A. Goodman

_____
John A. Goodman

_____
Johnathan E. Goodman

_____
Joseph M. Goodman

Signature Page to
Consent of the Managers of
the General Partner of
Goodman MBE Group LP

Prosperity015107

**IN WITNESS WHEREOF**, the undersigned Managers constituting a majority of the Managers have executed this consent effective as of the date first set forth above.

### MANAGERS:

_____

James E. Goodman

_____

Jason A. Goodman

_____

John A. Goodman

_____

Johnathan E. Goodman

_____

Joseph M. Goodman

Signature Page to
Consent of the Managers of
the General Partner of
Goodman MBE Group LP

4877-0720-4404 v.2

Prosperity015108

**IN WITNESS WHEREOF**, the undersigned Managers constituting a majority of the Managers have executed this consent effective as of the date first set forth above.

**MANAGERS:**

_____
James E. Goodman

_____
Jason A. Goodman

_____
John A. Goodman

_____
Johnathan E. Goodman

_____
Joseph M. Goodman

Signature Page to
Consent of the Managers of
the General Partner of
Goodman MBE Group LP

4877-0720-4404 v.2

Prosperity015109

**IN WITNESS WHEREOF**, the undersigned Managers constituting a majority of the Managers have executed this consent effective as of the date first set forth above.

### MANAGERS:

_____

James E. Goodman

_____

Jason A. Goodman

_____

John A. Goodman

_____

Johnathan E. Goodman

_____

Joseph M. Goodman

Signature Page to
Consent of the Managers of
the General Partner of
Goodman MBE Group LP

4877-0720-4404 v.2

Prosperity015110

IN WITNESS WHEREOF, the undersigned Parties have executed this Agreement on the dates set forth below, to be effective as of the Effective Date.

THE COMPANY:

GOODMAN NETWORKS INCORPORATED

_____

_____

_____

_____
Signature

__Samantha Sondrup_____
Printed Name

____Chief of Staff_____
Position

____10/4/2022_____
Date

CONSULTANT:

BY: GOODMAN MBE GROUP LP

GOODMAN MBE GROUP, LLC, its sole general partner

_____

_____

_____

_____
Signature

__Joseph  Goodman_____
Printed Name

__Manager_____
Position

__9/23/22_____
Date

Prosperity015111

James Frinzi

CEO Goodman Networks, GNET ATC, and Multiband Field Services

September 4, 2022

I am writing this to notice the shareholders of Goodman Networks, GNET ATC, Multiband Field Services, and all other entities that fell under my purview related to Goodman Networks, that I resign from my position of CEO effective immediately.

Thanks

James Frinzi