BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions<br><br>DEBTOR | [300] Amended Motion to compromise controversy with Prosperity Bank and UMB Bank, National Association. (Second Amended Motion) (related document(s):261) Filed by Trustee Scott M. Seidel | Case # 22–31641–mvl7 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Trustee Scott M. Seidel/ BONDHOLDERS/ Prosperity Bank | VS | Fedex Supply Chain Logistics & Electronics, Inc./ARRIS Solutions, Inc. |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Davor Rukavina AND Thomas Berghman/Brian Clarke /Victoria N Argeroplos | | Robert Campbell Hillyer/James P. Muenker/ Adam M. Langley |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

TRUSTEE EXHIBITS A–R SEE DKT #400

BONDHOLDERS EXHIBITS 1–29,31–47,49,50,52–54,56–62,66,69,70,72–74 SEE DKT# 397

PROSPERITY BANK EXHIBITS 1–21 SEE DKT#401

FEDEX/ARRIS EXHIBITS 1–13, 15–74, 76–150 (SEE DKT#398 , 399)

| | | |
|---|---|---|
| Hawaii Jeng | 10/10/2023 | Michelle V. Larson |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |