Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S SUPPLEMENTAL WITNESS AND EXHIBIT
LIST FOR HEARING ON OCTOBER 10, 2023**

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submits this *Supplemental Witness and Exhibit List* for the hearing (the "Hearing") taking place on **October 10–11, 2023 at 9:30 a.m.** in connection with the *Trustee's Second Amended Motion Under Bankruptcy Rule 9019 for Approval of Settlement and Compromise with Prosperity Bank and UMB Bank, National Association* (Dkt. No. 300).

**EXHIBITS**

The Trustee designates the following exhibits that may be used at the Hearing:

N.     *August 30, 2023 E-mail from A. Langley*

O.     *September 1, 2023 E-mail from A. Langley [completing email chain in Exhibit N]*

P.     *September 30, 2021 Prosperity Bank Statement for Account #3992 (Goodman Networks Inc. Money Market)*

Q.     *September 30, 2021 Prosperity Bank Statement for Account #1838 (Goodman Networks Inc. Cash Concentration Account)*

1

4874-9722-6630v.1 013229.00016

R.  *September 30, 2021 Prosperity Bank Statement for Account #1861 (Multiband Field Services Inc. Collection Account)*

RESPECTFULLY SUBMITTED this 13th day of October, 2023.

By: */s/ Thomas Berghman*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com

*Counsel to Scott M. Seidel, Trustee*

4874-9722-6630v.1 013229.00016