| | |
|---|---|
| **From:** | Adam Langley |
| **To:** | "Berghman, Thomas"; "Scott"; Rukavina, Davor |
| **Cc:** | "Schottenstein, Noah"; "Muenker, James"; Cam Hillyer |
| **Subject:** | RE: Prosperity Settlement Goodman |
| **Date:** | Wednesday, August 30, 2023 1:22:10 PM |
| **Attachments:** | image001.png |

CONFIDENTIAL SETTLEMENT COMMUNCIATION FRE408

Here is the counter on the waterfall from FedEx/ARRIS (subject to final signoff from ARRIS' business persons).

1. First $100k to FedEx/ARRIS for fees and expenses
2. Next $250k to Trustee/Estate
3. <u>Next $150k split equally between Estate/FedEx/ARRIS</u>
4. Next $600k split equally between Estate/FedEx/ARRIS
5. Remainder split 90% to FedEx/ARRIS (sharing based on claims) and 10% to Estate.

We'd be happy to discuss. The first three tranches (above line) account for the roughly $500k of Prosperity Payments. The last two tranches (below line) account for the Subject Funds. We believe the most likely outcome is a settlement that involves Prosperity paying the $4,663,804.68 it already agreed to pay and the Estate/Creditor group splitting this payout with Bondholders. Under this scenario, we believe the 4th and 5th tranches have substantial value. Moreover, this proposal removes all litigation risk and costs from the estate – all of the objection to the 9019 motion, appellate costs if Trustee is successful on 9019 motion, any objection to any fee applications/commissions, and any costs associated with pursuing claims if Trustee is unsuccessful on 9019 motion. Depositions and hearing get cancelled and everyone turns their focuses on pursuing other assets and claims that may return additional real value.

Please get us as quick a response as possible because we'd like to let other parties know that depositions and the hearing will not be happening.

Thanks,

Adam

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Berghman, Thomas <tberghman@munsch.com>
**Sent:** Friday, August 25, 2023 6:37 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Scott' <scott@scottseidel.com>; Rukavina, Davor

&lt;drukavina@munsch.com&gt;
**Cc:** 'Schottenstein, Noah' &lt;Noah.Schottenstein@us.dlapiper.com&gt;; 'Muenker, James' &lt;James.Muenker@us.dlapiper.com&gt;; Cam Hillyer &lt;Cam.Hillyer@butlersnow.com&gt;
**Subject:** RE: Prosperity Settlement Goodman

Adam-

Thank you for the proposal. The Trustee counters with the below waterfall:

1. FedEx/Arris expenses up to $75,000;
2. Estate up to $425,000;
3. FedEx/Arris/Estate split three ways each dollar up to next $900,000;
4. FedEx/Arris take 75% and Estate takes 25% of remainder (with FedEx/Arris not sharing in Estate's remainder)

Alternatively, the Trustee is open to discussing limited-recourse DIP financing from FedEx/Arris to pursue this litigation.

Thank you,


**Thomas D. Berghman**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800 / Dallas, Texas 75201-6659

Direct: +1.214.855.7554 / tberghman@munsch.com / munsch.com

**From:** Adam Langley &lt;Adam.Langley@butlersnow.com&gt;
**Sent:** Wednesday, August 23, 2023 5:06 PM
**To:** 'Scott' &lt;scott@scottseidel.com&gt;; Rukavina, Davor &lt;drukavina@munsch.com&gt;
**Cc:** Berghman, Thomas &lt;tberghman@munsch.com&gt;; 'Schottenstein, Noah' &lt;Noah.Schottenstein@us.dlapiper.com&gt;; 'Muenker, James' &lt;James.Muenker@us.dlapiper.com&gt;; Cam Hillyer &lt;Cam.Hillyer@butlersnow.com&gt;
**Subject:** RE: Prosperity Settlement Goodman

**External Email: Use caution with links and attachments.**

CONFIDENTIAL SETTLEMENT COMMUNICATION SUBJECT TO FRE 408

Here's the proposed waterfall structure.

Estate/Trustee would assign 548/544 claims against Prosperity related to Prosperity Payments ($513,742.92) and Subject Funds ($4,4563,804.68) to FedEx and ARRIS subject to any recoveries on those claims being paid consistent with the following waterfall structure.

Waterfall:

1. FedEx/ARRIS Expenses
2. Trustee Carveout up to $150k
3. FedEx/ARRIS/Estate split three ways each dollar up to next $900k with estate using its split for admin costs towards other claims

4. FedEx/ARRIS take 90%, and Estate takes 10%, of remainder with FedEx/ARRIS not sharing in Estate's remainder

We estimate the FedEx/ARRIS Expenses will be $50-75k if tried but less if the MSJ is successful.

Our calculation for the Estate/Trustee under this waterfall strcuture is as follows:

1. Trustee Carveout - $150k (near certainty because $513k Prosperity Payments are not contested by Bondholders and will be recovered)
2. Estate/Trustee Split – up to $300k ( approx. $105k of $300k is near certainty because of $513k Prosperity Payment recovery)
3. Estate/Trustee Share – up to $387,754.76 (rough estimate)
   TOTAL UPSIDE TO ESTATE/TRUSTEE = $837,754.76 with $255k near certainty

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Scott <scott@scottseidel.com>
**Sent:** Wednesday, August 23, 2023 10:35 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Rukavina, Davor' <drukavina@munsch.com>
**Cc:** 'Berghman, Thomas' <tberghman@munsch.com>; 'Schottenstein, Noah' <Noah.Schottenstein@us.dlapiper.com>; 'Muenker, James' <James.Muenker@us.dlapiper.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Prosperity Settlement Goodman

# Thx

Scott Seidel, Esq.
Direct dial:  214-234-2503

**CONFIDENTIAL NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited. **IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Wednesday, August 23, 2023 10:34 AM

**To:** 'Scott' <scott@scottseidel.com>; 'Rukavina, Davor' <drukavina@munsch.com>
**Cc:** 'Berghman, Thomas' <tberghman@munsch.com>; 'Schottenstein, Noah' <Noah.Schottenstein@us.dlapiper.com>; 'Muenker, James' <James.Muenker@us.dlapiper.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Prosperity Settlement Goodman

4:30 works. I'll circulate a zoom invite.

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Scott <scott@scottseidel.com>
**Sent:** Wednesday, August 23, 2023 10:33 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; 'Rukavina, Davor' <drukavina@munsch.com>
**Cc:** 'Berghman, Thomas' <tberghman@munsch.com>; 'Schottenstein, Noah' <Noah.Schottenstein@us.dlapiper.com>; 'Muenker, James' <James.Muenker@us.dlapiper.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** RE: Prosperity Settlement Goodman

Good morning.
Yes, we are available –say 4:30?

Scott Seidel, Esq.
Direct dial: 214-234-2503

**CONFIDENTIAL NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited. **IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Wednesday, August 23, 2023 10:25 AM
**To:** 'Scott' <scott@scottseidel.com>; 'Rukavina, Davor' <drukavina@munsch.com>
**Cc:** Berghman, Thomas <tberghman@munsch.com>; Schottenstein, Noah

<Noah.Schottenstein@us.dlapiper.com>; 'Muenker, James' <James.Muenker@us.dlapiper.com>; Cam Hillyer <Cam.Hillyer@butlersnow.com>
**Subject:** Prosperity Settlement

CONFIDENTIAL SETTLEMENT COMMUNICATION UNDER FRE 408

Scott and Davor,

Can you be available to speak with FedEx/ARRIS counsel after 4pm today? FedEx and ARRIS would like to present a proposal to take over the litigation with Prosperity and avoid the looming contested matter on the 9019 Motion. We'd like to get the proposal vetted by you before discovery is produced and witnesses are disclosed on Friday.

Let us know.

Thanks

Adam

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.