

# PROSPERITY BANK®

| | |
|---|---|
| Statement Date | 9/30/2021 |
| Account No | ****3992 |
| Page 1 of 2 | |

GOODMAN NETWORKS INC
MONEY MARKET ACCOUNT
2801 NETWORK BLVD STE 300
FRISCO TX 75034

9377

## STATEMENT SUMMARY — TX Business Premier Money Market Account No ****3992

| Date | Description | | Amount |
|---|---|---|---|
| 09/01/2021 | Beginning Balance | | $995.84 |
| | 2 Deposits/Other Credits | + | $5,291,833.07 |
| | 2 Checks/Other Debits | − | $869,712.39 |
| 09/30/2021 | Ending Balance  30 Days in Statement Period | | $4,423,116.52 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/02/2021 | Internet Trf Deposit Transfer from DDA 1838 | $5,290,729.00 |
| 09/30/2021 | Accr Earning Pymt Added to Account | $1,104.07 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/09/2021 | Internet Trf W/D Transfer to DDA 1838 - Jason/Jody-retention | $869,692.39 |
| 09/30/2021 | Service Charge | $20.00 |

## TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09-01 | $995.84 | 09-09 | $4,422,032.45 |
| 09-02 | $5,291,724.84 | 09-30 | $4,423,116.52 |

## EARNINGS SUMMARY

** Below is an itemization of the Earnings paid this period. **

| | | | |
|---|---|---|---|
| Interest Paid This Period | $1,104.07 | Annual Percentage Yield Earned | 0.30 % |
| Interest Paid YTD | $1,221.22 | Days in Earnings Period | 30 |
| | | Earnings Balance | $4,477,592.79 |



0000
101221 : 00937701

MEMBER FDIC  NYSE Symbol "PB"



| GOODMAN NETWORKS INC | | Statement Date | 9/30/2021 |
|---|---|---|---|
| | | Account No | ****3992 |
| | | | Page 2 of 2 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Minimum Bal Fee | | $20.00 |
| Total Fees | 09/30/2021 | $20.00 |
| Bal Used for Serv Chg | | $995.84 |


0000



MEMBER FDIC                                           NYSE Symbol "PB"