

**PROSPERITY BANK**®

| | |
|---|---|
| Statement Date | 9/30/2021 |
| Account No | ****1838 |
| | Page 1 of 4 |

GOODMAN NETWORKS INC
CASH CONCENTRATION ACCOUNT
2801 NETWORK BLVD STE 300
FRISCO TX 75034

9662

## STATEMENT SUMMARY — TX Account Analysis Account No ****1838

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 09/01/2021 | | Beginning Balance | | | $3,785,120.89 |
| | 24 | Deposits/Other Credits | | + | $25,083,933.78 |
| | 147 | Checks/Other Debits | | - | $21,411,918.88 |
| 09/30/2021 | | Ending Balance | 30 | Days in Statement Period | $7,457,135.79 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Transfer Deposit From DDA XXXXXX1861 | $5,305,314.00 |
| 09/02/2021 | Dep Item Rtn ACH R02 BROCIOUS JAMES Account Closed | $151.00 |
| 09/03/2021 | ACH Deposit BANCORPSV BANCORPSV 99995 31101162423326 D0 | $25.00 |
| 09/03/2021 | Wire Transfer Dep WIRE IN GNET ATC LLC | $2,500,000.00 |
| 09/03/2021 | Internet Trf Deposit Transfer from DDA 4352 | $968,372.83 |
| 09/08/2021 | ACH Deposit U6166789A ACHRETURN U6166789A ACH/W 51000010 | $10.00 |
| 09/08/2021 | Internet Trf Deposit Transfer from DDA 4352 | $1,286,247.16 |
| 09/09/2021 | Internet Trf Deposit Transfer from DDA 3992 - Jason/Jody-retentio | $869,692.39 |
| 09/10/2021 | Transfer Deposit From DDA XXXXXX1846 | $18,946.00 |
| 09/10/2021 | Transfer Deposit From DDA XXXXXX1861 | $81,193.28 |
| 09/14/2021 | ACH Deposit WEX HEALTH INC REPAYMENT 23211742949460 9131 | $16.64 |
| 09/14/2021 | Transfer Deposit From DDA XXXXXX1861 | $534.76 |
| 09/14/2021 | Transfer Deposit From DDA XXXXXX1846 | $18,223.67 |
| 09/15/2021 | Internet Trf Deposit Transfer from DDA 4352 | $2,539,320.70 |
| 09/16/2021 | Wire Transfer Dep WIRE IN GNET ATC LLC | $2,500,000.00 |
| 09/16/2021 | Transfer Deposit From DDA XXXXXX1846 | $24,200.00 |
| 09/17/2021 | Transfer Deposit From DDA XXXXXX1861 | $6,511.58 |
| 09/21/2021 | ACH Deposit U6166789A ACHRETURN U6166789A ACH/W 51000012 | $10.00 |
| 09/21/2021 | ACH Deposit U6166789A ACHRETURN U6166789A ACH/W 51000012 | $10.00 |
| 09/21/2021 | Transfer Deposit From DDA XXXXXX1846 | $18,662.86 |
| 09/22/2021 | Transfer Deposit From DDA XXXXXX1846 | $104,049.43 |
| 09/23/2021 | Internet Trf Deposit Transfer from DDA 4352 | $4,273,290.93 |
| 09/24/2021 | Transfer Deposit From DDA XXXXXX1861 | $1,301,602.78 |
| 09/28/2021 | Internet Trf Deposit Transfer from DDA 4352 | $3,267,548.77 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101168719215 D0 | $6.71 |
| 09/01/2021 | CM Wire Domestic WIRE OUT Trailcrest | $7,605.92 |
| 09/01/2021 | CM Wire Domestic WIRE OUT Alston & Bird LLP | $50,000.00 |
| 09/01/2021 | Automatic Transfer To DDA XXXXXX1853 | $33,407.27 |
| 09/01/2021 | Automatic Transfer To DDA XXXXXX1879 | $47,165.21 |




MEMBER FDIC     NYSE Symbol "PB"



# PROSPERITY BANK®

**GOODMAN NETWORKS INC**

Statement Date 9/30/2021
Account No ****1838
Page 2 of 4

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Automatic Transfer To DDA XXXXXX4320 | $3,389.70 |
| 09/02/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101160379514 D0 | $30.00 |
| 09/02/2021 | CM Wire Domestic WIRE OUT Kronos SaaShr, Inc. | $2,185,043.07 |
| 09/02/2021 | CM Wire Domestic WIRE OUT East West Bank | $600,000.00 |
| 09/02/2021 | Internet Trf W/D Transfer to DDA 3992 | $5,290,729.00 |
| 09/02/2021 | Automatic Transfer To DDA XXXXXX1853 | $52,215.69 |
| 09/02/2021 | Automatic Transfer To DDA XXXXXX1861 | $37.31 |
| 09/02/2021 | Automatic Transfer To DDA XXXXXX1879 | $147,401.89 |
| 09/02/2021 | Automatic Transfer To DDA XXXXXX4320 | $14,583.01 |
| 09/03/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $3,823.93 |
| 09/03/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $66,408.90 |
| 09/03/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $407.91 |
| 09/03/2021 | CM Wire Domestic WIRE OUT Blue Cross Blue Shield of Texas | $100,000.00 |
| 09/03/2021 | CM Wire Domestic WIRE OUT Donlen Corporation | $127,848.70 |
| 09/03/2021 | CM Wire Domestic WIRE OUT Comdata Inc. | $10,815.98 |
| 09/03/2021 | Automatic Transfer To DDA XXXXXX1853 | $19,897.71 |
| 09/03/2021 | Automatic Transfer To DDA XXXXXX1861 | $107.17 |
| 09/03/2021 | Automatic Transfer To DDA XXXXXX1879 | $38,354.42 |
| 09/07/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $3,665.09 |
| 09/07/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004887635 910000 | $9,741.42 |
| 09/07/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004887637 910000 | $7,030.31 |
| 09/07/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101164516705 D0 | $1,011.38 |
| 09/07/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $2,404.74 |
| 09/07/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $2,327,479.68 |
| 09/07/2021 | ACH Payment PAYFLEX HSA T00001452791552 28000085624129 | $2,757.67 |
| 09/07/2021 | ACH Payment PAYFLEX HSA T00001452791545 28000085624132 | $33.33 |
| 09/07/2021 | CM Wire Domestic WIRE OUT World Conquest LLC | $18,000.00 |
| 09/07/2021 | Automatic Transfer To DDA XXXXXX1853 | $257,617.65 |
| 09/07/2021 | Automatic Transfer To DDA XXXXXX1879 | $29,589.10 |
| 09/08/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101166571175 D0 | $6.95 |
| 09/08/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101166574771 D0 | $390.22 |
| 09/08/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101166580272 D0 | $10.00 |
| 09/08/2021 | ACH Payment FIDELITY FPRS 21484 006 21001037293678 ACH R | $35,306.33 |
| 09/08/2021 | ACH Payment FIDELITY FPRS 21484 002 21001037293670 ACH R | $532.71 |
| 09/08/2021 | ACH Payment FIDELITY FPRS 21484 003 21001037293672 ACH R | $682.03 |
| 09/08/2021 | ACH Payment FIDELITY FPRS 21484 004 21001037293674 ACH R | $27,416.96 |
| 09/08/2021 | ACH Payment FIDELITY FPRS 21484 005 21001037293676 ACH R | $4,331.07 |
| 09/08/2021 | ACH Payment FIDELITY FPRS 21484 007 21001037293680 ACH R | $17,666.78 |
| 09/08/2021 | ACH Payment PAYFLEX HSA T00001453328041 28000086341505 | $178.85 |
| 09/08/2021 | CM Wire Domestic WIRE OUT Kronos SaaShr, Inc. | $32,076.12 |
| 09/08/2021 | Automatic Transfer To DDA XXXXXX1853 | $31,421.00 |
| 09/08/2021 | Automatic Transfer To DDA XXXXXX1879 | $12,703.31 |
| 09/09/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $1,827.45 |
| 09/09/2021 | Automatic Transfer To DDA XXXXXX1861 | $28.20 |
| 09/09/2021 | Automatic Transfer To DDA XXXXXX1879 | $1,596.09 |
| 09/10/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $3,849.21 |
| 09/10/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004892604 910000 | $5,901.26 |
| 09/10/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004892623 910000 | $759.97 |
| 09/10/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101160165864 D0 | $99.99 |
| 09/10/2021 | ACH Payment TSYS/TRANSFIRST DISCOUNT 39300982230822 6110 | $162.19 |
| 09/10/2021 | CM Wire Domestic WIRE OUT Blue Cross Blue Shield of Texas | $100,000.00 |
| 09/10/2021 | CM Wire Domestic WIRE OUT Hall 2801 Network LTD | $175,248.62 |

**MEMBER FDIC**   NYSE Symbol "PB"



GOODMAN NETWORKS INC

Statement Date 9/30/2021
Account No ****1838
Page 3 of 4

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/10/2021 | Automatic Transfer To DDA XXXXXX1853 | $465.16 |
| 09/10/2021 | Automatic Transfer To DDA XXXXXX1879 | $4,157.35 |
| 09/13/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $1,699,967.16 |
| 09/13/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004893603 910000 | $6,994.24 |
| 09/13/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004893606 910000 | $86.44 |
| 09/13/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004893601 910000 | $7,768.13 |
| 09/13/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $4,073.02 |
| 09/13/2021 | CM Wire Domestic WIRE OUT Jason Goodman | $491,725.00 |
| 09/13/2021 | CM Wire Domestic WIRE OUT Joseph Goodman | $377,967.39 |
| 09/13/2021 | Automatic Transfer To DDA XXXXXX1853 | $9,479.04 |
| 09/13/2021 | Automatic Transfer To DDA XXXXXX1879 | $1,008.11 |
| 09/14/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101163722437 D0 | $100.00 |
| 09/14/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101163723129 D0 | $43.41 |
| 09/14/2021 | ACH Payment FIDELITY FPRS 21484 002 21001038413370 21484 | $39.32 |
| 09/14/2021 | ACH Payment FIDELITY FPRS 21484 003 21001038413372 21484 | $789.88 |
| 09/14/2021 | ACH Payment WEX HEALTH INC CLAIM FUND 23211742949460 913 | $739.40 |
| 09/14/2021 | Automatic Transfer To DDA XXXXXX1853 | $1,204.92 |
| 09/14/2021 | Automatic Transfer To DDA XXXXXX1879 | $3,104.25 |
| 09/14/2021 | Automatic Transfer To DDA XXXXXX4320 | $258.77 |
| 09/15/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $3,175.38 |
| 09/15/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $6,197.14 |
| 09/15/2021 | CM Wire Domestic WIRE OUT Kronos SaaShr, Inc. | $713,199.99 |
| 09/15/2021 | Enhanced Analysis Ch | $2,392.27 |
| 09/16/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $3,239.22 |
| 09/16/2021 | CM Wire Domestic WIRE OUT Kronos SaaShr, Inc. | $1,846,152.38 |
| 09/16/2021 | Automatic Transfer To DDA XXXXXX1853 | $8,715.95 |
| 09/16/2021 | Automatic Transfer To DDA XXXXXX1879 | $1,716.16 |
| 09/17/2021 | ACH Payment 8013OHIO-TAXOSUT OH SALESTX 000000113770784 | $2,775.17 |
| 09/17/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $36,419.10 |
| 09/17/2021 | ACH Payment VTAX EFT DEPOSIT ACH DEBIT SUT10056613 22117 | $6.60 |
| 09/17/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101169507670 D0 | $20.00 |
| 09/17/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $2,616.13 |
| 09/17/2021 | ACH Payment IL DEPT OF REVEN EDI PYMNTS 00001979178768 9 | $115.00 |
| 09/17/2021 | ACH Payment MI Business Tax Payment SMIBUS005004537 2100 | $519.06 |
| 09/17/2021 | ACH Payment STATE COMPTRLR TEXNET 03579931/10916 2100002 | $685.43 |
| 09/17/2021 | CM Wire Domestic WIRE OUT Comdata Inc. | $3,487.87 |
| 09/17/2021 | CM Wire Domestic WIRE OUT People NQ | $63,560.46 |
| 09/17/2021 | CM Wire Domestic WIRE OUT Blue Cross Blue Shield of Texas | $202,390.56 |
| 09/17/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $1.00 |
| 09/20/2021 | ACH Payment Bossier Parish SALES TAX 01005560 1111035200 | $696.25 |
| 09/20/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $1,167,394.48 |
| 09/20/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $36,255.56 |
| 09/20/2021 | ACH Payment TN STATE REVENUE TN TAP 1695302400 840000255 | $3,928.00 |
| 09/20/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004900625 910000 | $246.82 |
| 09/20/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004900622 910000 | $8,333.11 |
| 09/20/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101161799811 D0 | $23.45 |
| 09/20/2021 | ACH Payment Dept of Revenue KY TaxPmnt 502-875-3733 9601 | $10.96 |
| 09/20/2021 | ACH Payment DOR ITS PAYMENTS INDORITS 1546801 4100012185 | $1,910.91 |
| 09/20/2021 | ACH Payment FIDELITY FPRS 21484 001 21001039298019 21484 | $8.27 |
| 09/20/2021 | ACH Payment PAYFLEX HSA T00001454665479 28000085840319 | $1,208.62 |
| 09/20/2021 | ACH Payment STATE OF LOUISIA EPOSPYMNTS 1435557001 21000 | $620.00 |
| 09/20/2021 | ACH Payment WEBFILE TAX PYMT DD 902/03616016 21000023689 | $30.13 |




MEMBER FDIC

NYSE Symbol "PB"

**PROSPERITY BANK**®

GOODMAN NETWORKS INC

Statement Date 9/30/2021
Account No ****1838
Page 4 of 4

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/20/2021 | Automatic Transfer To DDA XXXXXX1879 | $1,099.73 |
| 09/21/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101163323636 D0 | $47.69 |
| 09/21/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101163318127 D0 | $10.00 |
| 09/21/2021 | ACH Payment FIDELITY FPRS 21484 002 21001039724271 21484 | $20,959.24 |
| 09/21/2021 | ACH Payment FIDELITY FPRS 21484 004 21001039724273 21484 | $3,111.13 |
| 09/21/2021 | CM Wire Domestic WIRE OUT Samantha Sondrup | $105,688.69 |
| 09/21/2021 | CM Wire Domestic WIRE OUT Madison Goodman | $86,410.12 |
| 09/21/2021 | Automatic Transfer To DDA XXXXXX1879 | $393.26 |
| 09/22/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101164855502 D0 | $54.98 |
| 09/22/2021 | Automatic Transfer To DDA XXXXXX1879 | $317.03 |
| 09/22/2021 | Automatic Transfer To DDA XXXXXX4320 | $258.86 |
| 09/23/2021 | CM Wire Domestic WIRE OUT Kronos SaaShr, Inc. | $31,680.79 |
| 09/23/2021 | Automatic Transfer To DDA XXXXXX1879 | $487.60 |
| 09/23/2021 | Automatic Transfer To DDA XXXXXX4320 | $94.28 |
| 09/24/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $15,010.64 |
| 09/24/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $3,574.33 |
| 09/24/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101167610404 D0 | $20.00 |
| 09/24/2021 | CM Wire Domestic WIRE OUT Blue Cross Blue Shield of Texas | $197,239.78 |
| 09/24/2021 | CM Wire Domestic WIRE OUT Goodman Networks, Inc. | $500,000.00 |
| 09/24/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $250.56 |
| 09/24/2021 | Automatic Transfer To DDA XXXXXX1879 | $327.07 |
| 09/27/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $23,371.70 |
| 09/27/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $1,283,679.84 |
| 09/27/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004906291 910000 | $8,165.83 |
| 09/27/2021 | ACH Payment AMEX EPAYMENT ACH PMT COP000004906295 910000 | $108.48 |
| 09/28/2021 | ACH Payment GOODMNNTWKEXP REIMBRSMTS 1742949460 11312265 | $2,269.36 |
| 09/28/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101161622811 D0 | $168.44 |
| 09/28/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101161630110 D0 | $39.00 |
| 09/28/2021 | ACH Payment FIDELITY FPRS 21484 001 21001031531221 21484 | $461.11 |
| 09/28/2021 | ACH Payment FIDELITY FPRS 21484 002 21001031531223 21484 | $39.32 |
| 09/28/2021 | ACH Payment WEBFILE TAX PYMT DD 902/03733012 21000023958 | $27,411.34 |
| 09/29/2021 | ACH Payment WEX HEALTH INC CLAIM FUND 23211742949460 913 | $267.59 |
| 09/29/2021 | ACH Payment BANCORPSV BANCORPSV 99994 31101162717554 D0 | $1.89 |
| 09/29/2021 | Automatic Transfer To DDA XXXXXX1879 | $73.39 |
| 09/30/2021 | Automatic Loan Pmt LN PyXXXXXX7916 1 | $26,231.25 |
| 09/30/2021 | ACH Payment GOODMNNTWKPYMTS VENDORPYMT 2742949460 113122 | $193,271.82 |
| 09/30/2021 | CM Wire Domestic WIRE OUT Kronos SaaShr, Inc. | $237,738.14 |
| 09/30/2021 | Automatic Transfer To DDA XXXXXX1853 | $2,757.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-01 | $8,948,860.08 | 09-13 | $300,576.33 | 09-22 | $1,169,433.86 |
| 09-02 | $658,971.11 | 09-14 | $313,071.45 | 09-23 | $5,410,462.12 |
| 09-03 | $3,759,704.22 | 09-15 | $2,127,427.37 | 09-24 | $5,995,642.52 |
| 09-07 | $1,100,373.85 | 09-16 | $2,791,803.66 | 09-27 | $4,680,316.67 |
| 09-08 | $2,223,908.68 | 09-17 | $2,485,718.86 | 09-28 | $7,917,476.87 |
| 09-09 | $3,090,149.33 | 09-20 | $1,263,952.57 | 09-29 | $7,917,134.00 |
| 09-10 | $2,899,644.86 | 09-21 | $1,066,015.30 | 09-30 | $7,457,135.79 |