**PROSPERITY BANK**®

| | |
|---|---|
| Statement Date | 9/30/2021 |
| Account No | ****1861 |
| | Page 1 of 3 |

MULTIBAND FIELD SERVICES INC
COLLECTION ACCOUNT
2801 NETWORK BLVD STE 300
FRISCO TX 75034

9665

## STATEMENT SUMMARY — TX Account Analysis Account No ****1861

| Date | Description | | Amount |
|---|---|---|---|
| 09/01/2021 | Beginning Balance | | $0.00 |
| | 12 Deposits/Other Credits | + | $6,695,329.08 |
| | 10 Checks/Other Debits | - | $6,695,329.08 |
| 09/30/2021 | Ending Balance  30 Days in Statement Period | | $0.00 |
| | Total Enclosures | | 1 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | ACH Deposit Four Winds Inter Inv Pmt Goodman Network 121 | $14,585.00 |
| 09/01/2021 | Wire Transfer Dep WIRE IN CORPORATE MAIN OPERATING | $5,290,729.00 |
| 09/02/2021 | Transfer Deposit From DDA XXXXXX1838 | $37.31 |
| 09/03/2021 | Transfer Deposit From DDA XXXXXX1838 | $107.17 |
| 09/09/2021 | Transfer Deposit From DDA XXXXXX1838 | $28.20 |
| 09/10/2021 | ACH Deposit LGE Alabama Inc. PAYMENTS 13943410 210000238 | $28,028.28 |
| 09/10/2021 | ACH Deposit DADCO INC BILL PAY 53101121601905 AP | $53,165.00 |
| 09/14/2021 | Deposit | $534.76 |
| 09/17/2021 | ACH Deposit VIASAT, INC. WB ACH Sup 17810 12200049158809 | $746.00 |
| 09/17/2021 | ACH Deposit LGE Alabama Inc. PAYMENTS 13955470 210000271 | $5,765.58 |
| 09/24/2021 | ACH Deposit LGE Alabama Inc. PAYMENTS 13969835 210000239 | $352.78 |
| 09/24/2021 | Wire Transfer Dep WIRE IN CORPORATE MAIN OPERATING | $1,301,250.00 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Automatic Transfer To DDA XXXXXX1838 | $5,305,314.00 |
| 09/02/2021 | ACH Payment Square Inc 210902P2 L208652209759 2100002559 | $37.31 |
| 09/03/2021 | ACH Payment MERCHANT BNKCD INTERCHNG 434430280884 910000 | $37.77 |
| 09/03/2021 | ACH Payment MERCHANT BNKCD FEE 434430280884 910000187071 | $60.23 |
| 09/03/2021 | ACH Payment MERCHANT BNKCD DISCOUNT 434430280884 9100001 | $9.17 |
| 09/09/2021 | ACH Payment IC/FIRST INTERNA KOTAPAYFEE 1611391746 91311 | $28.20 |
| 09/10/2021 | Automatic Transfer To DDA XXXXXX1838 | $81,193.28 |
| 09/14/2021 | Automatic Transfer To DDA XXXXXX1838 | $534.76 |
| 09/17/2021 | Automatic Transfer To DDA XXXXXX1838 | $6,511.58 |
| 09/24/2021 | Automatic Transfer To DDA XXXXXX1838 | $1,301,602.78 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-01 | $0.00 | 09-03 | $0.00 | 09-10 | $0.00 |
| 09-02 | $0.00 | 09-09 | $0.00 | 09-14 | $0.00 |

MEMBER FDIC    NYSE Symbol "PB"





MULTIBAND FIELD SERVICES INC

Statement Date    9/30/2021
Account No    ****1861
Page 2 of 3

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09-17 | $0.00 | 09-24 | $0.00 |



0000

MULTIBAND FIELD SERVICES INC  Account No  ****1861

Page 3 of 3

9/14/2021 $534.76

