BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions<br><br>DEBTOR | [300] Amended Motion to compromise controversy with Prosperity Bank and UMB Bank, National Association. (Second Amended Motion) (related document(s):261) Filed by Trustee Scott M. Seidel | Case # 22–31641–mvl7 |

**TYPE OF HEARING**

| Bondholders | *VS* | Fedex/Arris |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| Brian Clarke | | Robert Campbell Hillyer |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## EXHIBITS

| BONDHOLDERS EXHIBITS 48–55,64 AND 65 (SEE DKT#397) | FEDEX/ARRIS EXHIBITS 23–25,109 &112 (SEE DKT# 398 399) |
|---|---|
| | |

| Hawaii Jeng | 10/11/2023 | Michelle V. Larson |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |