ALSTON & BIRD LLP
Jared M. Slade, Esq.
Texas State Bar No. 24060618
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Jared.Slade@alston.com

– and –

James J. Vincequerra, Esq. (admitted *pro hac vice*)
Dylan S. Cassidy, Esq. (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email:  James.Vincequerra@alston.com
         Dylan.Cassidy@alston.com

*Counsel for the Former Officers*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| Goodman Networks, Inc., | § § | Case No. 22-31641-mvl-7 |
| Debtor. | § § § | |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING**

John Debus ("Debus"), Joseph Hart IV ("Hart"), Anthony Rao ("Rao"), and Mark Keiffer ("Keiffer," and collectively with Debus, Hart and Rao, the "Former Officers"), by and through their undersigned counsel, hereby file this motion for an expedited hearing on the *Stipulation and Agreed Order between the Debtor and Former Officers for Limited Relief from the Automatic Stay*

*to Allow for Advancement of Defense Costs Under the Debtor's Insurance Policies* [Docket No. 393] (the "Stipulation and Order"),[1] and respectfully state as follows:

1. As set forth in the Stipulation and Order, if, at the conclusion of the Discussion Period, the Former Officers and the Trustee are unable to resolve the Trustee's objection(s) to the Pre-Stipulation Costs request, then the Parties agree to an expedited hearing to resolve the dispute. Stipulation and Order ¶ 3.E.

2. The Discussion Period has ended, and the Parties are unable to resolve the Trustee's objections.

3. By this motion, the Former Officers respectfully request that the Court set a hearing regarding the dispute and the Stipulation and Order on November 28, 2023.

4. No party will be prejudiced by expedited consideration of this issue.

5. The Former Officers estimate that the expedited hearing regarding the Stipulation and Order shall take no more than one hour.

*[Remainder of page intentionally left blank]*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation and Order.

Dated: November 14, 2023
      Dallas, Texas

Respectfully submitted,

ALSTON & BIRD LLP

/s/ *Jared M. Slade*
Jared M. Slade, Esq.
Texas State Bar No. 24060618
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Jared.Slade@alston.com

– *and* –

James J. Vincequerra, Esq. (admitted *pro hac vice*)
Dylan S. Cassidy, Esq. (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com
        Dylan.Cassidy@alston.com

*Counsel for the Former Officers*

**CERTIFICATE OF CONFERENCE**

I certify that, on November 14, 2023, I conferred with counsel regarding the relief requested herein. Counsel for the Trustee consents to the relief requested herein.

/s/ *James J. Vincequera*
James J. Vincequerra

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and additionally on the parties listed on the service list, attached hereto as **Exhibit "A,"** via U.S. first class mail, postage prepaid, and/or electronic mail, as appropriate.

/s/ *Jared M. Slade*
Jared M. Slade

**Exhibit "A"**
**Service List**

| | |
|---|---|
| Federal Insurance Company<br>Capital Center, 251 North Illinois, Suite 1100<br>Indianapolis, IN 46204-1927 | QBE Insurance Corporation<br>Attn: The Claims Manager<br>55 Water Street<br>New York, NY 10041 |
| QBE Insurance Corporation<br>c/o CT Corporation System<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101 | QBE Insurance Corporation<br>Attn: Underwriting<br>55 Water Street<br>New York, NY 10041 |
| The Hanover Insurance Company<br>P.O. Box 15145<br>Worcester, MA 01615 | The Hanover Insurance Company<br>440 Lincoln Street<br>Worcester, MA 01653 |
| Attn: Claims Department<br>Chubb Group of Insurance Companies<br>82 Hopmeadow St.<br>Simsbury, CT 06070-7683 | Chubb, Financial Lines<br>Attention: Chief Underwriting Officer<br>1133 Avenue of the Americas, 32nd Floor<br>New York, NY 10036 |
| Chubb<br>P.O. Box 5105<br>Scranton, PA 18505-0518 | Attn: Chubb Underwriting Department<br>Chubb Group of Insurance Companies<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 |
| Continental Casualty Company<br>CNA – Claims Reporting<br>P.O. Box 8317<br>Chicago, IL 60680-8317 | Chubb, Financial Lines<br>Attention: Chief Underwriting Officer 1133<br>Avenue of the Americas, 32nd Floor New<br>York, NY 10036 |
| Melinda S. Nenning<br>Bailey Cavalieri LLC<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215-3422 | Open Brokerage Global Specialty Lines<br>CNA Insurance Company<br>125 Broad Street – 8th Floor<br>New York, NY 10004 |
| Westchester<br>10 Exchange Place<br>Jersey City, NJ 07302 | Westchester<br>436 Walnut Street<br>P.O. Box 1000<br>Philadelphia, PA 19106-3703 |
| James Frinzi<br>3736 Bee Cave Rd., Ste. 1164<br>Austin, Texas 78746 | Joseph Hart IV<br>3630 40th Ave W<br>Seattle, WA 98199 |
| James Frinzi<br>10300 Lisa Cove<br>Austin, Texas 78733 | James Frinzi<br>9204 Eddy Cove<br>Austin, TX 78735 |
| John A. Goodman<br>103 Industrial Loop, Ste. 1100<br>Fredericksburg, Texas 78624 | Jason Davis<br>Jay Hulings<br>Davis & Santos<br>719 Flores Street<br>San Antonio, Texas 78204 |

| | |
|---|---|
| John Goodman<br>1008 Middle Creek Road<br>Fredericksburg, Texas 78624 | Jarom Yates<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Ste. 700 |
| Goodman MBE Group LP<br>Joseph M Goodman, General Partner<br>600 N. Loop 1604 E<br>San Antonio, Texas 78232 | Goodman MBE Group LLC Joseph<br>Goodman, Member 600 N. Loop 1604 E<br>San Antonio, Texas 78232 |
| James Goodman<br>103 Tomahawk Trail<br>San Antonio, Texas 78232 | Goodman MBE Group LP<br>37 Old Fredericksburg Rd.<br>Boerne, Texas 78015 |
| James S. Goodman<br>205 Crest Trail<br>San Antonio, Texas 78232 | Matthias Kleinsasser<br>Winstead PC<br>300 Throckmorton, Ste. 1700 Fort Worth,<br>Texas 76102 |
| Jason Goodman<br>6613 Autumn Mist Cove<br>Little Elm, Texas 75068 | Jason Goodman<br>234 W. Woodlawn Ave.<br>San Antonio, Texas 78212 |
| Brad Kozma<br>5897 Willoughby<br>Frisco, Texas 75033 | Jennifer Tatum Lee<br>Connor Lee & Shumaker<br>609 Castle Ridge Road, Ste. 450<br>Austin, Texas 78746 |
| Joseph Goodman<br>37 Old Fredericksburg Rd.<br>Boerne, Texas 78015 | Brad Kozma<br>6787 Berry Pointe Dr.<br>Clarkston, MI 48348 |
| Anthony J. Rao<br>6 Sprucewood Lane<br>Westport, CT 06880 | Jennifer Tatum Lee<br>Connor Lee & Shumaker<br>609 Castle Ridge Road, Ste. 450<br>Austin, Texas 78746 |
| Scot Brunke<br>6929 Sperry St.<br>Dallas, Texas 75214 | Jake Goodman<br>103 Tomahawk Trail<br>San Antonio, Texas 78232 |
| United States Trustee<br>1100 Commerce Street<br>Dallas, TX 75202 | Robert DiRico<br>ARC Excess & Surplus, LLC<br>113 South Service Road<br>P.O. Box 9012<br>Jericho, New York 11753 |