ALSTON & BIRD LLP
Jared M. Slade
Texas State Bar No. 24060618
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Jared.Slade@alston.com

-and-

James J. Vincequerra (admitted *pro hac vice*)
Dylan S. Cassidy (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com
       Dylan.Cassidy@alston.com

*Counsel for the Former Officers*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| GOODMAN NETWORKS, INC., | ) |
| | ) Case No. 22-31641-mvl-7 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, has scheduled a hearing to consider the *Stipulation and Agreed Order between the Debtor and Former Officers for Limited Relief from the Automatic Stay to Allow for Advancement of Defense Costs under the Debtor's Insurance Policies*, to be held before

the Honorable Michelle V. Larson, United States Bankruptcy Judge, on **November 28, 2023 at 2:00 p.m. (Central Time)** (the "Hearing") at Courtroom No. 2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that the Hearing will be hybrid, both live and by WebEx at https://us-courts.webex.com/meet/Larson.

A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit A**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Larson's hearing/calendar site at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

|  |  |
|---|---|
| Dated: November 15, 2023 | Respectfully Submitted,<br><br>ALSTON & BIRD LLP<br><br>*/s/ Jared M. Slade*<br>Jared M. Slade<br>Texas State Bar No. 24060618<br>2200 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 922-3400<br>Facsimile: (214) 922-3899<br>Email: Jared.Slade@alston.com<br><br>*-and-*<br><br>James J. Vincequerra (admitted *pro hac vice*)<br>Dylan S. Cassidy (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 210-9400<br>Facsimile: (212) 210-9444<br>Email: James.Vincequerra@alston.com<br>Email: Dylan.Cassidy@alston.com<br><br>*Counsel for the Former Officers* |

LEGAL02/43707869v2

## CERTIFICATE OF SERVICE

I certify that on November 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and additionally on the parties listed on the service list, attached hereto as Exhibit "B," via U.S. first class mail, postage prepaid, and/or electronic mail, as appropriate.

*/s/ Jared M. Slade*
Jared M. Slade

# Exhibit A

LEGAL02/43707869v2

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2021-06 issued by the Court on June 14, 2021, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-

courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Larson's Dallas courtroom as the location for the hearing.

# Exhibit B

Federal Insurance Company
1 American Sq
Indianapolis, IN 46282

QBE Insurance Corporation
Attn: The Claims Manager
55 Water Street
New York, NY 10041

The Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653

The Hanover Insurance Company
P.O. Box 15145
Worcester, MA 01615

Chubb, Financial Lines
Attention: Chief Underwriting Officer
1133 Avenue of the Americas, 32nd Floor
New York, NY 10036

Attn: Claims Department
Chubb Group of Insurance Companies
82 Hopmeadow St.
Simsbury, CT 06070-7683

Attn: Chubb Underwriting Department Chubb Group of Insurance Companies
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Chubb
P.O. Box 5105
Scranton, PA 18505-0518

Chubb, Financial Lines
Attention: Chief Underwriting Officer 1133 Avenue of the Americas, 32nd Floor New York, NY 10036

CNA – Claims Reporting
P.O. Box 8317
Chicago, IL 60680-8317

Open Brokerage Global Specialty Lines
CNA Insurance Company
125 Broad Street – 8th Floor
New York, NY 10004

Melinda S. Nenning
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215-3422

QBE Insurance Corporation
Attn: Underwriting
55 Water Street
New York, NY 10041

Westchester
436 Walnut Street
P.O. Box 1000
Philadelphia, PA 19106-3703

Joseph Hart IV
3630 40th Ave W
Seattle, WA 98199

James Frinzi
3736 Bee Cave Rd., Ste. 1164
Austin, Texas 78746

James Frinzi
9204 Eddy Cove
Austin, TX 78735

James Frinzi
10300 Lisa Cove
Austin, Texas 78733

Jason Davis
Jay Hulings
Davis & Santos
719 Flores Street
San Antonio, Texas 78204

Jarom Yates
Haynes and Boone, LLP
2323 Victory Avenue, Ste. 700
Dallas TX 75219-7673

John Goodman
1008 Middle Creek Road
Fredericksburg, Texas 78624

United States Trustee
1100 Commerce Street
Dallas, TX 75202

Goodman MBE Group LP
37 Old Fredericksburg Rd.
Boerne, Texas 78015

James Goodman
103 Tomahawk Trail
San Antonio, Texas 78232

Matthias Kleinsasser
Winstead PC
300 Throckmorton, Ste. 1700
Fort Worth, Texas 76102

James S. Goodman
205 Crest Trail
San Antonio, Texas 78232

Jason Goodman
234 W. Woodlawn Ave.
San Antonio, Texas 78212

Jason Goodman
6613 Autumn Mist Cove
Little Elm, Texas 75068

| | |
|---|---|
| Jennifer Tatum Lee<br>Connor Lee & Shumaker<br>609 Castle Ridge Road, Ste. 450<br>Austin, Texas 78746 | Brad Kozma<br>5897 Willoughby<br>Frisco, Texas 75033 |
| Brad Kozma<br>6787 Berry Pointe Dr.<br>Clarkston, MI 48348 | Joseph Goodman<br>37 Old Fredericksburg Rd.<br>Boerne, Texas 78015 |
| Anthony J. Rao<br>6 Sprucewood Lane<br>Westport, CT 06880 | Jake Goodman<br>103 Tomahawk Trail<br>San Antonio, Texas 78232 |
| Scot Brunke<br>6929 Sperry St.<br>Dallas, Texas 75214 | Robert DiRico<br>ARC Excess & Surplus, LLC<br>113 South Service Road<br>P.O. Box 9012<br>Jericho, New York 11753 |