Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Tex. Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Tex. Bar No. 24133121
mallory.davis@wickphillips.com
**WICK PHILLIPS GOULD MARTIN, LLP**
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

**ATTORNEYS FOR JAMES FRINZI**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 22-31641** |
| **GOODMAN NETWORKS, INC.** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

### NOTICE OF HEARING

PLEASE BE ADVISED that a hearing on *Motion for Entry of Stipulation and Agreed Order between Trustee and James Frinzi for Limited Relief from the Automatic Stay to Allow Advancement of Defense Costs under the Debtor's Insurance Policies* [ECF No. 431] will take place on **Thursday, December 12, 2023 at 1:30 p.m. (central time)**, before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, TX 75242-1496.

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Access code: 160 135 6015

Dated: November 17, 2023

Respectfully submitted,

*/s/ Catherine A. Curtis*
Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Tex. Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Tex. Bar No. 24133121
mallory.davis@wickphillips.com
WICK PHILLIPS GOULD MARTIN, LLP
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

ATTORNEYS FOR JAMES FRINZI

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2023, a true and correct copy of the foregoing document was served by the Court's ECF noticing system on all parties that consent to such service via electronic filing. Further, the following insurance companies were served via first class mail:

Westchester Fire Insurance Company
c/o CT Corporation System
289 Culver Street
Lawrenceville, GA 30046

Federal Insurance Company
c/o CT Corporation System
334 North Senate Ave.
Indianapolis, IN 46204

QBE Insurance Corporation
c/o CT Corporation System
600 North Second Street, Suite 401
Harrisburg, PA 17101

Chubb, Financial Lines
Attn: Chief Underwriting Officer
1133 Avenue of the Americas, 32nd Floor
New York, NY 10036

Chubb
P.O. Box 5105
Scranton, PA 18505-0518

The Hanover Insurance Company
P.O. Box 15145
Worcester, MA 01615

Open Brokerage Global Specialty Lines
CNA Insurance Company
125 Broad Street – 8th Floor
New York, NY 10004

CNA – Claims Reporting
P.O. Box 8317
Chicago, IL 60680-8317

QBE Insurance Corporation
Attn: Underwriting
55 Water Street
New York, NY 10041

QBE Insurance Corporation
Attn: The Claims Manager
55 Water Street
New York, NY 10041

Chubb Group of Insurance Companies
Attn: Chubb Underwriting Department
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Chubb Group of Insurance Companies
Attn: Claims Department
82 Hopmeadow St.
Simsbury, CT 06070-7683

*/s/ Catherine A. Curtis*
Catherine A. Curtis