Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

## TRUSTEE'S EXHIBIT
## LIST FOR HEARING ON NOVEMBER 28, 2023

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled

and captioned bankruptcy case, hereby submits this Exhibit List for the hearing (the "Hearing"),

currently scheduled for **November 28, 2023 at 2:00 p.m.** in connection with the *Motion of Former*

*Officers for Entry of an Order, Pursuant to 11 U.S.C. § 362(d), Modifying the Automatic Stay, to*

*the Extent Necessary, to Allow Payment, Reimbursement, And/Or Advancement of Defense Costs*

*Under the Debtor's Insurance Policies* (Dkt. No. 313).

## EXHIBITS

The Trustee designates the following exhibits that may be used at the Hearing:

A.   *Goodman Networks, Inc.'s Directors & Officers Insurance Policy with Federal Insurance Company*

B.   *Chubb Defense Counsel Legal Services Agreement*

C.   *Munsch Hardt's Objection to Defense Costs Request*

1

D.      *Alston & Bird's Revised Invoices*

The Trustee further cross-designates any other exhibit offered by any party at the Hearing. The Trustee reserves the right to use any exhibits presented by any other party. The Trustee reserves the right to amend and/or supplement this exhibit list. The Trustee also reserves the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

RESPECTFULLY SUBMITTED this 27th day of November, 2023.

By:  */s/ Thomas Berghman*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com

*Counsel for Scott M. Seidel, Trustee*

2