Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Tex. Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Tex. Bar No. 24133121
mallory.davis@wickphillips.com
**WICK PHILLIPS GOULD MARTIN, LLP**
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

**ATTORNEYS FOR JAMES FRINZI**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 22-31641 |
| GOODMAN NETWORKS, INC. | § § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### CERTIFICATE OF NO OBJECTIONS
*Relates to ECF No. 431*

COMES NOW, James Frinzi ("Frinzi"), by and through his undersigned counsel, files this *Certificate of No Objections* (the "Certificate") with regard to *Motion for Entry of Stipulation and Agreed Order between the Trustee and James Frinzi for Limited Relief from the Automatic Stay to Allow Advancement of Defense Costs Under the Debtor's Insurance Policies* (ECF No. 431). Frinzi hereby certifies to the Court that all parties required to be served have been notified by proper service, that the fourteen-day deadline for response or objection passed as of December 1, 2023, and that to Frinzi's knowledge, no objections or responses have been filed or served upon our office as of the time of filing this Certificate.

Dated: December 4, 2023

Respectfully submitted,

*/s/ Catherine A. Curtis*
Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Tex. Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Tex. Bar No. 24133121
mallory.davis@wickphillips.com
WICK PHILLIPS GOULD MARTIN, LLP
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

ATTORNEYS FOR JAMES FRINZI

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, a true and correct copy of the foregoing document was served by the Court's ECF noticing system on all parties that consent to such service via electronic filing.

*/s/ Catherine A. Curtis*
Catherine A. Curtis