**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | **Relates to Docket No. 455** |
| | § | |

**JOINT STATEMENT OF THE TRUSTEE AND**
**BONDHOLDERS IN RESPONSE TO FSCLE**

Scott M. Seidel (the "**Trustee**"), the duly appointed trustee for the estate (the "**Estate**") of Goodman Networks, Inc. (the "**Debtor**") and UMB Bank, National Association, as indenture trustee (the "**Indenture Trustee**") and the Majority Noteholder Group[1] (together with the Indenture Trustee, the "**Bondholders**") for their joint statement in response to the *Objection and Reservation of Rights of FedEx Supply Chain Logistics & Electronics, Inc.* ("**FSCLE**") *to the Trustee's Expedited Motion to Approve Transaction with AMRR Regarding OnePath Systems, LLC* (the "**Objection**") [Docket No. 455],[2] respectfully represent:

1. In paragraph 4 of the Objection, FSCLE states that "there may be traction to resolving" or "agreeing to mediate" competing claims of FSCLE, the Bondholders, and the Trustee in this Chapter 7 case. The Trustee and the Bondholders file this joint statement to ensure that the Court is aware that the Trustee and the Bondholders have continued to inform FSCLE that they

---

[1] The Majority Noteholder Group consists of investment advisers or managers of funds that hold (with such investment advisers and managers acting on behalf of such holders), or are beneficial holders of, a majority of the 8% Senior Secured Notes due 2022 issued by Goodman Networks, Inc., and include JLP Credit Opportunity Master Fund Ltd., JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P., JLP Institutional Credit Master Fund LP, Alimco Re Ltd., Marli B. Miller Trust A4, Miller Family Education and Medical Trust, Susan F Miller Spousal IRA, Susan F. Miller Spousal Trust A4, DuPont Pension Trust, and Hilltop Securities, Inc.

[2] Capitalized terms used but not defined herein have the meanings given in the Objection.

will not mediate the issues litigated and fully submitted in connection with the Prosperity 9019 Motion. The Court should not delay ruling on the Prosperity 9019 Motion based on the representation in the Objection that the parties are considering mediation, which would only cover other issues in this chapter 7 case.

Dated:  December 5, 2023
Respectfully submitted,

By: */s/ Davor Rukavina*
**MUNSCH HARDT KOPF & HARR, P.C.**
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

*Attorneys for Scott M. Seidel,
Trustee*

*/s/  Philip M. Guffy*
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:    713-220-4200
Email: pguffy@huntonak.com

-and-

Paul N. Silverstein
Brian Clarke
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel:    (212) 309-1000
Email: psilverstein@huntonak.com
brianclarke@huntonak.com

*Special Counsel to UMB Bank, National
Association, as Indenture Trustee, and
Counsel to the Majority Noteholder Group*

Eric A. Schaffer
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
Tel:    412-391-8510
Email: eschaffer@stonecipherlaw.com

*Counsel to UMB Bank, National
Association, as Indenture Trustee*

2

DMS 304860051

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Philip M. Guffy*
Philip M. Guffy

DMS 304860051