**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | § |
| | §  Chapter 7 |
| GOODMAN NETWORKS, INC., | § |
| | §  Case No. 22-31641-mvl-7 |
| Debtor. | § |

**TRUSTEE'S EXHIBIT LIST FOR HEARING ON 12/6/2023**

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submits this Exhibit List for the hearing (the "Hearing"), conducted on **December 6, 2023 at 9:30 a.m.** in connection with the *Trustee's Expedited Motion to Approve Transaction with AMRR Regarding OnePath Systems, LLC* (Dkt. No. 449).

| Exhibit | Description |
|---|---|
| A | Secured Promissory Note Dated 1/21/2022 |
| B | Security Agreement Dated 1/21/2022 |
| C | UCC Financing Statement |
| E | DCF Valuation of MBGH Lockheed |
| F | Subordinated Promissory Note |

RESPECTFULLY SUBMITTED this 6th day of December, 2023.

By: */s/ Conor White*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
tberghman@munsch.com
cwhite@munsch.com

*Attorneys for Scott M. Seidel, Trustee*