BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions | [449]Motion to compromise controversy with AMRR Regarding OnePath Systems, LLC. Trustee's Expedited Motion to Approve Transaction with AMRR Regarding OnePath Systems, LLC | Case # 22−31641−mvl7 |

DEBTOR

**TYPE OF HEARING**

Trustee Scott M. Seidel                            *VS*

**PLAINTIFF / MOVANT**                                                    **DEFENDANT / RESPONDENT**

Davor Rukavina
**ATTORNEY**                                                                            **ATTORNEY**

<u>**EXHIBITS**</u>

Trustee Exhibits A, B, C, E and F

Hawaii Jeng                          12/6/2023                    Michelle V. Larson

REPORTED BY                    HEARING DATE                JUDGE PRESIDING