| | |
|---|---|
| **BUTLER SNOW LLP** | **BUTLER SNOW LLP** |
| Martin Sosland (TX Bar No. 18855645) | R. Campbell Hillyer (Admitted Pro Hac Vice) |
| Candice Carson (TX Bar No. 24074006) | Adam M. Langley (Admitted Pro Hac Vice) |
| 2911 Turtle Creek Blvd., Suite 1400 | 6075 Poplar Avenue, Suite 500 |
| Dallas, Texas 75219 | Memphis, TN 38119 |
| Telephone: (469) 680-5502 | Telephone: (901) 680-7316 |
| martin.sosland@butlersnow.com | Cam.hillyer@butlersnow.com |
| candice.carson@butlersnow.com | adam.langley@butlersnow.com |
| *Counsel for Fedex Supply Chain Logistics & Electronics, Inc.* | *Admitted Pro Hac Vice as Counsel for Fedex Supply Chain Logistics & Electronics, Inc.* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Butler Snow LLP appears on behalf of Fedex Supply Chain Logistics & Electronics, Inc. as counsel in the above-captioned chapter 7 case (the "**Chapter 7 Case**") and pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) (if applicable) of the United States Code requests that notices of all hearings and conferences and service of all papers in the Chapter 7 Case be served upon the undersigned attorney as follows:

> Butler Snow LLP
> 2911 Turtle Creek Blvd., Suite 1400
> Dallas, Texas 75219
> Attention: Martin A. Sosland
> Telephone: (469) 680-5502
> Facsimile: (469) 680-5501
> E-mail: martin.sosland@butlersnow.com

84840652.v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, other documents, and notices whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise filed in the Chapter 7 Case.

RESPECTFULLY SUBMITTED this 7th day of December 2023.

By: */s/ Martin A. Sosland*
MARTIN A. SOSLAND
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

84840652.v1

## CERTIFICATE OF SERVICE

I, Martin A. Sosland, certify that the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated:  December 7, 2023.

*/s/ Martin A. Sosland*
MARTIN A. SOSLAND

84840652.v1