# EXHIBIT C
# 4352Account Feb 2022

# PROSPERITY BANK

| | |
|---|---|
| Statement Date | 2/28/2022 |
| Account No | ****4352 |
| | Page 1 of 2 |

GOODMAN NETWORKS INC
CONTROLLED DISBURSEMENT ACCOUNT
2801 NETWORK BLVD STE 300
FRISCO TX 75034

20860

## STATEMENT SUMMARY — TX Account Analysis Account No ****4352

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 02/01/2022 | Beginning Balance | | | | $20,656,103.52 |
| | 7 | Deposits/Other Credits | | + | $4,801,360.19 |
| | 3 | Checks/Other Debits | | - | $19,282,060.00 |
| 02/28/2022 | Ending Balance | 28 | Days in Statement Period | | $6,175,403.71 |
| | Total Enclosures | | | | 1 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/03/2022 | ACH Deposit FEDEX SUPPLY CHA 020222ACHU 2297622 11100002 | $2,313,243.07 |
| 02/07/2022 | ACH Deposit FEDEX SUPPLY CHA 020422ACHU 2307739 11100002 | $351,698.98 |
| 02/09/2022 | ACH Deposit FEDEX SUPPLY CHA 020822ACHU 2322614 11100002 | $1,395,071.17 |
| 02/11/2022 | ACH Deposit FEDEX SUPPLY CHA 021022ACHU 2334085 11100002 | $11,058.50 |
| 02/16/2022 | ACH Deposit FEDEX SUPPLY CHA 021522ACHU 2350739 11100002 | $710,493.08 |
| 02/18/2022 | ACH Deposit FEDEX SUPPLY CHA 021722ACHU 2360706 11100002 | $15,748.44 |
| 02/18/2022 | Deposit | $4,046.95 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 02/03/2022 | CM Wire Domestic WIRE OUT Hudson Clean Energy Enterprises LLC | $17,032,060.00 |
| 02/18/2022 | CM Wire Domestic WIRE OUT Connor Lee & Shumaker PLLC IOLTA | $250,000.00 |
| 02/24/2022 | CM Wire Domestic WIRE OUT RBC Capital Markets, LLC | $2,000,000.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-01 | $20,656,103.52 | 02-09 | $7,684,056.74 | 02-18 | $8,175,403.71 |
| 02-03 | $5,937,286.59 | 02-11 | $7,695,115.24 | 02-24 | $6,175,403.71 |
| 02-07 | $6,288,985.57 | 02-16 | $8,405,608.32 | | |



0000
101331 : 02086001

MEMBER FDIC    NYSE Symbol "PB"

Goodman_008415

GOODMAN NETWORKS INC  Account No  ****4352

Page 2 of 2



2/18/2022 $4,046.95