**DLA PIPER LLP (US)**
James P. Muenker (TX Bar No. 24002659)
Noah M. Schottenstein (TX Bar No. 24100661)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
noah.m.schottenstein@us.dlapiper.com
james.muenker@us.dlapiper.com

*Counsel for ARRIS Solutions, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | **Relates to Docket Nos. 467 and 468.** |
| | § | |

**JOINDER OF ARRIS SOLUTIONS TO FSCLE'S LIMITED OBJECTION TO THE FIRST INTERIM FEE APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. AND TO FEDEX'S OBJECTION TO TRUSTEE'S MOTION FOR APPROVAL OF CASH COLLATERAL STIPULATION WITH UMB BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE, AND U.S. BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT**

ARRIS Solutions, Inc. joins in *FSCLE's Limited Objection and Reservation of Rights to the First Interim Fee Application of Munsch Hardt Kopf & Harr, P.C.* [Dkt. No. 467] and the *Objection to Trustee's Motion Under Rule 4001(d) for Approval of Cash Collateral Stipulation with UMB Bank, National Association, as Indenture Trustee, and U.S. Bank, National Association, as Collateral Agent* [Dkt. No. 468] (the "FedEx Objections"). In connection therewith, and for avoidance of doubt, ARRIS Solutions, Inc., takes no position on, and reserves all rights, with respect to the issue of whether FSCLE has any rights in the 4352 Account or any funds traceable thereto.

1

ACTIVE\1606100227.1

| | |
|---|---|
| Dated: December 14, 2023 | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Noah M. Schottenstein*<br>Noah M. Schottenstein<br>Texas Bar No. 24100661<br>James P. Muenker<br>Texas Bar No. 24002659<br>1900 North Pearl Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 743-4500<br>Facsimile: (214) 743-4545<br>Email: noah.m.schottenstein@us.dlapiper.com<br>          james.muenker@us.dlapiper.com<br><br>*Counsel for ARRIS Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I, Noah M. Schottenstein, certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically in this case.

Dated: December 14, 2023

*/s/ Noah M. Schottenstein*
Noah M. Schottenstein

ACTIVE\1606100227.1