

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 12, 2023**

United States Bankruptcy Judge

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Goodman Networks, Inc. | § | Case No.: 22−31641−mvl7 |
| Goodman Networks Inc d/b/a Goodman Solutions | § | Chapter No.: 7 |
| Debtor(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Daniel W. Van Horn**, to represent Fedex Supply Chain Logistics & Electronics, Inc., related to document 464, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 22-31641-mvl
Goodman Networks, Inc. Chapter 7
Goodman Networks Inc d/b/a Goodman Solut
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 6
Date Rcvd: Dec 13, 2023      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

**Recip ID**      **Recipient Name and Address**
aty      + Daniel W. Van Horn, Butler Snow, LLP, 6075 Poplar Avenue, Ste 500, Memphis, TN 38119-0102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

**Name**      **Email Address**

Adam M. Langley
     on behalf of Defendant Fedex Supply Chain Logistics & Electronics Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com

Adam M. Langley
     on behalf of Creditor HCL America Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com

Adam M. Langley
     on behalf of Creditor Glympse Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com

Adam M. Langley
     on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. adam.langley@butlersnow.com, ECF.Notices@butlersnow.com;mary.elam@butlersnow.com;rosalind.pryor@butlersnow.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Anna Kochut MacFarlane
    on behalf of Defendant People NQ Inc. amacfarlane@pulmanlaw.com

Anna Kochut MacFarlane
    on behalf of Defendant James Goodman amacfarlane@pulmanlaw.com

Anna Kochut MacFarlane
    on behalf of Defendant JJC & People LLC amacfarlane@pulmanlaw.com

Anna Kochut MacFarlane
    on behalf of Interested Party James Goodman amacfarlane@pulmanlaw.com

Anna Kochut MacFarlane
    on behalf of Defendant GDMN Family Investments 2  LLC amacfarlane@pulmanlaw.com

Beau Butler
    on behalf of Creditor Prosperity Bank bbutler@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Bruce J. Ruzinsky
    on behalf of Creditor Prosperity Bank bruzinsky@jw.com  msalinas@jw.com

Candice Marie Carson
    on behalf of Defendant Fedex Supply Chain Logistics & Electronics  Inc. Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Creditor Fedex Supply Chain Logistics & Electronics  Inc. Candice.Carson@butlersnow.com

Candice Marie Carson
    on behalf of Creditor Frase Protection  Inc. Candice.Carson@butlersnow.com

Cassandra Ann Shoemaker
    on behalf of Creditor East West Bank cshoemaker@mcguirewoods.com  lbayliss@mcguirewoods.com

Catherine Allena Curtis
    on behalf of Interested Party James Frinzi Catherine.curtis@wickphillips.com  brenda.ramirez@wickphillips.com

Conor White
    on behalf of Plaintiff Scott M. Seidel cwhite@munsch.com

Conor White
    on behalf of Trustee Scott M. Seidel cwhite@munsch.com

Courtney Jane Hull
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

David William Parham
    on behalf of Debtor Goodman Networks  Inc. david.parham@akerman.com, esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

David William Parham
    on behalf of Debtor Goodman Networks Inc d/b/a Goodman Solutions david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

David William Parham
    on behalf of Interested Party GNET ATC LLC david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

David William Parham
    on behalf of Interested Party John Goodman david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

Davor Rukavina
    on behalf of Plaintiff Multiband Field Services  Inc. drukavina@munsch.com

Davor Rukavina
    on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com

Davor Rukavina
    on behalf of Plaintiff GNET ATC  LLC drukavina@munsch.com

Davor Rukavina
    on behalf of Attorney Munsch Hardt Kopf & Harr  P.C. drukavina@munsch.com

Davor Rukavina
    on behalf of Trustee Scott M. Seidel drukavina@munsch.com

Davor Rukavina
    on behalf of Plaintiff Scott Seidel drukavina@munsch.com

Dawn Kahle Doherty
    on behalf of Creditor FedEx Freight  Inc. dawn.doherty@fedex.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 3 of 6 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Dean John Siotos
    on behalf of Creditor Insurance Company of the West Dsiotos@IMTexasLaw.com HWarner@IMTexasLaw.com

Derek D. Rollins
    on behalf of Creditor Brad Kozma drollins@shackelford.law jthorn@shackelford.law;jbabin@shackelford.law

Derek D. Rollins
    on behalf of Creditor Scot Brunke drollins@shackelford.law jthorn@shackelford.law;jbabin@shackelford.law

Edward A. Clarkson, III
    on behalf of Interested Party MBG Holdings fka American Metals Recovery and Recycling Inc. edwardclarkson@huntonAK.com

Edward A. Clarkson, III
    on behalf of Interested Party American Metals Recovery and Recycling Inc. edwardclarkson@huntonAK.com

Eric A. Schaffer
    on behalf of Creditor UMB Bank National Association, as indenture trustee eschaffer@stonecipherlaw.com, jdearment@stonecipherlaw.com

Eric M. English
    on behalf of Interested Party 18920 NW 11th LLC eenglish@porterhedges.com emoreland@porterhedges.com;mwebb@porterhedges.com;egarfias@porterhedges.com

Eric Thomas Haitz
    on behalf of Interested Party Hudson Clean Energy Enterprises LLC eric.haitz@bondsellis.com, skoller@gibsondunn.com

Gadson William Perry
    on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. will.perry@butlersnow.com, efiling@butlersnow.com

Garrick Chase Smith
    on behalf of Trustee Scott M. Seidel gsmith@munsch.com

Iain L. C. Kennedy
    on behalf of Interested Party Tiger Athletic Foundation ikennedy@nathansommers.com clemons@nathansommers.com

Jacob M Stephens
    on behalf of Creditor Insurance Company of the West jstephens@imtexaslaw.com dhall@imtexaslaw.com

James Vincequerra
    on behalf of Creditor Mark Keiffer james.vincequerra@alston.com

James Vincequerra
    on behalf of Creditor John Debus james.vincequerra@alston.com

James Vincequerra
    on behalf of Creditor Joseph Hart IV james.vincequerra@alston.com

James Vincequerra
    on behalf of Creditor Anthony Rao james.vincequerra@alston.com

James P. Muenker
    on behalf of Creditor ARRIS Solutions Inc. james.muenker@us.dlapiper.com, james-muenker-0904@ecf.pacerpro.com

James William Bartlett, Jr
    on behalf of Interested Party MBG Holdings fka American Metals Recovery and Recycling Inc. jbartlett@okinadams.com

Jared M. Slade
    on behalf of Creditor Mark Keiffer jared.slade@alston.com Melanie.Mizrahie@alston.com

Jared M. Slade
    on behalf of Creditor John Debus jared.slade@alston.com Melanie.Mizrahie@alston.com

Jared M. Slade
    on behalf of Creditor Joseph Hart IV jared.slade@alston.com, Melanie.Mizrahie@alston.com

Jared M. Slade
    on behalf of Creditor Anthony Rao jared.slade@alston.com Melanie.Mizrahie@alston.com

Jarom Joseph Yates
    on behalf of Interested Party Greater Tech Holdings Inc. jarom.yates@haynesboone.com kim.morzak@haynesboone.com

Jarom Joseph Yates
    on behalf of Interested Party John Goodman jarom.yates@haynesboone.com kim.morzak@haynesboone.com

Jason M. Rudd
    on behalf of Defendant James Frinzi jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Defendant Frinzi Family Trust jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com

Jiangang Ou
    on behalf of Creditor HCL America Inc. jou@archerlaw.com

Case 22-31641-mvl7    Doc 470    Filed 12/15/23    Entered 12/15/23 23:16:28    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0539-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Joseph Marse O'Bell | on behalf of Interested Party American Metals Recovery and Recycling Inc. marse.obell@yahoo.com |
| Joseph Marse O'Bell | on behalf of Interested Party James Frinzi marse.obell@yahoo.com |
| Joseph Webster Golinkin, II | on behalf of Defendant Evelina Pinkhasova jgolinkin@jlcfirm.com |
| Joseph Webster Golinkin, II | on behalf of Defendant Steven Zakharyayev jgolinkin@jlcfirm.com |
| Joseph Webster Golinkin, II | on behalf of Defendant 18920 NW 11th LLC jgolinkin@jlcfirm.com |
| Julian Preston Vasek | on behalf of Trustee Scott M. Seidel jvasek@munsch.com hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Plaintiff Multiband Field Services Inc. jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Plaintiff GNET ATC LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Kathleen Marie LaManna | on behalf of Interested Party U.S. Bank National Association as Collateral Agent, klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Keith Miles Aurzada | on behalf of Creditor UMB Bank National Association, as indenture trustee kaurzada@reedsmith.com, anixon@reedsmith.com;mcooley@reedsmith.com;lrobin@reedsmith.com;ahinson@reedsmith.com |
| Leslie Sara Hyman | on behalf of Defendant GDMN Family Investments 2 LLC lhyman@pulmanlaw.com, dvanoutryve@pulmanlaw.com;mvilla@pulmanlaw.com |
| Leslie Sara Hyman | on behalf of Defendant People NQ Inc. lhyman@pulmanlaw.com dvanoutryve@pulmanlaw.com;mvilla@pulmanlaw.com |
| Leslie Sara Hyman | on behalf of Defendant JJC & People LLC lhyman@pulmanlaw.com dvanoutryve@pulmanlaw.com;mvilla@pulmanlaw.com |
| Leslie Sara Hyman | on behalf of Defendant James Goodman lhyman@pulmanlaw.com dvanoutryve@pulmanlaw.com;mvilla@pulmanlaw.com |
| Leslie Sara Hyman | on behalf of Interested Party James Goodman lhyman@pulmanlaw.com dvanoutryve@pulmanlaw.com;mvilla@pulmanlaw.com |
| Martin A. Sosland | on behalf of Defendant Fedex Supply Chain Logistics & Electronics Inc. martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. martin.sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew S. Okin | on behalf of Interested Party American Metals Recovery and Recycling Inc. mokin@okinadams.com teaston@okinadams.com |
| Matthias Kleinsasser | on behalf of Defendant Goodman Networks Inc. d/b/a Goodman Solutions mkleinsasser@winstead.com, wkay@winstead.com |
| Matthias Kleinsasser | on behalf of Plaintiff ARRIS Solutions Inc. mkleinsasser@winstead.com, wkay@winstead.com |
| Michael Conway | on behalf of Creditor Wistron Neweb Corporation mconway@lpgmlaw.com |
| Michael A Cancienne | on behalf of Defendant 18920 NW 11th LLC mcancienne@jlcfirm.com |
| Michael A Cancienne | on behalf of Defendant Evelina Pinkhasova mcancienne@jlcfirm.com |
| Michael A Cancienne | on behalf of Defendant Steven Zakharyayev mcancienne@jlcfirm.com |
| Michael J. Quilling | on behalf of Plaintiff Scott M. Seidel Trustee mquilling@qslwm.com, jadams@qslwm.com |

Case 22-31641-mvl7 Doc 470 Filed 12/15/23 Entered 12/15/23 23:16:28 Desc
Imaged Certificate of Notice  Page 6 of 7

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 5 of 6 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Michael J. Quilling | on behalf of Trustee Scott M. Seidel mquilling@qslwm.com jadams@qslwm.com |
| Noah Mariano Schottenstein | on behalf of Creditor ARRIS Solutions Inc. noah.schottenstein@us.dlapiper.com |
| Noah Mariano Schottenstein | on behalf of Defendant James Goodman noah.schottenstein@us.dlapiper.com |
| Noah Mariano Schottenstein | on behalf of Plaintiff ARRIS Solutions Inc. noah.schottenstein@us.dlapiper.com |
| Noah Mariano Schottenstein | on behalf of Defendant Goodman Networks Inc. d/b/a Goodman Solutions noah.schottenstein@us.dlapiper.com |
| Paul M. Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR-COLLECTOR bankruptcy@abernathy-law.com |
| Paul N Silverstein | on behalf of Creditor JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund L.P. paulsilverstein@huntonak.com |
| Paul N Silverstein | on behalf of Creditor JLP Institutional Credit Master Fund LP paulsilverstein@huntonak.com |
| Paul N Silverstein | on behalf of Creditor Alimco Re Ltd. paulsilverstein@huntonak.com |
| Paul N Silverstein | on behalf of Creditor JLP Credit Opportunity Master Fund Ltd. paulsilverstein@huntonak.com |
| Paul T. Elkins | on behalf of Defendant Multiband Global Resources LLC paul.elkins@wickphillips.com, McKenzie.Farley@WickPhillips.com |
| Paul T. Elkins | on behalf of Defendant James Frinzi paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com |
| Paul T. Elkins | on behalf of Defendant Frinzi Family Trust paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com |
| Philip Michael Guffy | on behalf of Creditor UMB Bank National Association, as indenture trustee pguffy@huntonak.com |
| Philip Michael Guffy | on behalf of Creditor JLP Institutional Credit Master Fund LP pguffy@huntonak.com |
| Philip Michael Guffy | on behalf of Creditor Alimco Re Ltd. pguffy@huntonak.com |
| Philip Michael Guffy | on behalf of Creditor JLP Credit Opportunity Master Fund Ltd. pguffy@huntonak.com |
| Philip Michael Guffy | on behalf of Creditor The Majority Noteholder Group pguffy@huntonak.com |
| Philip Michael Guffy | on behalf of Creditor JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund L.P. pguffy@huntonak.com |
| Randall A. Pulman | on behalf of Defendant Unified Field Services Inc. rpulman@pulmanlaw.com, jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Randall A. Pulman | on behalf of Defendant JJC & People LLC rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Randall A. Pulman | on behalf of Defendant GDMN Family Investments 2 LLC rpulman@pulmanlaw.com, jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Randall A. Pulman | on behalf of Interested Party James Goodman rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Randall A. Pulman | on behalf of Defendant James Goodman rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Randall A. Pulman | on behalf of Defendant People NQ Inc. rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com |
| Robert Campbell Hillyer | on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. cam.hillyer@butlersnow.com |
| Robert Campbell Hillyer | on behalf of Defendant Fedex Supply Chain Logistics & Electronics Inc. cam.hillyer@butlersnow.com |

| District/off: 0539-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Robert R Debes, Jr
    on behalf of Creditor Chantry Quinney bdebes@eeoc.net

Robert R Debes, Jr
    on behalf of Creditor Brandon Ray bdebes@eeoc.net

Sahrish Khan Soleja
    on behalf of Defendant James Goodman ssoleja@winstead.com wkay@winstead.com

Sarah M. Cox
    on behalf of Creditor Adam Bedoian sarah@spectorcox.com
    sarah@ecf.courtdrive.com,ahawkins@spectorcox.com,sshank@spectorcox.com,spectorcox@jubileebk.net

Sarah M. Cox
    on behalf of Creditor Leila Bedoian sarah@spectorcox.com
    sarah@ecf.courtdrive.com,ahawkins@spectorcox.com,sshank@spectorcox.com,spectorcox@jubileebk.net

Scott M. Seidel
    on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
    scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Susan B. Hersh
    on behalf of Creditor Russell F Nelms susan@susanbhershpc.com assistant@susanbhershpc.com

Thomas Daniel Berghman
    on behalf of Trustee Scott M. Seidel tberghman@munsch.com
    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
    on behalf of Plaintiff Scott Seidel tberghman@munsch.com
    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Victoria N Argeroplos
    on behalf of Creditor Prosperity Bank vargeroplos@jw.com kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com;steso@jw.com

TOTAL: 122