# TIME AND BILLING EXPENSE REPORT

Page No: 1

| | |
|---|---|
| Case No.: | 22-31641-MVL |
| Case Name: | GOODMAN NETWORKS, INC. |
| Start Date: | 1/2/2023 |
| End Date: | 12/22/2023 |

Trustee Name: Scott M. Seidel

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant : Scott M. Seidel** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **CLERICAL** | | | | | |
| 09/11/2023 | $75.000 | 0.20 | $15.00 | $15.00 | Billable |
| Description: Prepare Interim Report pursuant to Clerk's request | | | | | |
| | | CLERICAL Total: | $15.00 | $15.00 | |
| **OTHER** | | | | | |
| 04/04/2023 | $22.000 | 1.00 | $22.00 | $22.00 | Billable |
| Description: | | | | | |
| | | OTHER Total: | $22.00 | $22.00 | |
| **POSTAGE** | | | | | |
| 11/28/2023 | $90.000 | 2.00 | $180.00 | $180.00 | Billable |
| Description: mailbox charge for goodman | | | | | |
| | | POSTAGE Total: | $180.00 | $180.00 | |
| **TOLL** | | | | | |
| 03/24/2023 | $6.000 | 2.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| 04/04/2023 | $6.000 | 2.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| 04/25/2023 | $6.000 | 2.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| 06/28/2023 | $6.000 | 4.00 | $24.00 | $24.00 | Billable |
| Description: | | | | | |
| 07/13/2023 | $6.000 | 2.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| 07/26/2023 | $6.000 | 2.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| 12/22/2023 | $6.000 | 2.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| | | TOLL Total: | $96.00 | $96.00 | |
| **TRAVEL** | | | | | |
| 03/13/2023 | $82.500 | 1.00 | $82.50 | $82.50 | Billable |
| Description: airport transportation | | | | | |
| 03/24/2023 | $0.580 | 44.00 | $25.52 | $25.52 | Billable |
| Description: | | | | | |
| 03/24/2023 | $1.000 | 12.00 | $12.00 | $12.00 | Billable |
| Description: parking | | | | | |
| 04/04/2023 | $0.580 | 32.00 | $18.56 | $18.56 | Billable |
| Description: airport | | | | | |
| 06/21/2023 | $519.810 | 1.00 | $519.81 | $519.81 | Billable |
| Description: air to mem to meet Fed x | | | | | |
| 06/27/2023 | $0.580 | 40.00 | $23.20 | $23.20 | Billable |
| Description: airport | | | | | |
| 06/28/2023 | $25.000 | 1.00 | $25.00 | $25.00 | Billable |
| Description: parking | | | | | |
| 07/12/2023 | $0.580 | 40.00 | $23.20 | $23.20 | Billable |
| Description: court | | | | | |
| 07/13/2023 | $9.000 | 1.00 | $9.00 | $9.00 | Billable |
| Description: parking | | | | | |
| 07/26/2023 | $0.580 | 32.00 | $18.56 | $18.56 | Billable |
| Description: mediation | | | | | |

Page No: 2

## TIME AND BILLING
## EXPENSE REPORT

| | |
|---|---|
| Case No.: | 22-31641-MVL |
| Case Name: | GOODMAN NETWORKS, INC. |
| Start Date: | 1/2/2023 |
| End Date: | 12/22/2023 |

Trustee Name
Scott M. Seidel

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| 12/20/2023 | $0.580 | 44.00 | $25.52 | $25.52 | Billable |
| Description: | | | | | |
| 12/22/2023 | $1.000 | 16.00 | $16.00 | $16.00 | Billable |
| Description: parking | | | | | |
| 12/22/2023 | $0.580 | 44.00 | $25.52 | $25.52 | Billable |
| Description: | | | | | |
| 12/22/2023 | $12.000 | 1.00 | $12.00 | $12.00 | Billable |
| Description: | | | | | |
| | | TRAVEL Total: | $836.39 | $836.39 | |
| | | Project Category Total: | $1,149.39 | $1,149.39 | |
| | | Matter Code Total: | $1,149.39 | $1,149.39 | |
| | | EXPENSE SUMMARY: | $1,149.39 | | |