

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 22, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. AND AUTHORIZING INTERIM PAYMENT TOWARDS SAME**

CAME ON FOR HEARING on the 21st day of December, 2023, the *First Interim Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fees and Reimbursement of Expenses as General Counsel to Trustee and Request for Partial Payment of Same* [docket no. 446] (the "Application"), filed by Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), general counsel to Scott M. Seidel (the "Trustee"), the duly appointed trustee for the estate (the "Estate") of Goodman Networks, Inc. (the "Debtor") in the above-styled bankruptcy case (the "Bankruptcy Case"). Finding that service and notice of the Application and the hearing thereof were sufficient and appropriate and, for the reasons stated on the record, that the Application should be approved, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that Munsch Hardt is ALLOWED, on an interim basis and subject to final allowance upon the filing of a final application, fees in the amount of $1,459,254.50 and expenses in the amount of $79,795.92 (together, the "Interim Award"), for the period of December 18, 2022 through October 31, 2023; it is further

ORDERED that Munsch Hardt is authorized to immediately apply its $120,000.00 retainer towards the Interim Award, subject to full disgorgement; it is further

ORDERED that the Trustee is authorized to, and shall, pay to Munsch Hardt $300,000.00 no later than December 28, 2023, towards the Interim Award, from the funds the subject of the *Trustee's Motion Under Rule 4001(d) for Approval of Cash Collateral Stipulation with UMB Bank, National Association, as Indenture Trustee, and U.S. Bank, National Association, as Collateral Agent* [docket no. 452], and any interim order thereon, subject to all protections in any such order, and which payment shall be subject to full disgorgement; it is further

ORDERED that, provided that the Court enter an order granting in full the *Trustee's Second Amended Motion Under Bankruptcy Rule 9019 for Approval of Settlement and Compromise with Prosperity Bank and UMB Bank, National Association* [docket no. 300], and such order is not stayed, and the Trustee actually receives the payments provided for in such order, then the Trustee is authorized to, and shall, pay to Munsch Hardt an additional $300,000.00 from such payment, towards the Interim Award, subject to full disgorgement; it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible related to this Order, including to enforce any and all disgorgement under this Order or otherwise.

### END OF ORDER ###