Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| GOODMAN NETWORKS, INC., § | |
| § | Case No. 22-31641-mvl-7 |
| Debtor. § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has set a hearing (the "**Hearing**") on **January 17, 2024, at 2:00 p.m.** (prevailing Central Time) on the *Trustee's Expedited Motion for Order Approving Mediation and Authorizing Payment of Mediation Costs* [Docket No. 478] (the "Motion").

The Hearing will be held in person before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242.

**RESPECTFULLY SUBMITTED** this 16th day of January, 2024.

        **MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Conor White*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
tberghman@munsch.com
cwhite@munsch.com

**ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 16th day of January, 2024, true and correct copies of this Notice were electronically served by the Court's ECF system on parties entitled to notice in this case and that, additionally, on the same date he caused true and correct copies of this notice to be served by U.S. first class mail, postage prepaid, on all parties in the attached service list.

        By: */s/ Conor White*
        Conor White