IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>GOODMAN NETWORKS, INC. and GOODMAN NETWORKS, INC. *dba* Goodman Solutions<br><br>DEBTOR. | §<br>§<br>§ CASE NO: 22-31641-mvl-7<br>§<br>§ Chapter 7<br>§<br>§<br>§ |

### TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that litigation is ongoing.

                                                                  Respectfully Submitted,

                                                                   */s/ Scott M. Seidel*
                                                              Scott M. Seidel

                                                              6505 W. Park Blvd., Suite 306
                                                              Plano, Texas 75093
                                                              Telephone: (214) 234-2500
                                                              scott@scottseidel.com
                                                              CHAPTER 7 TRUSTEE