Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court has set a hearing (the "**Hearing**") on **March 4, 2024, at 10:30 a.m.** (prevailing Central Time) on the *Trustee's Emergency Motion to Sell Estate Property via Private Sale Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363(f)* [Docket No. 499] (the "Motion").

The Hearing will be held in a hybrid format before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242, or via the following WebEx link. Judge Larson's WebEx instructions can be found at https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1-650-479-3207; Access code: 160 135 6015

**RESPECTFULLY SUBMITTED** this 29th day of February, 2024.

                        **MUNSCH HARDT KOPF & HARR, P.C.**

By:   */s/ Conor White*
      Davor Rukavina, Esq.
      Texas Bar No. 24030781
      Thomas D. Berghman, Esq.
      Texas Bar No. 24082683
      Conor P. White, Esq.
      Texas Bar No. 24125722
      500 North Akard St., Ste. 3800
      Dallas, Texas 75201
      Telephone: (214) 855-7500
      Facsimile: (214) 978-4375
      drukavina@munsch.com
      tberghman@munsch.com
      cwhite@munsch.com

**ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that, on this the 29th day of February, 2024, true and correct copies of this Notice were electronically served by the Court's ECF system on parties entitled to notice in this case and that, additionally, on the same date he caused true and correct copies of this notice to be served by U.S. first class mail, postage prepaid, on all parties in the attached service list, and on the parties listed below.

18920 NW 11th, LLC
c/o JORDAN, LYNCH & CANCIENNE PLLC
Michael Cancienne
Joseph W. Golinkin II
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056

Newco DE 22, Inc.,
c/o Registered Agent, Inc.,
8 The Green, Suite A,
Dover, DE, 19901

Techdash Telecom, LLC
c/o Capitol Corporate Services, Inc.,
1501 S Mopac Expressway, Suite 220,
Austin, Texas 78746

                                                By: */s/ Conor White*
                                                     Conor White