Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

GENERAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, has scheduled a hearing to consider the *Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Multi-Party Settlement Regarding Property of the Estate*, to be held on **March 27, 2024 at 9:30 a.m.**, before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge.  The hearing shall be hybrid: in person at 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242, or via the following WebEx link:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1-650-479-3207
Access code: 160 135 6015

Please see the attached WebEx Hearing Instructions for additional information regarding any virtual appearance.

RESPECTFULLY SUBMITTED this 29th day of February, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
　　Davor Rukavina, Esq.
　　Texas Bar No. 24030781
　　Thomas D. Berghman, Esq.
　　Texas Bar No. 24082683
　　500 N. Akard Street, Suite 3800
　　Dallas, Texas 75201-6659
　　Telephone: (214) 855-7500
　　Facsimile: (214) 855-7584

**GENERAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that, on this the 29th day of February, 2024, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof and that, on the same day, he caused true and correct copies of this document to be served by U.S. first class mail, postage prepaid, on the parties listed on the attached Service List.

　　　　　　　　　　　　　　　　　By: /s/ Davor Rukavina
　　　　　　　　　　　　　　　　　　　　Davor Rukavina, Esq.

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2023-05 issued by the Court on September 19, 2023, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-

"courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.