Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S EXHIBIT**
**LIST FOR HEARING ON MARCH 4, 2024**

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submits this Exhibit List for the hearing (the "Hearing"), currently scheduled for **March 4, 2024 at 10:30 a.m.** in connection with the *Trustee's Emergency Motion to Sell Estate Property via Private Sale Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363(f)* (the "Motion") [Dkt. No. 499].

**EXHIBITS**

The Trustee designates the following exhibits that may be used at the Hearing:

1. *Bill of Sale*

2. *Composite Master Services Agreement for Support and Services By and Between Tiger Athletic Foundation and Goodman Networks and the License Agreement By and Between Tiger Athletic Foundation and Goodman Networks, Inc.*

3. *Offers to Decommission DAS By Frischhertz Electric Co., Inc. and GM Cable Contractors, Inc.*

1

4. *Goodman Solutions' LSU DAS Ownership and Maintenance LOI to Tiger Athletic Foundation*

5. *Declaration of Scott Seidel in Support of the Motion*

The Trustee further cross-designates any other witness or exhibit offered by any party at the Hearing. The Trustee reserves the right to use any exhibits or to cross examine any other witness presented by any other party. The Trustee reserves the right to amend and/or supplement this exhibit list. The Trustee also reserves the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

RESPECTFULLY SUBMITTED this 3rd day of March, 2024.

By: */s/ Thomas Berghman*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com

*Counsel for Scott M. Seidel, Trustee*