**BUTLER SNOW LLP**
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
Danny Van Horn (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

and

Martin A. Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com
martin.sosland@butlersnow.com

*Counsel for FedEx Supply Chain*
*Logistics & Electronics, Inc.*

**DLA PIPER LLP (US)**
James Muenker (TX Bar No. 24002659)
Noah M. Schottenstein (TX Bar No. 24100661)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
noah.m.schottenstein@us.dlapiper.com
james.muenker@us.dlapiper.com

*Counsel for ARRIS Solutions, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | **Relates to Docket No. 494** |
| | § | |

## JOINT NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that FedEx Supply Chain Logistics & Electronics, Inc. and ARRIS Solutions, Inc. ("Appellants"), each a creditor and party in interest in the above-captioned chapter 7 case, by and through the undersigned attorneys, pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8003, appeal the Bankruptcy Court's *Amended Order Granting the Trustee's Second Amended Motion to Compromise Controversy*

1

entered on February 7, 2024 (ECF No. 494, amending ECF No. 493, the "Amended Order"). A true and correct copy of the Amended Order is attached as Exhibit A.

The names of all parties and persons[1] to the appeal, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

(1) FedEx Supply Chain Logistics & Electronics, Inc., as Appellant, represented by:

BUTLER SNOW LLP
Adam M. Langley
R. Campbell Hillyer
Danny Van Horn
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com
cam.hillyer@butlersnow.com

and

Martin A. Sosland
Candice Carson
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com
martin.sosland@butlersnow.com

(2) ARRIS Solutions, Inc., as Appellant, represented by:

DLA PIPER LLP (US)
James Muenker
Noah M. Schottenstein
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
noah.m.schottenstein@us.dlapiper.com
james.muenker@us.dlapiper.com

---

[1] Appellants identify the persons that the Bankruptcy Court identified as parties to the Amended Order. Appellants' identification of such persons in this Notice of Appeal is not an admission or waiver of any standing argument on such persons' rights in the appeal, and Appellants state that only Mr. Scott M. Seidel, as chapter 7 trustee, is a proper party appellee.

(3) Scott M. Seidel, the duly appointed chapter 7 trustee, as Appellee, represented by:

SEIDEL LAW FIRM
Scott M. Seidel
6505 W. Park Blvd., Suite 306
Plano, TX 75093
Telephone: (214) 234-2500
scott@scottseidel.com

and

MUNSCH HARDT KOPF & HARR, PC
Davor Rukavina
Thomas D. Berghman
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7587
drukavina@munsch.com
tberghman@munsch.com

and

Brenda L. Funk
700 Milam St., Suite 800
Houston, TX 77002
Telephone: (713) 222-5832
bfunk@musch.com

(4) Prosperity Bank represented by:

JACKSON WALKER LLP
Victoria Argeroplos
Bruce Ruzinsky
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4334
vargeroplos@jw.com
bruzinsky@jw.com

(5) U.S. Bank National Association, as Collateral Agent, represented by:

SHIPMAN & GOODWIN LLP
Kathleen M. LaManna
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000

        klamanna@goodwin.com

(6)      UMB Bank, National Association, as Indenture Trustee, represented by:

HUNTON ANDREWS KURTH LLP
Paul N. Silverstein
Brian Clarke
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
psilverstein@huntonak.com
brianclarke@huntonak.com

and

Philip M. Guffy
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
pguffy@huntonak.com

(7)      Majority Noteholder Group [2] represented by:

HUNTON ANDREWS KURTH LLP
Paul N. Silverstein
Brian Clarke
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
psilverstein@huntonak.com
brianclarke@huntonak.com

and

Philip M. Guffy
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
pguffy@huntonak.com

---

[2] The Majority Noteholder Group consists of beneficial holders of a majority of the 8% Senior Secured notes due 2022 issued by Goodman Networks, Inc., including creditors JLP Credit Opportunity Master Fund Ltd., JLP Credit Opportunity IDF Series Interests of the SALI Multi-Series Fund, L.P., JLP Institutional Credit Master fund LP and Alimco Re Ltd.

Dated: March 12, 2024

Respectfully submitted,

| **DLA PIPER LLP (US)** | **BUTLER SNOW LLP** |
|---|---|
| */s/ James Muenker* <br> James Muenker (TX Bar No. 24002659) <br> Noah M. Schottenstein (TX Bar No. 24100661) <br> 1900 N. Pearl Street, Suite 2200 <br> Dallas, Texas 75201 <br> Telephone: (214) 743-4500 <br> noah.m.schottenstein@us.dlapiper.com <br> james.muenker@us.dlapiper.com <br><br> *Counsel for ARRIS Solutions, Inc.* | */s/ Adam M. Langley* <br> Adam M. Langley (admitted *pro hac vice*) <br> R. Campbell Hillyer (admitted *pro hac vice*) <br> Danny Van Horn (admitted pro hac vice) <br> 6075 Poplar Avenue, Suite 500 <br> Memphis, TN  38119 <br> Telephone: (901) 680-7316 <br> adam.langley@butlersnow.com <br> cam.hillyer@butlersnow.com <br> danny.vanhorn@butlersnow.com <br><br> and <br><br> Martin A. Sosland (TX Bar No. 18855645) <br> Candice Carson (TX Bar No. 24074006) <br> 2911 Turtle Creek Blvd., Suite 1400 <br> Dallas, Texas 75219 <br> Telephone: (469) 680-5502 <br> candice.carson@butlersnow.com <br> martin.sosland@butlersnow.com <br><br> *Counsel for FedEx Supply Chain Logistics & Electronics, Inc.* |

## CERTIFICATE OF SERVICE

I, Adam M. Langley, certify that the foregoing notice of appeal was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically in this case.

Dated: March 12, 2024

*/s/ Adam M. Langley*