Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

SPECIAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641-mvl-7 |
| Debtor. | § § | |

**TRUSTEE'S WITNESS AND EXHIBIT**
**LIST FOR HEARING ON MARCH 27, 2024**

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submit this Witness and Exhibit List for the hearing (the "Hearing"), currently scheduled for **March 27, 2024 at 9:30 a.m.** in connection with the *Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Multi-Party Settlement Regarding Property of the Estate* [Docket No. 502].

**WITNESSES**

The Trustee designates the following individuals who may be called as witnesses at the Hearing:

1. Scott M. Seidel

2. Michael J. Quilling

The Trustee reserves the right to call any witnesses designated or called by any other party. The Trustee also reserves the right to call unlisted witnesses for impeachment or rebuttal.

1

**EXHIBITS**

The Trustee designates the following exhibits that may be used at the Hearing:

A. *Complaint*; *FedEx Supply Chain Logistics & Electronics Inc. v. Goodman et al.* filed in the District Court for the Northern District of Texas, Case Number 3:23-cv-02397 [Docket No. 1]

B. *First Amended Complaint*; *FedEx Supply Chain Logistics & Electronics Inc. v. Goodman et al.* filed in the District Court for the Northern District of Texas, Case Number 3:23-cv-02397 [Docket No. 70]

C. *Claim of ARRIS Solutions, Inc.* [Claim No. 29-1]

D. *Claim of FedEx Supply Chain Logistics & Electronics, Inc.* [Claim No. 32-1]

E. *Claim of UMB Bank, National Association, as Bondholder Trustee* [Claim No. 13-2]

F. *Claim of U.S. Bank Trust Company, as Collateral Agent* [Claim No. 14-1]

G. *Claim of U.S. Bank, National Association, as Collateral Agent* [Claim No. 25-1]

H. *Indenture for Goodman Networks, Inc. 8.000% Senior Secured Notes Due 2022*

I. *Global Note*

J. *Pledge and Security Agreement*

K. *Fourth Supplemental Indenture*

L. *DACA for Prosperity Account No. 3992*

M. *Notice of Exclusive Control re: Prosperity Account No. 3992*

The Trustee further cross-designates any other exhibit offered by any party at the Hearing. The Trustee reserves the right to use any exhibits presented by any other party. The Trustee reserves the right to amend and/or supplement this exhibit list. The Trustee also reserves the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

RESPECTFULLY SUBMITTED this 25th day of March, 2024.

By: */s/ Davor Rukavina*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com

*Special Counsel to Scott M. Seidel, Trustee*