IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>Debtor. | Case No. 22-31641-mvl-7 |

**18920 NW 11TH LLC, STEVEN ZAKHARYAYEV, EVALINA PINKHASOVA, HUDSON CLEAN ENERGY ENTERPRISES, LLC, ALLIANCE TEXAS HOLDINGS, LLC, NEIL Z. AUERBACH, JUDITH AUERBACH, AUERBACH PARTNERS, L.P., AUERBACH CHILDREN'S DYNASTY TRUST U/A/D OCTOBER 9, 2012 AND AUERBACH FAMILY DYNASTY TRUST U/A/D OCTOBER 9, 2012'S WITNESS AND EXHIBIT LISTS**

COMES NOW, 18920 NW 11th, LLC; Steven Zakharyayev; Evelina Pinkhasova; Hudson Clean Energy Enterprises, LLC; Alliance Texas Holdings, LLC; Neil Z. Auerbach; Judith Auerbach; Auerbach Partners, L.P.; Auerbach Children's Dynasty Trust u/a/d October 9, 2012; and Auerbach Family Dynasty Trust u/a/d October 9, 2012 (together, "Moving Defendants") hereby respectfully submit this Witness and Exhibit List for the hearing (the "Hearing") in connection with the *Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Multi-Party Settlement Regarding Property of the Estate* [Docket No. 502].

## WITNESSES

The Moving Defendants designate the following individuals who may be called as witnesses:

1. Scott Seidel
   c/o Davor Rukavina, Esq.
   Thomas D. Berghman, Esq.
   MUNSCH HARDT KOPF & HARR, P.C.
   3800 Ross Tower
   500 N. Akard Street
   Dallas, Texas 75201
   Telephone: (214) 855-7500
   Facsimile: (214) 855-7584

    2. Michael J. Quilling
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street
Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

## **EXHIBITS**

The Moving Defendants designate the following exhibits that may be used:

| Exhibit # | Description | Proceeding |
|---|---|---|
| 1. | Settlement Term Sheet (Revised) | 22-31641-mvl7 |
| 2. | FedEx Original Complaint | 3:23-cv-02397-S |
| 3. | FedEx First Amended Complaint | 3:23-cv-02397-S |
| 4. | Trustee's Original Complaint | 23-03091-mvl |

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

*/s/ Michael Cancienne*
Michael Cancienne
Texas Bar No. 24055256
Caroline Carter
Texas Bar No. 24078318
Joseph ("Jeb") W. Golinkin II
Texas Bar No. 24087596
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713.955.4025
Facsimile: 713.955.9644
mcancienne@jlcfirm.com
ccarter@jlcfirm.com
jgolinkin@jlcfirm.com

COUNSEL FOR MOVING DEFENDANTS

## **CERTIFICATE OF SERVICE**

This certifies that a copy of the above and foregoing was sent to the following counsel of record by CM/ECF on March 27, 2024:

*/s/ Michael Cancienne*
Michael Cancienne