BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions<br><br>DEBTOR | [502] Motion to compromise controversy with Multi–Party Settlement Concerning Property of the Estate. Filed by Trustee Scott M. Seidel | Case # 22–31641–mvl7 |

**TYPE OF HEARING**

Trustee Scott M. Seidel                                    *VS*

**PLAINTIFF / MOVANT**                                                                 **DEFENDANT / RESPONDENT**


Davor Rukavina

**ATTORNEY**                                                                                              **ATTORNEY**


**EXHIBITS**

TRUSTEE EXHIBITS A–M (SEE DKT # [516]).

_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____


| Hawaii Jeng | 3/27/2024 | Michelle V. Larson |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |