Randall A. Pulman – State Bar No. 16393250
Leslie Sara Hyman – State Bar No. 00798274
Byron L. LeFlore, Jr. - State Bar No.12161070
Anna K. MacFarlane – State Bar No. 24116701
**PULMAN CAPPUCCIO & PULLEN, LLP**
2161 NW Military Hwy., Suite 400
San Antonio, Texas  78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
rpulman@pulmanlaw.com
lhyman@pulmanlaw.com
bleflore@pulmanlaw.com
amacfarlane@pulmanlaw.com

**COUNSEL FOR JAMES E. GOODMAN
AND JAMES S. GOODMAN**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-31641 (MVL) |
| GOODMAN NETWORKS, INC., | § | |
| | § | |
| *Debtor*. | § | |
| | § | Chapter 7 |

### NOTICE OF HEARING ON
### JAMES E. GOODMAN AND JAMES S. GOODMAN'S MOTION FOR LIMITED RELIEF
### FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) [RELATING TO DKT. NO. 542]

PLEASE TAKE NOTICE that the Court has set a hearing ("**Hearing**") on **June 20, 2024 at 9:30a.m. (prevailing Central Time)** on *James E. Goodman's and James S. Goodman's Motion for Limited Relief from the Automatic Stay under 11 U.S.C. § 362(d)(1)* [Dkt. No. 542] ("**Motion**").

The Hearing shall be held in-person only before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, Courtroom No. 2, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242.

– 1 –

4873-3523-9872, v. 1

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com
    Byron L. LeFlore, Jr.
    Texas State Bar No. 12161070
    bleflore@pulmanlaw.com
    Anna K. MacFarlane
    Texas State Bar No. 24116701
    amacfarlane@pulmanlaw.com

**ATTORNEYS FOR**
**JAMES E. GOODMAN AND JAMES S. GOODMAN**

4873-3523-9872, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2024, a true and correct copy of the foregoing document was served by the Court's ECF noticing system on all parties that consent to such service via electronic filing.

Further, the following insurance companies were served via U.S. First Class mail:

*And via email: jlipps@baileycav.com*
Joseph M. Lipps
Bailey Cavalieri LLC
10 W. Broad Street, Ste. 2100
Columbus, OH 43215-3422

*And via email: jennifer.miller@chubb.com*
Jennifer Miller
Chubb Insurance
120 5th Ave #2200
Pittsburgh, PA, 15222-3000

Westchester Fire Insurance Company
c/o CT Corporation System
289 Culver Street
Lawrenceville, GA 30046

Federal Insurance Company
c/o CT Corporation System
334 North Senate Ave.
Indianapolis, IN 46204

QBE Insurance Corporation
c/o CT Corporation System
600 North Second Street, Suite 401
Harrisburg, PA 17101

Chubb, Financial Lines
Attn: Chief Underwriting Officer
1133 Ave. of the Americas, 32nd Floor
New York NY 10036

Chubb
P.O. Box 5105
Scranton, PA 18505-0518

The Hanover Insurance Company
P.O. Box 15145
Worcester, MA 01615

Open Brokerage Global Specialty Lines
CNA Insurance Company
125 Broad Street - 8th Floor
New York, NY 10004

CNA - Claims Reporting
P.O. Box 8317
Chicago, IL 60680-8317

QBE Insurance Corporation
Attn: Underwriting
55 Water Street
New York, NY 10041

QBE Insurance Corporation
Attn: The Claims Manager
55 Water Street
New York, NY 10041

Chubb Group of Insurance Companies
Attn: Chubb Underwriting Department
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Chubb Group of Insurance Companies
Attn: Claims Department
82 Hopmeadow St.
Simsbury, CT 06070-7683

*/s/Randall A. Pulman*
Randall A. Pulm

4873-3523-9872, v. 1