# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 22-31641-mv17 |
| | ) |
| GOODMAN NETWORKS, INC., | ) Chapter 7 |
| | ) |
| Debtor. | ) |

### NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF COURTS, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective June 5, 2024, counsel for UMB Bank, National Association, as indenture trustee, Eric A. Schaffer, and the STONECIPHER LAW FIRM has a new address.

All further communications and/or service in the above-referenced matter shall be sent to the law firm of STONECIPHER LAW FIRM, 200 Alpha Drive, Pittsburgh, Pennsylvania 15238. The main telephone number for the firm is (412) 391-8510.

Respectfully submitted,

Dated: June 5, 2024

STONECIPHER LAW FIRM

By: */s/ Eric A. Schaffer*
Eric A. Schaffer, Esquire
PA ID No. 30797
200 Alpha Drive
Pittsburgh, PA 15238
(412) 391-8510
eschaffer@stonecipherlaw.com
*Counsel for UMB Bank, National Association*

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was forwarded to all counsel of record in this case by ECF on June 5, 2024.

                                                */s/ Eric A. Schaffer*
                                                Eric A. Schaffer, Esquire