**BUTLER SNOW LLP**
Martin A. Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
*Counsel for FedEx Supply Chain*
*Logistics & Electronics, Inc.*

**DLA PIPER LLP (US)**
James Muenker (TX Bar No. 24002659)
Noah M. Schottenstein (TX Bar No. 24100661)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
*Counsel for ARRIS Solutions, Inc.*

**MUNSCH HARDT KOPF & HARR, P.C.**
*Davor Rukavina, Esq. (Texas Bar No. 24030781)*
*Thomas D. Berghman, Esq. (Texas Bar No. 24082683)*
*500 N. Akard Street, Suite 3800*
*Dallas, Texas 75201-6659*
*Telephone: (214) 855-7500*
*Facsimile: (214) 855-7584*
*Counsel for Scott M. Seidel*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS, & ELECTRONICS, INC., AND ARRIS SOLUTIONS, INC., | § § § § | |
| Appellants | § § | District Case No. 3:24-cv-00672-B |
| v. | § § | |
| SCOTT M. SEIDEL, AS CHAPTER 7 TRUSTEE OF GOODMAN NETWORKS, INC., | § § § § | |
| Appellee. | § § | |
| In re: | § § | Chapter 7 |
| GOODMAN NETWORKS, INC. | § § | Bankruptcy Case No. 22-31641 (MVL) |
| Debtor. | § § § | |

1

## STIPULATION OF DISMISSAL

FedEx Supply Chain Logistics & Electronics, Inc., and ARRIS Solutions, Inc., ("Appellants") and Scott M. Seidel, as chapter 7 trustee of Goodman Networks, Inc., ("Appellee"), pursuant to Bankruptcy Rule 8023, stipulate to the voluntary dismissal of this matter. Appellants agree that any costs shall be paid by them in equal parts.

IT IS SO STIPULATED.

Dated: April 8, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ James Muenker*
James Muenker (TX Bar No. 24002659)
Noah M. Schottenstein (TX Bar No. 24100661)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
noah.m.schottenstein@us.dlapiper.com
james.muenker@us.dlapiper.com

*Counsel for ARRIS Solutions, Inc.*

**BUTLER SNOW LLP**

*/s/ Candice Carson*
Martin A. Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com
martin.sosland@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*

**MUNSCH HARDT KOPF & HARR, P.C.**
*/s/ Davor Rukavina*
Davor Rukavina (Texas Bar No. 24030781
Thomas D. Berghman (Texas Bar No. 24082683)
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com

*Counsel for Scott M. Seidel*

2

## CERTIFICATE OF SERVICE

I, Candice Carson, certify that the foregoing notice of appeal was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically in this case.

Dated: April 8, 2024

*/s/ Candice Carson*
CANDICE CARSON

87039943.v1