

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 1, 2024

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

### ORDER ON TRUSTEE'S MOTION FOR AUTHORITY TO CAUSE SUBSIDIARIES TO FILE CHAPTER 11 PETITIONS

CAME ON FOR HEARING on the 12th day of June, 2024, the *Trustee's Motion for Authority to Cause Debtor Subsidiaries to File Chapter 11 Petitions* [docket no. 544] (the "Motion"), filed by Scott M. Seidel (the "Trustee"), the duly appointed Chapter 7 trustee in the above-captioned bankruptcy case (the "Bankruptcy Case") of Goodman Networks, Inc. (the "Debtor"). At said hearing, the Trustee informed the Court of an informal objection to the Motion asserted by the United States Trustee (the "UST"), and he announced an agreement resolving said objection, which agreement is embodied in this Order. Counsel for the UST confirmed such agreement, which agreement the Court finds appropriate without need for further notice or process.

Otherwise finding that service and notice of the Motion was sufficient and appropriate, and that cause to grant the relief requested in the Motion, as modified at said hearing and through this Order, exists, and is lawful and appropriate, it is hereby:

ORDERED that the Trustee is authorized and directed to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code for GNET ATC, LLC ("GNET") without need for compliance with any Debtor corporate authority document or instrument; *provided, however,* that he shall also immediately file in such GNET case a motion for the appointment of a Chapter 11 trustee for GNET and shall prosecute such motion in reasonable good faith; it is further

ORDERED that all proceedings in the GNET case shall otherwise proceed as they may without any effect or prejudice from this Order and subject to each person's and creditor's rights therein including, if appropriate, to move to convert or dismiss any such GNET case; it is further

ORDERED that all other relief requested in the Motion is denied without prejudice as withdrawn by the Trustee on the record of said hearing.

### END OF ORDER ###