Robert A. Simon
Texas Bar No. 18390000
**WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
rsimon@whitakerchalk.com
Attorneys for Joseph "Jody" Goodman
Jonathan Goodman, and Jason Goodman

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| **Goodman Networks, Inc.,** | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | Chapter 7 |
| | § | HEARING: AUGUST 13, 2024 |
| | § | HEARING TIME: 1:30 P.M. |

**NOTICE OF HEARING**
[Docket No. 590]

PLEASE TAKE NOTICE that a WebEx hearing will be held on **Tuesday, August 13, 2024, at 1:30 p.m.**, to consider Joseph "Jody" Goodman, Jonathan Goodman and Jason Goodman's Motion for Entry of an Order Modifying the Automatic Stay, and/or Advancement of Defense Costs, and Certain Settlement Amount Under the Debtor's Directors and Officers Insurance Policies (the "Motion") [Docket No. 590]. **The Hearing will be held by WebEx** before the Honorable Michelle V. Larson, Earle Cabell Federal Building, 1100 Commerce Street, Room 1254, Dallas, Texas 75242. The WebEx videoconference information is below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Access Code: 2301 476 1957

If you should have any questions regarding the hearing, please contact Debtor's counsel, Whitaker Chalk Swindle & Schwartz PLLC, Robert A. Simon, at 817-878-0543.

July 17, 2024.

        Respectfully submitted,

        **WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**

        By: /s/ Robert A. Simon
           Robert A. Simon
           Texas Bar No. 18390000
           301 Commerce Street, Suite 3500
           Fort Worth, Texas 76102
           Telephone: (817) 878-0543
           Facsimile: (817) 878-0501
           rsimon@whitakerchalk.com
        Attorneys for Joseph "Jody" Goodman
        Jonathan Goodman, and Jason Goodman

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of July 2024 I served a true and correct copy of the foregoing Notice of Hearing was served upon all parties registered to receive electronic service via this Court's ECF notification system and the attached service list.

        /s/ Robert A. Simon
        Robert A. Simon

| | | |
|---|---|---|
| Federal Insurance Company<br>Capital Center<br>251 North Illinois, Suite 1100<br>Indianapolis, IN 46204-1927 | James Frinzi<br>9204 Lisa Cove<br>Austin, TX 78733 | Scot Brunke<br>6929 Sperry St.<br>Dallas, TX 75214 |
| QBE Insurance Corporation<br>c/o CT Corporation System<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101 | Attn: Chubb Underwriting Department<br>Chubb Group of Insurance Companies<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Jason Goodman<br>234 W. Woodlawn Ave.<br>San Antonio, TX 78212 |
| The Hanover Insurance Company<br>PO Box 15145<br>Worcester, MA 01615 | John Goodman<br>1008 Middle Creek Road<br>Fredericksburg, TX 78624 | Open Brokerage Global Specialty Lines<br>CAN Insurance Company<br>125 Broad Street, 8th Floor<br>New York, NY 10004 |
| Attn: Claims Department<br>Chubb Group of Insurance Companies<br>82 Hopmeadow St.<br>Simsbury, CT 06070-7683 | Goodman MBE Group LP<br>Joseph M. Goodman, General Partner<br>600 N. Loop 1604 E.<br>San Antonio, TX 78232 | Westchester<br>436 Walnut Street<br>PO Box 1000<br>Philadelphia, PA 19106-3703 |
| Chubb<br>PO Box 5105<br>Scranton, PA 18505-0518 | James Goodman<br>103 Tomahawk Trail<br>San Antonio, TX 78232 | Jake Goodman<br>103 Tomahawk Trail<br>San Antonio, TX 78232 |
| Continental Casualty Company<br>CNA – Claims Reporting<br>PO Box 8317<br>Chicago, IL 60680-8317 | James S. Goodman<br>205 Crest Trail<br>San Antonio, TX 78232 | QBE Insurance Corporation<br>Attn: The Claims Manager<br>55 Water Street<br>New York, NY 10041 |
| Melinda S. Nenning<br>Bailey Cavalieri LLC<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215-3422 | Jason Goodman<br>6613 Autumn Mist Cove<br>Little Elm, TX 75068 | QBE Insurance Corporation<br>Attn: Underwriting<br>55 Water Street<br>New York, NY 10041 |
| Westchester<br>10 Exchange Place<br>Jersey City, NJ 07302 | Brad Kozma<br>5897 Willoughby<br>Frisco, TX 75033 | Brad Kozma<br>6787 Berry Pointe Dr,<br>Clarkston, MI 48348 |
| Joseph Hart IV<br>3630 40th Ave. W.<br>Seattle, WA 98199 | Joseph Goodman<br>37 Old Fredericksburg Rd.<br>Boerne, TX 78015 | The Hanover Insurance Company<br>440 Lincoln Street<br>Worcester, MA 01653 |
| Robert DiRico<br>ARC Excess & Surplus LLC<br>113 South Service Road<br>PO Box 9012<br>Jericho, NY 11753 | Anthony J. Rao<br>6 Sprucewood Lane<br>Westport, CT 06880 | Chubb, Financial Lines<br>Attn: Chief Underwriting Officer<br>1133 Avenue of the Americas, 32nd Floor<br>New York, NY 10036 |

| | | |
|---|---|---|
| Jason Davis<br>Jay Hulings<br>Davis & Santos<br>719 Flores Street<br>San Antonio, TX 78204 | Jarome Yates<br>Haynes & Boone LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75201 | Joseph M. Lipps<br>Bailey Cavalieri LLC<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215-3422 |
| Jennifer Tatum Lee<br>Connor Lee & Shumaker<br>609 Castle Ridge Rd., Suite 450<br>Austin, TX 78746 | Matthias Kleinsasser<br>Winstead PC<br>300 Throckmorton, Suite 1700<br>Fort Worth, TX 76102 | |