

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 19, 2024

_____
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

## ORDER APPROVING TRUSTEE'S APPLICATION TO RETAIN
## JOHNSTON TOBEY BARUCH, P.C. AS SPECIAL CONTINGENCY COUNSEL

CAME ON FOR HEARING on the 17th day of September, 2024, the *Trustee's Application to Retain Johnston Tobey Baruch, P.C. as Special Contingency Malpractice Counsel* [docket no. 595] (the "Application"), filed by Scott M. Seidel (the "Trustee"), the duly appointed Chapter 7 trustee in the above-captioned bankruptcy case (the "Bankruptcy Case") of Goodman Networks, Inc. (the "Debtor"), by which the Trustee seeks to retain the law firm of Johnston Tobey Baruch, P.C. ("JTBPC") as special contingency malpractice counsel pursuant to the *Contingency Fee Contract* attached to the Application as Exhibit "A" (the "Agreement").

Finding that service and notice of the Application was sufficient and appropriate, finding that JTBPC is disinterested for purposes of the retention and is otherwise qualified to provide the

Trustee the services specified in the Agreement, and finding that the terms of the proposed retention are reasonable and appropriate, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that the Agreement, except as modified below, is APPROVED and, as so modified, shall govern according to its terms; it is further

ORDERED that the Trustee is authorized and directed to immediately pay to JTBPC the $15,000.00 specified in the Agreement from the funds of the estate, which funds shall be immediately earned upon receipt and shall not be subject to disgorgement, but which shall otherwise be applied and used as provided in the Agreement; it is further

ORDERED that the compensation of JTBPC shall be as specified in the Agreement and pursuant to 11 U.S.C. § 328(a), and shall not be subject to approval under section 330 of the Bankruptcy Code, but that any request for the allowance and payment of expenses by JTBPC shall be subject to approval under section 330 and shall be subject to the filing of such interim and final applications as may be proper; it is further

ORDERED that section 7 of the Agreement is stricken in full; it is further

ORDERED that any withdrawal subject to section 13 of the Agreement shall be subject to approval of this Court upon the filing of such application or motion as may be proper; it is further

ORDERED that this Court shall retain jurisdiction to the maximum extent possible over the retention approved in this Order and over the Agreement.

### END OF ORDER ###