BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Goodman Networks, Inc. and Goodman Networks Inc d/b/a Goodman Solutions<br><br>DEBTOR | [598] Motion to pay Interim Payment to Munsch Hardt Kopf & Harr, P.C. Filed by Trustee Scott M. Seidel; [603] Motion for leave Trustee's Expedited Motion to Approve Rescission Transaction with AMRR Regarding OnePath Systems, LLC Filed by Trustee Scott M. Seidel | Case # 22−31641−mvl7 |

**TYPE OF HEARING**

Trustee Scott M. Seidel

**PLAINTIFF / MOVANT**

*VS*

**DEFENDANT / RESPONDENT**

Davor Rukavina

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

TRUSTEE EXHIBIT A (SEE DKT 603−1)

---

| | | |
|---|---|---|
| Hawaii Jeng | 9/26/2024 | Michelle V. Larson |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |