Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that pursuant to the self-calendaring procedures for the Northern District of Texas, Dallas Division, a hearing has been scheduled to consider the *Trustee's Application to Retain Contingency Counsel Under 11 U.S.C. § 328(a)*, to be held before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge, on December 3, 2024, at 9:30 a.m. (prevailing central time), at Courtroom No. 2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

The hearing will be hybrid, both live and by WebEx at:

> For WebEx Video Participation/Attendance:
> https://us-courts.webex.com/meet/larson
> Meeting Number: 23014761957
>
> For WebEx Telephonic Only Participation/Attendance:
> Dial-In: 1.650.479.3207
> Access code: 2301 476 1957

Please see the attached notice for additional WebEx appearance information.

RESPECTFULLY SUBMITTED this 30th day of October, 2024.

NOTICE OF HEARING—Page 1

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on this the 30th day of October, 2024, true and correct copies of this document were served by the Court's ECF system on parties entitled to notice thereof and that, additionally, on the same date he caused true and correct copies of this document to be served by U.S. first class mail, postage prepaid, on the parties listed on the attached Service List.

By: */s/ Thomas Berghman*
    Thomas D. Berghman, Esq.

# WebEx Hearing Instructions
# Judge Michelle V. Larson

Pursuant to Clerk's Notice 2024-01 issued by the Court on May 14, 2024, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:   https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 2301 476 1957

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 22-31641-mvl7<br>Northern District of Texas<br>Dallas<br>Fri Oct 25 13:03:25 CDT 2024 | Alimco Re Ltd.<br>2336 SE Ocean Blvd., 400<br>Stuart, FL 34996-3310 | COLLIN COUNTY TAX ASSESSOR-COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 |
| CR3 Partners, LLC<br>13355 Noel Road<br>Suite 2005<br>Dallas, TX 75240-6635 | FedEx Freight, Inc.<br>8285 Tournament Drive<br>Memphis, TN 38125-1745 | Glympse, Inc.<br>113 Cherry Street<br>Suite 60215<br>Seattle, WA 98104-2205 |
| Goodman Networks, Inc.<br>2801 Networks Blvd.<br>Suite 300<br>Frisco, TX 75034-1881 | HCL America, Inc.<br>330 Potrero Avenue<br>Sunnyvale, CA 94085-4113 | Insurance Company of the West<br>Irelan McDaniel, PLLC<br>2520 Caroline Street<br>2nd Floor<br>Houston, TX 77004-1000 |
| JLP Credit Opportunity IDF Series Interests<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 | JLP Credit Opportunity Master Fund Ltd.<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 | JLP Institutional Credit Master Fund LP<br>420 Lexington Ave.<br>Suite 300<br>New York, NY 10170-0399 |
| Michigan Department of Treasury<br>Revenue & Tax Division<br>PO Box 30754<br>Lansing, MI 48909-8254 | Munsch Hardt Kopf<br>500 N. Akard Street<br>Ste 3800<br>Dallas, TX 75201-6659 | Prosperity Bank<br>217 E. FM 1382<br>Cedar Hill, TX 75104-2147 |
| Quilling Selander Lownds Winslett & Moser, P<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | Texas Comptroller of Public Accounts, Revenu<br>Courtney Hull<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TIGER ATHLETIC FOUNDATION<br>P O BOX 711<br>BATON ROUGE LA 70821-0711 |
| U.S. Bank National Association, as Collatera<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | UMB Bank, National Association, as indenture<br>Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1590 | Whitaker Chalk Swindle & Schwartz PLLC<br>301 Commerce Street<br>Suite 3500<br>Fort Worth, TX 76102-4135 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 1099 Pro LLC<br>23901 Calabasas Rd<br>Suite 2080<br>Calabasas, CA 91302-4104 | 45700 Twelve Mile LLC<br>c/o Nicholas J. Bachand<br>2411 Vinewood<br>Detroit, MI 48216-1062 |
| ABC/Amega<br>500 Smeca St., Ste 503<br>Buffalo, NY 14204-1963 | AIT Worldwide Logistics<br>P O Box 775379<br>Chicago, IL 60677-5379 | ALIMCO RE Ltd<br>c/o Paul N. Silverstein Hunton<br>Andrews Kurth LLP<br>200 Park Avenue<br>New York, NY 10166-0005 |
| ALIMCO RE Ltd<br>c/o Philip Michael Guffy<br>Hunton Andrews Kurth LLP<br>600 Travis St., Suite 4200<br>Houston, TX 77002-2929 | ARRIS Solutions Inc<br>3871 Lakefield Drive<br>Suwanee, GA 30024-1292 | ARRIS Solutions Inc<br>c/o Amy L Ruhland DLA Piper LLP<br>303 Colorado St., Ste 3000<br>Austin, TX 78701-4654 |

ARRIS Solutions Inc
c/o Jason M Hopkins DLA Piper LLP
1900 N Pearl St., Ste 2200
Dallas, TX 75201-2482

ARRIS Solutions, Inc.
c/o Laura Sixkiller DLA Piper LLP
2525 E Camelback Rd., Ste 1000
Phoenix, AZ 85016-4232

ARRIS Solutions Inc
c/o Ryan J Sullivan DLA Piper LLP
303 Colorado St., Ste 3000
Austin, TX 78701-4654

ARRIS Solutions, Inc.
c/o Ryan Sullivan
DLA Piper LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4654

AT&T
One AT&T Way
Bedminster, NJ 07921-2694

AT&T
P O Box 5019
Carol Stream, IL 60197-5019

AT&T Corp. and its affiliates
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2693

AT&T Mobility
PO Box 9004
Carol Stream, IL 60197-9004

Advantange Storage
3540 Legacy Dr
Frisco, TX 75034-6731

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Alabama Department of Revenue
Individual and Corporate Tax Division
Corporate Tax Section
P O Box 327430
Montgomery, AL 36132-7430

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Alabama Secretary of State
PO Box 5616
Montgomery, AL 36103-5616

Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387

Amanda Miyashiro
c/o Cory D Britt
O'Connor Acciani & Levy LPA
600 Vine St., Ste 1600
Cincinnati, OH 45202-1133

Amazon.com Services Inc
P O Box 84171
Seattle, WA 98124-5471

Amazon.com Services LLC
c/o K&L Gates LLP
ATTN: Brian T. Peterson
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158

American Metals Recovery and Recycling I
c/o James O'Bell
4301 Westbank Dr., Ste B-110
Austin, TX 78746-0008

American Stock Transfer & Trust Co, LLC
6201 15th Avenue
Brooklyn, NY 11219-5441

Anthony Rao
6 Sprucewood Lane
Westport, CT 06880-4021

Appian Corporation
11955 Democracy Drive, Ste 1700
Reston, VA 20190-5661

Arizona Dept of Revenue
1600 W Monroe St.
Phoenix, AZ 85007-2650

Arizona Secretary of State
400 W Congress St, Ste 141
Tucson, AZ 85701-1352

Baker Tilly US, LLP
Paul Margala
4807 Innovate Lane
Madison, WI 53718-9405

Baker Tilly Virchow Krause LLC
2500 Dallas Parkway, Ste 300
Plano, TX 75093-4872

Birmingham Finance Dept
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203-0100

Brandon Ray and Chantry Quinney
c/o Bob Debes
Shellist Lazarz Slobin, LLP
11 Greenway Plaza, Ste. 1515
Houston, TX 77046-1108

Brian Lohan
250 W 55th Street
New York, NY 10019-9710

Brinks Home Security
Dept CH 8628
1990 Wittington Pl
Dallas, TX 75234-1904

Brown & Joseph LLC
P O Box 249
Itasca, IL 60143-0249

| | | |
|---|---|---|
| CFGI Holdings LLC<br>1 Lincoln St, 13th Floor<br>Boston, MA 02111-2906 | CLM Matrix, Inc<br>P O Box 732961<br>Dallas, TX 75373-2961 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, Texas 75069-3276 |
| California State Tax<br>300 S Spring St, Ste 5704<br>Los Angeles, CA 90013-1265 | Call Center System LLC<br>321 Venable Rd, Suite 1<br>Winchester, KY 40391-9715 | Call Center Systems LLC<br>c/o Sam Emerick<br>Law Offices of Sam Emerick PC<br>18208 Preston Rd., Ste D9-270<br>Dallas, TX 75252-6007 |
| Canon Financial Services, Inc<br>14904 Collections Center Dr<br>Chicago, IL 60673-0149 | Capitol Services Inc<br>P O Box 1831<br>Austin, TX 78767-1831 | Ceridian Benefit Services<br>3311 E Old Shakopee<br>Minneapolis, MN 55425-1640 |
| Ceridian HCM, Inc.<br>3311 E. Old Shakopee Road<br>Minneapolis, MN 55425-1640 | Charles J McGuire<br>McGuire Craddock & Struther PC<br>500 N Akard St., Ste 2200<br>Dallas, TX 75201-3317 | City of Birmingham, Alabama<br>710 20th Street North<br>Suite 600<br>Birmingham, AL 35203-2281 |
| (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | Clark Hill Strasburger LLP<br>901 Main St., Suite 6000<br>Dallas, TX 75202-3748 | Click Labs Inc<br>4830 West Kennedy Blvd., Ste 600<br>Tampa, FL 33609-2584 |
| Collin County Tax Assessor-Collector<br>c/o Paul M Lopez<br>Abertnathy Roeder Boyd & Hullett PC<br>1700 Redbud Blvd., Ste 300<br>McKinney, TX 75069-3276 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | CompuCom Systems Inc<br>8106 Calvin Hall Rd<br>Fort Mill, SC 29707-8739 |
| Connecticut-State Tax<br>450 Columbus Blvd., Ste 1<br>Hartford, CT 06103-1837 | Connor Lee & Shumaker<br>609 Castle Ridge Rd., Ste 450<br>Austin, TX 78746-5196 | Debes Law Firm<br>c/o Robert R Debes, Jr.<br>11 Greenway Plaza, Suite 1515<br>Houston, Texas 77046-1108 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Dominion Energy<br>PO Box 27463<br>Richmond, VA 23261-7463 | Donlen LLC<br>3000 Lakeside Dr.<br>2nd floor<br>Bannockburn, IL 60015-1219 |
| Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Dunn & Bradstreet<br>75 Remittance Dr., Suite 1096<br>Chicago, IL 60675-1096 | Enterprise Rent-A-Car<br>P O Box 801988<br>Kansas City, MO 64180-1988 |
| Experis US Inc<br>29973 Network Place<br>Chicago, IL 60673-1299 | Express Information Systems, Inc<br>P O Box 691261<br>San Antonio, TX 78269-1261 | FedEx Freight<br>P O Box 223125<br>Pittsburgh, PA 15251-2125 |

```
FedEx Supply Chain Logistics & Electroni     FedEx Supply Chain Logistics & Electroni     FedEx Supply Chain Logistics & Electroni
3630 Hacks Cross Rd Bldg C, 3rd floor        c/o Adam M Langley                           c/o Candice Carson
Memphis, TN 38125-8800                       Butler Snow LLP                              Butler Snow LLP
                                             6075 Poplar Ave., Ste 500                    2911 Turtle Creek Blvd., Ste 1400
                                             Memphis, TN 38119-0102                       Dallas, TX 75219-6258

FedEx Supply Chain Logistics & Electronics,  Fedex Supply Chain Logistics & Electronic, I Ferguson Braswell Fraser Kubasta
145 Lt. George W. Lee Avenue                 c/o Candice Carson                           2500 Dallas Pkwy, Ste 600
Memphis, TN 38103-4025                       Butler Snow LLP                              Plano, TX 75093-4820
                                             291 Turtle Creek Blvd., Suite 1400
                                             Dallas, TX  75219

First Advantage Background Services Corp     Franchise Tax Board                          Frase Protection Inc
1 Concourse Pkwy NE, Ste 200                 Bankruptcy Section MS A340                   818 Willow Tree Circle
Atlanta, GA 30328-5346                       PO BOX 2952                                  Cordova, TN 38018-6376
                                             Sacramento, CA 95812-2952


Frase Protection Inc                         Frase Protection Inc                         Genesis Occupational Health
c/o Adam M Langley Butler Snow LLP           c/o Candice Carson Butler Snow LLP           P O Box 1246
6075 Poplar Ave., Ste 500                    2911 Turtle Creek Blvd, Ste 1400             Moline, IL 61266-1246
Memphis, TN 38119-0102                       Dallas, TX 75219-6258


Glympse Inc                                  Glympse Inc                                  Grant Thornton LLP
c/o Adam M Langley Butler Snow LLP           c/o Candice Carson Butler Snow LLP           1717 Main Street, Ste 1800
6075 Poplar Ave., Ste 500                    2911 Turtle Creek Blvd., Ste 1400            Dallas, TX 75201-4657
Memphis, TN 38119-0102                       Dallas, TX 75219-6258


Greater Tech Holdings Inc                    Greater Tech Holdings, Inc.                  HCL America Inc and HCL Technologies
103 Industrial Loop, Ste 1000                c/o Jarom J. Yates                           c/o Adam M Langley
Fredericksburg, TX 78624-5463                Haynes and Boone, LLP                        Butler Snow LLP
                                             2323 Victory Avenue, Ste 700                 Memphis, TN 38119
                                             Dallas, TX 75219-7673

HCL American Inc and HCL Technologies        Hall 2801 Network Associates, LLC            Hall Park
c/o Candice Carson                           6801 Gaylord Pkwy, Ste 406                   2801 Network Blvd., Ste 300
Butler Snow LLP                              Frisco, TX 75034-5981                        Frisco, TX 75034-1881
2911 Turtle Creek Blvd., Ste 1400
Dallas, TX 75219-6258

Hartford Fire Insurance Company c/o Mark G.  Haynes & Boone LLP                           Homer Escamilla
1133 Westchester Ave.                        2323 Victory Ave, Ste 700                    8618 Kallison Arbor
White Plains, NY 10604-3516                  Dallas, TX 75219-7673                        San Antonio, TX 78254-4556



ICW Group                                    Illinois Dept of Revenue                     (p)ILLINOIS SECRETARY OF STATE
15025 Innovation Drive                       9511 Harrison St.                            298 HOWLETT BUILDING
San Diego, CA 92128-3456                     Des Plaines, IL 60016-1563                   SPRINGFIELD IL 62756-0001



Indeed, Inc                                  Insurance Company of the West                Internal Revenue Service
P O Box 660367                               2520 Caroline St, 2nd Floor                  Centralized Insolvency Operation
Dallas, TX 75266-0367                        Houston, TX 77004-1000                       Post Office Box 7346
                                                                                          Philadelphia, PA 19101-7346
```

```
Intrado Digital Media LLC              Intralinks Inc                          JLP Credit Opportunity IDF Series
11808 Miracle Hills                    P O Box 392134                          Interests of Sali Multi-Series Fund LP
Omaha, NE 68154-4403                   Pittsburgh, PA 15251-9134               c/o Paul N Silverstein
                                                                               200 Park Avenue
                                                                               New York, NY 10166-0005


JLP Credit Opportunity IDF Series      JLP Credit Opportunity Master Fund Ltd  JLP Credit Opportunity Master Fund Ltd
Interests of Sali Multi-Series Fund LP c/o Paul N. Silverstein                 c/o Philip Michael Guffy
c/o Philip Michael Guffy               Hunton Andrews Kurth LLP                Hunton Andrews Kurth LLP
600 Travis St., Suite 4200             200 Park Avenue                         600 Travis St., Ste 4200
Houston, TX 77002-2929                 New York, NY 10166-4499                 Houston, TX 77002-2929


JLP Institutional Credit Master Fund LP JLP Institutional Credit Master Fund LP James Frinzi
c/o Paul N Silverstein                  c/o Philip Michael Guffy                c/o James O'Bell
Hunton Andrews Kurth LLP                Hunton Andrews Kurth LLP                4301 Westbank Dr., Ste B-110
200 Park Avenue                         600 Travis St., Ste 4200                Austin, TX 78746-0008
New York, NY 10166-4499                 Houston, TX 77002-2929


James Frinzi                           James Goodman                           James Goodman
c/o Wick Phillips Attn: Scott Lawrence 301 Tomahawk Trail                      c/o Matthias Kleinsasser Winstead PC
3131 McKinney Ave., Suite 500          San Antonio, TX 78232-3615              300 Throckmorton St., Ste 1700
Dallas, TX 75204-2441                                                          Fort Worth, TX 76102-2928


John A Goodman                         John A. Goodman                         John Debus
1008 Middle Creek Rd                   c/o Jarom J. Yates                      4221 Beaverbroook Pl
Fredericksburg, TX 78624-7009          Haynes and Boone, LLP                   Dallas, TX 75229-5352
                                       2323 Victory Avenue, Ste 700
                                       Dallas, TX 75219-7673


Johnson Controls                       Joseph Hart IV                          Joseph L Rexing Jr & Leo Rexing
PO Box 371967                          3630 40th Ave W                         c/o Ryan M Schulz
Pittsburgh, PA 15250-7967              Seattle, WA 98199-1925                  Kahn Dees Donovan & Kahn LLP
                                                                               501 Main St, Ste 305
                                                                               Evansville, IN 47708-1631


Joseph Rexing JR and Leo R. Rexing     Kansas City Finance Dept                (p)KANSAS DEPARTMENT OF REVENUE
4501 Hitch Peter Rd                    701 N 7th St, Ste 330                   PO BOX 12005
Evansville, IN 47711-2834              Kansas, KS 66101-3070                   TOPEKA KS 66601-3005


Kansas Secretary of State              Katz Korin Cunningham                   Katz Korin Cunningham, n/k/a Stoll Keenon Od
1420 C of E Dr, Ste 6                  Attorneys at Law                        Stoll Keenon Ogden, PLLC
Emporia, KS 66801-2585                 The Emelie Bldg, 334 N Senate Ave       Attn: Brooke Smith
                                       Indianapolis, IN 46204                  334 N. Senate Avenue
                                                                               Indianapolis, IN 46204-1708


Kenneth N Hickox Jr                    Kentucky Department of Revenue          Kentucky Dept of Revenue
1345 N Loop 1604 E, Suite 103          P O Box 5222                            501 High St
Dallas, TX 78232                       Frankfort, KY 40602-5222                Frankfort, KY 40601-2103


Kentucky Secretary of State            Kronos Incorporated                     Lamont Hanley & Associates
700 Capital Ave, Ste 152               PO Box 744724                           1138 Elm Street
Frankfort, KY 40601-3490               Atlanta, GA 30374-4724                  Manchester, NH 03101-1531
```

| | | |
|---|---|---|
| Louisiana Department of Revenue<br>Bankruptcy Section<br>P.O. BOX 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Dept of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 | Louisiana Secretary of State<br>3851 Essen Ln<br>Baton Rouge, LA 70809-2137 |
| Main Street DBAs<br>PO Box 1863<br>West Chester, OH 45071-1863 | Mark Keiffer<br>3021 Ridge Road, Suite A281<br>Rockwall, TX 75032-5830 | Marsh & McLennan Agency<br>PO Box 744833<br>Atlanta, GA 30374-4833 |
| MasTec North America<br>800 Douglas Road, 12th Floor<br>Coral Gables, FL 33134-3162 | (p)MCCARTHY BURGESS & WOLFF<br>26000 CANNON RD<br>CLEVELAND OH 44146-1807 | Michele D Ross Reed Smith LLP<br>1301 K Street, NW, Ste 1000<br>East Tower<br>Washington, DC 20005-3373 |
| Michigan Department of Treasury<br>Bankruptcy Unit, P.O. Box 30168<br>Lansing, MI 48909-7668 | Michigan Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 | Michigan Dept of Revenue<br>430 W Allegan St<br>Lansing, MI 48933-1592 |
| Michigan Secretary of State<br>7090 Sashabaw Rd<br>Clarkston, MI 48348-4736 | Microsoft Corporation and Microsoft Licensi<br>Fox Rothschild LLP<br>Attn: Maria A. Milano<br>1001 4th Ave. Suite 4500<br>Seattle, WA 98154-1192 | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052-8300 |
| Microsoft Licensing, GP<br>One Microsoft Way<br>Redmond, WA 98052-8300 | Monika Singh Sanford<br>Haynes and Boone LLP<br>2323 Victory Ave., Ste 700<br>Dallas, TX 75219-7673 | Montana Dept of Revenue<br>125 N Roberts St<br>Helena, MT 59601-4558 |
| Montana Secretary of State<br>1301 E 6th Ave, Ste 2<br>Helena, MT 59601-3896 | National Union Fire Insurance Co of Pittsbur<br>28 Liberty Street, Floor 22<br>New York, NY 10005-1495 | New Hampshire Department of Revenue Administ<br>NH-DRA Legal Bureau<br>P.O. Box 457<br>Concord, NH 03302-0457 |
| New Hampshire Dept of Revenue<br>109 Pleasant St<br>Concord, NH 03301-3852 | New Hampshire Secretary of State<br>107 N Main St<br>Concord, NH 03301-4989 | New Jersey Dept of Revenue<br>50 Barrack Street, 1st Floor Lobby<br>Trenton, NJ 08695-0001 |
| New Jersey Secretary of State<br>125 W Sate St<br>Trenton, NJ 08608-1101 | New Jersey-State Tax<br>PO Box 900<br>Trenton, NJ 08646-0900 | New Mexico Dept of Revenue<br>1100 South St. Francis Dr.<br>Santa Fe, NM 87505-4147 |
| New Mexico Secretary of State<br>325 Don Gaspar Av, Ste 300<br>Santa Fe, NM 87501-4401 | New York Dept of Revenue<br>One Commerce Plaza<br>99 Washington Ave<br>Albany, NY 12210-2822 | New York Secretary of State<br>123 William St., Ste 2<br>New York, NY 10038-3811 |

| | | |
|---|---|---|
| NextStep Recruiting LLC<br>4400 State Highway 121, Ste 300<br>Lewisville, TX 75056-5157 | Occupational Health Centers<br>PO Box 82730<br>Hapeville, GA 30354-0730 | Ogletree Deakins Nash Smoak<br>& Stewart PC<br>50 International Dr, Ste 200<br>Greenville, SC 29615-4832 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O.Box 530<br>Columbus, OH 43216-0530 | Ohio Treasurer of State<br>150 E Gay Street<br>Columbus, OH 43215-3130 | Oregon-State Tax<br>955 Center Street NE<br>Salem, OR 97301-2553 |
| Oriental Bank<br>PO Box 191429<br>San Juan, PR 00919-1429 | PC Connection Sales Corporation<br>730 Milford Road<br>Merrimack, NH 03054-4612 | Paducah Finance Dept<br>300 S 5th St<br>Paducah, KY 42003-1527 |
| Parks Coffee<br>PO Box 110209<br>Carrollton, TX 75011-0209 | PayScale, Inc.<br>PO Box 207845<br>Dallas, TX 75320-7845 | Penske Truck Leasing Co, LP<br>PO Box 827380<br>Philadelphia, PA 19182-7380 |
| Quisitive, LLC<br>1431 Greenway Drive, Ste 1000<br>Irving, TX 75038-2476 | RSM US LLP<br>13155 Noel Rd, Ste 2200<br>Dallas, TX 75240-5205 | Reed Smith LLP<br>1301 K Street NW Ste. 1000<br>East Tower<br>Washington, DC 20005-3373 |
| Rex Recovery<br>10000 Sagemore Dr., Ste 202<br>Marlton, NJ 08053-3944 | Rexing Land LLC<br>9631 Hedden Road<br>Evansville, IN 47725-8901 | Rexing Properties<br>P.O. Box 23039<br>Evansville, IN 47724-1039 |
| Rhode Island Dept of Revenue<br>1 Capitol View Ave<br>Providence, RI 02908 | Rhode Island Secretary of State<br>82 Smith St<br>Providence, RI 02903-1199 | Richmond Finance Dept<br>900 E Broad St, Ste 103<br>Richmond, VA 23219-1907 |
| Russell F Nelms<br>115 Kay Lane<br>Westworth Village, TX 76114-3533 | Russell F. Nelms<br>115 Kay Lay<br>Westworth Village, TX 76114-3533 | Russell T Jackson<br>Thomas J Henry Law PLLC<br>5711 University Heights, Ste 101<br>San Antonio, TX 78249-3555 |
| SG Risk, LLC<br>1050 Wall Street West, Ste 202<br>Lyndhurst, NJ 07071-3615 | SHI International Corp.<br>290 Davidson Ave.<br>Somerset, NJ 08873-4145 | Seyfarth Shaw Attorneys<br>233 S. Wacker Drive, Ste 8000<br>Chicago, IL 60606-6448 |
| Sheakley UniServices, Inc.<br>PO Box 465063<br>Cincinnati, OH 45246 | Shelby County, TN<br>157 Poplar Ave., 2nd Floor<br>Memphis, TN 38103-1948 | Silkroad Technologies Inc<br>100 S Wacker Dr, Ste 201<br>Chicago, IL 60606-4006 |

| | | |
|---|---|---|
| Skillsoft Corporation<br>300 Innovative Way, Ste 201<br>Nashua, NH 03062-5746 | South Carolina Dept of Revenue<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210-5666 | South Carolina Secretary of State<br>1205 Pendleton St, Ste 525<br>Columbia, SC 29201-3745 |
| State Corporation Commission<br>1108 E Main St<br>Richmond, VA 23219-3539 | State of New Jersey<br>PO Box 929<br>Trenton, NJ 08646-0929 | (p)STATE OF NEW JERSEY   DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 |
| State of Tennessee<br>500 Deaderick Street<br>Nashville, TN 37242-0001 | State of Texas<br>105 W 16th<br>Austin, TX 78701 | State of Utah<br>160 East 300 South, 2nd Floor<br>Box 146705<br>Salt Lake City, UT 84111-2305 |
| Stephanie C Sparks<br>Vedder Price PC<br>100 Crescent Court, Ste 350<br>Dallas, TX 75201-2348 | Stephanie Elmore<br>2516 Wichita TRL<br>Sanger, TX 76266-4014 | Tennessee Dept of Revenue<br>500 Deaderick St.<br>Nashville, TN 37242-0002 |
| Tennessee Secretary of State<br>312 Rosa L. Parks Ave<br>6th Floor, Snodgrass Tower<br>Nashville, TN 37243-1102 | Texas Comptroller<br>6320 Southwest Blvd<br>Benbrook, TX 76109-6961 | Texas Secretary of State<br>PO Box 13697<br>Austin, TX 78711-3697 |
| The Hartford<br>3000 Internet Blvd, Ste 600<br>Frisco, TX 75034-2775 | Tiger Athletic Foundation<br>c/o Iaian I C Kennedy<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd, 61st Floor<br>Houston, TX 77056-6131 | Timothy J McManus<br>1650 Fillmore Street, Ste 1907<br>Denver, CO 80206-1593 |
| Treasurer, City of Memphis<br>PO Box 185<br>Memphis, TN 38101-0185 | Trustwave Holdings, Inc.<br>70 W. Madison, Ste 600<br>Chicago, IL 60602-4210 | TurnOnAccounting Services, Inc.<br>PO Box 2281<br>Keller, TX 76244-2281 |
| U.S Bank Trust Company, as Collateral Agent<br>Kathleen LaManna, Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | U.S. Bank<br>PO Box 70870<br>Saint Paul, MN 55170-9690 | U.S. Bank National Association<br>Attn: Steven A Finklea<br>8 Greenway Plaza, Ste 1100<br>Houston, TX 77046-0892 |
| U.S. Bank National Association<br>c/o Kathleen M LaManna<br>Shipman & Goodman LLP<br>One Constitutional Plaza<br>Hartford, CT 06103-1919 | UMB Bank N.A.<br>P.O. Box 414589<br>Kansas City, MO 64141-4589 | UMB Bank National Association<br>c/o Eric A Schaffer Stonecipher Law Firm<br>200 Alpha Drive<br>Pittsburgh, PA 15238-2906 |
| UMB Bank, N.A. as Bondholder Trustee<br>Attn: Julius Zamora<br>Corporate Trust Services<br>100 William St., Suite 1850<br>New York, NY 10038-4545 | UMB Bank, National Association<br>REED SMITH LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201-2617 | Uline<br>12575 Uline Dr.<br>Pleasant Prairie, WI 53158-3686 |

| | | |
|---|---|---|
| Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | Unified Field Services, Inc.<br>1345 N Loop 1604 E, Suite 103<br>San Antonio, TX 78232 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Utah Department of Revenue<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Utah Secretary of State<br>160 East 300 South, 2nd Floor<br>Salt Lake City, UT 84111-2305 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-0700 |
| Vedder Price PC<br>1925 Century Park East, Ste 1900<br>Los Angeles, CA 90067-2754 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Dept of Revenue<br>1957 Westmoreland Street<br>Richmond, VA 23230-3225 |
| Virginia Secretary of State<br>1111 E Broad St., Ste 4<br>Richmond, VA 23219-1936 | Virginia State of Corporation<br>PO Box 1197<br>Richmond, VA 23218-1197 | West Virginia Dept of Revenue<br>1900 Kanawha Blvd E<br>Charleston, WV 25305-0800 |
| West Virginia Secretary of State<br>1900 Kanawha Blvd E,<br>Rm 1 Ste 175k<br>Charleston, WV 25305-0001 | Wisconsin-State Tax<br>PO Box 8965<br>Madison, WI 53708-8965 | Wolters Kluwer<br>28 Liberty Ave., 42nd Flr<br>New York, NY 10005-1448 |
| Wolters Kluwer ELM Solutions, Inc.<br>P.O. Box 732961<br>Dallas, TX 75373-2961 | Xerox Business Solutions<br>Lockbox Services, #205354<br>2975 Regent Blvd<br>Irving, TX 75063-3155 | Xerox Financial Services LLC<br>PO Box 202882<br>Dallas, TX 75320-2882 |
| ZipRecruiter, Inc.<br>604 Arizona Ave<br>Santa Monica, CA 90401-1610 | Zurich American Insurance<br>PO Box 68549<br>Schaumburg, IL 60168-0549 | iGlass Networks<br>P O Box 1265<br>Cary, NC 27512-1265 |
| David L. Hill<br>Attorney at Law<br>210 Midland Trail, P.O. Box 506<br>Hurricane, WV 25526-0506 | David William Parham<br>Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201-2938 | James E Goodman<br>c/o Pulman Cappuccio & Pullen, LLP<br>ATTN: Randall A. Pulman<br>2161 NW Military Hwy, Ste. 400<br>San Antonio, TX 78213-1844 |
| James S Goodman<br>c/o Pulman Cappuccio & Pullen, LLP<br>ATTN: Randall A. Pulman<br>2161 NW Military Hwy, Ste. 400<br>San Antonio, TX 78213-1844 | Joseph Rexing Jr.<br>4501 Hitch Peter Rd<br>Evansville, IN 47711-2834 | Leo Rexing<br>4501 Hitch Peter Rd<br>Evansville, IN 47711-2834 |
| Robert L. Tobey<br>Johnston Tobey Baruch, PC<br>12377 Merit Drive, Ste 880<br>Dallas, TX 75251-2257 | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Tiger Athletic Foundation<br>P.O. Box 711<br>Baton Rouge, LA 70821 | Alabama Dept of Revenue<br>50 N Ripley St.<br>Montgomery, AL 36130 | City of Portland<br>111 SW Columbia St, Ste. 600<br>Portland, OR 97201-5840 |
| (d)City of Portland<br>Portland Office of the City Attorney<br>1221 SW 4th Avenue, Room 430<br>Portland, OR 97204 | Department of Treasury/IRS<br>PO Box 1214<br>Charlotte, NC 28201-1214 | (d)IRS<br>1100 COMMERCE ST<br>MC 5026DAL, Dallas, TX 75242 |
| Illinois Secretary of State<br>213 State Capitol<br>Springfield, IL 62756 | Kansas Department of Revenue<br>915 SW Harrison St, Ste 300<br>Topeka, KS 66612 | McCarthy Burgess & Wolff<br>26000 Cannon Rd<br>Bedford, OH 44146 |
| State of New Jersey - Division of Taxation<br>PO Box 245 - 3 John Fitch Way, 5th Floor<br>Trenton, NJ 08695 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)18920 NW 11th LLC | (u)ARRIS Solutions, Inc. | (u)Alliance Texas Holdings, LLC |
| (u)American Metals Recovery and Recycling Inc | (u)Auerbach Childrens Dynasty Trust u/a/d Oct | (u)Auerbach Family Dynasty Trust u/a/d Octobe |
| (u)Auerbach Partners, L.P. | (u)Call Center Systems, LLC | (u)East West Bank |
| (u)Fedex Supply Chain Logistics & Electronics | (u)Frase Protection, Inc. | (u)GNET ATC LLC |

| | | |
|---|---|---|
| (u)Goodman Networks Inc d/b/a Goodman Solutio | (u)Greater Tech Holdings Inc | (u)Hudson Clean Energy Enterprises, LLC |
| (u)MBG Holdings fka American Metals Recovery | (u)Munsch Hardt Kopf & Harr, P.C. | (u)The Majority Noteholder Group |
| (u)Wistron Neweb Corporation | (d)Glympse Inc<br>113 Cherry St, Ste 60215<br>Seattle, WA 98104-2205 | (d)HCL America, Inc.<br>330 Potrero Avenue<br>Sunnyvale CA 94085-4113 |
| (u)HCL Technologies Corporate Service Ltd<br>Axon Center Church Rd<br>Egham Surrey-TW209QB<br>United Kingdon, Vat. No 720-5774-42 | (u)OSS-IM View<br>2100 Forbes Street, Unit 8-10<br>Whitby<br>Ontario-Canada, L1N-9T3 | (d)U.S. Bank National Association, as Collate<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 |
| (u)Adam Bedoian | (u)Anthony Rao | (u)Brad Kozma |
| (u)Brandon Ray | (u)Chantry Quinney | (u)Evelina Pinkhasova |
| (u)James Frinzi | (u)James Goodman | (u)Jason Goodman |
| (u)John Debus | (u)John Goodman | (u)Jonathan Goodman |
| (u)Joseph Hart IV | (u)Joseph Jody Goodman | (u)Judith Auerbach |
| (u)Leila Bedoian | (u)Mark Keiffer | (u)Neil Auerbach |

```
End of Label Matrix
Mailable recipients    268
Bypassed recipients     45
Total                  313
```