Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

GENERAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR DECEMBER 4, 2024 HEARING**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee of the bankruptcy estate (the "Estate") of Goodman Networks, Inc. (the "Debtor"), the debtor in the above styled and numbered bankruptcy case (the "Bankruptcy Case"), and files this his Witness and Exhibit List for the hearing on the *Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Compromise and Settlement with James Frinzi* (the "Motion"), as follows:

### I. WITNESSES

A. Scott M. Seidel

B. any person designated by any other party.

### II. EXHIBITS

A. Proposed Settlement Agreement;

B. Frinzi Executed Proposed Settlement Agreement;

C. Trustee's Amended Complaint (18920 Adversary);

    D.    August 15, 2024 *Stowers* Demand (without exhibits);

    E.    October 30, 2021 to October 30, 2022 Policy;

    F.    any exhibit designated by any other party;

    G.    impeachment and rebuttal exhibits as appropriate.

RESPECTFULLY SUBMITTED this 2d day of December, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**GENERAL COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 2d day of December, 2024, true and correct copies of this document, with the exhibits thereto, were electronically served by the Court's ECF system on parties entitled to notice thereof.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.