

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 7, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**ORDER APPROVING TRUSTEE'S
COMPROMISE AND SETTLEMENT WITH WINSTEAD P.C.**

CAME ON FOR CONSIDERATION the *Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Compromise and Settlement with Winstead P.C.* (the "Motion,"), filed by Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee of the bankruptcy estate (the "Estate") of Goodman Networks, Inc. (the "Debtor"), the debtor in the above-styled and numbered bankruptcy case (the "Bankruptcy Case"). By the Motion, the Trustee seeks approval of that certain proposed settlement (the "Proposed Settlement") with Winstead P.C. (the "Firm") pursuant to the *Settlement and Release Agreement* (the "Agreement") as attached to the Motion.

Finding that service and notice of the Motion and of the Proposed Settlement were sufficient and appropriate, but that no party timely objected to the Motion, and finding that the

4907-7190-8865v.3

Motion is well taken and that the relief requested therein should be granted as fair, reasonable, and in the best interests of the Estate, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Proposed Settlement and the Agreement are APPROVED, and that the Agreement shall control according to its terms, and that the Trustee is authorized and directed to execute the Agreement and to otherwise perform all obligations thereunder; it is further

ORDERED that no release in the Agreement shall become effective unless and until the Settlement Payment is made as provided for in the Agreement and, absent the same, the Agreement shall become null and void and all parties shall be returned to the *status quo ante*; it is further

ORDERED that the Settlement Payment will be paid directly by the Firm to the Estate, upon instructions to be provided by the Trustee; it is further

ORDERED that the entire amount of the Settlement Payment is free and clear of all liens, claims, and interests; it is further

ORDERED that the Court shall retain core jurisdiction to the maximum extent possible over the parties and the Agreement to interpret and to enforce the Agreement and this Order.

# # # END OF ORDER # # #