

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 14, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION TO
### RETAIN HIDDEN ASSETS, LLC AS SPECIAL RECOVERY PROFESSIONAL

CAME ON FOR CONSIDERATION the *Trustee's Application to Retain Hidden Assets, LLC as Special Recovery Professional* (the "Application"), filed by Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-captioned bankruptcy case (the "Bankruptcy Case") of Goodman Networks, Inc. (the "Debtor"), by which the Trustee seeks to retain Hidden Assets, LLC as a special recovery professional pursuant to the *Service Fee Agreement* attached to the Application as Exhibit "A" (the "Agreement").

Finding that service and notice of the Application was sufficient and appropriate, finding that Hidden Assets, LLC is disinterested for purposes of the retention and is otherwise qualified to provide the Trustee the services specified in the Agreement, and finding that the terms of the proposed retention are reasonable and appropriate, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that the compensation of Hidden Assets, LLC shall be as specified in the Agreement under 11 U.S.C. § 328(a), and shall not be subject to approval under section 330 of the Bankruptcy Code; it is further

ORDERED that Hidden Assets, LLC shall not be required to file an application for its fees under section 330 of the Bankruptcy Code, and the Trustee is authorized to pay Hidden Assets, LLC according to the Agreement without such an application; it is further

ORDERED that this Court shall retain jurisdiction to the maximum extent possible over the retention approved in this Order and over the Agreement.

# # # END OF ORDER # # #