Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6605
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: drukavina@munsch.com
        tberghman@munsch.com
        cwhite@munsch.com

COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |

### TRUSTEE'S WITNESS AND EXHIBIT
### LIST FOR HEARING ON APRIL 23, 2025

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submit this Witness and Exhibit List for the hearings (the "Hearings"), currently scheduled for **April 23, 2025 at 9:30 a.m.** in connection with the *Motion Under Bankruptcy Rule 9019 for Approval of Compromise and Settlement with Goodman Family Members and Affiliates* [Docket No. 694] and the *Motion for Order Authorizing Payment of Title Insurance Premium* [Docket No. 698] filed by the Trustee.

## WITNESSES

The Trustee designates the following individuals who may be called as witnesses at the Hearing:

1.  James E. Goodman;

2.  Scott M. Seidel, Trustee;

3.  Any witness designated or called by any other party;

4.  Any witness necessary for impeachment or rebuttal.

## EXHIBITS

The Trustee designates the following exhibits that may be used at the Hearing:

A.  *Settlement and Release Agreement* dated March 14, 2025

B.  *Deed of Trust to Secure Performance* for 84 Applehead Island Drive, Horseshoe Bay, Texas 78657

C.  *Deed of Trust to Secure Performance* for 3311 Willow Ridge, Bryan, Texas 77087

D.  *Pro Forma Loan Policy of Title Insurance* issued by Old Republic National Title Insurance Company

E.  *Borrower's Statement* GFNo. PL25-31850 for properties located at 84 Applehead Island Drive, Horseshoe Bay, Texas 78657 and 3311 Willow Ridge Drive, Bryan, Texas 77807

F.  *Trustee's Second Amended Complaint* filed in Adversary Proceeding No. 23-03072 [Adv. Docket No. 123]

G.  *Trustee's Amended Complaint* filed in Adversary Proceeding No. 23-03090 [Adv. Docket No. 95]

H.  *Trustee*'s *Original Complaint* filed in Adversary Proceeding No. 24-03022 [Adv. Docket No. 1]

I.  *Trustee's Original Complaint* filed in Adversary Proceeding No. 24-03054 [Adv. Docket No. 1]

J.  All exhibits designated or offered by any other party at the Hearing

K.  Any exhibit necessary for impeachment or rebuttal.

The Trustee reserves the right to use any exhibits presented by any other party. The Trustee reserves the right to amend and/or supplement this exhibit list.

RESPECTFULLY SUBMITTED this 18th day of April, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: ___*/s/ Conor White*_____
        Davor Rukavina, Esq.
        Texas Bar No. 24030781
        Thomas D. Berghman, Esq.
        Texas Bar No. 24082683
        Conor P. White, Esq.
        Texas Bar No. 24125722
        500 N. Akard Street, Suite 4000
        Dallas, Texas  75201-6659
        Telephone: (214) 855-7500
        Facsimile: (214) 855-7584
        drukavina@munsch.com
        tberghman@munsch.com
        cwhite@munsch.com

        *Attorneys for Scott M. Seidel, Trustee*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on April 18, 2025, true and correct copies of this document and all exhibits attached hereto were served via the Court's CM/ECF system on all parties entitled to notice thereof.

By: */s/  Conor White*_____
     Conor P. White