Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: drukavina@munsch.com
    tberghman@munsch.com
    cwhite@munsch.com

COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |

**TRUSTEE'S WITNESS AND EXHIBIT
LIST FOR HEARING ON MAY 22, 2025**

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, hereby submit this Witness and Exhibit List for the hearings (the "Hearings"), currently scheduled for **May 22, 2025 at 1:30 p.m.** in connection with the *Amended Motion Under Bankruptcy Rule 9019 for Approval of Compromise and Settlement with Goodman Family Members and Affiliates* [Docket No. 719] filed by the Trustee.

**WITNESSES**

The Trustee designates the following individuals who may be called as witnesses at the Hearing:

1. Scott M. Seidel, Trustee;

2. Any witness designated or called by any other party;

3. Any witness necessary for impeachment or rebuttal.

## EXHIBITS

The Trustee designates the following exhibits that may be used at the Hearing:

A. *Settlement and Release Agreement* dated May 6, 2025 [Bankr. Docket No. 719-1]

B. *Trustee's Second Amended Complaint*, Seidel v. 18920; Case No. 23-03072 [Adv. Docket No. 123]

C. *Trustee's Amended Complaint*, Seidel v. Hudson; Case No. 23-03090 [Adv. Docket No. 95]

D. *Trustee's Original Complaint*, Seidel v. Unified Field Services; Case No. 23-03088 [Adv. Docket No. 1]

E. *Original Complaint*, Seidel v. Genesis Networks Global Services; Case No. 23-03022 [Adv. Docket No. 1]

F. *Trustee's Original Complaint*, Seidel v. Symbiont Ventures; Case No. 24-03054 [Adv. Docket No. 1]

G. *Trustee's Original Complaint*, Seidel v. Goodman; Case No. 24-03098 [Adv. Docket No. 1]

H. *Trustee's Original Complaint*, Seidel v. Goodman; Case No. 24-03102 [Adv. Docket No. 1]

I. Insurance Policy Number 8259-6686 issued by Federal Insurance Company (Chubb)

J. Endorsement/Rider Number 8 to Insurance Policy Number 8259-6686

K. All exhibits designated or offered by any other party at the Hearing

L. Any exhibit necessary for impeachment or rebuttal.

The Trustee reserves the right to use any exhibits presented by any other party. The Trustee reserves the right to amend and/or supplement this exhibit list.

RESPECTFULLY SUBMITTED this 21st day of May, 2025.

        **MUNSCH HARDT KOPF & HARR, P.C.**

By:   */s/ Conor White*
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     Thomas D. Berghman, Esq.
     Texas Bar No. 24082683
     Conor P. White, Esq.
     Texas Bar No. 24125722
     500 N. Akard Street, Suite 4000
     Dallas, Texas 75201-6659
     Telephone: (214) 855-7500
     Facsimile: (214) 855-7584
     drukavina@munsch.com
     tberghman@munsch.com
     cwhite@munsch.com

*Attorneys for Scott M. Seidel, Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 21, 2025, true and correct copies of this document and all exhibits attached hereto were served via the Court's CM/ECF system on all parties entitled to notice thereof.

By: */s/ Conor White*
    Conor P. White