Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

GENERAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S NOTICE OF CLOSING OF SETTLEMENT
WITH MSOUTH DEFENDANTS**

TO THE COURT AND TO ALL PARTIES:

COMES NOW Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee of the bankruptcy estate (the "Estate") of Goodman Networks, Inc. (the "Debtor"), the debtor in the above styled and numbered bankruptcy case (the "Bankruptcy Case"), and, pursuant to the *Order Granting Trustee's Motion Under Bankruptcy Rule 9019 for Approval of Compromise and Settlement with MSouth Parties* [docket no. 734] (the "Settlement Order"), confirms that all conditions to the settlement approved by the Settlement Order, including the payment to the Trustee of $2,800,000.00, occurred as of June 10, 2025, and that said date is thereto the "Effective Date" of said settlement.

RESPECTFULLY SUBMITTED this 11th day of June, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**GENERAL COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 11th day of June, 2025, true and correct copies of this document with exhibits were electronically served by the Court's ECF system on parties entitled to notice thereof.

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.