Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

GENERAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Case No. 22-31641-mvl-7 |
| Debtor. | § | |

**TRUSTEE'S NOTICE OF CLOSING OF SETTLEMENT
WITH GOODMAN FAMILY MEMBERS AND AFFILIATES**

TO THE COURT AND TO ALL PARTIES:

COMES NOW Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee of the

bankruptcy estate (the "Estate") of Goodman Networks, Inc. (the "Debtor"), the debtor in the

above styled and numbered bankruptcy case (the "Bankruptcy Case"), and, pursuant to the *Order*

*Approving Trustee's Compromise and Settlement with Goodman Family Members and Affiliates*

[docket no. 735] (the "Settlement Order") and the *Settlement and Release Agreement* (the

"Agreement") approved thereby, confirms the following pursuant to the Settlement Order: (i) the

Trustee previously received $100,000.00 consisting of the Deposit and the Additional Deposit as

defined in the Agreement; (ii) on June 9, 2025, the Trustee received $2,200,000.00 in Refinance

Proceeds as defined in the Agreement; and (iii) on June 11, 2025, the Trustee received

$2,250,000.00 in the Insurance Payment as defined in the Agreement, for total received payments

of $4,550,000.00 under the Agreement.

Accordingly, as required by the Settlement Order, the settlement the subject of the Agreement closed on June 11, 2025, and that is the Effective Date under the Agreement.

RESPECTFULLY SUBMITTED this 11th day of June, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**GENERAL COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 11th day of June, 2025, true and correct copies of this document with exhibits were electronically served by the Court's ECF system on parties entitled to notice thereof.

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.