**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | **CASE NO:   22-31641-mvl-7** |
| **GOODMAN NETWORKS, INC. and** | § | |
| **GOODMAN NETWORKS, INC.** *dba* | § | |
| **Goodman Solutions** | § | **Chapter 7** |
| | § | |
| | § | |
| **DEBTOR.** | § | |

**<u>TRUSTEE'S INTERIM REPORT</u>**

The Trustee wishes to advise the Court, creditors, and parties in interest that multiple

litigation matters, 9019s and collections are ongoing.


Respectfully Submitted,

 */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE