CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 21, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOODMAN NETWORKS, INC., | § | Case No. 22-31641-mvl7 |
| | § | |
| Debtor. | § | |

**AGREED SCHEDULING ORDER GOVERNING THE TRUSTEE'S MOTION FOR CONTEMPT AGAINST SHALOM AUERBACH AND ALLIANCE GLOBAL SOLUTIONS, LLC AND FOR RESULTING DAMAGES**

On August 19, 2026, Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee for the bankruptcy estate ("Estate") of Goodman Networks, Inc. (the "Debtor"), the debtor in the above-styled chapter 7 bankruptcy case (the "Bankruptcy Case") filed his *Trustee's Motion for Contempt Against Shalom Auerbach and Alliance Global Solutions, LLC and for Resulting Damages* [Docket No. 828] (the "Motion").[1] Following a status conference on the Motion held on September 24, 2026, the undersigned parties conferred and submit this Agreed Scheduling Order for matters pertaining to the Motion.

[1] All capitalized terms not defined herein shall have the same meaning as defined in the Motion.

**IT IS HEREBY ORDERED** that the following schedule of deadlines shall be in effect until further order of this Court:

1. The hearing on the Motion shall commence on **January 19, 2027, at 9:30 a.m.**
2. **October 30, 2026**, is fixed as the last day to serve written discovery in connection with the Motion.
3. **November 30, 2026**, is fixed as the deadline for responses to written discovery.
4. **December 4, 2026**, is fixed as the deadline to serve disclosures of witnesses to be called at the hearing.
5. **December 18, 2026**, is fixed as the deadline for parties to take oral depositions.
6. **December 31, 2026**, is fixed as the deadline for sur-replies, if any.
7. **January 14, 2026**, is fixed as the deadline for parties to exchange proposed exhibit lists for the hearing.
8. **January 15, 2026**, is fixed as the deadline for parties to meet and confer on proposed exhibits, exchange objections, and pre-hearing matters.

**IT IS FURTHER ORDERED** that, at the hearing on the Motion, all parties and their counsel must certify to full compliance with this order.

**IT IS FURTHER ORDERED** that the entry of this order is without prejudice to any party seeking further extension of deadlines in this order or seeking amendments to this order.

### END OF ORDER ###

**AGREED AND SUBMITTED BY:**

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jonathan Petree*
Davor Rukavina
Texas Bar No. 24030781
Thomas D. Berghman
Texas Bar No. 24082683
Jonathan S. Petree
Texas Bar No. 24116897
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
gsmith@munsch.com
jpetree@munsch.com

**GENERAL COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE**

**COOK KEITH & DAVIS P.C.**

By: */s/ Stephen Davis (with permission)*
Stephen W. Davis
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
Telephone: (214) 368-4686
E-mail: stephen@cookkeithdavis.com

**COUNSEL FOR SHALOM AUERBACH**